NO. 21-2151

# United States Court of Appeals

*for the*

# Fourth Circuit

———————

SHAWN CURRAN,

*Plaintiff-Appellant,*

– v. –

AXON ENTERPRISE, INC.; RICHARD NELSON,

*Defendants-Appellees.*

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA AT NORFOLK IN CASE NO.
2:19-CV-00617-RGD-LRL, HONORABLE ROBERT G. DOUMAR,
SENIOR U.S. DISTRICT COURT JUDGE

## JOINT APPENDIX
## Volume 1 of 3 (Pages JA-1 to JA-444)

BRIAN N. CASEY
TAYLORWALKER P.C.
1206 Laskin Road, Suite 100
Virginia Beach, Virginia 23451
(757) 625-7300

*Attorneys for Defendant-Appellee*
  *Richard Nelson*

M. SCOTT BUCCI
ELLIOTT M. BUCKNER
JEFFREY N. STEDMAN
BREIT CANTOR GRANA BUCKNER
7130 Glen Forest Drive, Suite 400
Richmond, Virginia 23226
(804) 644-1400

*Attorneys for Plaintiff-Appellant*

JAMES A. CALES III
FURNISS, DAVIS, RASHKIND
   AND SAUNDERS, P.C.
6160 Kempsville Circle, Suite 341B
P.O. Box 1252
Norfolk, Virginia 23541
(757) 461-7100

                – and –

PAMELA B. PETERSEN
AXON ENTERPRISE, INC.
17800 North 85th Street
Scottsdale, Arizona 85255
(623) 326-6016

*Attorneys for Defendant-Appellee Axon*
   *Enterprise, Inc.*

i

**JOINT APPENDIX TABLE OF CONTENTS**

**Page**

**Volume I**

Civil Court Docket Entries.........................................   JA-1

Notice of Removal, filed November 13, 2019 ...........   JA-11

Exhibit 1 to Notice -
Complaint JA-14 Order, filed October 29, 2020....   JA-24

Defendant Axon's Brief in Support of Motion for
Summary Judgment, filed December 28, 2020
[Omitted Herein]

Exhibit 1 -
Declaration of Peter Brown, filed
December 28, 2020................................................   JA-27

Exhibit 2 -
Declaration of Lamar Cousins, filed
December 28, 2020................................................   JA-30

Exhibit 4 -
Curran Training History ........................................   JA-42

Exhibit 6 -
Independent Contractor Agreement .....................   JA-68

Exhibit 7 -
Defendant Nelson's RFA Responses......................   JA-72

Exhibit 8 -
Invoice ...................................................................   JA-78

Exhibit 10 -
Curran Surveillance Video Images .......................   JA-82

ii

Exhibit 11 -
Photographs .......................................................... JA-87

Exhibit 12 -
Mike Henry Handwritten Statement ...................... JA-93

Exhibit 13 -
Shawn Pickard Handwritten Statement. ................ JA-95

Exhibit 14 -
V20 Instructor Course Slides................................. JA-98

Exhibit 15 -
Incident Memo from Brent Brunette
to Peter M. Slovensky ........................................... JA-111

Exhibit 16 -
Curran Online Training Report ............................. JA-114

Exhibit 17 -
Instructor Certification Online Modules................ JA-132

Exhibit 18 -
CEW Product Warnings, dated March 1, 2013...... JA-144

Exhibit 19 -
Instructor and User Warnings, Risks
and Release Agreement.......................................... JA-153

Exhibit 20 -
Instructor Certification Form ................................ JA-156

Plaintiff's Response in Opposition to Defendant
    Nelson's Motion for Summary Judgment, filed
    January 11, 2021 [Omitted Herein]

Exhibit 1 to Plaintiff's Response -
Deposition Testimony of Richard William
Nelson, dated June 22, 2020 .................................. JA-158

iii

## Volume II

Exhibit 2 to Plaintiff's Response -
Deposition Testimony of Shawn Michael
Curran, dated June 22, 2020 .................................. JA-445

Exhibit 3 to Plaintiff's Response -
Photographs ........................................................ JA-793

Exhibit 4 to Plaintiff's Response -
Surveillance Video and Clips,
with Description List
[See Digital Media Volume] ................................... JA-799

Exhibit 5 to Plaintiff's Response -
Deposition Testimony of Matthew Faubion, dated
July 10, 2020.......................................................... JA-802

Exhibit 6 to Plaintiff's Response -
Deposition Testimony of Jerry Sanders, dated
July 10, 2020.......................................................... JA-914

## Volume III

Exhibit 7 to Plaintiff's Response -
Deposition Testimony of David Elliott, Jr., dated
July 10, 2020......................................................... JA-1039

Exhibit 8 to Plaintiff's Response -
Deposition Testimony of Grayson Craun, dated
June 29, 2020 ...................................................... JA-1155

Exhibit 9 to Plaintiff's Response -
Deposition Testimony of Lamar Cousins, dated
July 3, 2020........................................................... JA-1267

Exhibit 10 to Plaintiff's Response -
Video Screenshots................................................. JA-1519

Order, filed March 18, 2021....................................... JA-1529

iv

Plaintiff's Motion for Leave to File a
   Supplemental Brief, filed March 29, 2021 ............ JA-1531

Court Hearing Notes, filed March 30, 2021 ............. JA-1533

Certification Order, filed April 29, 2021 ................... JA-1534

Virginia Supreme Court's Denial of Certified
   Question of Law, filed May 25, 2021.................... JA-1542

Order, filed July 13, 2021 .......................................... JA-1543

Order, filed July 19, 2021 .......................................... JA-1559

Order, filed September 13, 2021 ................................ JA-1561

Judgment, filed October 12, 2021............................. JA-1570

Notice of Appeal, filed October 12, 2021 ................. JA-1571

12/15/21, 11:08 PM            CM/ECF - vaed

**Query**    **Reports**    **Utilities**    **Help**    **Log Out**

APPEAL,CLOSED,JURY

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:19-cv-00617-RGD-LRL

| | |
|---|---|
| Curran v. Axon Enterprise, Inc. et al | Date Filed: 11/13/2019 |
| Assigned to: District Judge Robert G. Doumar | Date Terminated: 10/12/2021 |
| Referred to: Magistrate Judge Lawrence R. Leonard | Jury Demand: Both |
| Demand: $9,999,000 | Nature of Suit: 365 Personal Inj. Prod. |
| Case in other court: 4CCA Case Manager Jeffrey Neal, 21-02151 | Liability |
| Cause: 28:1332 Diversity-Notice of Removal | Jurisdiction: Diversity |

**Plaintiff**

**Shawn Curran**           represented by    **Elliott Matthew Buckner**
Breit Cantor Grana Buckner
7130 Glen Forest Dr
Suite 400
Richmond, VA 23226
(804) 644-1400
Fax: (804) 644-9205
Email: ebuckner@virginiatrialfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Biniazan**
Breit Cantor Grana Buckner, PLLC
Towne Pavilion Center II
600 22nd St
Suite 402
Virginia Beach, VA 23451
(757) 622-6000
Fax: (757) 670-3939
Email: kbiniazan@breitcantor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Scott Bucci**
Breit Cantor Grana Buckner
7130 Glen Forest Dr.
Ste. 400
Richmond, VA 23226
804-888-9501
Fax: 804-644-9205
Email: sbucci@breitcantor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Neil Stedman**

JA-1

12/15/21, 11:08 PM                                                 CM/ECF - vaed

Breit Cantor Grana Buckner
7130 Glen Forest Dr
Suite 400
Richmond, VA 23226
(804) 644-1400
Fax: (804) 644-9205
Email: jstedman@breitcantor.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Axon Enterprise, Inc.**                represented by  **Amy Lynn Nguyen**
Axon Enterprises, Inc.
17800 N. 85th Street
Scottsdale, AZ 85255
NA
(480) 444-4004
Fax: (480) 905-2027
Email: amynguyen@axon.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Arthur Cales , III**
Furniss Davis Rashkind & Saunders PC
6160 Kempsville Circle
Suite 341B
Norfolk, VA 23502
(757) 461-7100
Fax: (757) 461-0083
Email: jcales@furnissdavis.com
*ATTORNEY TO BE NOTICED*

**Renee Anne Danega**
Barnes & Thornburg LLP (DC)
1717 Pennsylvania Ave NW
Suite 500
Washington, DC 20006
202-289-1313
Fax: 202-289-1330
Email: rdanega@btlaw.com
*TERMINATED: 06/12/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Axon Enterprise, Inc.**                represented by  **Renee Anne Danega**
*TERMINATED: 01/13/2020*                (See above for address)
*doing business as*                      *TERMINATED: 06/12/2020*
Taser International                       *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Amy Lynn Nguyen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

JA-2

**Defendant**

**Axon Enterprise, Inc.**                     represented by  **Amy Lynn Nguyen**
*TERMINATED: 01/13/2020*                                    (See above for address)
*formerly known as*                                        *PRO HAC VICE*
Taser International                                         *ATTORNEY TO BE NOTICED*
*TERMINATED: 01/13/2020*

**Defendant**

**Taser International, Inc.**
*TERMINATED: 01/13/2020*

**Defendant**

**Taser**
*TERMINATED: 01/13/2020*

**Defendant**

**Richard Nelson**                            represented by  **Brian Nelson Casey**
*TERMINATED: 07/13/2021*                                   Taylor Walker PC
                                                           1206 Laskin Road
                                                           Suite 100
                                                           Virginia Beach, VA 23541
                                                           (757) 625-7300
                                                           Email: bcasey@taylorwalkerlaw.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2019 | 1 | Notice of Removal ( Filing fee $ 400, receipt number 0422-6935082.), filed by Axon Enterprise, Inc.. (Attachments: # 1 Exhibit 1 to Removal, # 2 Exhibit 2 to removal, # 3 Civil Cover Sheet)(Danega, Renee) (Entered: 11/13/2019) |
| 11/13/2019 | | Initial Case Assignment to District Judge Henry C. Morgan, Jr and Magistrate Judge Douglas E. Miller. (epri, ) (Entered: 11/13/2019) |
| 11/13/2019 | 2 | Magistrate Judge Notice and Judge's Information to counsel. (epri, ) (Entered: 11/13/2019) |
| 11/13/2019 | | Notice of Correction re 1 Notice of Removal. Document number 1 was the party's first appearance which should have been accompanied by a financial disclosure as required by Local Rule 7.1. The party is allowed seven (7) days to correct the deficiency and file the financial disclosure statement. Failure to file the financial disclosure statement within this period of time will subject 1 to being stricken from the record. (epri, ) (Entered: 11/13/2019) |
| 11/19/2019 | 3 | Financial Interest Disclosure Statement (Local Rule 7.1) by Axon Enterprise, Inc.. (Danega, Renee) (Entered: 11/19/2019) |
| 11/19/2019 | 4 | Consent MOTION for Extension of Time to File Answer by Axon Enterprise, Inc.. (Attachments: # 1 Proposed Order)(Danega, Renee) (Entered: 11/19/2019) |
| 11/19/2019 | 5 | Reply to Motion re 4 Consent MOTION for Extension of Time to File Answer filed by Shawn Curran. (Bucci, Michael) (Entered: 11/19/2019) |
| 11/21/2019 | 6 | Motion to appear Pro Hac Vice by Amy Lynn Nguyen and Certification of Local Counsel Renee A. Danega Filing fee $ 75, receipt number 0422-6951131. by Axon Enterprise, Inc. |

JA-3

12/15/21, 11:08 PM                                    CM/ECF - vaed

| | | (Danega, Renee) (Entered: 11/21/2019) |
|---|---|---|
| 12/02/2019 | | Notice of Correction re 6 Motion to appear Pro Hac Vice by Amy Lynn Nguyen and Certification of Local Counsel Renee A. Danega. Foreign counsel may not electronically sign documents; the filing user has been advised to refile the motion. (bpet, ) (Entered: 12/02/2019) |
| 12/04/2019 | 7 | Amended Motion to appear Pro Hac Vice by Amy Lynn Nguyen and Certification of Local Counsel Renee A. Danega by Axon Enterprise, Inc.. (Danega, Renee) (Entered: 12/04/2019) |
| 12/06/2019 | 8 | MOTION to Dismiss for Failure to State a Claim *and Memorandum in Support* by Axon Enterprise, Inc. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order) (Danega, Renee) Modified text on 12/6/19. (bpet, ) (Entered: 12/06/2019) |
| 12/10/2019 | 9 | ORDER granting 7 Motion for Pro hac vice for Amy Lynn Nguyen as to Axon Enterprise, Inc.. Signed by District Judge Henry C. Morgan, Jr on 12/09/2019. (bboy, ) (Entered: 12/10/2019) |
| 12/11/2019 | 10 | ORDER granting 4 Motion for Extension of Time. Axon's 8 12/6/19 responsive filing is deemed timely. Signed by District Judge Henry C. Morgan, Jr., on 12/11/19. (bpet, ) (Entered: 12/11/2019) |
| 12/19/2019 | 11 | NOTICE of Appearance by Jeffrey Neil Stedman on behalf of Shawn Curran (Stedman, Jeffrey) (Entered: 12/19/2019) |
| 12/20/2019 | 12 | RESPONSE in Opposition re 8 MOTION to Dismiss for Failure to State a Claim filed by Shawn Curran. (Stedman, Jeffrey) (Entered: 12/20/2019) |
| 12/23/2019 | 13 | MOTION for Extension of Time to File Response/Reply *In Support of Motion to Dismiss* by Axon Enterprise, Inc.. (Attachments: # 1 Proposed Order)(Danega, Renee) (Entered: 12/23/2019) |
| 01/02/2020 | 14 | RULE 26(f) PRETRIAL ORDER: Rule 16(b) Scheduling Conference set for 1/27/2020 at 11:00 AM in Norfolk - Clerk's Office Conference Room, 1st Floor. Signed by Magistrate Judge Robert J. Krask on 1/2/20. (lbax, ) (Entered: 01/02/2020) |
| 01/09/2020 | 15 | Reply in Support re 8 MOTION to Dismiss for Failure to State a Claim filed by Axon Enterprise, Inc. (Danega, Renee) Modified text on 1/9/20 (bpet, ) (Entered: 01/09/2020) |
| 01/10/2020 | | Rule 16(b) Scheduling Conference reset for 1/28/2020 at 09:00 AM in Norfolk - Clerk's Office Conference Room, 1st Floor. (lbax, ) (Entered: 01/10/2020) |
| 01/13/2020 | 16 | NOTICE of Voluntary Dismissal by Shawn Curran (Bucci, Michael) (Entered: 01/13/2020) |
| 01/28/2020 | | Rule 16(b) Scheduling Conference held on 1/28/2020. M. Scott Bucci appeared for the Plaintiff. Renee A. Danega and Amy L. Nguyen appeared for Defendant Axon Enterprise, Inc. No appearance by Defendant Richard Nelson. (lbax, ) (Entered: 01/28/2020) |
| 02/07/2020 | 17 | Rule 16(b) Scheduling Order - Pursuant to the Rule 16(b) Conference it is ordered that the Final Pretrial Conference is set for 10/8/2020 at 11:00 AM in Norfolk Courtroom and the Jury Trial is set for 10/20/2020 at 10:00 AM in Norfolk Courtroom 2. Signed by District Judge Henry C. Morgan, Jr. on 2/7/20. (lbax, ) (Entered: 02/07/2020) |
| 02/12/2020 | 18 | Proposed Summons *for Defendant Richard Nelson* by Shawn Curran. (Stedman, Jeffrey) Document deleted on 2/14/2020 (fillable PDF) (bpet, ) (Entered: 02/12/2020) |
| 02/12/2020 | 19 | Proposed Summons *Corrected Proposed Summons for Defendant Richard Nelson* by Shawn Curran. (Stedman, Jeffrey) (Entered: 02/12/2020) |

JA-4

| 02/14/2020 | 20 | Summons Issued as to Richard Nelson. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Civil motions procedures) (bpet, ) (Entered: 02/14/2020) |
| --- | --- | --- |
| 02/17/2020 | 21 | SUMMONS Returned Executed by Shawn Curran Richard Nelson served on 2/14/2020, answer due 3/6/2020 (Attachments: # 1 Affidavit Process Server's Notarized Affidavit of Service)(Stedman, Jeffrey) (Entered: 02/17/2020) |
| 02/19/2020 | 22 | SHOW CAUSE ORDER. Response due within 20 days. Signed by District Judge Henry C. Morgan, Jr., on 2/19/20. (bpet, ) (Entered: 02/19/2020) |
| 02/24/2020 | 23 | MOTION to Stay *Discovery* by Axon Enterprise, Inc.. (Attachments: # 1 Proposed Order Proposed Order to Stay Discovery)(Danega, Renee) (Entered: 02/24/2020) |
| 02/25/2020 | 24 | Response to 22 Order to Show Cause *Plaintiff's Response to Court's Show Cause Order* filed by Shawn Curran. (Attachments: # 1 Affidavit Ex. A-Affidavit of Michael Carey) (Stedman, Jeffrey) (Entered: 02/25/2020) |
| 02/25/2020 | 25 | RESPONSE to Motion re 23 MOTION to Stay *Discovery* filed by Shawn Curran. (Bucci, Michael) (Entered: 02/25/2020) |
| 03/04/2020 | 26 | ORDER granting 13 Motion for Extension of Time to File Reply. Defendant Axon's 15 Reply filed in 1/9/20 is deemed timely filed. Signed by District Judge Henry C. Morgan, Jr., on 3/4/20. (bpet, ) (Entered: 03/04/2020) |
| 03/05/2020 | 27 | MOTION for Extension of Time to File Answer */Responsive Pleadings* by Richard Nelson. (Attachments: # 1 Proposed Order)(Casey, Brian) (Entered: 03/05/2020) |
| 03/09/2020 | 28 | Joint MOTION for Discovery *extend time for Axon to object and respond* by Shawn Curran. (Attachments: # 1 Proposed Order)(Bucci, Michael) (Entered: 03/09/2020) |
| 03/11/2020 | 29 | MOTION to Dismiss for Failure to State a Claim by Richard Nelson. (Casey, Brian) Deemed timely filed filed per 34 Order (bpet, ) (Entered: 03/11/2020) |
| 03/11/2020 | 30 | Brief in Support to 29 MOTION to Dismiss for Failure to State a Claim filed by Richard Nelson. (Casey, Brian) (Entered: 03/11/2020) |
| 03/18/2020 | 31 | NOTICE by Richard Nelson *of correction of address* (Casey, Brian) (Entered: 03/18/2020) |
| 03/27/2020 | 32 | NOTICE of Appearance by James Arthur Cales, III on behalf of Axon Enterprise, Inc. (Cales, James) (Entered: 03/27/2020) |
| 04/07/2020 | 33 | MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Dismiss for Failure to State a Claim by Shawn Curran. (Attachments: # 1 Exhibit)(Bucci, Michael) (Entered: 04/07/2020) |
| 04/13/2020 | 34 | ORDER denying 23 Motion to Stay Discovery; granting 27 Motion for Extension of Time to File Responsive Pleading; denying with leave to refile 28 Motion to Extend Time for Axon to Object and Respond; and granting 33 Motion for Extension of Time to File Response/Reply re 29 MOTION to Dismiss for Failure to State a Claim. Nelson's 29 Motion to Dismiss is deemed timely filed; Plaintiff's response to same due 4/22/20, and Nelson's reply due 5/8/20. Signed by District Judge Henry C. Morgan, Jr., on 4/9/20. (bpet, ) (Entered: 04/14/2020) |
| 04/22/2020 | 35 | MOTION to Withdraw as Attorney *Renee A. Danega* by Axon Enterprise, Inc.. (Attachments: # 1 Proposed Order)(Danega, Renee) (Entered: 04/22/2020) |
| 04/22/2020 | 36 | RESPONSE in Opposition re 29 MOTION to Dismiss for Failure to State a Claim filed by Shawn Curran. (Stedman, Jeffrey) Modified text on 4/23/20 (bpet, ) (Entered: 04/22/2020) |

JA-5

| 05/07/2020 | 37 | REPLY to Response to Motion re 29 MOTION to Dismiss for Failure to State a Claim filed by Richard Nelson. (Casey, Brian) (Entered: 05/07/2020) |
| 05/07/2020 | 38 | Request for Hearing by Richard Nelson re 29 MOTION to Dismiss for Failure to State a Claim (Casey, Brian) (Entered: 05/07/2020) |
| 06/10/2020 | 39 | ORDER : This matter is before the Court for an extension of the current trial date pursuant to General Order No. 2020-16. The Court hereby ORDERS the case be reassigned to a different United States District Judge. Signed by District Judge Henry C. Morgan, Jr on 6/10/20. (afar) (Entered: 06/10/2020) |
| 06/10/2020 | | Case Reassigned to District Judge Robert G. Doumar. District Judge Henry C. Morgan, Jr no longer assigned to the case. (afar) (Entered: 06/10/2020) |
| 06/10/2020 | | Final Pretrial Conference reset to 10/8/2020 at 11:00 AM in Norfolk Grand Jury Courtroom and Jury Trial reset to 10/20/2020 at 10:00 AM in Norfolk Grand Jury Courtroom before District Judge Robert G. Doumar. (lbax, ) (Entered: 06/10/2020) |
| 06/12/2020 | 40 | ORDER granting 35 Motion to Withdraw as Attorney. Attorney Renee Anne Danega terminated. Signed by District Judge Robert G. Doumar on 06/12/2020. (tamarm, ) (Entered: 06/12/2020) |
| 06/17/2020 | 41 | MOTION for Protective Order by Shawn Curran. (Bucci, Michael) (Entered: 06/17/2020) |
| 06/17/2020 | 42 | Memorandum in Support re 41 MOTION for Protective Order filed by Shawn Curran. (Attachments: # 1 Exhibit A - Email)(Bucci, Michael) (Entered: 06/17/2020) |
| 06/18/2020 | 43 | Memorandum in Opposition re 41 MOTION for Protective Order filed by Axon Enterprise, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Cales, James) (Entered: 06/18/2020) |
| 06/19/2020 | 44 | Rebuttal Brief re 41 MOTION for Protective Order filed by Shawn Curran. (Attachments: # 1 Exhibit A - Email)(Bucci, Michael) (Entered: 06/19/2020) |
| 06/19/2020 | 45 | Minute Entry for Telephonic Motion Hearing held on 6/19/2020 re 41 MOTION for Protective Order before Magistrate Judge Douglas E. Miller. Scott Bucci appeared on behalf of Plaintiff. Amy Nguyen and James Cales appeared on behalf of Defendant Axon. Brian Casey appeared on behalf of Defendant Richard Nelson. Argument by Mr. Bucci and Ms. Nguyen heard. The Court GRANTS the Motion and Plaintiff will be allowed to examine the deponent first. No Order to issue. Court in recess.(Court Reporter FTR.) (lwoo) (Entered: 06/19/2020) |
| 07/13/2020 | | Motion Hearing as to 29 MOTION to Dismiss for Failure to State a Claim, 8 MOTION to Dismiss for Failure to State a Claim set for 9/8/2020 at 02:00 PM via Norfolk Remote before District Judge Robert G. Doumar. (lbax, ) (Entered: 07/13/2020) |
| 07/14/2020 | 46 | Amended Rule 16(b) Scheduling Order - Final Pretrial Conference reset for 4/29/2021 at 10:00 AM in Norfolk Grand Jury Courtroom; Jury Trial reset for 5/11/2021 at 10:00 AM in Norfolk Grand Jury Courtroom. Signed by District Judge Robert G. Doumar on 7/14/20. (lbax, ) (Entered: 07/14/2020) |
| 08/27/2020 | | Motion Hearing as to 29 MOTION to Dismiss for Failure to State a Claim and 8 MOTION to Dismiss for Failure to State a Claim reset for 10/29/2020 at 10:30 AM in Norfolk Remote before District Judge Robert G. Doumar. (lbax, ) (Entered: 08/27/2020) |
| 10/29/2020 | 47 | Motion Hearing before District Judge Robert G. Doumar held on 10/29/2020 re 29 MOTION to Dismiss for Failure to State a Claim filed by Richard Nelson, 8 MOTION to Dismiss for Failure to State a Claim filed by Axon Enterprise, Inc. Appearances: Elliott M. Buckner and M. Scott Bucci for the Plaintiff. Amy L. Nguyen and James A. Cales, III for |

JA-6

| | | |
|---|---|---|
| | | Defendant Axon. Brian N. Casey for Defendant Nelson. Arguments of counsel. Comments of Court. For the reasons stated on the record, the Court CONTINUES the motions. The parties shall complete discovery within 45 days. Any contemplated motions for summary judgment concerning the issue of special relationship and master/servant doctrine shall be filed within 60 days. The responses shall be due within 14 days of the filing and any replies will be due within 7 days after the response is filed. A hearing has been set for 2/4/21 at 10:30 a.m. via Norfolk Remote before District Judge Robert G. Doumar for any pending motions. The Court will enter an order with its ruling. Court adjourned. (Court Reporter Carol Naughton, OCR.)(lbax, ) (Entered: 10/29/2020) |
| 10/29/2020 | 48 | ORDER continuing Defendants' 8 , 29 Motions to Dismiss. Any motions for summary judgment to be filed within 60 days of the date of this Order. The parties are ORDERED to contact Judge Miller's chambers in January 2021 to schedule a settlement conference. Signed by District Judge Robert G. Doumar on 10/29/20. (bpet, ) (Entered: 10/29/2020) |
| 12/28/2020 | 49 | MOTION for Summary Judgment by Axon Enterprise, Inc.. (Cales, James) (Entered: 12/28/2020) |
| 12/28/2020 | 50 | Brief in Support to 49 MOTION for Summary Judgment filed by Axon Enterprise, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)(Cales, James) (Entered: 12/28/2020) |
| 12/28/2020 | 51 | MOTION for Summary Judgment by Richard Nelson. (Casey, Brian) (Entered: 12/28/2020) |
| 12/28/2020 | 52 | Brief in Support to 51 MOTION for Summary Judgment filed by Richard Nelson. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Casey, Brian) (Entered: 12/28/2020) |
| 01/11/2021 | 53 | RESPONSE in Opposition re 51 MOTION for Summary Judgment *by Defendant Nelson* filed by Shawn Curran. (Attachments: # 1 Exhibit Ex. 1 Nelson Dep, # 2 Exhibit Ex. 2 Curran Dep, # 3 Exhibit Ex. 3 Photos, # 4 Exhibit Ex. 4 Videos, # 5 Exhibit Ex. 5 Faubion Dep, # 6 Exhibit Ex. 6 Saunders Dep, # 7 Exhibit Ex. 7 Elliott Dep, # 8 Exhibit Ex. 8 Craun Dep, # 9 Exhibit Ex. 9 Cousins Dep, # 10 Exhibit Ex. 10 Video Stills)(Stedman, Jeffrey) (Entered: 01/11/2021) |
| 01/11/2021 | 54 | RESPONSE in Opposition re 49 MOTION for Summary Judgment *by Axon Enterprise, Inc.* filed by Shawn Curran. (Attachments: # 1 Exhibit Ex. 1 Nelson Dep, # 2 Exhibit Ex. 2 Curran Dep, # 3 Exhibit Ex. 3 Photos, # 4 Exhibit Ex. 4 Craun Dep, # 5 Exhibit Ex. 5 Elliott Dep, # 6 Exhibit Ex. 6 Cousins Dep, # 7 Exhibit Ex. 7 Faubion Dep, # 8 Exhibit Ex. 8 Videos, # 9 Exhibit Ex. 9 Video Stills, # 10 Exhibit Ex. 10 Saunders Dep, # 11 Exhibit Ex. 11 PPP, # 12 Exhibit Ex. 12 Videos in PPP, # 13 Exhibit Ex. 13 Cert Test and Answers, # 14 Exhibit Ex. 14 Cert Form, # 15 Exhibit Ex. 15 Arm Spark Safe Slides, # 16 Exhibit Ex. 16 Cart Loan Slides, # 17 Exhibit Ex.. 17 Battery Removal Slide, # 18 Exhibit Ex. 18 Probe Placement Slide, # 19 Exhibit Ex. 19 Arch Switch Slide, # 20 Exhibit Ex. 20 Read First Doc, # 21 Exhibit Ex. 21 Agreement, # 22 Exhibit Ex. 22 Warnings, # 23 Exhibit Ex. 23 Warnings, # 24 Exhibit Ex. 24 Warnings, # 25 Exhibit Ex. 25 VMJI 8.000, # 26 Exhibit Ex. 26 VMJI 8.100)(Stedman, Jeffrey) (Entered: 01/11/2021) |
| 01/12/2021 | 55 | Letter re 53 Response and 54 Response by Elliott M. Buckner. Two (2) thumb drives provided. (jmey, ) (Entered: 01/12/2021) |
| 01/12/2021 | 56 | Letter from Elliott Buckner. (afar) (Entered: 01/15/2021) |
| 01/19/2021 | 57 | Rebuttal Brief re 49 MOTION for Summary Judgment filed by Axon Enterprise, Inc.. (Cales, James) (Entered: 01/19/2021) |

JA-7

| 01/19/2021 | 58 | REPLY to Response to Motion re 51 MOTION for Summary Judgment *(Reply to Curran's Opposition to Motion for Summary Judgment)* filed by Richard Nelson. (Casey, Brian) (Entered: 01/19/2021) |
| 01/27/2021 | | Set Hearings: Settlement Conference set for 3/8/2021 at 01:30 PM in Norfolk Remote before Magistrate Judge Douglas E. Miller. (cdod, ) (Entered: 01/27/2021) |
| 01/27/2021 | | Motion Hearing as to 51 MOTION for Summary Judgment, 29 MOTION to Dismiss for Failure to State a Claim, 49 MOTION for Summary Judgment reset for 3/30/2021 at 02:00 PM via Norfolk Remote before District Judge Robert G. Doumar. (lbax, ) (Entered: 01/27/2021) |
| 01/29/2021 | 59 | SETTLEMENT CONFERENCE ORDER. Zoom remote proceedings for a settlement conference on March 8, 2021 at 1:30 p.m.; memorandum due by noon on March 4, 2021; see Order for details. Signed by Magistrate Judge Douglas E. Miller on 1/27/2021. (jmey, ) (Entered: 01/29/2021) |
| 03/08/2021 | | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller:Settlement Conference held on 3/8/2021. (cdod, ) (Entered: 03/09/2021) |
| 03/08/2021 | 60 | ORDER DIRECTING Clerk to reassign this case to an alternate United States Magistrate Judge. (Copies distributed as directed 3/9/2021.) Signed by Magistrate Judge Douglas E. Miller on 3/8/2021. (jmey, ) (Entered: 03/09/2021) |
| 03/09/2021 | | Case Reassigned to Magistrate Judge Lawrence R. Leonard. Magistrate Judge Douglas E. Miller no longer assigned to the case. (jmey, ) (Entered: 03/09/2021) |
| 03/18/2021 | 61 | ORDER that the hearing set for 3/30/21 at 2:00 p.m. will be limited in scope to Defendant Nelson's motion for summary judgment, ECF No. 51. Defendant Axon's motion for summary judgment, ECF No. 49, will be dealt with at a later date, if necessary. Signed by District Judge Robert G. Doumar on 3/18/21. (lbax, ) Modified on 3/18/2021 to correct date in docket text. (jmey, ). (Entered: 03/18/2021) |
| 03/18/2021 | | Motion Hearing as to 51 MOTION for Summary Judgment set for 3/30/2021 at 02:00 PM in Norfolk Remote before District Judge Robert G. Doumar. (lbax, ) (Entered: 03/18/2021) |
| 03/29/2021 | 62 | MOTION for Leave to File *Supplemental Brief in Opposition to MSJs* by Shawn Curran. (Bucci, Michael) (Entered: 03/29/2021) |
| 03/29/2021 | 63 | Brief in Support to 62 MOTION for Leave to File *Supplemental Brief in Opposition to MSJs* filed by Shawn Curran. (Attachments: # 1 Exhibit Shoemaker, # 2 Exhibit Proposed Brief)(Bucci, Michael) (Entered: 03/29/2021) |
| 03/30/2021 | 64 | Motion Hearing (via Zoom) before District Judge Robert G. Doumar held on 3/30/2021 re 51 MOTION for Summary Judgment filed by Richard Nelson. Appearances: Elliott M. Buckner and M. Scott Bucci for the Plaintiff. Amy L. Nguyen and James A. Cales, III for Defendant Axon. Brian N. Casey for Defendant Nelson. Arguments of counsel. Comments of Court. For the reasons stated on the record, the Court takes the motion under advisement and will allow each side to submit a 2-page supplement with applicable cases. Court notes that Plaintiff filed same on 3/29/21. The Court will enter an order with its ruling. Court adjourned. (Court Reporter Jody Stewart, OCR.)(lbax, ) (Entered: 03/30/2021) |
| 03/31/2021 | 65 | ORDER: the parties are DIRECTED to file supplements as instructed at the 3/30/21 hearing within 14 days. Signed by District Judge Robert G. Doumar on 3/31/21. (bpet, ) (Entered: 03/31/2021) |
| 04/14/2021 | 66 | Brief in Support to 51 MOTION for Summary Judgment *Supplemental Brief pursuant to Court Order 65* filed by Richard Nelson. (Casey, Brian) (Entered: 04/14/2021) |

JA-8

| 04/14/2021 | 67 | NOTICE by Axon Enterprise, Inc., Richard Nelson re 65 Order , *of filing certification question pursuant to Order* (Casey, Brian) (Entered: 04/14/2021) |
| 04/14/2021 | 68 | NOTICE by Shawn Curran re 65 Order *filing of proposed certified question* (Bucci, Michael) (Entered: 04/14/2021) |
| 04/29/2021 | 69 | CERTIFICATION ORDER. The Clerk is DIRECTED to forward this Order of Certification under the Certifying Court's official seal to the Supreme Court of Virginia. Signed by District Judge Robert G. Doumar on 4/29/2021. (Certified copies of this Order and ECF No.s 1 , 67 and 68 mailed to Supreme Court of Virginia 4/30/2021.(jmey, ) (Entered: 04/30/2021) |
| 05/25/2021 | 70 | NOTICE. Supreme Court of Virginia has declined to accept the certified question of law. (related document(s) 69 Certification Order) (jmey, ) (Entered: 05/25/2021) |
| 07/13/2021 | 71 | ORDER. The Court GRANTS 51 Motion for Summary Judgment. The Court also GRANTS IN PART 49 Motion for Summary Judgment. See order for details. Signed by District Judge Robert G. Doumar on 7/13/2021. (jmey, ) (Entered: 07/13/2021) |
| 07/19/2021 | 72 | ORDER. Defendant Axon shall file its supplemental brief in support of it's Motion to Dismiss the direct negligence claims no later than TWENTY-ONE (21) days from the date of this Order. Plaintiff shall file his supplemental response no later than TWENTY-ONE (21) DAYS from the date Plaintiff is served with Defendant Axon's supplemental brief. Defendant Axon shall file any replies no later than FOURTEEN (14) days of the date Defendant is served with Plaintiff's response. Once the issues are briefed, the parties are DIRECTED to confer and reach out to the Courtroom Deputy to schedule a prompt hearing for argument on the briefing. Signed by District Judge Robert G. Doumar on 7/19/2021. (jmey, ) (Entered: 07/19/2021) |
| 08/09/2021 | 73 | Memorandum in Support re 8 MOTION to Dismiss for Failure to State a Claim , *Supplemental Brief as allowed by Order dated July 19, 2021* filed by Axon Enterprise, Inc.. (Cales, James) (Entered: 08/09/2021) |
| 08/27/2021 | 74 | Memorandum in Opposition re 8 MOTION to Dismiss for Failure to State a Claim *supplemental brief* filed by Shawn Curran. (Bucci, Michael) (Entered: 08/27/2021) |
| 09/10/2021 | 75 | REPLY to Response to Motion re 8 MOTION to Dismiss for Failure to State a Claim filed by Axon Enterprise, Inc.. (Cales, James) (Entered: 09/10/2021) |
| 09/13/2021 | 76 | ORDER granting 8 Motion to Dismiss for Failure to State a Claim. This case is DISMISSED without prejudice. It is FURTHER ORDERED that Plaintiff Shawn Curran may submit an amended complaint within twenty-one (21) days from September 13, 2021, and Defendant Axon Enterprise, Inc. may submit a response within twenty-one days from Plaintiff's amended complaint. Signed by District Judge Robert G. Doumar on 9/13/2021. (jmey, ) (Entered: 09/13/2021) |
| 10/12/2021 | 77 | CLERK'S JUDGMENT. Signed by Clerk on 10/12/2021 (nunc pro tunc 9/13/2021). (jmey, ) (Entered: 10/12/2021) |
| 10/12/2021 | 78 | NOTICE OF APPEAL as to 71 Order on Motion for Summary Judgment, 76 Order on Motion to Dismiss for Failure to State a Claim, 77 Clerk's Judgment by Shawn Curran. Filing fee $ 505, receipt number AVAEDC-8043040. (Bucci, Michael) (Entered: 10/12/2021) |
| 10/13/2021 | 79 | Transmission of Notice of Appeal to US Court of Appeals re 78 Notice of Appeal (All case opening forms, plus the transcript guidelines, may be obtained from the Fourth Circuit's website at www.ca4.uscourts.gov) (jmey, ) (Entered: 10/13/2021) |
| 10/14/2021 | 80 | USCA Case Number 21-2151, 4CCA Case Manager Jeffrey Neal for 78 Notice of Appeal |

JA-9

12/15/21, 11:08 PM                                      CM/ECF - vaed

filed by Shawn Curran. (bpet, ) (Entered: 10/15/2021)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/15/2021 23:08:30 | | | |
| **PACER Login:** | cpnycpara17 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-00617-RGD-LRL |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

JA-10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

| | |
|---|---|
| SHAWN CURRAN, | |
| Plaintiff, | Case No. 2:19-cv-617 |
| v. | Removed from the Circuit Court of Virginia Beach County, Virginia. |
| AXON ENTERPRISE, INC. et al., | Civil Action No. CL19006066-00 |
| Defendants. | |

**NOTICE OF REMOVAL**

Defendant Axon Enterprise, Inc. ("Axon"), formerly known as TASER International, pursuant to 28 U.S.C. §§ 1441 and 1446, gives notice of removal of an action pending in the Circuit Court of Virginia Beach, Virginia, to the United States District Court for the Eastern District of Virginia, Norfolk Division, and in support of its Notice, provides the following statements in support of removal:

1. Axon Enterprise, Inc. and Richard Nelson are defendants in the above-referenced civil action filed on October 21, 2019, in the Circuit Court of Virginia Beach, Virginia. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Axon removes this matter to the United States District Court for the Eastern District of Virginia, Norfolk Division, which is the federal district in which the state action is pending.

2. This Court has original jurisdiction of this civil action under 28 U.S.C. § 1332(a). This matter may be removed to this Court based on diversity jurisdiction pursuant to 28 U.S.C. § 1441(b); Axon is incorporated in Delaware and has its principal place of business in Arizona; Defendant Nelson is a resident of West Virginia but has not yet been served with

the Complaint; and the amount in controversy exceeds $75,000, as alleged in Plaintiff's Complaint.

3.  This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the Complaint in this action was served on Defendant Axon on October 23, 2019, and this Notice of Removal is being filed within 30 days of that date.

4.  Pursuant to 28 U.S.C. § 1446(a), Defendant Axon attaches to this Notice and incorporates by reference copies of the following papers, which are all of the process, pleadings, and orders served on it prior to its removal of this action:

    a.  Plaintiff's Complaint (Exhibit 1);

    b.  Plaintiff's First Set of Interrogatories and Request for Production to Axon Enterprise, Inc. (Exhibit 2).

5.  Defendant Axon hereby certifies that according to the Circuit Court of Virginia Beach docket, Defendant Nelson has not yet been served with the Complaint.  Accordingly, no consent is required pursuant to 28 U.S.C. § 1446(2)(A).

6.  Plaintiff demanded a jury trial in his Complaint filed in state court.

RESPECTFULLY SUBMITTED this 13th day of November, 2019

/s/ *Renee A. Danega*
Renee A. Danega, VA Bar No. 85752
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue N.W.
Suite 500
Washington, DC 20006-4623
Phone: (202) 371-6370
Fax: (202) 289-1330
Renee.Danega@btlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify on this 13th day of November, 2019, a true and correct copy of the foregoing was filed electronically. Notice of this filing will served via this Court's electronic filing system CMECF on the following attorneys of record. Parties may access this filing through the Court's system.

Further, I certify that a true and accurate copy of the foregoing was also deposited with the United States Postal Service on this 13th day of November, 2019 from 1717 Pennsylvania Avenue, N.W., Suite 500, Washington, DC, with first-class postage prepaid, and properly address for delivery to:


M. Scott Bucci
Breit Cantor Grana Buckner
7130 Glen Forest Drive, Suite 400
Richmond, Virginia 23226


By: _/s/ Renee A. Danega_____
Renee A. Danega

# Exhibit 1

VIRGINIA:

IN THE CIRCUIT COURT FOR VIRGINIA BEACH

SHAWN CURRAN,

        Plaintiff,

v.                  Case No. _____

AXON ENTERPRISE, INC.,

        <u>Serve:</u>
        Axon Enterprise, Inc.
        c/o Corporation Service Company, registered agent
        100 Shockoe Slip Fl. 2
        Richmond, VA  23219-4100

AXON ENTERPRISE, INC., d/b/a Taser International,

AXON ENTERPRISE, INC., formerly known as Taser International,

TASER INTERNATIONAL, INC.,

TASER,

and

RICHARD NELSON,

        Defendants.

<u>COMPLAINT</u>

Plaintiff, by counsel, seeking judgment and an award of execution, jointly and/or

severally, states as follows for his Complaint against Axon Enterprise, Inc., Axon

Enterprise, Inc. d/b/a Taser International, Axon Enterprise Inc., formerly known as Taser

International, Taser International, Inc., Taser (hereinafter referred to collectively as

"Axon"), and Richard Nelson:

1

JA-15

<u>Parties</u>

1.  Defendant Axon is a company that specializes in the manufacture and sale of law enforcement defense products, and also the training of law enforcement officers and civilians in the use of these products.  At all relevant times, Axon specialized in the manufacture, sale, and training of Taser products, which are conducted energy weapons that fire small barbed darts that are intended to puncture the skin of a target, and send an electrical current through the target designed to disrupt the voluntary control of the target, and is intended to be a non-lethal means to incapacitate a target.

2.  Defendant Richard Nelson was a Taser Master Instructor, and was an employee or agent of Axon and was acting within the scope of his employment or agency at all relevant times.

3.  Plaintiff Shawn Curran was a Master Police Officer with the Virginia Beach Police Department at all relevant times.

<u>Background</u>

4.  On December 14, 2017, Axon held a Taser Conducted Energy Weapon ("CEW") instructor course at the Virginia Beach Law Enforcement Training Academy ("LETA").  This was a two-day certification course where, upon completion, participants would be certified by Axon as Taser instructors to train other individuals to become certified.

5.  The CEW course required written course work, static drills, and active scenario based training.  Axon provides manuals and procedures which mandate how the course work, static drills, and scenario based training is to occur.

2

6. On December 14, 2017, the scenario based training, designed by Axon, occurred in the gymnasium section of LETA. Defendant Nelson set-up, oversaw, implemented, ran, and supervised the scenario based training. Defendant Nelson did not have a safety officer present when the scenario based training occurred.

7. In the scenario based training, several accordion style wrestling mats were placed on end, and were arranged as walls to form a large square by, or at the direction of, Defendant Nelson. The area inside the walls was the "hot zone" where the training utilizing the Taser weapon was supposed to occur, and the area outside the walls was the "safe zone" where no training was supposed to occur.

8. There were two participants, one of which was Plaintiff Curran, who were designated as aggressors by Defendant Nelson. The aggressors wore full safety suits and helmets which were very heavy and had limited ventilation.

9. In the scenario based training, the aggressors would wait just outside of the "hot zone" in one of four areas, outside of view of the participant. The participant would enter the "hot zone" with their eyes closed. They would then open their eyes, and the aggressor would enter the "hot zone" and approach the participant. The participant had to locate the aggressor, determine if the aggressor was a "threat," and if so shoot the Taser dart at the aggressor. The full safety suit and helmet worn by the aggressor protected him from being injured by the Taser dart.

10. All training was to occur within the "hot zone," and participants were not supposed to discharge their Taser outside of the walled "hot zone" in the "safe zone."

11. Prior to Plaintiff's incident, he and the other aggressor took turns acting as aggressor in the "hot zone." When they were waiting for their turn to act as aggressor

3

on the next participant and while positioned in the "safe zone," they would take their helmet off to get fresh air, as the suits became very hot. Defendant Nelson placed a designated recovery area in the "safe zone" for aggressors to recover after their turn. However, the recovery area for the aggressors was not located a safe distance from the "hot zone" – instead it was placed immediately adjacent to one of the walls of the "hot zone" just inside the "safety zone." Defendant Nelson was aware that while waiting in the recovery area the aggressors would remove their helmets. At no point did Defendant Nelson direct them not to remove their helmets or to take them off in a different area of the "safe zone" that was farther removed from the "hot zone."

12. Prior to Plaintiff's incident, there were several training episodes where an aggressor would "charge" the participant, and the participant would back far out of the "hot zone" and into the "safety zone," and discharge the Taser from the "safety zone." Defendant Nelson was present, actively managing and conducting the training, and was fully aware that on several occasions participants discharged their Taser from or in the "safe zone." At no time prior to Plaintiff's incident did Defendant Nelson intervene or advise participants to stop discharging the Tasers outside the "hot zone" and in the "safety zone," nor did he modify the configuration of the "hot zone" he had previously established to ensure that participants did not discharge their Taser from or in the "safe zone."

13. At one point, Plaintiff finished his role as the aggressor and sat in the area Defendant Nelson designated as the aggressor recovery stations in the "safe zone," just outside of the "hot zone," with his helmet off. Defendant Nelson began a training episode and the other aggressor "charged" the participant. As Defendant Nelson

4

JA-18

supervised, monitored and ran the training episode, the participant backed out of the "hot zone" and the aggressor followed. At no point did Defendant Nelson advise them to stop, cease fire, or otherwise terminate the training episode. When they were approximately 10 to 15 feet outside of the "hot zone" and in the "safe zone," the participant discharged the Taser. The metal probes missed the aggressor, and one of the probes struck Plaintiff Curran in his right eye while he was in his position at the designated recovery area within the "safe zone," causing catastrophic injuries.

### Count I – Negligence, Gross Negligence, and Willful and Wanton Negligence of Defendant Nelson and Vicarious Liability of Defendant Axon

14. The allegations set forth above are incorporated by reference.

15. At all times relevant hereto, Defendant Nelson was negligent, grossly negligent and willfully and wantonly negligent.

16. Among other things, Defendant Nelson failed to exercise reasonable care, failed to properly set up the training area, failed to have a designated safety officer present to assist with the scenario based training and ensure a safe training area, failed to properly supervise the scenario based training, failed to advise and require that participants not to discharge their Tasers in the "safe zone," failed to take any action after observing several participants exit the "hot zone" and back up into the "safe zone" and discharge their Tasers there, and failed to provide a safe recovery area for the aggressors to remove their helmets and obtain fresh air after their training episode had concluded.

17. A special relationship existed between Defendant Nelson and Plaintiff Curran. As a Taser Master Instructor in charge of the training exercise, he reasonably could have foreseen that he would be expected to take affirmative action to protect

5

participants, including Plaintiff Curran, if he knew or should have known that the training exercise was being performed in a haphazard and dangerous manner were participants were repeatedly discharging their Tasers in the "safe zone."

18. Defendant Nelson knew from past instances during the training exercise of participants discharging their Tasers in the "safe zone" that unless adequate precautions were taken participants were likely to continue discharging their Tasers in the "safe zone" and that such actions could lead to significant injury.

19. Defendant Nelson knew or should have known that the training exercise was being conducted in a haphazard and dangerous manner, and negligently failed to protect Curran from harm caused by a third party.

20. The negligence of Defendant Nelson constituted gross negligence, in that it showed such indifference to Plaintiff Curran as to constitute an utter disregard of caution amounting to a complete neglect of safety of Plaintiff Curran.

21. The negligence of Defendant Nelson constituted willful and wanton negligence, in that he acted consciously in disregard of another person's rights and acted with reckless indifference to the consequences to another person when he was aware of his conduct and was also aware from his knowledge of existing circumstances and condition that he conduct would probably result in injury to another.

22. At all relevant times, Defendant Nelson was acting within the scope of his employment or agency with Axon, and Axon is liable for the negligence, gross negligence and willful and wanton negligence of Defendant Nelson under the principles of respondeat superior or agency.

<u>Count II – Liability Of Axon For The Acts Of An Independent Contractor</u>

6

JA-20

23. The allegations set forth above are incorporated by reference, with the exception of Paragraph 2.

24. In the alternative, Defendant Nelson was an independent contractor of Axon.

25. The training scenario described above was work that Axon knew or should have recognized as likely to create a peculiar unreasonable risk of physical harm to others unless special precautions were taken.  Such special precautions included the creation and enforcement of "hot zones" and "safe zones," the forbidding of Tasers to be used in the "safe zone," having a separate safety officer present to supervise the scenario based training, having a recovery area for aggressors that was removed a safe distance from the "hot zone," and the use of a heavy full body suit and helmet for aggressors.

26. At all times relevant hereto, Defendant Nelson was negligent, grossly negligent, and willful and wantonly negligent for the reasons state above.

27. Axon is vicariously liable for the negligence, gross negligence, and willful and wanton negligence of Defendant Nelson.

<u>Count III – Negligence and Gross Negligence of Defendant Axon</u>

28. The allegations set forth above are incorporated by reference.

29. Axon was negligent and grossly negligent by, among other things, failing to adequately train Defendant Nelson, establishing training guidelines/requirements for the set-up and conduct of the active training scenarios that were unreasonably dangerous in that they failed to adequately protect participants not engaged in the training scenario and failed to ensure that all training involving the discharging of a Taser weapon was done within a secure "hot zone," failing to provide training weapons with tips that would

not cause injury, including loss of eyesight, if they struck a participant, and failing to adequately inform participants of the dangers involved in the Taser training program it designed, marketed, sold and implemented.

30. The negligence of Axon constituted gross negligence, in that it showed such indifference to Plaintiff Curran as to constitute an utter disregard of caution amounting to a complete neglect of safety of Plaintiff Curran.

<u>Compensatory Damages</u>

31. As a direct and proximate result of the actions, negligence, gross negligence, and willful and wanton negligence of the defendants described above, the plaintiff suffered the following damages: severe and permanent injuries; physical pain and mental anguish, including past, present, and that which he may reasonably be expected to suffer in the future; inconvenience, including past, present, and that which he may reasonably be expected to suffer in the future; medical expenses, including past, present, and that which he may reasonably be expected to suffer in the future; disfigurement and deformity and associated humiliation and embarrassment; loss of earnings and loss of earning capacity; permanent disability; and has otherwise been damaged.

WHEREFORE, the plaintiff, Shawn Curran, respectfully prays for judgment and an award of execution against the defendants, jointly and severally, in the sum of $10,000,000, plus pre-judgment interest from December 14, 2017, plus costs and other relief as may be warranted.

Trial by jury is demanded.

8

SHAWN CURRAN

By: _____
        Counsel

M. Scott Bucci, Esq. (VSB #42636)
Elliott M. Buckner, Esq. (VSB #45227)
Kevin Biniazan, Esq. (VSB #92109)
Breit Cantor Grana Buckner
7130 Glen Forest Drive, Suite 400
Richmond, Virginia  23226
Telephone:  (804) 644-1400
Facsimile:  (804) 644-9205
sbucci@breitcantor.com
ebuckner@breitcantor.com
kbiniazan@breitcantor.com

JA-23

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**SHAWN CURRAN,**

    **Plaintiff,**

    **v.**                                **CIVIL NO. 2:19cv617**

**AXON ENTERPRISE. INC. et al.,**

    **Defendants.**

**<u>ORDER</u>**

    This personal injury action arises from an incident that occurred on December 14, 2017, when Mr. Shawn Curran ("Plaintiff" or "Curran") attended defendant Axon Enterprise, Inc.'s[1] ("Defendant Axon") two-day Taser Conducted Energy Weapon certification course at the Virginia Beach Law Enforcement Training Academy. Plaintiff claims that during this scenario-based course, which was set-up, supervised, and run by defendant Richard Nelson—a Taser Master Instructor and an alleged employee or agent of Defendant Axon ("Defendant Nelson," together with Defendant Axon, "Defendants")—an unidentified participant discharged a Taser and the metal probes struck Plaintiff in his right eye causing serious injuries. ECF No. 1-1. Plaintiff's complaint alleges the following claims against Defendant Axon and Defendant Nelson: (1) negligence, gross negligence, and willful and wanton negligence against Defendant Nelson (Count I); (2) vicarious-liability against Defendant Axon as Defendant Nelson's employer (also in Count I); (3) alternatively, vicarious-liability against Defendant Axon for Defendant Nelson's negligence as an independent contractor (Count II); and (4) negligence and gross negligence against

---

[1] Defendant Axon is a company that specializes in the manufacture and sale of law enforcement defense products, and also the training of law enforcement officers and civilians in the use of these products.

1

Defendant Axon (Count III).  Defendant Axon and Defendant Nelson, in separate motions, seek to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim ("Motions to Dismiss").  ECF Nos. 8, 29.  Defendants' Motions to Dismiss were fully briefed and on October 29, 2020, this Court held a hearing via Zoom on such motions, with all parties were present through counsel.

Following oral argument of counsel, the Court **CONTINUED** Defendants' Motions to Dismiss (ECF Nos. 8, 29); and found that certain issues raised in the Defendants' Motions to Dismiss could not be addressed at the motion to dismiss stage.  Specifically, the Court held that it could not address the following questions without limited fact discovery—(1) whether Defendant Nelson was an employee, agent, or independent contractor of Defendant Axon; and (2) whether a special relationship existed between Defendant Nelson and Plaintiff Curran such that the Court could impose liability for the conduct of a third party.

Based on this finding, the Court ordered the parties the engage in limited discovery concerning the above-mentioned questions, with such discovery is to be completed within forty-five (45) days of the date of this Order.  The Court also acknowledged that any arguments concerning the above-mentioned questions after discovery must be presented as a motion for summary judgment.  As a result, the Court established the following briefing schedule:

1. The Defendants shall file any motions for summary judgment concerning the above-mentioned questions within sixty (60) days of the date of this Order;

2. The Plaintiff may file any responses to such motion for summary judgment within fourteen (14) days of the date that the Defendants' motions for summary judgment are filed;

3. The Defendants may each file a reply within seven (7) days of the date that the

JA-25

Plaintiff's responses are filed; and

4. A hearing concerning any motions for summary judgment has been set for February 4, 2021 at 10:30 a.m. via Zoom.

Additionally, the Court **FINDS** that it is in the interest of justice to continue Plaintiff's trial. Plaintiff's new trial date will be **RESET** during the February 4, 2021 hearing.  It is further **ORDERED** that the parties shall contact the chambers of The Honorable Magistrate Judge Douglas E. Miller in January 2021 to schedule a settlement conference.

**IT IS SO ORDERED**.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Norfolk, VA
October 29, 2020

JA-26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

SHAWN CURRAN,

        Plaintiff,

vs.

AXON ENTERPRISE, INC. et al.,

        Defendants.

Case No. 2:19-cv-617

**DECLARATION OF PETER BROWN**

I, Peter Brown, declare and state as follows:

1.     I am Associate Litigation and IP Counsel for Axon Enterprise, Inc. ("Axon").

2.     I have been involved in Axon's litigation in this case for the past year. As part of this work, I took the depositions of three officers who attended the December 2017 training at Virginia Beach Police Department ("VBPD") Academy and am familiar with matters of record in this case, the parties' document production, and the surveillance video of the subject training incident involving Plaintiff Shawn Curran ("Curran").

3.     Unless otherwise indicated below, the statements in this declaration are based on my personal knowledge or Axon's corporate records maintained in the ordinary course of business. If called upon to testify as a witness, I could provide competent testimony under oath.

4.     Below is an index of the exhibits cited in and submitted with Axon's brief in support of its Motion for Summary Judgment. Each Exhibit 2A – Exhibit 20 is a true and correct copy or, where applicable, a true and correct excerpt, of the referenced deposition transcripts, deposition

JA-27

exhibits, witness statements, and photographs and video evidence produced in this matter.  Any highlighting has been added for emphasis and convenience:

| Ex. No. | Date | Description |
|---|---|---|
| 1 | 12-27-20 | Declaration of Peter Brown |
| 2 | 12-27-20 | Declaration of Lamar Cousins |
| 2A | 02-14-18 | Kroll, M.W. et al, "Eye injuries from electrical weapon probes: Incidents, prevalence, and legal implications," *Journal of Forensic and Legal Medicine* 55 (2018) 52-57 |
| 3 | 06-22-20 | Excerpts from Shawn Curran Deposition |
| 4 | 12-21-18 | Virginia Beach Police Academy Training History for Shawn Curran (Depo. Ex. 1) |
| 5 | 06-22-20 | Excerpts from Richard Nelson Deposition |
| 6 | 08-05-16 | TASER Certified Instructor Independent Contractor Agreement with Richard Nelson (Depo. Ex. 37) |
| 7 | 12-14-20 | Nelson Responses to Axon's First Set of Requests for Admission |
| 8 | 12-15-17 | Elite Tactical Training Invoice to Axon (Depo. Ex. 29) |
| 9 | 07-03-20 | Excerpts from Lamar Cousins 30(b)(6) Deposition |
| 10 | 12-14-17 | Surveillance Video Still Images (from Depo. Ex. 41) |
| 11 | 12-14-17 | Training Photos (Depo. Ex. 22) |
| 12 | 12-14-17 | Mike Henry Witness Statement (AXON_CURRAN000170) |
| 13 | 12-14-17 | Shawn Pickard Witness Statement (AXON_CURRAN000166-167) |
| 14 | 01-01-16 | V.20 In-House Instructor Course PowerPoint Excerpts (Depo. Ex. 31) |
| 15 | 12-14-17 | Pete Slovensky Witness Statement (AXON_CURRAN000158) |
| 16 | 12-4/5-17 | Curran Online Training Module Report (Depo. Ex 18) |
| 17 | 12-4/5-17 | Axon Academy Screenshots V.20 Online Training (Depo. Ex. 19) |
| 18 | 03-01-13 | TASER CEW Law Enforcement Product Warnings (Depo. Ex. 16) |
| 19 | 01-23-15 | TASER Instructor Warnings, Risk, and Release Agreement (Depo. Ex 20) |
| 20 | 2015 | V.20 Instructor Applicant-Certification Requirements (Depo. Ex. 34) |

JA-28

5.       Deposition Ex. 41 is the full 48 minute 23 second surveillance video of the box drill scenarios from the VBPD Academy gymnasium on December 14, 2017. Exhibit 10 contains true and correct copies of four still photographs pulled from surveillance video at timestamps 33:52, 33:53, 34:10 and 34:12 relating to the specific box drill during which Curran was injured. Colored arrows have been added to identify the participants.

6.       The first two still photos identify Curran moving behind the blue mat and taking off his helmet; the third reflects the positions of the trainee and role-player in relation to Curran at the time of the CEW deployment; the fourth captures the moment after Curran was struck and fell to the floor revealing his position behind the mat. The entire scenario lasted approximately 10 seconds from when the role-player entered the box at 34:03 to when Curran is seen falling at 34:12.

7.       Review of the surveillance video demonstrates that numerous scenarios prior to Curran's injury extended outside the box created by the mats as reflected at timestamps 17:30, 23:00, 23:40, 25:40, 26:08, 28:35, 30:45, 31:20, 33:33. Curran is revealed as the role-player outside the box at 33:33 when he thereafter removed his helmet. The scenario at 25:40 depicts the participant positioning most similar to the Curran incident. The scenario at 23:40 also extended a similar distance outside of the box.

8.       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 27th, 2020, in Phoenix, Arizona.

_____
Peter Brown

3

JA-29

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

| | |
|---|---|
| SHAWN CURRAN, | |
| Plaintiff, | Case No. 2:19-cv-617 |
| v. | |
| AXON ENTERPRISE, INC. et al., | |
| Defendants. | |

**DECLARATION OF LAMAR COUSINS**

I, Lamar Cousins, declare as follows:

1.      I am the Acting Director of Training for Axon Enterprise, Inc. ("Axon"), formerly known as TASER International, Inc. I have been an Axon employee since March 2019 when I joined as Operations Manager for TASER Training. Prior to that, between 1989 and 2015, I was a sworn police officer for the City of Rochester Police Department in New York. I was certified as a TASER Master Instructor in 2004, became a Senior Master Instructor in 2009, and joined Axon's Training Advisory Board in 2011. My roles as a TASER Master and Senior Master Instructor and Training Advisor Board member were as an independent contractor.

2.      Unless otherwise indicated below, the statements in this declaration are based on my personal knowledge or Axon's corporate records maintained in the ordinary course of business. If called upon to testify as a witness, I could provide competent testimony under oath.

3.      Axon is the world's leading manufacturer of TASER® conducted energy weapons ("CEWs"). As of December 2019, Axon has sold more than 1 million CEWs in 107 countries to more than 18,000 law enforcement and military agencies. To date, there have been nearly 7 million

JA-31

human CEW applications, including more than 4.1 million CEW field use/suspect applications and 2.7 million CEW training/voluntary applications.

4.    Despite this large number of CEW deployments, eye injuries from the deployed metal probes are "rare", as stated in Kroll, M.W. et al, "Eye injuries from electrical weapon probes: Incidents, prevalence, and legal implications," *Journal of Forensic and Legal Medicine* 55 (2018) 52-57) ("Kroll", Ex. A attached). According to this peer-reviewed publication, the risk of a penetrating eye injury from CEW probes in the field is reported to be approximately 1 in 123,000 based on only 28 known incidents out of an estimated 3.44 million field deployments at the time of publication. The paper separately reports only 2 eye injuries from unintentional CEW deployments during law enforcement training, neither of which occurred during scenario-based training (Kroll at 56). Curran's eye injury is the only other such training injury known to Axon.

5.    The lead author on this paper, Mark W. Kroll, Ph.D., is a biomedical engineer who has served on Axon's Scientific and Medical Advisory Board since its inception in May 2004. Dr. Kroll and others within Axon track CEW injury reports from a variety of sources: medical case reports, the media, customer incident reports, and feedback from its extensive instructor network. Axon maintains a database and index of all published CEW-related medical and scientific literature, including the Kroll eye injury article, in the normal course of its business to inform its executives, engineers, and training department of safety, warning, and protocol requirements.

6.    To aid its law enforcement customers in understanding CEW technology, risks, and safe use best practices, Axon launched its TASER CEW Instructor Training Program in 1999. Axon trains and certifies agency trainers as CEW instructors, who then train CEW end users within their own departments. In December 2017 the X26, X26P, and X2 CEW instructor course for new

JA-32

instructors consists of 4 hours of online coursework and 16 hours of instruction with a TASER Master Instructor.

7.     While Instructors certify end-users, Master Instructors certify Instructors. Axon's Master Instructor School is a comprehensive 5-day, 40-hour training program. Recertification is required every 2 years.

8.     To be certified as a TASER Master Instructor, the applicant must meet certain experience, skill, and reputational criteria, including:

- a minimum of 5 years of experience in law enforcement or the military,
- 2 years as a certified TASER CEW instructor,
- having presented at least 12 CEW user programs,
- complete an application,
- provide a letter of recommendation from a commanding officer,
- be accepted into the program, and
- satisfactorily complete the Master Instructor Program, which includes skills training, an instructor interview, written examinations, etc.

9.     Since 2004, Axon has sponsored 7,527 CEW Instructor and 39 Master Instructor courses attended by more than 148,000 instructor applicants. Axon's extensive instructor network keeps TASER CEW training current with the best available CEW field-use information, including CEW-associated injuries.

10.    Axon's Training Advisory Board was formed in May 2003 and meets quarterly to provide guidance on TASER training. The Training Advisory Board generally consists of seven active or retired law enforcement officers of various ranks from different parts of the United States and Canada. Members of the Training Advisory Board also serve as Senior Master Instructors at Axon's Master Instructor School and selectively conduct quality control checks on Master Instructors during instructor courses to verify protocol compliance and ensure the instructor is competent and effective.

JA-33

11.     Axon regularly updates its warnings and training materials to keep current with the best available medical, scientific and CEW field-use information.  Axon utilizes its Training Advisory Board and Scientific and Medical Advisory Boards, and others, to develop best practices, evaluate product risks and safety margins, and to design and/or recommend testing.

12.     I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

13.     Executed this 27th day of December, 2020 in Scottsdale, Arizona.


_____
Lamar Cousins

4

JA-34

# Exhibit 2A

Journal of Forensic and Legal Medicine 55 (2018) 52–57



Contents lists available at ScienceDirect

# Journal of Forensic and Legal Medicine

journal homepage: www.elsevier.com/locate/yjflm



Research Paper

# Eye injuries from electrical weapon probes: Incidents, prevalence, and legal implications



Mark W. Kroll[a,*], Mollie B. Ritter[b], Eric A. Kennedy[c], Nora K. Silverman[d], Roman Shinder[d], Michael A. Brave[e], Howard E. Williams[f]

[a] Biomedical Engineering, University of Minnesota, California Polytechnical Institute, United States
[b] Piedmont Health System, Atlanta, GA, United States
[c] Biomedical Engineering, Bucknell University, Lewisburg, PA, United States
[d] Department of Ophthalmology, SUNY Downstate Medical Center, Brooklyn, NY, United States
[e] LAAW International, LLC, United States
[f] School of Criminal Justice, Texas State University, San Marcos, TX, United States

## ARTICLE INFO

Keywords:
Blind
CEW
ECD
Electrical weapon
Eye injury
TASER

## ABSTRACT

Purpose: While generally reducing morbidity and mortality, electrical weapons have risks associated with their usage, including burn injuries and trauma associated with uncontrolled fall impacts. However, the prevalence of significant eye injury has not been investigated.

Methods: We searched for incidents of penetrating eye injury from TASER® conducted electrical weapon (CEW) probes via open source media, litigation filings, and a survey of CEW law-enforcement master instructors.

Results: We report 20 previously-unpublished cases of penetrating eye injury from electrical weapon probes in law-enforcement field uses. Together with the 8 previously published cases, there are a total of 28 cases out of 3.44 million field uses, giving a demonstrated CEW field-use risk of penetrating eye injury of approximately 1:123 000. Confidence limits [85 000, 178 000] by Wilson score interval. There have been 18 cases of total unilateral blindness or enucleation. We also present legal decisions on this topic.

Conclusions: The use of electrical weapons presents a rare but real risk of total or partial unilateral blindness from electrical weapon probes. Catastrophic eye injuries appear to be the dominant non-fatal complication of electronic control.

## 1. Introduction

Electronic control with a conducted electrical weapon (CEW) has broad acceptance with law-enforcement as the preferred less-lethal force option due to its proven injury reduction compared to other control tools. Large prospective studies find subject injury rate reductions of about 65%.[1] This is consistent with a 2/3 reduction in fatal police shootings where CEW usage is not overly restricted.[2] A prospective study found that 5.4% of CEW uses clearly prevented the use of lethal force by police.[3] Of the 310 000 annual CEW field uses, 1 in 3500 is involved in a non-firearm arrest-related death (ARD) vs. the baseline ARD rate of 1:1000.[4] CEWs are also reported as the most effective force option with up to ~75% of uses being effective, from mere presentation, without the need for CEW deployment or discharge.[5]

The short-duration (60–110 μs) electrical pulses applied by CEWs are engineered to stimulate Type A-α motor neurons to control skeletal muscles but with minimal risk of stimulating cardiac myocytes.

Effective application of a CEW causes a loss of regional muscle control and can result in an uncontrolled fall to the ground to end a potentially violent confrontation.[6,7]

Despite documented decreases in injuries to suspects, the use of electrical weapons have rare, but significant, risks, including fatalities from falls and burns.[8–10] CEWs launch probes with darts, and, hence, there is a risk of significant eye injury. See Fig. 1. The goal of this paper is to present the risks of such injury and discuss the present warnings and legal decisions.

A CEW has both LASER and fixed aiming sights. The X26 CEW series has a single LASER that approximately aligns with the top probe. The lower probe is launched at a separation angle of 8° below the LASER line as shown in Fig. 2. To obtain significant motor-nerve mediated neuromuscular incapacitation there must be a probe separation of at least 30 cm (12 in) on the front of the body.[6] This required probe spread increases the risk of facial impact and eye injury due to dart penetration and impact from the main probe body (see Fig. 3).

* Corresponding author.
 E-mail address: mark@kroll.name (M.W. Kroll).

https://doi.org/10.1016/j.jflm.2018.02.013
Received 6 August 2017; Received in revised form 2 January 2018; Accepted 11 February 2018
Available online 14 February 2018
1752-928X/ © 2018 Elsevier Ltd and Faculty of Forensic and Legal Medicine. All rights reserved.

*M.W. Kroll et al.*

*Journal of Forensic and Legal Medicine 55 (2018) 52–57*



**Fig. 1.** X26(E) CEW during probe deployment.



**Fig. 2.** The lower probe is launched at an angle of 8° below the LASER line.



**Fig. 3.** Single-shot probe as used in X26 models. Dart portion is 13 mm long; other version has 9 mm dart.

## 2. Methods

We searched open source media (Google News) and legal databases (Westlaw) for cases of ocular probe penetrations up to 1 Aug 2017. In addition, a survey was sent to 507 Axon (fka TASER) Inc. Master Instructors in the manufacturer's database, and 128 completed the survey. Master Instructors are responsible for the training of the 20 500 certified basic instructors at the various agencies. Larger agencies such as London Metropolitan and Los Angeles Police Departments have their own Master Instructors but smaller agencies share regional ones. These responding instructors covered 52% of CEW-adopting agencies, and we believe that these responders had knowledge of most of the dramatic incidents in those agencies. The results were then cross-referenced to the 12 published injury case reports (comprising 8 globe penetrations and 4 peri-ocular landings of probes) to eliminate duplications (of which there was only 1).

We used the manufacturer's estimate of worldwide field uses for the denominator. The statistical model has been published and the number is updated on their website.[11] The Wilson score interval was used for estimating the binomial proportion confidence interval.

## 3. Results

We found 20 cases of penetrating eye injury that had not been previously reported in the indexed medical literature. There were 15 from open source media, 3 from legal databases, and 2 from the instructor survey. See Table 1 for the listing. The searches also developed 4 injury cases that did not involve field-use but were due to law enforcement officer and civilian accidents.

Including the 8 previously published cases, there were 28 such injuries out of 3.44 million field uses, giving a demonstrated risk of approximately 1:123 000. Confidence limits [85 000, 178 000] by Wilson score interval. The mean age (for the new cases) was 30.3 ± 11.7 years; combined with the published cases the mean age was 31.1 ± 12.1 years. Both age distributions are consistent with the typical CEW-force recipient according to Strote (32.0 ± 10.7).[12]

In combination with the 8 published case reports we report 12 enucleations and 6 cases of complete blindness and thus the majority (18/28) resulted in a loss of vision. In total there have been 7 cases of partial blindness, and 2 cases of normal vision after successful surgical repair. (There was a case lost to follow-up after a surgical repair attempt.) With 18 identified cases, there is a risk of .64, CI [0.47–0.82] for unilateral blindness or enucleation from a penetrating eye injury, primarily from globe rupture. See Table 2 for summary.

JA-37

*M.W. Kroll et al.*                                                                                                    *Journal of Forensic and Legal Medicine 55 (2018) 52–57*

**Table 1**
Penetrating globe injury field use cases.

| Year | Age | Sex | State | Source | Code | Case# in Appendix or Citation [superscript] |
|------|-----|-----|-------|--------|------|------|
| 2004 | 50 | M | AU | CR | N | 28 |
| 2005 | 21 | M | CA | Media | P | 1 |
| 2005 | 21 | M | OR | CR | P | 29 |
| 2007 | 27 | M | TX | Survey | B | 2 |
| 2007 | 18 | M | CA | Media | P | 3 |
| 2008 | 24 | M | CA | Legal | B | 4 |
| 2008 | 25 | M | Ont | CR | N | 30 |
| 2008 | 46 | M | KR | CR | E | 31 |
| 2009 | 43 | M | TN | Legal | E | 5 |
| 2009 | 26 | M | MO | CR | E | 32 |
| 2011 | 52 | M | PA | Media | E | 6 |
| 2011 | 19 | M | TX | Media | B | 7 |
| 2011 | 34 | M | NM | Survey | P | 8 |
| 2011 | 27 | M | FL | Media | E | 9 |
| 2012 | 47 | F | TX | CR | ? | 33 |
| 2013 | 24 | M | OH | Media | P | 10 |
| 2013 | 22 | M | FL | Media | B | 11 |
| 2014 | 36 | F | QU | Media | E | 12 |
| 2014 | 55 | M | Sctl | Media | E | 13 |
| 2014 | 31 | M | CA | Media | E | 14 |
| 2014 | 21 | M | WA | Media | B | 15 |
| 2014 | 24 | M | NY | CR | E | 34 |
| 2014 | 36 | M | TX | CR | E | 35 |
| 2015 | 22 | F | MO | Media | P | 16 |
| 2015 | 26 | M | AL | Legal | E | 17 |
| 2015 | 20 | M | QU | Media | B | 18 |
| 2015 | 53 | M | FL | Media | E | 19 |
| 2017 | 31 | M | NY | Media | E | 20 |

CR = Case Report. Ont = Ontario, Canada. Sctl = Scotland. QU = Queensland, Australia. N = normal vision. P = partial blindness (pinhole or blurred vision). B = blindness, E = enucleation.

**Table 2**
Summary of outcomes of penetrating injury.

| | Enucleation | Blindness | Partial Blindness | Normal Vision | Unknown | Total |
|------|------|------|------|------|------|------|
| New Cases | 8 | 6 | 6 | 0 | 0 | 20 |
| Published case reports[28–35] | 4 | 0 | 1 | 2 | 1 | 8 |
| Total | 12 | 6 | 7 | 2 | 1 | 28 |

Our survey of master instructors found only 2 additional cases that were not found in media and legal databases or that were previously published. We assume that master instructors would be aware of all dramatic incidents in the agencies that they are responsible for. Based on the survey response rate of 25% (128/507) covering 52% of agencies, we speculate that there may be another 2–6 unreported cases — probably not involving blindness or enucleation.

A surprising finding was the 4 accidental deployments resulting in globe penetrations of officers or a family member. These 4 incidents are not included in the risk statistics as there is no meaningful denominator; they are summarized at the end of the Appendix.

## 4. Discussion

We believe that this paper represents the first systematic analysis of the risk of penetrating eye injury from electrical weapon probes. We found 20 previously-unpublished cases of penetrating eye injury due to CEW probes during official usage. In combination with the 8 published case reports we report 12 enucleations and 6 cases of complete blindness and thus the majority (18/28) resulted in a loss of vision.

Prospective injury studies have not reported eye injuries from CEW

probes.[13,14] Given the low rate of such injuries and the total cases analyzed (1705) this is to be expected.

Globe penetration and rupture may not be the only mechanism by which a CEW probe could damage the eye. Electroporation from the voltage spikes of CEWs has been suggested as a possible means of tissue injury. This has been well studied and electroporation effects appear to be limited to < 1 mm from the probes where it helps sterilize the probes.[15,16] We suspect that there may have been some confusion caused by the misunderstanding that CEWs deliver 50 000 V to the body vs the actual 600 V seen with typical physiological loads.[17] Case-report authors could then draw on the lighting and powerline injury literature to expect remote electrical damage to the eye.[18]

We remain open-minded but somewhat skeptical of the occasional hypothesis of non-penetrating electrical eye injuries from electrical weapons such as subretinal hemorrhage or cataracts.[19,20] This is for two reasons: (1) The electrical output (< 2 W) appears too low to cause such damage, and (2) cases such as that reported by Jey et al., where there was a peri-ocular probe yet no reduction in vision.[21]

We have recently reported on 4 non-fatal major burn injuries from CEW-exposure with gasoline fumes present.[10] With the present 18 case of unilateral blindness and enucleation, it appears that these penetrating eye injuries may be the dominant major crippling injury risk demonstrated with electronic control. While head-injuries from falls are reported, there have been no published estimates of *non-fatal* chronic brain injury so that prevalence is unknown.[8,22]

### 4.1. Warnings and legal issues

No court decisions on CEW-induced eye injury were found in the legal databases for the United Kingdom, Australia, and Canada. Hence, the legal discussion below focuses on US rulings.

The major manufacturer, Axon, warns that CEWs are not precision-aimed weapons:

Warning: Probes may deviate. CEWs are not precision-aimed weapons. Probe discharge, flight trajectory, and impact location can be affected by numerous factors, including cartridge or probe accuracy; failure of cartridge to properly deploy; strong air movements; user and subject movements; ...

In *Forrest v Prine*, in a jail cell setting, a CEW was aimed at the subject's upper back, but a probe ended up striking him in the face due to his sudden (head spinning) movement "like a duck."[23] The Court concluded that a police officer is not expected to always precisely hit his target when the target is moving.

Projectile eye-injury cause-and-effect is common knowledge and should not require a specific warning. However, the major manufacturer, Axon, warns:

Warning: Eye Injury Hazard. A TASER probe, electrode, or electrical discharge that contacts or comes close to an eye can result in serious injury, including permanent vision loss. DO NOT intentionally aim a CEW, including the LASER, at the eye of a person or animal without justification.

In September 2009, the company lowered the preferred point of aim from the torso center to lower-center in part to lessen the risk of probe placement into undesirable areas, including the head and face. See Fig. 4. The officer's objective in launching the projectile, the targeting point, and the totality of circumstances are important components in determining whether a projectile affecting the eye is legally justifiable or not.

These issues are not confined to electrical weapons. For example, the JPX pepper-spray gun pyrotechnically launches an 11 cc charge of OC (Oleoresin Capsicum) at a high velocity of ~170 mps (570 fps) for an effective range of 7 m (23 ft). The muzzle energy is 160 J compared to the 2.6 J of a typical CEW probe. The high energy drives the OC deeper into the skin than an aerosol propellant would. In 2012, a

JA-38

*M.W. Kroll et al.*          *Journal of Forensic and Legal Medicine 55 (2018) 52–57*



**Fig. 4.** Preferred targeting was lowered to lower center mass in September 2009.

California officer effected a traffic stop of a female driver and ended up shooting her from a distance of < 30 cm (1 ft), in violation of the JPX warned 1.5 m (5 ft) minimum safety distance.[24] The parties disputed whether she was hit in the face or in the side of the head but her right eye was "ripped apart" and the left eye was severely damaged leading to bilateral blindness. The Police Department determined that the officer's use of the JPX was an unreasonable and excessive use of force. As a result, he was terminated from employment and indicted for felony assault by a public officer, and assault with a deadly weapon among other things.

A fundamental issue for excessive force is the intent of the officer. There are several categories of intent, including:

1. **Intentional: Intentional CEW deployment to the head, dart striking the eye.** In *Stephens v. City of Tarrant (our case #17)*, an officer had been chasing the fleeing criminal subject, reported to be armed with a firearm.[25] Stephens alleges that he fell to the ground prone, unarmed and unresisting, and the officer caught up to him and shot him in the face with his CEW so that a probe punctured the right eyeball. The pursuing officer states that the fleeing Stephens stopped and turned around in an aggressive stance and the officer aimed for lower center mass. Under the officer's version, the use of the CEW was objectively reasonable under the totality of the circumstances as reasonably perceived by the officer. Under plaintiff's version the officer's CEW deployment would not be objectively reasonable.

2. **Negligent: Improper handling of CEW resulting in dart in eye.** In *Khansari v. City of Houston (our case #7)*, plaintiffs alleged that the officers did not aim their CEWs at subject's head or eye but because of improper handling, they caused a probe to deploy in the direction of subject's eye, which was negligent.[26] Simple negligence does not reach the level of a U.S. Constitutional rights deprivation. However, in some states negligence by an officer can be a legal cause of action.

3. **Indiscriminate: Undifferentiated targets.** In *Nelson v. City of Davis* an officer, shooting pepperballs into a crowd, struck a college student in the eye with a pepperball without any warning, causing him multiple surgeries, and permanent eye injuries.[27] According to the student, he did not disobey police orders (which were not even given until after the projectile was shot), but was merely part of a large party that police were trying to break up. Indiscriminate intentional launching of projectiles into a crowd (without individual threat justification) will foreseeably rise to the level of a Constitutional violation.

An intentional CEW probe in the eye is a serious event requiring significant legal justification. Officers are prohibited from intentionally targeting a subject's head, including face and eyes, unless the subject is reasonably perceived as an immediate threat of death or serious bodily harm to officers or others, not just himself (*e.g.* suicidal). In most US jurisdictions, officers have enhanced thresholds for using force against a suicidal subject who is not an immediate significant threat to officers or others. Where the sole justification — for the apprehension of a subject — is preventing self-harm, the government has little interest in using force.

## 5. Limitations

A prospective experimental study would generate superior data compared to our retrospective data. However, a relevant experiment would have difficulty obtaining ethical approvals.

There is no national database that records data in such incidents, so secondary sources are the only sources of information available to identify the relevant cases. Also, primary sources of data, such as police reports are not available in all states and countries, depending on their public information laws. Police reports, and news accounts are also subject to bias. US hospital records are protected by the US Federal HIPAA privacy law. Most likely due to the sensationalistic nature and litigation potential of such incidents, there does not appear to be significant underreporting of penetrating eye injury from CEW probes.

Due to the extensive media coverage of any arrest-related-catastrophic injury, we are confident that we have missed few enucleation cases. For the less-severe cases, our confidence decreases with the decreasing severity. Based on the few new cases found by the Master Instructor survey, we estimate that there are another 2–6 partial blindness cases that we failed to find.

We also note that the sampling frame is less rigorous than we would prefer. However, there is no practical alternative. We invested significant time searching open records sources to identify cases for this study. We focused our examination on those cases when the electrical weapon use resulted in an eye injury. Those instances are very rare, but they are critically important to understanding the risks of using such weapons.

## 6. Conclusions

We report 20 previously-unpublished cases of penetrating eye injury from electrical weapon probes in law-enforcement field uses. With the 8 previously published cases there have been a total of 28 such cases out of 3.44 million field uses, giving a demonstrated CEW field-use risk of penetrating eye injury of 1:123 000 uses. There have been 18 identified cases of unilateral blindness or enucleation, giving a risk of .64, CI [0.47–0.82] from a penetrating eye injury, primarily from globe rupture.

## Disclosures

MWK is a member of the corporate and scientific advisory boards of Axon (fka TASER) who partially funded this work. MAB is litigation counsel for Axon and Member/Manager of LAAW, LLC. HEW is a retired police chief and received a speaking honorarium from Axon. MWK, MAB, and HEW have done expert witnessing in use-of-force cases. MBR, EAK, NKS, and RS report no conflicts.

JA-39

M.W. Kroll et al.                                                                                                 Journal of Forensic and Legal Medicine 55 (2018) 52–57

**Appendix. Summaries of previously unpublished cases**

*CEW field deployments (unintentional Probe-Eye contacts)*

1. A 21-year-old deaf and mentally disabled man was involved in a disturbance with his girlfriend. When officers arrived, he began to walk away and then turned toward police with a hand in his jacket pocket. He failed to comply with officers' orders to stop and show his hands. An officer deployed his CEW, and a probe struck the man in the left eye. He suffered permanent blindness.
2. A 27-year-old-male subject ducked to tackle an officer while the officer deployed his CEW. A probe hit the subject in the eye. The suspect then pulled the probe from his eye and ran away. The subject was re-arrested weeks later by the same officer and reported only mildly blurred vision in the injured eye.
3. An 18-year-old suicidal male called police. The man had departed his residence before officers arrived, but they found him nearby driving his vehicle away. The officers eventually cornered his vehicle, but he resisted their efforts to remove him. During the struggle, an officer deployed a CEW striking the man in the eye. He suffered permanent partial blindness.
4. A severely intoxicated (0.31% BAC) 24-year-old man was being sought for domestic violence. He walked briskly toward a police officer and refused commands to stop. The officer recalled that the top probe was aimed at the center of the chest, but instead it landed in the right eye. The subject denied the presence of a probe in his eye even after being informed of this. Emergent non-consented surgery for globe rupture revealed that the probe was firmly implanted through the temporal sclera and corneal limbus and was attached to the posterior sclera choroid and retina. After surgery and retinal healing, right-eye vision was 20/200.
5. A 43-year-old suicidal male suffering from depression and other mental disorders and holding a knife, was on the front porch of his residence. An officer deployed CEW probes contacting the subject's chest and left eye. After 3 unsuccessful surgeries, the damaged eye was removed.
6. A 52-year-old mentally-ill male was creating a disturbance. When officers arrived, he was combative so an officer deployed his CEW probes striking the man in his right eye. The eye was later removed.
7. Parents of a suicidal 19-year-old male called police for assistance. During a confrontation in their front yard, an officer deployed a CEW, with a probe striking the subject in the right eye. The man pulled the probe from his eye and went back into the house. He was later subdued, but lost vision in the eye.
8. An officer deployed his CEW as a 34-year-old male charged him. The subject ducked and was struck in the left eye. Physicians removed the probe and he suffered partial blindness.
9. Police responded to a fight that had spilled out of a bar. An officer on horseback said he tried to have his horse shoulder the fighters apart and told them to stop, but they ignored him. The officer then aimed his CEW at the primary aggressor's right lower shoulder blade and yelled, "Taser! Taser! Taser!" As the officer deployed the CEW, the 27-year-old man turned toward him and ducked down. He ended up being hit by the prongs in the shoulder and right lower eye lid. The retina of his right eye was torn and had to be surgically lasered together leaving him with partial blindness.
10. A 24-year-old male was asleep in his pickup truck when officers attempted to awaken him. When they tried to remove him from the truck, he resisted. A deputy deployed his CEW, striking the man in his right eye. The man later filed a lawsuit claiming to have severely limited vision in that eye.
11. A 22-year-old male was involved in a disturbance in front of a bar. When an officer approached, the man was holding a handgun. When the subject refused to drop the gun, the officer deployed his CEW, striking the man in the right eye resulting in permanent blindness.

12. An intoxicated 36-year-old female became upset and created a disturbance following a visit from her social worker. When police arrived at her home, she threatened them with a broken table leg with protruding nails. An officer deployed his CEW and a probe struck the woman in her left eye, leading to removal of the eye.
13. A 55-year-old suicidal male armed with a large knife locked himself in his bathroom. When officers arrived, the man refused to drop his knife. Officers deployed a pyrotechnic distraction device and then a CEW. A probe penetrated the man's eyeglasses and lodged in his left eye. The injury required removal of the eye.
14. A 31-year-old male and 2 other people were sitting in a vehicle when officers approached. The officers, smelling burning marijuana, spoke with the occupants and ordered them to get out. A struggle ensued with the man, and officers deployed a CEW with a probe striking the man in his left eye leading to its eventual removal.
15. An officer ordered a 21-year-old driver to return to his vehicle, but he ran towards his house. The officer grabbed the driver by his sweatshirt, and a struggle ensued. The officer deployed his CEW and a probe struck the man in his left eye, resulting in loss of sight in that eye.
16. A 22-year-old schizophrenic female threw a bottle at another woman's car who then started fighting the female with help from a 3rd woman. An officer arrived and stopped the assault, but the female then turned on her attackers. When she refused the officer's orders to stop, he deployed his CEW. A probe struck her in the left eye, apparently due to her erratic movements. The injury required several surgeries to repair, and she has partial blindness.
17. A 26-year-old male received a probe in the right eye during an arrest and it punctured the eye. It was removed and the man is serving a 20-year prison sentence, awaiting an ocular prosthesis.
18. Police were called to a residence after reports of a mentally ill 20-year-old male threatening others with knives. The man charged at police with a knife. An officer deployed his CEW, which caused the man to drop the knife. However, when he picked up a second knife, the officer deployed a second CEW cartridge, this time striking the man in the left eye. The eye was salvaged, but the man lost his vison in that eye.
19. A 53-year-old suspect in the disappearance of a woman and their 9-year-old daughter lost his right eye after police attempted electronic control as he stabbed himself in the neck with a box cutter while sitting in his truck in a parking lot. The man was hit in the eye after he raised the box cutter, which deflected the CEW probe. The right eye had to be removed.
20. Police responded to a NY City call of a wife-beating. When the officers arrived, the assault was still going on, with the wife holding the couple's 2-year-old daughter. At that point, the suspect punched a sergeant in the face, cutting his chin. The sergeant then deployed his CEW at the suspect, but it did not work. Then another officer deployed his CEW, with a dart striking the man in the chest and the other in his right eye. The suspect was charged with assault, assaulting a police officer, resisting arrest and acting in a manner injurious to a child. His eye was removed.

*Law enforcement training unintentional CEW deployment incidents*

*(not included in statistical analysis)*

1. A 27-year-old officer accidentally discharged a probe into her own eye with permanent reduced vision.
2. During training, an officer pulled his CEW trigger to verify battery operation. He then inserted a cartridge before the 5-s cycle ended, thus accidentally deploying the probes. A probe struck his left eye. Surgery was planned to remove the probe from the eye.

JA-40

*M.W. Kroll et al.*

*Journal of Forensic and Legal Medicine 55 (2018) 52–57*

*Non-training unintentional CEW deployments*

*(not included in statistical analysis)*

1. A police officer was showing his 14-year-old stepdaughter how to spark-test a CEW when it deployed the probes and a probe struck her in the eye. The girl had a blind spot in her right eye and is expected to have cataracts requiring surgical correction. The officer pleaded guilty to 2 misdemeanor counts — knowing and reckless child abuse resulting in bodily injury and prohibited use of a weapon.

2. A 2-year old girl was struck in the eye by a CEW probe deployed by siblings. The probe was removed by a trauma surgeon. Despite rapid intervention, the child now has a shrunken nonfunctioning eye.

## References

1. MacDonald JM, Kaminski RJ, Smith MR. The effect of less-lethal weapons on injuries in police use-of-force events. *Am J Public Health.* 2009;99(12):2268–2274.
2. Ferdik FV, Kaminski RJ, Cooney MD, Sevigny EL. The influence of agency policies on conducted energy device use and police use of lethal force. *Police Q.* 2014 1098611114548098.
3. Eastman JL, Metzger JC, Pepe PE, et al. Conductive electrical devices: a prospective, population-based study of the medical safety of law enforcement use. *J Trauma.* 2008;64(6):1567–1572.
4. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? *Circulation.* 2014;129(1):93–100. http://dx.doi.org/10.1161/CIRCULATIONAHA.113.004401.
5. Grove N, Grove C, Peschel O, Kunz S. Welfare effects of substituting traditional police ballistic weapons with non-lethal alternatives: medico-economic comparative study. *Rechtsmedizin.* 2016;26(5):418–424. http://dx.doi.org/10.1007/s00194-016-0117-y.
6. Ho J, Dawes D, Miner J, Kunz S, Nelson R, Sweeney J. Conducted electrical weapon incapacitation during a goal-directed task as a function of probe spread. *Forensic Sci Med Pathol.* 2012;8(4):358–366. http://dx.doi.org/10.1007/s12024-012-9346-x.
7. Criscione JC, Kroll MW. Incapacitation recovery times from a conductive electrical weapon exposure. *Forensic Sci Med Pathol.* 2014;10(2):203–207. http://dx.doi.org/10.1007/s12024-014-9551-x.
8. Kroll MW, Adamec J, Wetli CV, Williams HE. Fatal traumatic brain injury with electrical weapon falls. *J Forensic Leg Med.* 2016;43:12–19. http://dx.doi.org/10.1016/j.jflm.2016.07.001.
9. Clarke C, Andrews SP. The ignitability of petrol vapours and potential for vapour phase explosion by use of TASER(R) law enforcement electronic control device. *Sci Justice.* 2014;54(6):412–420. http://dx.doi.org/10.1016/j.scijus.2014.04.004.
10. Kroll M, Ritter M, Williams H. Fatal and non-fatal burn injuries with electrical weapons and explosive fumes. *J Forensic Leg Med.* 2017;50:6–11.
11. Brewer J, Kroll M. Field statistics overview. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law.* New York City: Springer-Kluwer; 2009.
12. Strote J, Walsh M, Angelidis M, Basta A, Hutson HR. Conducted electrical weapon use by law enforcement: an evaluation of safety and injury. *J Trauma.* 2010;68(5):1239–1246. http://dx.doi.org/10.1097/TA.0b013e3181b28b78.
13. Bozeman WP, Hauda 2nd WE, Heck JJ, Graham Jr DD, Martin BP, Winslow JE. Safety and injury profile of conducted electrical weapons used by law enforcement officers against criminal suspects. *Ann Emerg Med.* 2009;53(4):480–489. http://dx.doi.org/10.1016/j.annemergmed.2008.11.021.
14. Bozeman WP, Stopyra JP, Klinger DA, et al. Injuries associated with police use of force. *J Trauma Acute Care Surg.* 2017. http://dx.doi.org/10.1097/TA.0000000000001783.
15. Gowrishankar TR, Esser AT, Smith KC, Burns SK, Weaver JC. In silico estimates of cell electroporation by electrical incapacitation waveforms. *Conf Proc IEEE EMBC.* 2009;2009:6505–6508. http://dx.doi.org/10.1109/IEMBS.2009.5333138.
16. Kroll MW, Ritter MB, Guilbault RA, Panescu D. Infection risk from conducted electrical weapon probes: what do we know? *J Forensic Sci.* 2016;61(6):1556–1562. http://dx.doi.org/10.1111/1556-4029.13148.
17. Dawes DM, Ho JD, Kroll MW, Miner JR. Electrical characteristics of an electronic control device under a physiologic load: a brief report. Pacing and clinical electrophysiology. *PACE.* 2010;33(3):330–336. http://dx.doi.org/10.1111/j.1540-8159.2009.02612.x PACE2612 [pii].
18. Saffle JR, Crandall A, Warden GD. Cataracts: a long-term complication of electrical injury. *J Trauma.* 1985;25(1):17–21.
19. Sayegh RR, Madsen KA, Adler JD, Johnson MA, Mathews MK. Diffuse retinal injury from a non-penetrating TASER dart. *Doc Ophthalmol.* 2011;123(2):135–139. http://dx.doi.org/10.1007/s10633-011-9287-9.
20. Seth RK, Abedi G, Daccache AJ, Tsai JC. Cataract secondary to electrical shock from a Taser gun. *J Cataract Refract Surg.* 2007;33(9):1664–1665. http://dx.doi.org/10.1016/j.jcrs.2007.04.037 S0886-3350(07)00900-5 [pii].
21. Jey A, Hull P, Kravchuk V, Carillo B, Martel JB. Emergent diagnosis and management of TASER penetrating ocular injury. *Am J Emerg Med.* 2016;34(8) http://dx.doi.org/10.1016/j.ajem.2016.01.005 1740 e3-5.
22. Mangus BE, Shen LY, Helmer SD, Maher J, Smith RS. Taser and Taser associated injuries: a case series. *Am Surg.* 2008;74(9):862–865.
23. Forrest v. Prine. 620 F.3d 739. 7th Cir, (Illinois); 2010.
24. Hernandez v City of Beaumont. Case No. EDCV 13–00967 DDP (DTBx). (US CD CA). 2016.
25. Stephens v. City of Tarrant, Slip Copy, 2017 WL 34829 (N.D.Ala. Jan. 4, 2017).
26. Khansari v. City of Houston, 14 F.Supp.3d 842 (S.D.Tex.) Apr. 9, 2014.
27. Nelson v. City of Davis, 685 F.3d 867. 9th Cir. (Cal.) Jul. 11, 2012.
28. Ng W, Chehade M. Taser penetrating ocular injury. *Am J Ophthalmol.* 2005;139(4):713–715.
29. Chen SL, Richard CK, Murthy RC, Lauer AK. Perforating ocular injury by TASER*. *Clin Experiment Ophthalmol.* 2006;33(6)377–380.
30. Han JS, Chopra A, Carr D. Ophthalmic injuries from a TASER. *Cjem.* 2009;11(1):90–93.
31. Park KH, Kim WJ, Kang YJ, Park JO, Kang W, Lee SG. A case of penetrating eye injury induced by Taser gun. *J Kor Soc Emerg Med.* 2009;20(5):590–592.
32. Teymoorian S, San Filippo AN, Poulose AK, Lyon DB. Perforating globe injury from Taser trauma. *Ophthal Plast Reconstr Surg.* 2010;26(4):306–308. http://dx.doi.org/10.1097/IOP.0b013e3181c15c36.
33. Li JY, Hamill MB. Catastrophic globe disruption as a result of a TASER injury. *The J Emerg Med.* 2013;44(1):65–67. http://dx.doi.org/10.1016/j.jemermed.2011.03.010.
34. Rafailov L, Temnogorod J, Tsai FF, Shinder R. Impaled orbital TASER probe injury requiring primary enucleation. *Ophthal Plast Reconstr Surg.* 2017;33(3S Suppl 1):S176–S177. http://dx.doi.org/10.1097/IOP.0000000000000486.
35. Cahill C, Jardeleza M. Penetrating ocular injury from Taser. *Austin J Clin Ophthalmol.* 2015;2(2):1–2.

JA-41

# Exhibit 4

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 2 of 26 PageID# 334

# TRAINING HISTORY

## Virginia Beach Police Academy

12/12/2018 12:21:26 PM

**ROUTING:** PDT-LD

**ACE ID:** 1418

| Last Name: | First Name: | Middle Initial: |
|---|---|---|
| curran | SHAWN | M |

**Appointing Agency/Department:** Virginia Beach Police Department

| Date Appointed: | Rank: |
|---|---|
| 7/1/2006 | MPO |

*OPERATOR'S LICENSE OR ALTERNATE DCJS I*

| License Number | License State: |
|---|---|
| C24-65-4924 | VA |

**Check the appropriate one:**
- ☑ Full time
- ☐ Part time (Compensated more than 80 hours ann.)
- ☐ Part time (Compensated less than 80 hours ann.)
- ☐ Auxiliary

| | |
|---|---|
| Badge: | 1615 |
| Hire Date: | 8/2/1999 |
| Routing: | PDT-LD |
| Employment Status: | Retired |

## CAREER TOTALS

| | Legal | CD | Culture | ClassTotal |
|---|---|---|---|---|
| | 82 | 849 | 16 | 5988.5 |

## FUNCTIONS

*Current hours that apply to each function.*

| Primary/Secondary | Due Date | Legal | CD | Culture | Legal | CD | Culture |
|---|---|---|---|---|---|---|---|
| Law Enforcement Officer | 1 | 12/31/2019 | 0 | 11 | 0 | 0 | 0 | 0 |

## CLASSES

| | Class # | Comp. Date | Legal | CD | Culture | Class Total | Credited | |
|---|---|---|---|---|---|---|---|---|
| VCIN Re-certification 5/4/18 | 32861 | 5/4/2018 | 0 | 0 | 0 | 4 | Y | Satisfactorily completed |
| Bloodbourne Pathogens-PowerDMS Online 2/1-4/30 | 33092 | 4/30/2018 | 0 | 2 | 0 | 2 | Y | Satisfactorily completed |
| ISt#1 Def Driving/Def Tactics/Crowd Mgmt - 4/12 | 33106 | 4/12/2018 | 0 | 9 | 0 | 9 | Y | Satisfactorily completed |
| Stop Stick Training | 33448 | 4/12/2018 | 0 | 0 | 0 | 1 | N | Satisfactorily completed |
| 2017 Annual Quals - Handgun/Carbine 12/12A | 31974 | 12/12/2017 | 0 | 0 | 0 | 9 | Y | Satisfactorily completed |

**curran, SHAWN M 1418**

AXON_CURRAN000527

JA-43

# TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Course | ID | Date | | | | Y/N | Status | Notes |
|---|---|---|---|---|---|---|---|---|
| 2017 Annual Quals - Handgun/Carbine | 32729 | 12/7/2017 | 0 | 0 | 0 | Y | Satisfactorily completed | handgun & carbine |
| Firearms In-service #2 - 11/1-A | 32013 | 11/1/2017 | 0 | 0 | 9 | N | Satisfactorily completed | |
| Defensive Tactics & General Instructor Recertification | 32589 | 10/9/2017 | 0 | 4 | 4 | Y | Satisfactorily completed | |
| IS#2-Legal/Bias-Based Policing/AED/CPR - 9/25 | 32060 | 9/25/2017 | 4 | 5 | 9 | Y | Satisfactorily completed | |
| Sage Instructor Course | 32524 | 8/9/2017 | 0 | 8 | 8 | Y | Satisfactorily completed | |
| Bloodbourne Pathogens 2017 - PowerDMS | 32426 | 6/30/2017 | 0 | 0 | 1 | Y | Satisfactorily completed | |
| SPEAR System Instructor Certification 4.0 | 32681 | 6/22/2017 | 0 | 0 | 40 | N | Satisfactorily completed | |
| Firearms In-service #1 - 6/21-A | 31985 | 6/21/2017 | 0 | 4 | 9 | Y | Satisfactorily completed | |
| Juvenile Perspective - 4/12-13/2017 | 31306 | 4/13/2017 | 2 | 18 | 20 | Y | Satisfactorily completed | |
| IS#1-DT/UOF/DDI/Patrol Tactics/Crowd Mgmt/Sage/Taser - 3/21 | 31957 | 3/21/2017 | 0 | 9 | 9 | Y | Satisfactorily completed | |
| Fair and Impartial Policing - 3/9 | 31800 | 3/9/2017 | 0 | 9 | 9 | Y | Satisfactorily completed | |
| Lethality Assessment Protocol for Domestic Violence Cases | 32115 | 3/5/2017 | 0 | 0 | 0.5 | Y | Satisfactorily completed | |
| 2016 Annual Quals - Handgun/Carbine 12/6-A | 30835 | 12/6/2016 | 0 | 0 | 9 | N | Satisfactorily completed | |
| IS#2-Legal/DefensiveTactics/Cultural Diversity - 11/3 | 31088 | 11/3/2016 | 4 | 3 | 9 | Y | Satisfactorily completed | |
| Firearms In-service #2 - 9/28 | 31065 | 9/28/2016 | 0 | 0 | 9 | N | Satisfactorily completed | rescheduled 9/28 |
| Firearms In-service #2A - 9/15 | 31062 | 9/15/2016 | 0 | 0 | 9 | N | Satisfactorily completed | |
| EEO Policy Review - PowerDMS Training | 31536 | 6/30/2016 | 0 | 0 | 1 | Y | Satisfactorily completed | |
| VCIN Re-certification 6/30 | 30671 | 6/30/2016 | 0 | 0 | 4 | N | Satisfactorily completed | |
| Advanced Law Enforcement Rapid Response Training/Exterior Response to Active Shooter Events (ERASE) | 32683 | 5/22/2016 | 0 | 0 | 40 | N | Satisfactorily completed | |
| Firearms In-service #1A - 5/17 | 31003 | 5/17/2016 | 4 | 4 | 9 | Y | Satisfactorily completed | |
| Ethics Training 2016 -PowerDMS Online | 31257 | 4/30/2016 | 0 | 0 | 1 | Y | Satisfactorily completed | |
| Use of Force Board - Legal & Policy Review | 31445 | 4/18/2016 | 0 | 0 | 4 | N | Satisfactorily completed | |
| Bloodbourne Pathogens - PowerDMS Online 3/1-5/31 | 31165 | 4/13/2016 | 0 | 0 | 2 | Y | Satisfactorily completed | |
| AELE Less Lethal Force/Oversight and monitoring of Use of Force | 32682 | 4/7/2016 | 0 | 0 | 24 | N | Satisfactorily completed | |
| Gracie Survival Tactics Level 2 | 32686 | 2/26/2016 | 0 | 0 | 40 | N | Satisfactorily completed | |
| IS#1-DT/FirstAid/RR/CMCI/CrowdMgmt/RAT/SUV-HCG/Taser 2/3 | 30910 | 2/3/2016 | 0 | 9 | 9 | N | Satisfactorily completed | |
| Force Science | 32684 | 1/30/2016 | 0 | 0 | 40 | N | Satisfactorily completed | |
| 2015 Annual Quals - Handgun/Carbine 12/14-A | 29810 | 12/14/2015 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Firearms/General Instructor Re-certification | 30027 | 12/8/2015 | 0 | 9 | 9 | Y | Satisfactorily completed | |
| Inclusion & Diversity - What's in it for us? 11/9-0900 | 30435 | 11/9/2015 | 0 | 1 | 3 | Y | Satisfactorily completed | |
| Firearms In-service #2A - 10/8 | 29858 | 10/8/2015 | 0 | 0 | 10 | N | Satisfactorily completed | |
| XZ Taser User Re-certification 9/22-1300 | 30288 | 9/22/2015 | 0 | 4 | 4 | Y | Satisfactorily completed | |

**curran, SHAWN M 1418**

Page 2

AXON_CURRAN000528

JA-44

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 4 of 26 PageID# 336

# TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:44 PM

**ROUTING:  PDT-LD**

| Course | Number | Date | | | | | | Status |
|---|---|---|---|---|---|---|---|---|
| IS#2-AED/CPR, Legal, Naloxone Training - 9/15 | 29869 | 9/15/2015 | 4 | 5 | 0 | 9 | Y | Satisfactorily completed |
| Gracie Survival Tactics Level I | 32685 | 8/15/2015 | 0 | 0 | 0 | 40 | N | Satisfactorily completed |
| Firearms In-Service #1B 6/29 | 29835 | 6/29/2015 | 0 | 4 | 0 | 10 | Y | Satisfactorily completed |
| Mandatory Instructor DT Meeting | 30446 | 6/25/2015 | 0 | 0 | 0 | 2 | N | Satisfactorily completed |
| Bloodbourne Pathogens 2015 - online Power DMS | 30189 | 5/26/2015 | 0 | 2 | 0 | 2 | Y | Satisfactorily completed |
| High Risk Search Warrant | 30920 | 2/17/2015 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| IS#1-Mental Health, HME Awrns, DD HCG, DT-Sage, CCP-EMS/Fire Escort, CrowdMgmt, Fit Test - 1/27 | 29781 | 1/27/2015 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed |
| High Risk Search Warrant | 30915 | 1/7/2015 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sage - Less Lethal Instructor Training | 30013 | 12/18/2014 | 0 | 0 | 0 | 8 | N | Satisfactorily completed |
| Legal Update 2014 - Online Training (TRN) | 29310 | 12/16/2014 | 4 | 0 | 0 | 4 | Y | Satisfactorily completed |
| Human Trafficking - Online Training (TRN) | 29309 | 12/6/2014 | 0 | 2 | 0 | 2 | Y | Satisfactorily completed |
| Defensive Tactics/General Instructor Re-cert 12/5 | 29446 | 12/5/2014 | 0 | 8 | 0 | 8 | Y | Satisfactorily completed |
| Ethics - Applied Ethics/Becoming an Exemplary Peace Officer -Online Training (TRN) | 29307 | 12/2/2014 | 0 | 2 | 0 | 2 | Y | Satisfactorily completed |
| 2014 Annual Quals Handgun/Carbine | 29743 | 11/6/2014 | 0 | 0 | 0 | 0 | N | Satisfactorily completed |
| VCIN Re-Certification 9/29 | 28159 | 9/29/2014 | 0 | 0 | 0 | 4 | N | Satisfactorily completed |
| VDOT Work Zone Training for Law Enforcement Officers | 29485 | 9/19/2014 | 0 | 0 | 0 | 1 | N | Satisfactorily completed |
| Urban Movement | 29452 | 9/3/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Fundamentals | 29367 | 8/8/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Bloodbourne Pathogens 2014 - Online Training | 29391 | 8/2/2014 | 0 | 0 | 0 | 2 | Y | Satisfactorily completed |
| Sniper Fundamentals | 29366 | 7/31/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Hostage Rescue | 29265 | 7/9/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| High Risk Warrant Service | 29269 | 7/2/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training-April 2014-RedNMX Presentation | 29077 | 4/30/2014 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Urban Movement | 29073 | 4/30/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training-April 2014-Current Portable Radio Operations | 29944 | 4/30/2014 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Hostage Rescue | 29941 | 4/16/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training-March 2014-Firearm Recovery & Evidence Exam Requests | 28938 | 3/31/2014 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Beat School | 29167 | 3/26/2014 | 0 | 0 | 0 | 0 | N | Satisfactorily completed |
| Muster Training-February 2014-Afterhours Intake Using V1A3 | 28980 | 2/28/2014 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| CQC - Swat Training | 28833 | 2/27/2014 | 0 | 0 | 0 | 2 | N | Satisfactorily completed |
| Sniper Training - 100 yard Shooting / Supported-Unsupported Shooting Positions | 28832 | 2/27/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - 100 yard Shooting | 28831 | 2/21/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |

**curran, SHAWN M 1418**

AXON_CURRAN000529

JA-45

## TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING: PDT-LD

| Course | Number | Date | | | | | | Status |
|---|---|---|---|---|---|---|---|---|
| SWAT Training - CQC - Low Light/White Light/Night Vision | 28807 | 2/12/2014 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training-January 2014-Blue Team Upgrade | 28981 | 1/31/2014 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| IS#1-RRI/ICS/First Aid/DT-Asp/OC/EVOC/Crowd Mgmt - 1/7 | 28334 | 1/7/2014 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed |
| CQC/HRW - Swat | 28729 | 12/18/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Bloodborne Pathogens 2013 - Online Training | 27249 | 12/5/2013 | 0 | 0 | 0 | 2 | Y | Satisfactorily completed |
| Muster Training-December 2013-Hazmat and GHS | 28677 | 12/1/2013 | 0 | 0 | 0 | 1 | N | Satisfactorily completed |
| Carbine / Handgun Marksmanship - SWAT | 28494 | 11/13/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| 2013 Annual Quals - Handgun/Carbine SWAT | 28411 | 11/6/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training-November 2013-Excited Delirium | 28660 | 11/1/2013 | 0 | 0 | 0 | 1 | N | Satisfactorily completed |
| Sniper Training / Sniper Quals | 28495 | 9/19/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC SIMS - SWAT | 28490 | 9/18/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Carbine / Officer Rescues | 28173 | 9/11/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| IS #2 Legal, Bias Based Policing, AED/CPR Re-cert, Def Tactics - 9/5 | 27078 | 9/5/2013 | 4 | 4 | 2 | 10 | Y | Satisfactorily completed |
| Muster Training-August 2013-Tow List Training | 28689 | 8/31/2013 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| 100-900 yard Shoot / Elevated Positions / Range Estimton - Sniper Training | 28065 | 8/22/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC/High Risk Search Warrant & Zeroing Laser Sights - SWAT | 28118 | 8/21/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Range Estimation - Sniper Training | 28064 | 8/15/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Range Estimation - Sniper Training | 28116 | 8/15/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Carbine / Laser Sight In - SWAT | 28114 | 8/14/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Advanced SWAT School (NTOA) | 27958 | 8/9/2013 | 0 | 33 | 0 | 33 | Y | Satisfactorily completed |
| Hostage Rescue - SWAT | 28113 | 7/31/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training-July 2013-Triage and Solo Response | 28688 | 7/31/2013 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| X2 TASER User Re-certification 7/24-1300 | 27909 | 7/24/2013 | 0 | 0 | 4 | 4 | Y | Satisfactorily completed |
| CQC - Building Searches SWAT | 27964 | 7/10/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training-June 2013-Rapid Response | 28687 | 6/30/2013 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Medium Shoot - Sniper Training | 27892 | 6/13/2013 | 0 | 0 | 0 | 4 | N | Satisfactorily completed |
| Officer Rescues / Urban Movement - SWAT | 27891 | 6/12/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| FAM Fire M82A1 (50 Cal) & 308 Fundamentals - Sniper Training | 27890 | 6/6/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Maritime Security Training / Gear Familiarization - SWAT | 27873 | 6/5/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training-May 2013-Open Fox | 28686 | 5/31/2013 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Gas Mask Shooting/Competitive Handgun Drills | 27872 | 5/15/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC - Swat | 27889 | 5/8/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Distance Shooting 200-500 yards - Sniper | 27874 | 5/2/2013 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |

**curran, SHAWN M 1418**

AXON_CURRAN000530

JA-46

# TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Course | Number | Date | | | | | Status |
|---|---|---|---|---|---|---|---|
| Trepass Bar Letter | 27929 | 4/30/2013 | 0 | 0 | 1 | N | Satisfactorily completed |
| Muster Training - April 2013 - Investigations of Hit & Run Cases | 27898 | 4/30/2013 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| Muster Training - March 2013 - Photosafe: Automated Red Light Running Photo Enforcement | 27897 | 3/31/2013 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| IS #1- Ethics/Sexual Harassment, Sage / Breaching / RR, Def Div (Spikes/Prec/Pursuit) 3/27 | 27063 | 3/27/2013 | 0 | 9 | 10 | Y | Satisfactorily completed |
| Bus Assaults & CQC - SWAT | 27828 | 3/20/2013 | 0 | 0 | 10 | N | Satisfactorily completed |
| Bus Assaults/CQC - Swat | 27576 | 3/20/2013 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training - February 2013 - Patrol Response to Suspected IED's or Explosives | 27865 | 2/28/2013 | 0 | 0 | 0 | Y | Satisfactorily completed |
| CQC - Dev Group Training - SWAT | 27578 | 2/22/2013 | 0 | 0 | 20 | N | Satisfactorily completed |
| Sniper Training - 100/200 Yard Shoot / Zero Confirm | 27410 | 2/7/2013 | 0 | 0 | 6 | N | Satisfactorily completed |
| Explosive Breaching Team Day - Swat | 27561 | 2/6/2013 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training - January 2013 - Regional Pursuit Policy | 27281 | 1/31/2013 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| CQC School - SWAT | 27559 | 1/17/2013 | 0 | 0 | 30 | N | Satisfactorily completed |
| Sniper Training | 27383 | 1/11/2013 | 0 | 0 | 4 | N | Satisfactorily completed |
| Officer Rescues / Shield Work / Open Air Takedowns - SWAT | 27577 | 1/9/2013 | 0 | 0 | 10 | N | Satisfactorily completed |
| VCIN Re-Certification 1/08/13 | 27109 | 1/8/2013 | 0 | 0 | 4 | N | Satisfactorily completed |
| Muster Training - December 2012 - Speeding, Seatbelt & DUI Laws | 27280 | 12/31/2012 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| Maintaining Mental Health - Online Training | 26655 | 12/21/2012 | 0 | 2 | 2 | Y | Satisfactorily completed |
| Sniper Training - 100 yard Zero Confirmation/Data Books | 27230 | 12/26/2012 | 0 | 0 | 4 | N | Satisfactorily completed |
| Building Searches - SWAT | 27211 | 12/4/2012 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training - November 2012 - Bath Salts | 27279 | 11/30/2012 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| Vehicle Take Downs - Open Air - Fire & Maneuver SWAT | 27210 | 11/28/2012 | 0 | 0 | 10 | N | Satisfactorily completed |
| Handgun - CQC  SWAT | 27038 | 11/14/2012 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training | 27037 | 11/2/2012 | 0 | 0 | 10 | N | Satisfactorily completed |
| Muster Training - October 2012 - Response to Chemical Overpressure Devices | 27278 | 10/31/2012 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| Muster Training - September 2012 - Traffic Incident Response | 27140 | 9/30/2012 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| Explosive Breaching - Break Rake - CQC SWAT | 27036 | 9/26/2012 | 0 | 0 | 10 | N | Satisfactorily completed |
| Building Clearing, Hostage Rescue, Rapid Response SWAT | 26854 | 9/18/2012 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training -100 yard scope confirmation | 26801 | 9/13/2012 | 0 | 0 | 10 | N | Satisfactorily completed |
| Emotional Inteligence & Team Building | 26780 | 9/12/2012 | 0 | 0 | 8 | N | Satisfactorily completed |

**curran, SHAWN M  1418**

AXON_CURRAN000531

JA-47

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 7 of 26 PageID# 339

# TRAINING HISTORY     Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Course | ID | Date | | | | | Y/N | Status |
|---|---|---|---|---|---|---|---|---|
| Bloodborne Pathogens 2012 - Online Training | 25925 | 9/11/2012 | 0 | 2 | 0 | 2 | Y | Satisfactorily completed |
| Flash Bang - Mechanical Breaching - Gas Mask Fit Test | 27338 | 9/11/2012 | 0 | 0 | 0 | 3 | N | Satisfactorily completed |
| SAR - Suspicious Activity Report Training | 26403 | 9/8/2012 | 0 | 0 | 0 | 1 | N | Satisfactorily completed |
| In-service #2 - Legal, Ethics, Cultural Div, Dom Violence, Victim Witness, Def Tactics 9/6/12 | 26020 | 9/6/2012 | 4 | 4 | 2 | 10 | Y | Satisfactorily completed |
| Muster Training - August 2012 - Potato Guns | 26692 | 8/31/2012 | 0 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| Firearms/General Instructor Re-certification | 26661 | 8/27/2012 | 0 | 4 | 0 | 4 | Y | Satisfactorily completed |
| Sniper Training - Range Estimation/100-400 yrd Shoot-SWAT | 26689 | 8/16/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC - SWAT | 27164 | 8/15/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training | 26800 | 8/9/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training | 26805 | 8/2/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| X2 Taser Training | 26631 | 8/1/2012 | 0 | 4 | 0 | 4 | Y | Satisfactorily completed |
| Muster Training - July 2012 - Use of Force | 26619 | 7/31/2012 | 0 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| Sniper Training  100-300 yard shoot | 26798 | 7/19/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training  100-200 yard shots/positions | 26797 | 6/21/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| TASER User Re-Certification 6/19-1300 | 26350 | 6/19/2012 | 0 | 4 | 0 | 4 | Y | Satisfactorily completed |
| June 2012 Muster Training - Fireworks | 26563 | 6/15/2012 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| May 2012 -- Muster Training -- New IBR Forms & Field Reporting Updates | 26532 | 5/31/2012 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Marksmanship - SWAT | 26548 | 5/24/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Handgun & Carbine Quals / Handgun Marksmanship - SWAT | 26485 | 5/23/2012 | 0 | 0 | 0 | 8 | N | Satisfactorily completed |
| Carbine Shooting - SWAT | 26554 | 5/2/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Employee Performance & Development Plan - April 2012 Muster | 26381 | 4/30/2012 | 0 | 0 | 0 | 0.5 | Y | Satisfactorily completed |
| Unauthorized Use - March 2012 Muster Training | 26324 | 3/31/2012 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT CQC | 26360 | 3/14/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| In-Service #1 - ICS, Crowd Mgmt/Mob Mentally/Rapid Deployment, First Aid - 3/6/12 | 25981 | 3/6/2012 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed |
| February 2012 Muster - Designated Marksman Program | 26202 | 2/29/2012 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Training - Blackwater Barrel Quals | 26802 | 2/16/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Carbine/Handgun Precision Shooting-Multiple Targets / DT Training - SWAT | 26369 | 2/15/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training  100-300 yard shots | 26795 | 2/9/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Vehicle Takedowns / Hostage Rescue Mobile Options - SWAT | 26273 | 2/8/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training | 26794 | 2/2/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Rapid Response/CQC Live Fire - SWAT | 26197 | 2/1/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| January 2012 Muster - Cocaine Manufacturing | 26163 | 1/31/2012 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Officer Rescue (Shield/Bearcat) SWAT | 26193 | 1/25/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |

**curran, SHAWN M  1418**

Page 6

AXON_CURRAN000532

JA-48

# TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Course | ID | Date | | | | | Y/N | Status | |
|---|---|---|---|---|---|---|---|---|---|
| Range Estimation - Sniper/SWAT | 26792 | 1/20/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Sniper Training / Barrett | 26793 | 1/19/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Urban Movement / Fire and Maneuver - SWAT | 26194 | 1/18/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Sniper Training - Rifle Zero (100-400yrds) | 26785 | 1/12/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Handgun - Rogers Range - SWAT | 26195 | 1/11/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Gas Deployment Into Structure/Grenadier/Chemical Agents/Carbine Zero/Shooting on the Move SWAT | 26196 | 1/4/2012 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| 2011 Legal Training - Online | 25687 | 12/13/2011 | 4 | 0 | 0 | 4 | Y | Satisfactorily completed | completed |
| November 2011 Muster - Vehicle Impoundment | 25870 | 11/30/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| Area Search - SWAT | 26062 | 11/23/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| October 2011 Muster: Encounters with Returning War Veterans | 25820 | 10/31/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| Defensive Tactics / General Instructor Re-Certification 10/27 | 24899 | 10/27/2011 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed | |
| Avoiding Ethnic and Sexual Harassment - Online Training | 25020 | 10/26/2011 | 0 | 2 | 2 | 2 | Y | Satisfactorily completed | Completed |
| Response to Persons in Crisis & Mental Health Awareness (CIT) 10/19/11 | 25466 | 10/19/2011 | 0 | 8 | 2 | 10 | Y | Satisfactorily completed | |
| Mass Call Out Exercise | 25801 | 10/12/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Special Ops Equipment Familiarization to Include SWAT - K9 - Bomb - CNT (Crisis Negotiation Team) | 25800 | 10/10/2011 | 0 | 0 | 0 | 8 | N | Satisfactorily completed | |
| Handgun (Movements, Angles, & Steele Targets) & CQC - SWAT | 25750 | 10/4/2011 | 0 | 10 | 0 | 10 | N | Satisfactorily completed | |
| 2011 In-Service (AED/CPR-IARD-ICS-SAGE-DT) 9/29 | 25430 | 9/29/2011 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed | |
| Handgun & Carbine Malfunctin Drills & Team Competitions - SWAT | 25798 | 9/28/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Handgun (movements, angles & steel targets) & CQC - SWAT | 25772 | 9/21/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Sniper Marksmanship 100-200 yrd Shoot - SWAT | 25765 | 9/8/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Carbine Marksmanship | 25766 | 9/7/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Bloodborne Pathogens 2011 - Online Training | 25019 | 9/22/2011 | 0 | 2 | 0 | 2 | Y | Satisfactorily completed | completed |
| August 2011 Muster - Taser 25XP Cartridge | 25623 | 8/31/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| Firearms Marksmanship - SWAT | 25667 | 8/24/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Mobile Surveillance/CQC - SWAT | 25648 | 8/23/2011 | 0 | 0 | 0 | 1 | N | Satisfactorily completed | |
| Sniper Training - SWAT | 25666 | 8/18/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Immediate Action / Rapid Deployment - SWAT | 25664 | 8/17/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| CQC / Warrant Service - SWAT | 25663 | 8/10/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Sniper Training - SWAT | 25641 | 8/4/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Shooting on the Move, Barricades, Transitions - SWAT | 25598 | 8/3/2011 | 0 | 0 | 0 | 0 | N | Satisfactorily completed | |

**curran, SHAWN M 1418**

AXON_CURRAN000533

JA-49

# TRAINING HISTORY    Virginia Beach Police Academy
12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Course | ID | Date | | | | | | Status |
|---|---|---|---|---|---|---|---|---|
| July 2011 Muster - Office of Freedom of Information Act | 25622 | 7/31/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| CQC / Bus Assaults - SWAT | 25579 | 7/20/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| June 2011 Muster – Legislative Updates | 25415 | 6/30/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Training - H&K 416 Distance Shooting | 25542 | 6/30/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Range Estimation/Shooting from 100-75-50-25 yards - SWAT-Sniper | 25497 | 6/23/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Handgun Fundamentals, Reload Drills, Handgun w/Shiled, CQC - SWAT | 25496 | 6/22/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| COC, Sage, Explosive Breaching, Bang Poles - SWAT | 25455 | 6/15/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training (100-400 yard Shoot) | 25422 | 6/14/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Open Air & Vehicle Takedowns - CQC - SWAT | 25406 | 6/13/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - Confirm 100, 200, 300 yard Dopes | 25405 | 6/7/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| May 2011 Muster: Victim Information and Notification Network (VINE) | 25336 | 5/31/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| 2011 Annual Quals - Handgun/Carbine | 25384 | 5/25/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| DHS Regional Terrorism Exercise | 25413 | 5/18/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| DHS Field Force Extrication Tactics | 25330 | 5/12/2011 | 0 | 0 | 0 | 24 | N | Satisfactorily completed |
| Handgun / Live Shoot House - SWAT | 25329 | 5/4/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training-Range Estimations-100-400yrds-Hostage Shots | 25328 | 5/3/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| April 2011 Muster - Chemical Suicides | 25248 | 4/30/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| COC-Sims-High Risk Warrants-Hostage Rescue-Barricaded Gunman SWAT | 25297 | 4/27/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training / 100-200 yards - SWAT | 25319 | 4/26/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SCBA Training - SWAT | 25274 | 4/20/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Handgun (Rogers Range) CQC - SWAT | 25241 | 4/13/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| TASER User Re-certification 4/12 - 0800 | 24987 | 4/12/2011 | 0 | 4 | 0 | 4 | Y | Satisfactorily completed |
| Sniper Training - 100 yard Shoot - Marksmanship - SWAT | 25273 | 4/12/2011 | 0 | 0 | 0 | 6 | N | Satisfactorily completed |
| SWAT / K9 / Bomb Squad Interoperability Training | 25257 | 4/11/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Rappelling / Use of Sims (Shoot/No Shoot Targets) - SWAT | 25272 | 4/6/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| March 2011 Muster: Interviewing a Child of Suspected Abuse | 25194 | 3/31/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| TREDS - Report Beam 3/28 - 1200 | 25076 | 3/28/2011 | 0 | 4 | 0 | 4 | Y | Satisfactorily completed |
| Sniper Shooting - 100-400 yards - SWAT | 25269 | 3/8/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Open Air / Vehicle / Hostage Takedown / Rescue - SWAT | 25268 | 3/2/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Competitions Day - SWAT | 25267 | 3/1/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| February 2011 Muster: Economic Crimes Unit | 25167 | 2/28/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |

**curran, SHAWN M  1418**

AXON_CURRAN000534

JA-50

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 10 of 26 PageID# 342

# TRAINING HISTORY     Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Training | ID | Date | | | | | Result |
|---|---|---|---|---|---|---|---|
| SWAT Team Training - IA / RD / Hostage Rescue in Buisnesses & Vehicles | 25261 | 2/9/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Hostage Rescue - Stronghold & Mobile - SWAT | 25264 | 2/3/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Bus Assaults - SWAT | 25260 | 2/2/2011 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| January 2011 Muster - Consular Notifications | 25040 | 1/31/2011 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| VCIN Re-certification 1/25/11 | 24426 | 1/25/2011 | 0 | 0 | 0 | 4 | N | Satisfactorily completed |
| PRSBI - Prevention & Response to Suicide Bombing Incident | 25106 | 1/14/2011 | 0 | 0 | 0 | 40 | N | Satisfactorily completed |
| December 2010 Muster - Making the Right Decisions | 24849 | 12/31/2010 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| November 2010 Muster - Police Aviation Support | 24682 | 11/30/2010 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Advanced Defensive Tactics / Legal / Night Pursuit Driving 11/16 | 23405 | 11/16/2010 | 4 | 6 | 0 | 10 | Y | Satisfactorily completed |
| Handgun & UMP - SWAT | 24698 | 11/10/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Stress Course - SWAT | 24697 | 11/9/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - Shooting Positions - SWAT | 24696 | 11/2/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| October 2010 Muster - Portable Radio Operations and Backup Procedures | 24581 | 10/31/2010 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Urban Movement - SWAT | 24693 | 10/19/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Firearm Fundamentals - SWAT | 24692 | 10/13/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| 2010 Annual Quals - Handgun/Carbine/UMP - SWAT | 24650 | 10/13/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper - 100-500 yard Shoot - SWAT | 24652 | 10/12/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC - Live Shoot House - SWAT | 24651 | 10/7/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper - Bearcat Demo - SWAT | 24664 | 10/5/2010 | 0 | 0 | 0 | 2 | N | Satisfactorily completed |
| Public Safety Coordination Center-September 2010 Muster | 24444 | 9/30/2010 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Handgun & CQC - SWAT | 24648 | 9/1/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| August 2010 Muster - Response to High Rise Calls | 24369 | 8/31/2010 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Rogers Range/Handgun - Explosive Breaching/CQC - SWAT | 24647 | 8/25/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - 100 yrd Shoots - SWAT | 24646 | 8/19/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Bus Assaults - SWAT | 24353 | 8/18/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| 416 ACOG Training - Day & Night Shoot - SWAT | 24352 | 8/11/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - SWAT | 24351 | 8/5/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| 416 ACOG Drills & CQC - SWAT | 24350 | 8/4/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| July 2010 Muster - Blue Team Training | 24260 | 7/31/2010 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Training - SWAT | 24723 | 7/28/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - 50 yard Shoot / Shooting Positions - SWAT | 24346 | 7/8/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| AOG / 416 Movement & Burst - SWAT | 24344 | 7/7/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |

**curran, SHAWN M 1418**

AXON_CURRAN000535

JA-51

# TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Training | ID | Date | | | | | Status |
|---|---|---|---|---|---|---|---|
| June 2010 Muster - City Tow List | 24145 | 6/30/2010 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Training - Man VS Man Competition Shooting - SWAT | 24342 | 6/24/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Rogers Range / Handgun / 416 Qual - SWAT | 24341 | 6/23/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - 200 yard Hostage Shots - SWAT | 24181 | 6/10/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Torch Run (12.3 miles) - FTX - SWAT | 24180 | 6/9/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| SAGE Quals 2010 - SWAT | 24841 | 6/6/2010 | 0 | 0 | 0 | N | Satisfactorily completed |
| Handgun Drills - Pie Plates at 7, 15, 25 yards - SWAT | 24179 | 6/2/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Domestic Violence - May 2010 Muster | 24017 | 5/31/2010 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Training - 100 yard Shoot - SWAT | 24178 | 5/27/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - 100 & 25 Yard Shooting - SWAT | 24176 | 5/20/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| SIMS CQC - Hostage Rescue - SWAT | 24175 | 5/19/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Explosive Breaching / CQC - SWAT | 24174 | 5/12/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| K9 - April 2010 Muster Training | 23876 | 4/30/2010 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Training - Shoot Positions - 100 yrd Shoot - SWAT | 24172 | 4/29/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Call Out Exercise - Dam Neck Base - SWAT | 24171 | 4/28/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Call Out Exercise - Hostage Barricade - SWAT | 24169 | 4/23/2010 | 0 | 0 | 5 | N | Satisfactorily completed |
| Shotgun Breaching - SWAT | 24170 | 4/23/2010 | 0 | 0 | 5 | N | Satisfactorily completed |
| Sniper Quals - SWAT | 24167 | 4/22/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC - SIMS Offsite Location - SWAT | 24166 | 4/21/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| M4 (ACOG) Familiarization / 15-7 yrds Target ID / CQC - SWAT | 24165 | 4/14/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Blue Team Training | 23845 | 4/6/2010 | 0 | 0 | 2 | N | Satisfactorily completed |
| Updates to Mobile Computer Functionality - March 2010 Muster | 23830 | 3/31/2010 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Kriss Sub-Gun Demo / Carbine Marksmanship / CQC / Shield Work - SWAT | 24163 | 3/31/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - 100-400 yard Shooting - SWAT | 23850 | 3/18/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| TASER USER Recertification 3/16 0900 | 23632 | 3/16/2010 | 0 | 0 | 3 | N | Satisfactorily completed |
| 2010 Annual Quals - Handgun/Carbine/Sub-Gun/Sage-SWAT | 23844 | 3/10/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Trauma Injuries / Precision Driving 3/9 | 23380 | 3/9/2010 | 0 | 10 | 10 | Y | Satisfactorily completed |
| Handgun/Carbine, Shoot House Set-Up - SWAT | 23834 | 3/3/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Chemical and Detergent Suicides - Feb 2010 Muster | 23742 | 2/28/2010 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Vehicle Takedowns - SWAT | 23833 | 2/17/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Carbine Marksmanship / CQC - SWAT | 23653 | 2/10/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Handgun Fundamentals - SWAT | 23652 | 2/3/2010 | 0 | 0 | 10 | N | Satisfactorily completed |
| Asset Forfeiture - January 2010 Muster | 23559 | 1/31/2010 | 0 | 0 | 0.5 | N | Satisfactorily completed |

**curran, SHAWN M  1418**

AXON_CURRAN000536

JA-52

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 12 of 26 PageID# 344

## TRAINING HISTORY

12/12/2018 12:21:44 PM

### Virginia Beach Police Academy

ROUTING:  PDT-LD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fire & Maneuver / Marksmanship & Radio Tactics / Shooting from Bearcat Turret-SWAT | 23650 | 1/27/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Vehicle Takedowns with Gas Option - SWAT | 23648 | 1/20/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| MDT/Verizon Wireless Training | 23570 | 1/12/2010 | 0 | 0 | 0 | 1 | N | Satisfactorily completed |
| Sniper Training - SWAT | 23646 | 1/7/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Call Out Exercise - SWAT | 23645 | 1/6/2010 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Crisis Intervention Team - December 2009 Muster Training | 23504 | 12/31/2009 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Training - 50-75-100 yard Shoot - SWAT | 23641 | 12/3/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC - Shoothouse - SWAT | 23640 | 12/2/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Speeding and Seatbelts - November 2009 Muster | 23423 | 11/30/2009 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Firearms & General Instructor Re-certification 11/19 | 22100 | 11/19/2009 | 0 | 9 | 0 | 10 | Y | Satisfactorily completed |
| Taxicab Enforcement - October 2009 Muster Training | 23316 | 10/31/2009 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| In-Service #2 - 10/14 | 22259 | 10/14/2009 | 4 | 3 | 2 | 9 | Y | Satisfactorily completed |
| Gun Trace Unit - Sept 2009 Muster | 23145 | 9/30/2009 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Handgun (Shield) & CQC - Shoot House - SWAT | 23167 | 9/9/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Fire & Manuever / Officer Rescues - SWAT | 23166 | 9/2/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Officer Involved Shooting Incidents - August 2009 Muster | 23017 | 8/31/2009 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Waterborne Ops - SWAT | 23120 | 8/27/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - SWAT | 23119 | 8/20/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Handgun - SWAT | 23118 | 8/19/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - SWAT | 23117 | 8/13/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Carbine Course of Fire / Bounding / Barricades - SWAT | 23116 | 8/12/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC - Sims Officer Rescues SWAT | 23114 | 8/5/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| LifeNet - July 2009 Muster | 22977 | 7/30/2009 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| CQC - SIMS - Off Site - SWAT | 23064 | 7/15/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper - 300 yard Shot - SWAT | 23063 | 7/9/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Explosive Breaching - CQC Live Shoot - SWAT | 23062 | 7/8/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - 100 yard - SWAT | 23061 | 7/2/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| CQC Sims - Call out Exercise Windsor Oaks Elementry - SWAT | 23060 | 7/1/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Bicycle Safety - June 2009 Muster | 22942 | 6/30/2009 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Comp Drills, 100-200 yard - Sniper Training - SWAT | 23059 | 6/25/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - Shooting from Concealment Positions | 23057 | 6/18/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - SWAT | 22902 | 6/11/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |

**curran, SHAWN M  1418**

Page 11

AXON_CURRAN000537

JA-53

# TRAINING HISTORY

**Virginia Beach Police Academy**

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Course | Number | Date | | | Hours | Y/N | Status |
|---|---|---|---|---|---|---|---|
| CQC Sims - Vehicle Open Air Take Downs - SWAT | 22901 | 6/10/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper - 100-500 yrd Training (Quals-Aitken&Vidrine) | 22900 | 6/4/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Shield (Marksmanship Drills) | 22889 | 6/3/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Annual Sniper Quals - SWAT | 22884 | 5/28/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - Range Estamation - SWAT | 22898 | 5/21/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - Shooting Positions - SWAT | 22806 | 5/14/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| TASER Users Group - SWAT (TASER Re-certification) | 22768 | 5/13/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - Confirm Zero  SWAT | 22805 | 5/7/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Handgun/Carbine - SWAT | 22804 | 5/6/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Dealing with Hoarding Situations - May 2009 Muster Training | 22748 | 5/1/2009 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT Carbine School | 22799 | 4/17/2009 | 0 | 0 | 30 | N | Satisfactorily completed |
| HRT-Hostage Rescue CQC - Live Fire Bus Assaults - SWAT | 22756 | 4/8/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - 100yrd - 400yrd - 25-50 & 75yrd - SWAT | 22755 | 4/2/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Shooting with Plate Hangers - Entry Vest - CQC - SWAT | 22754 | 4/1/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| New DMV Operators License and ID - April 2009 Muster Training | 22661 | 4/1/2009 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Sniper Training - 25yrd, 50yrd Shooting - SWAT | 22681 | 3/26/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| 2009 Annual Quals - Handgun/Carbine SWAT | 22784 | 3/25/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Sniper Training - SWAT | 22678 | 3/5/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Mobile Surveillance - SWAT | 22561 | 3/4/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| Encounters with Returning Veterans - March 2009 Muster Training | 22648 | 3/1/2009 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Mock Call-Out Drill - Domestic Situation Involving Hostages | 22585 | 2/25/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| VCIN Level B Certification 2/23-24 | 22357 | 2/24/2009 | 0 | 0 | 12 | N | Satisfactorily completed |
| Open Air Takedowns/Officer Down Rescues/Raft Team Deployment | 22778 | 2/11/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| In-Service #1 | 22229 | 2/5/2009 | 0 | 9 | 9 | Y | Satisfactorily completed |
| SWAT - ISPRA, Breaching, Down Officer Rescue | 22511 | 2/4/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| CALEA Accreditation Overview and On-Site Preparation - February 2009 Muster Training | 22547 | 2/1/2009 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT - Sniper Training - 100 yrd Zero / Stalking Exercise | 22486 | 1/29/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Handgun/House Work - CQC | 22487 | 1/28/2009 | 0 | 0 | 10 | N | Satisfactorily completed |
| SAGE Quals 2009 - SWAT | 23494 | 1/14/2009 | 0 | 0 | 0 | N | Satisfactorily completed |

**curran, SHAWN M  1418**

AXON_CURRAN000538

JA-54

## TRAINING HISTORY — Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Course | No. | Date | | | | | Y/N | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| SWAT - Handgun - Strong/Weak Hand, Shield Work, Sage Deploy & Cover | 22484 | 1/14/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT Sniper Training - Range Estimation | 22454 | 1/8/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT Firearms Carbine / Transitions, Reloads, Baricades, On the Move | 22453 | 1/7/2009 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Foot Pursuits - January 2009 Muster Training | 22464 | 1/1/2009 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| 4th Qtr Firearms / Legal / Serpa Holsters 12/16/08 | 21324 | 12/16/2008 | 4 | 4 | 0 | 8 | Y | Satisfactorily completed | legal only |
| False Alarm Reduction Unit - December 2008 Muster Training | 22343 | 12/1/2008 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| Defensive Tactics Instructor  Training | 21452 | 11/12/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Sniper Training | 22302 | 11/6/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| November 2008 Muster Training - Seatbelt Reinforcement | 22285 | 11/1/2008 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| Defensive Tactics & General  Instructor Re-Certification | 21462 | 10/30/2008 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed | |
| SWAT - Sniper Training - Distance Shooting (100-300yrds) | 22283 | 10/23/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| October 2008 Muster Training - Standardized Field Sobriety Testing and DUI Checklist | 22194 | 10/1/2008 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT - Explosive Breaching | 22131 | 9/24/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| 3rd Qtr Firearms / Communication Skills & Ethics 9/2/08 | 21377 | 9/2/2008 | 0 | 4 | 0 | 5 | Y | Satisfactorily completed | Communications & Ethics only |
| September 2008 Muster Training - PhotoSafe Program | 22134 | 9/1/2008 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT - Team Movement & Area Searaches | 22379 | 8/26/2008 | 0 | 0 | 0 | 8 | N | Satisfactorily completed | |
| Blackhawk Serpa Level 3 Duty Holsters | 22016 | 8/20/2008 | 0 | 0 | 0 | 4 | N | Satisfactorily completed | |
| SWAT - Move & Shoot, Handgun-Carbine | 22039 | 8/20/2008 | 0 | 0 | 0 | 6 | N | Satisfactorily completed | |
| SWAT - Handgun | 22380 | 8/19/2008 | 0 | 0 | 0 | 8 | N | Satisfactorily completed | |
| SWAT - 100-200yrd Shooting Scenarios/Target ID Drills | 22004 | 8/14/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Courthouse & Jail Familiarizatoin Tour | 22005 | 8/13/2008 | 0 | 0 | 0 | 3 | N | Satisfactorily completed | |
| SWAT Handgun/UMP | 22381 | 8/12/2008 | 0 | 0 | 0 | 8 | N | Satisfactorily completed | |
| SWAT - Sniper Training | 22003 | 8/7/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - CQC | 22002 | 8/6/2008 | 0 | 0 | 0 | 8 | N | Satisfactorily completed | |
| August 2008 Muster Training -- Swat Incidents | 22025 | 8/1/2008 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT - Tactical Rappelling/Carbine, use of cover | 22000 | 7/30/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Call Out Exercise - CQC | 21945 | 7/16/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Confirmation 100-400 Yard Shoot | 21943 | 7/11/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - CQC | 21940 | 7/9/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - CQC | 21939 | 7/2/2008 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| July 2008 Muster Training - Elder Abuse | 21952 | 7/1/2008 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| 2nd Qtr Firearms / Animal Behavior 6/30/08 | 21301 | 6/30/2008 | 0 | 4 | 0 | 4 | Y | Satisfactorily completed | Animal Behavior only |

**curran, SHAWN M  1418**

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 15 of 26 PageID# 347

# TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:44 PM

ROUTING:  PDT-LD

| Course | ID | Date | | | | | Status |
|---|---|---|---|---|---|---|---|
| SWAT - Sniper Qualification | 21938 | 6/19/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - UMP / Handgun | 21937 | 6/18/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Active Shooter - IA/RR Fire & Maneuver | 21936 | 6/11/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Long Range Sniper Shooting | 21935 | 6/5/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Handgun Course of Fire | 21934 | 6/4/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| June 2008 Muster Training - LifeNet Health and Law Enforcement | 21841 | 6/1/2008 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT - Sniper Barricade Shooting Positions | 21932 | 5/29/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Night Shooting/Low Light Carbine/Glock | 21931 | 5/28/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Sniper Stress Course | 21930 | 5/22/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Bus Assaults | 21839 | 5/21/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Sniper Stress Course | 21928 | 5/15/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - CQC Live Shoot House | 21823 | 5/14/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| FR-300 Training 05/02 0900 hrs | 21675 | 5/2/2008 | 0 | 0 | 2 | N | Satisfactorily completed |
| Marksmanship Drills | 21894 | 5/1/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| May 2008 Muster Training - MDT Operations | 21791 | 5/1/2008 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT - Steve Bronson Lecture | 21822 | 4/30/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| The Best Defense | 21708 | 4/12/2008 | 0 | 0 | 3 | N | Satisfactorily completed |
| SWAT Sniper Stress Course | 21891 | 4/10/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Carbine Training | 21821 | 4/9/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| VCIN C Level Re-cert  4/3 - 1500 | 21406 | 4/3/2008 | 0 | 0 | 2 | N | Satisfactorily completed |
| April 2008 Muster Training --- Freedom of Information Act | 21642 | 4/1/2008 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Executive Protection | 21673 | 3/27/2008 | 0 | 0 | 30 | N | Satisfactorily completed |
| SWAT - Sniper Training | 21663 | 3/13/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Firearms Training | 21671 | 3/12/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Annual UMP .45, and Carbine Quals 2008 | 21741 | 3/5/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| March 2008 Muster Training - Burglary Investigations | 21588 | 3/1/2008 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| IN-SERVICE 2/20/08 | 21218 | 2/20/2008 | 0 | 9 | 9 | Y | Satisfactorily completed |
| CQC | 21659 | 2/13/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| February 2008 Muster Training - Assisting K-9 Operations | 21552 | 2/1/2008 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT - Immediate Action Rapid Response, CQC Sims | 21526 | 1/23/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - Carbine/CQC (Live Shoot House) | 21515 | 1/16/2008 | 0 | 0 | 10 | N | Satisfactorily completed |
| Annual Quals 2008 | 21760 | 1/16/2008 | 0 | 0 | 0 | N | Satisfactorily completed |
| January 2008 Muster Training - Patrol Response to Suspected IED's or Explosives | 21551 | 1/1/2008 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT - Surveillance / Open Air Takedowns | 21514 | 12/19/2007 | 0 | 0 | 10 | N | Satisfactorily completed |

**curran, SHAWN M  1418**

AXON_CURRAN000540

JA-56

# TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:45 PM

ROUTING: PDT-LD

| Description | ID | Date | | | | Hrs | Y/N | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 4th Qtr Firearms Carbine Quals / Legal - 12/13 | 20141 | 12/13/2007 | 4 | 0 | 0 | 5 | Y | Satisfactorily completed | Legal only |
| SWAT Carbine / Marksmanship | 21513 | 12/12/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - CQC - SIMS | 21338 | 12/11/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| December 2007 Muster Training - Radio/MDT Communications | 21340 | 12/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT Training Fire/Maneuver, Handgun/Carbine | 21202 | 11/27/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT Training - Handgun Marksmanship | 21203 | 11/14/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT Training - Fire & Maneuver/Carbine | 21495 | 11/7/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| November 2007 Muster Training - Safe Approach to Buildings and Structures | 21339 | 11/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| Taser Re-certification | 21128 | 10/31/2007 | 0 | 0 | 0 | 4 | N | Satisfactorily completed | |
| SWAT -Handgun Rogers Range -- CQC live shoot house | 21159 | 10/24/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Sniper School | 20849 | 10/18/2007 | 0 | 0 | 0 | 80 | N | Satisfactorily completed | |
| SWAT - CQC Breaching | 21158 | 10/3/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| October 2007 Muster Training - Missing Persons | 21132 | 10/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| September 2007 Muster Training -- Electronic Evidence | 21121 | 9/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| August 2007 Muster Training -- Policy Update -- Policy Changes | 20957 | 8/31/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| 3rd Qtr Firearms / CPR/AED / Bloodborne Pathogens - 8/30 | 20119 | 8/30/2007 | 0 | 4 | 0 | 5 | Y | Satisfactorily completed | CPR/AED / Bloodborne Path |
| SWAT - Hostage Rescue & Rapid Response | 20941 | 8/8/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT Training - CQC | 20881 | 7/18/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT Training - Advanced Tactical Rappelling | 20937 | 7/12/2007 | 0 | 0 | 0 | 8 | N | Satisfactorily completed | |
| July 2007 Muster Training - Arrest vs. Summons | 21327 | 7/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT Training: CQC - Live Shoot | 20880 | 6/20/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| June 2007 Muster Training-Crown Vic Changes | 20830 | 6/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT Annual H & K UMP (Sub-gun) Qualification 2007 | 20823 | 5/16/2007 | 0 | 0 | 0 | 0 | N | Satisfactorily completed | |
| May 2007 Muster Training - Road Blocks and Deflation Tactics | 20804 | 5/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| 2007 Annual Mobile Tactics Team Training 4/19 | 20562 | 4/19/2007 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed | |
| April 2007 Muster Training - Street Gangs | 20677 | 4/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT Training - CQC | 20617 | 3/14/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Annual Firearm Quals 2007 | 20681 | 3/7/2007 | 0 | 0 | 0 | 0 | N | Satisfactorily completed | |
| March 2007 Muster Training-Consent Search | 20595 | 3/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT Training - Area Searches/Fire & Maneuver/Land Navigaiton-Rural Terrain | 20586 | 2/28/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Establishment Review Task Force | 20643 | 2/23/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT Training - Explosive / Manual Breaching | 20554 | 2/21/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Spanish for Law Enforcement | 20419 | 2/16/2007 | 0 | 0 | 0 | 50 | N | Satisfactorily completed | |

**curran, SHAWN M 1418**

AXON_CURRAN000541

JA-57

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 17 of 26 PageID# 349

# TRAINING HISTORY   Virginia Beach Police Academy

12/12/2018 12:21:45 PM

ROUTING:   PDT-LD

| Description | Code | Date | | | | | | Status |
|---|---|---|---|---|---|---|---|---|
| SWAT Training - CQC | 20584 | 2/14/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| IN-SERVICE 2/7 | 20269 | 2/7/2007 | 0 | 8 | 2 | 10 | Y | Satisfactorily completed |
| February 2007 Muster Training - Consular Notification & Access; Asset Forfeiture | 20535 | 2/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT Training - Carbine | 20526 | 2/1/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - CQC | 20525 | 1/31/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Vehicle Takedowns / Open Air Takedowns | 20509 | 1/24/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Handgun | 20478 | 1/10/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - CQC | 20476 | 1/3/2007 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| January 2007 Muster Training - Recruitment and Selection | 20514 | 1/1/2007 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| December 2006 Muster Training - Plain Language Protocol Conversion | 21387 | 12/31/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Defensive Tactics Discussion | 20381 | 12/29/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Patrol / Fire & Maneuver | 20475 | 12/20/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Firearms Instructor School | 19808 | 12/14/2006 | 2 | 36 | 0 | 80 | Y | Satisfactorily completed |
| SWAT Training - Vehicle Take Downs & Open Air Take Downs | 20474 | 11/22/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Handgun & Carbine | 20473 | 11/15/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Rappelling & Handgun/Carbine | 20472 | 11/8/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Close Quarter Contact (CQC) | 20471 | 11/1/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Natural Death Investigation/IBR - October Muster Training | 20262 | 10/31/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT Training - Sage & Grenadier | 20470 | 10/25/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Handgun & Carbine | 20469 | 10/18/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Breaching & CQC | 20468 | 10/11/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| WMD - Tactical Operations Course | 19850 | 10/6/2006 | 0 | 40 | 0 | 40 | Y | Satisfactorily completed |
| September 2006 Muster Training --- Robbery Roll Call | 21142 | 9/30/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| Robbery Roll Call - September Muster Training | 20001 | 9/30/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT Training - Immediate Action & Rapid Deployment | 20467 | 9/13/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Rappelling & Handgun | 20466 | 9/6/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Landing Zone - August Muster Training | 19989 | 8/31/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT Training - Advance Handgun & Carbine (CAT) | 20465 | 8/30/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Fire & Maneuver | 20464 | 8/23/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT Training - Perimeter / Field Craft | 20463 | 8/9/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| SWAT - CQC & Handguns | 19903 | 8/2/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |
| Use of Force Model - July Muster Training | 19851 | 7/31/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed |
| SWAT - Take-downs, Vehicle & Open Air (FX Training) | 19905 | 7/26/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed |

**curran, SHAWN M 1418**

JA-58

# TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:45 PM

ROUTING:  PDT-LD

| Course | ID | Date | | | | | | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| SWAT - Hostage Rescue, High Risk Warrants, CQC | 19904 | 7/19/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| C Level VCIN Re-certification 7/19 1300-1500 | 19264 | 7/19/2006 | 0 | 0 | 0 | 2 | N | Satisfactorily completed | |
| SWAT - Search Warrants & Explosive Breaching of Residential Structure | 19901 | 7/5/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Full Faith - June Muster Training | 19781 | 6/30/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT - Carbine -Handgun-Subgun Training | 19900 | 6/28/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Vehicle Take-downs & Open Air Take-downs | 19899 | 6/7/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Serious and Fatal Crash - May Muster Training | 19780 | 5/31/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT - Submachine Gun & Handgun Training | 19898 | 5/31/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Defensive Driving/Rapid Response/Crowd Mgmt 5/11/06 | 19141 | 5/11/2006 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed | |
| 2006 Annual Firearms Quals | 19894 | 5/3/2006 | 0 | 0 | 0 | 0 | N | Satisfactorily completed | |
| Searching Female Prisoners - April Muster Training | 19585 | 4/30/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| Pepperball Operator Course Requalification (Tippman) | 19550 | 4/28/2006 | 0 | 0 | 0 | 5 | N | Satisfactorily completed | |
| BEAT School | 19031 | 4/20/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Explosive Breaching | 19552 | 4/12/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Entry Training - Regal Cinemas | 19554 | 4/5/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Use of Nylon Restraints - March Muster Training | 19466 | 3/31/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT - Explosive Breaching (Live) | 19558 | 3/22/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Explosive Breaching (Classroom) | 19559 | 3/21/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| IS-700 National Incident Management System (NIMS) an Introduction | 19487 | 3/16/2006 | 0 | 0 | 0 | 3 | N | Satisfactorily completed | completed 3/16/06 |
| SWAT - Bus Assaults | 19560 | 3/15/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Forensics | 19403 | 3/8/2006 | 0 | 0 | 0 | 0 | N | Satisfactorily completed | |
| IN-SERVICE 3/7-8 | 19053 | 3/8/2006 | 4 | 16 | 0 | 20 | Y | Satisfactorily completed | |
| Building Searches | 19408 | 3/8/2006 | 0 | 0 | 0 | 0 | N | Satisfactorily completed | |
| Officer Survival Training | 19406 | 3/8/2006 | 0 | 0 | 0 | 0 | N | Satisfactorily completed | |
| SWAT - Executive Protection | 19564 | 3/3/2006 | 0 | 0 | 0 | 40 | N | Satisfactorily completed | |
| Mission, Goals, And Objectives - February Muster Training | 19361 | 2/28/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT Carbine/Handgun | 19565 | 2/22/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT Submachine Gun Operators Course | 19722 | 2/10/2006 | 0 | 0 | 0 | 20 | N | Satisfactorily completed | |
| SWAT - Entry Training | 19568 | 2/9/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Transporting Prisoners - January Muster Training | 19355 | 2/4/2006 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| 2006 SWAT Carbine Course | 19236 | 2/3/2006 | 0 | 0 | 0 | 40 | N | Satisfactorily completed | |
| SWAT - Rappelling | 19571 | 1/25/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Mobile Tactics Training | 18921 | 1/18/2006 | 0 | 0 | 10 | 10 | Y | Satisfactorily completed | |

**curran, SHAWN M  1418**

JA-59

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 19 of 26 PageID# 351

## TRAINING HISTORY — Virginia Beach Police Academy

12/12/2018 12:21:45 PM

ROUTING:  PDT-LD

| Course | Number | Date | | | | | Y/N | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| SWAT - CQB- Entry Training, HRW/HRT-FX (Force on Force) | 19576 | 1/4/2006 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Emotional Survival for Police - Muster Training - SO | 19225 | 12/31/2005 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT-Entry -Ballistic Shield -Low Light Handgun Training | 19580 | 12/7/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Chain Saw Certification | 19214 | 12/6/2005 | 0 | 0 | 0 | 8 | N | Satisfactorily completed | |
| SWAT - Vehicle Takedowns | 19582 | 11/30/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Firearms - Carbine/Subgun/Handgun | 19614 | 11/16/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Handgun/Carbine Training | 19616 | 11/9/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Serious & Fatal Crash Scenes - Muster Training | 18976 | 10/29/2005 | 0 | 0 | 0 | 0.5 | N | Satisfactorily completed | |
| SWAT - Bldg Searches- LSD- Breacher-Search War-call out/Shotgun Breaching/Sage/Entry Work | 19619 | 10/26/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Call Out Exercise | 19621 | 10/20/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Clandestine Lab | 19622 | 10/18/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Rapid Response / Crowd Mgmt 10/14/05 | 18277 | 10/14/2005 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed | |
| SWAT - Firearms Training – Carbine Low Light | 19623 | 10/12/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| SWAT - Live Fire Entry Training | 19625 | 10/5/2005 | 0 | 0 | 0 | 10 | N | Satisfactorily completed | |
| Basic SWAT School | 18882 | 9/30/2005 | 0 | 0 | 0 | 80 | N | Satisfactorily completed | |
| Force on Force  9/13/05 | 18063 | 9/13/2005 | 0 | 0 | 0 | 9 | N | Satisfactorily completed | |
| Firearms In-Service  6/30/05 | 18117 | 6/30/2005 | 0 | 9 | 0 | 9 | Y | Satisfactorily completed | |
| Defensive Tactics Instructor School | 18438 | 4/8/2005 | 4 | 36 | 0 | 40 | Y | Satisfactorily completed | |
| General Instructor School | 18237 | 4/1/2005 | 0 | 40 | 0 | 40 | Y | Satisfactorily completed | DT Instructor |
| Mobile Tactics (1st & 3rd) | 18441 | 3/23/2005 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed | |
| Guns and Drugs: Interdiction of Unlawful Firearms and Narcotics Investigation for Uniform Patrol | 18377 | 3/18/2005 | 4 | 12 | 0 | 16 | Y | Satisfactorily completed | |
| IN-SERVICE 3/15 & 16/05 | 18154 | 3/16/2005 | 4 | 16 | 0 | 20 | Y | Satisfactorily completed | |
| Equal Employment Opportunity/Harassment & Discrimination | 18306 | 1/27/2005 | 0 | 0 | 0 | 4 | N | Satisfactorily completed | |
| Annual Quals/Sage  1/24/05 | 18042 | 1/24/2005 | 0 | 0 | 0 | 9 | N | Satisfactorily completed | |
| Firearms In-service 12/9 | 17885 | 12/9/2004 | 0 | 0 | 0 | 9 | N | Satisfactorily completed | |
| Sage/Rapid Response/Crowd Mgmt - 11/23/04 | 17595 | 11/23/2004 | 0 | 9 | 0 | 9 | Y | Satisfactorily completed | |
| Basic Swat School | 18006 | 10/1/2004 | 0 | 0 | 0 | 40 | N | Satisfactorily completed | |
| Sage Re-certification | 18005 | 10/1/2004 | 0 | 0 | 0 | 2 | N | Satisfactorily completed | |
| M4 Carbine School | 18007 | 9/16/2004 | 0 | 0 | 0 | 9 | N | Satisfactorily completed | |
| Bloodborne Pathogens | 18353 | 9/1/2004 | 0 | 0 | 0 | 2 | N | Satisfactorily completed | |
| VCIN C Level Re-certificatin 8/19  (1300) | 17337 | 8/19/2004 | 0 | 0 | 0 | 2 | N | Satisfactorily completed | |
| BLS HS CPR/AED TRAINING | 17890 | 7/29/2004 | 0 | 0 | 0 | 2 | N | Satisfactorily completed | |
| ATV Training | 17825 | 6/24/2004 | 0 | 0 | 0 | 2 | N | Satisfactorily completed | |
| Field Training Officer School | 17285 | 5/20/2004 | 2 | 28 | 0 | 30 | Y | Satisfactorily completed | |

**curran, SHAWN M  1418**

AXON_CURRAN000544

JA-60

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 20 of 26 PageID# 352

**TRAINING HISTORY**      **Virginia Beach Police Academy**

12/12/2018 12:21:45 PM

ROUTING:  PDT-LD

| Training | ID | Date | | | | | Y/N | Status |
|---|---|---|---|---|---|---|---|---|
| IN-SERVICE 5/11 & 12 | 17147 | 5/12/2004 | 4 | 14 | 0 | 18 | Y | Satisfactorily completed |
| Highway Interdiction | 17660 | 5/6/2004 | 0 | 0 | 0 | 24 | N | Satisfactorily completed |
| Annual Quals – Nighttime Firearms Training 5/1/04 | 17244 | 5/1/2004 | 0 | 0 | 0 | 9 | N | Satisfactorily completed |
| Smallpox Pre-event Vaccination Training | 17548 | 4/28/2004 | 0 | 0 | 0 | 1 | N | Satisfactorily completed |
| Mobile Tactics Squad Training 3/26 | 17296 | 3/26/2004 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed |
| Community Policing in Hispanic Communities (VCPI) | 17310 | 2/10/2004 | 0 | 9 | 0 | 9 | Y | Satisfactorily completed |
| Mara Salvatrucha (MS-13) | 17275 | 1/22/2004 | 0 | 8 | 0 | 8 | Y | Satisfactorily completed |
| Glock Transition / Quals  12/17 & 18 | 16275 | 12/18/2003 | 0 | 9 | 0 | 18 | Y | Satisfactorily completed |
| Firearms In-service 12-7-03 | 16871 | 12/7/2003 | 0 | 0 | 0 | 7 | N | Satisfactorily completed |
| IN-SERVICE 11/12 & 13 | 16209 | 11/13/2003 | 0 | 18 | 0 | 18 | Y | Satisfactorily completed |
| ICS 100 --- NIMS --- An Introduction to Incident Command | 20771 | 11/13/2003 | 0 | 0 | 0 | 3 | N | Satisfactorily completed |
| Rapid Response 11/21/2002 | 15439 | 11/21/2002 | 0 | 8.5 | 0 | 9 | Y | Satisfactorily completed |
| C Level - VCIN Mobile Data Training Re-cert 11?/7/02 | 16073 | 11/7/2002 | 0 | 0 | 0 | 2 | N | Satisfactorily completed |
| Marksman/Driving/Crowd Mgmt 05/10/2002 | 15391 | 5/10/2002 | 0 | 5.5 | 0 | 9 | Y | Satisfactorily completed |
| Drug Investigation for Uniform Patrol Officers | 15684 | 4/26/2002 | 0 | 10 | 0 | 10 | Y | Satisfactorily completed |
| IN-SERVICE 4/16-17/2002 | 15352 | 4/17/2002 | 4 | 14 | 0 | 18 | Y | Satisfactorily completed |
| Beat School 2002 | 15852 | 4/11/2002 | 0 | 0 | 0 | 16 | N | Satisfactorily completed |
| Firearm Quals & Sage Training 1/22/2002 | 15482 | 1/22/2002 | 0 | 9 | 0 | 9 | N | Satisfactorily completed |
| K-9 Familiarization, Use of Patrol K-9 | 15577 | 1/19/2002 | 0 | 0 | 0 | 1 | N | Satisfactorily completed |
| Firearms Training Day 2001 | 15071 | 11/2/2001 | 0 | 0 | 0 | 8 | N | Satisfactorily completed |
| Officer Survival | 14905 | 7/25/2001 | 0 | 16 | 0 | 0 | Y | Satisfactorily completed |
| In-Service | 14915 | 6/22/2001 | 4 | 36 | 0 | 0 | Y | Satisfactorily completed |
| beat school / 2001 / 2nd day | 15160 | 4/12/2001 | 0 | 0 | 0 | 8 | N | Satisfactorily completed |
| beat school / 2001 / 1st day | 15159 | 4/11/2001 | 0 | 0 | 0 | 8 | N | Satisfactorily completed |
| BASIC–MOUNTAIN BIKES | 8092 | 3/29/2001 | 0 | 0 | 0 | 32 | Y | Satisfactorily completed |
| CROWD MANAGEMENT–MOBILE TACTICS | 7910 | 3/23/2001 | 0 | 0 | 0 | 8 | Y | Satisfactorily completed |
| ANNUAL/QUALIFIED–FIREARMS TNG | 4686 | 1/26/2001 | 0 | 0 | 0 | 8 | Y | Satisfactorily completed |
| IN-SERVICE/VARIOUS | 14819 | 12/8/2000 | 0 | 36 | 0 | 36 | Y | Satisfactorily completed |
| IN-SERVICE/VARIOUS | 14819 | 12/8/2000 | 4 | 0 | 0 | 4 | Y | Satisfactorily completed |
| LEVEL C–MOBILE DATA TRNG | 7875 | 12/8/2000 | 0 | 0 | 0 | 0 | Y | Satisfactorily completed |
| BLOCK–IN-SERVICE TNG PAT/DET | 6011 | 12/8/2000 | 0 | 0 | 0 | 40 | Y | Satisfactorily completed |
| ETHICS | 3862 | 9/21/2000 | 0 | 0 | 0 | 8 | Y | Satisfactorily completed |
| IN-SERVICE/VARIOUS | 14709 | 8/11/2000 | 0 | 16 | 0 | 16 | Y | Satisfactorily completed |
| SCENARIO TRG(RANGE)–IN-SERVICE TNG PAT/DET | 5969 | 8/10/2000 | 0 | 0 | 0 | 8 | Y | Satisfactorily completed |
| IN-SERVICE/VARIOUS | 14706 | 8/9/2000 | 0 | 8 | 0 | 8 | Y | Satisfactorily completed |
| UOF/OC/ASP–IN-SERVICE TNG PAT/DET | 5968 | 8/9/2000 | 0 | 0 | 0 | 8 | Y | Satisfactorily completed |
| FIREARMS TNG | 4602 | 4/21/2000 | 0 | 0 | 0 | 8 | Y | Satisfactorily completed |

**curran, SHAWN M  1418**

AXON_CURRAN000545

JA-61

**TRAINING HISTORY**     **Virginia Beach Police Academy**

12/12/2018 12:21:45 PM

ROUTING:  PDT-LD

| | F41 Date | Class End Date | | | | | | | Class ID |
|---|---|---|---|---|---|---|---|---|---|
| LESS LETHAL(SAGE)--USE OF FORCE | 11607 | 1/21/2000 | 0 | 0 | 0 | 4 | Y | Satisfactorily completed | 32589 |
| ANNUAL/QUALIFIED--FIREARMS TNG | 4578 | 1/20/2000 | 0 | 0 | 0 | 8 | Y | Satisfactorily completed | 32589 |
| 28th Police Recruit Academy - Aug 1999 | 9071 | 12/30/1999 | 0 | 0 | 0 | 887 | Y | Satisfactorily completed | 31306 |

**F41s**

| F41# | F41 Date | Class End Date | | Class ID |
|---|---|---|---|---|
| 1875 | 10/17/2017 | 10/9/2017 | Defensive Tactics & General Instructor Recertification | 32589 |
| 1875 | 10/17/2017 | 10/9/2017 | Defensive Tactics & General Instructor Recertification | 32589 |
| 1845 | 4/18/2017 | 4/13/2017 | Juvenile Perspective - 4/12-13/2017 | 31306 |
| 1699 | 12/17/2015 | 12/8/2015 | Firearms/General Instructor Re-certification | 30027 |
| 1699 | 12/17/2015 | 12/8/2015 | Firearms/General Instructor Re-certification | 30027 |
| 1679 | 11/18/2015 | 11/9/2015 | Inclusion & Diversity - What's in it for us? 11/9-0900 | 30435 |
| 1599 | 12/11/2014 | 12/5/2014 | Defensive Tactics/General Instructor Re-cert 12/5 | 29446 |
| 1599 | 12/11/2014 | 12/5/2014 | Defensive Tactics/General Instructor Re-cert 12/5 | 29446 |
| 1412 | 3/28/2013 | 3/27/2013 | IS #1- Ethics/Sexual Harassment, Sage / Breaching / RR, Def Driv (Spikes/Prec/Pursuit) 3/27 | 27063 |
| 1336 | 8/29/2012 | 8/27/2012 | Firearms/General Instructor Re-certification | 26661 |
| 1336 | 8/29/2012 | 8/27/2012 | Firearms/General Instructor Re-certification | 26661 |
| 1295 | 12/20/2011 | 12/20/2011 | 2011 Legal Training - Online | 25687 |
| 1276 | 11/1/2011 | 10/27/2011 | Defensive Tactics / General Instructor Re-Certification 10/27 | 24899 |
| 1276 | 11/1/2011 | 10/27/2011 | Defensive Tactics / General Instructor Re-Certification 10/27 | 24899 |
| 1238 | 11/23/2010 | 11/16/2010 | Advanced Defensive Tactics / Legal / Night Pursuit Driving 11/16 | 23405 |
| 1173 | 11/23/2009 | 11/19/2009 | Firearms & General Instructor Re-certification  11/19 | 22100 |
| 1173 | 11/23/2009 | 11/19/2009 | Firearms & General Instructor Re-certification  11/19 | 22100 |
| 1102 | 11/6/2008 | 10/30/2008 | Defensive Tactics & General  Instructor Re-Certification | 21462 |
| 1102 | 11/6/2008 | 10/30/2008 | Defensive Tactics & General  Instructor Re-Certification | 21462 |
| 1092 | 7/31/2008 | 6/30/2008 | 2nd Qrtr Firearms / Animal Behavior 6/30/08 | 21301 |
| 917 | 12/15/2006 | 12/14/2006 | Firearms Instructor School | 19808 |
| 868 | 7/20/2006 | 5/11/2006 | Defensive Driving/Rapid Response/Crowd Mgmt 5/11/06 | 19141 |
| 638 | 5/31/2005 | 4/8/2005 | Defensive Tactics Instructor School | 18438 |
| 637 | 5/31/2005 | 4/8/2005 | Defensive Tactics Instructor School | 18438 |
| 630 | 5/3/2005 | 4/1/2005 | General Instructor School | 18237 |
| 618 | 4/20/2005 | 3/23/2005 | MobileTactics (1st & 3rd) | 18441 |

**curran, SHAWN M  1418**

AXON_CURRAN000546

JA-62

# TRAINING HISTORY

## Virginia Beach Police Academy

12/12/2018 12:21:45 PM

ROUTING: PDT-LD

| | | | | |
|---|---|---|---|---|
| 476 | 7/13/2004 | 5/12/2004 | IN-SERVICE 5/11 & 12 | 17147 |
| 114 | 6/21/2002 | 4/26/2002 | Drug Investigation for Uniform Patrol Officers | 15684 |
| 4 | 9/18/2001 | 6/22/2001 | In-Service | 14915 |

## CERTIFICATIONS

| | Cert. Date | Due Date |
|---|---|---|
| VCIN (YTD) | 5/4/2018 | 5/4/2020 |
| Bloodbourne Pathogens (YTD) | 4/30/2018 | 4/30/2019 |
| Defensive Driving | 4/12/2018 | 12/31/2021 |
| Riot Baton | 4/12/2018 | 12/31/2020 |
| Patrol Carbine Qualification | 12/12/2017 | 12/31/2018 |
| Annual Firearms Qualification | 12/7/2017 | 12/31/2018 |
| Instructor - General | 10/9/2017 | 12/31/2020 |
| Instructor - Defensive Tactics | 10/9/2017 | 12/31/2020 |
| AED/CPR (Automatic External Defibrill | 9/25/2017 | 9/25/2019 |
| Instructor - SAGE (YTD) | 8/9/2017 | 8/9/2021 |
| SAGE | 3/21/2017 | 12/31/2019 |
| TASER X2 | 3/21/2017 | 12/31/2018 |
| ASP | 3/21/2017 | 12/31/2018 |
| OC Spray | 11/3/2016 | 12/31/2017 |
| First Aid (YTD) | 2/3/2016 | 2/3/2018 |
| Asp / OC Spray | 2/3/2016 | 12/31/2018 |
| Instructor - Firearms | 12/8/2015 | 12/31/2018 |
| Sniper Rifle Qualification | 9/19/2013 | 12/31/2014 |

## FIREARMS SCORES

| Course of Fire | Date | Weapon | Serial Number | Model | Points Possible | 1st Score | 2nd Score | 3rd Score | 4th Score | Percent Score | Pass | Dept. Issue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patrol Carbine TQC | 12/7/2017 | Carbine | | | 100 | 100 | 0 | 0 | | 100.000% | ✓ | |
| DIM LIGHT | 12/7/2017 | On Duty | XWM297 | Glock 17 | 100 | 100 | 0 | 0 | | 100.000% | ✓ | ✓ |
| TQC | 12/7/2017 | On Duty | XWM297 | Glock | 100 | 97.6 | 0 | 0 | | 97.600% | ✓ | ✓ |
| Patrol Carbine DimLight | 12/7/2017 | Carbine | | | 100 | 100 | 0 | 0 | | 100.000% | ✓ | |
| Patrol Carbine DimLight | 12/6/2016 | Carbine | | | 100 | 100 | 0 | 0 | | 100.000% | ✓ | ✓ |
| Patrol Carbine TQC | 12/6/2016 | Carbine | | | 100 | 100 | 0 | 0 | | 100.000% | ✓ | ✓ |
| DIM LIGHT | 12/6/2016 | On Duty | XWM297 | Glock 17 | 100 | 100 | 0 | 0 | | 100.000% | ✓ | ✓ |

**curran, SHAWN M 1418**

AXON_CURRAN000547

JA-63

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 23 of 26 PageID# 355

## TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:45 PM

ROUTING: PDT-LD

| Course | Date | Duty | Serial | Weapon | | | | | % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TQC | 12/6/2016 | On Duty | XWM297 | Glock 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| Patrol Carbine DimLight | 12/14/2015 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| TQC | 12/14/2015 | On Duty | XWM297 | Glock 17 | 100 | 98.4 | 0 | 0 | 98.400% | ✓ | ✓ |
| Patrol Carbine TQC | 12/14/2015 | Carbine | | | 100 | 96.8 | 0 | 0 | 96.800% | ✓ | ✓ |
| DIM LIGHT | 12/14/2015 | On Duty | XWM297 | Glock 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| Carbine Qual with Optics | 10/8/2015 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | | ✓ |
| Patrol Carbine DimLight | 11/6/2014 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | | ✓ |
| Patrol Carbine TQC | 11/6/2014 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| DIM LIGHT | 11/6/2014 | On Duty | XWM297 | Glock 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| TQC | 11/6/2014 | On Duty | XWM297 | Glock 17 | 100 | 99.2 | 0 | 0 | 99.200% | ✓ | ✓ |
| DIM LIGHT | 11/6/2013 | On Duty | 1FBX957 | Glock 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| TQC | 11/6/2013 | On Duty | 1FBX957 | Glock 17 | 100 | 96.8 | 0 | 0 | 96.800% | ✓ | ✓ |
| Patrol Carbine DimLight | 11/6/2013 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | | ✓ |
| Patrol Carbine TQC | 11/6/2013 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| SNIPER ANNUAL QUAL | 9/19/2013 | Carbine | C2688423 | Remington 700 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| DIM LIGHT | 5/23/2012 | On Duty | 1FBX597 | Glock 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| VQC | 5/23/2012 | On Duty | 1FBX597 | Glock 17 | 100 | 96 | 0 | 0 | 96.000% | | ✓ |
| Patrol Carbine DimLight | 5/23/2012 | Carbine | 88-008453 | H&K 416 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| Patrol Carbine TQC | 5/23/2012 | Carbine | 88-008453 | H&K 416 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| SNIPER ANNUAL QUAL | 10/13/2011 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | | ✓ |
| VQC | 5/25/2011 | On Duty | 1FBX597 | Glock 17 | 100 | 96 | 0 | 0 | 96.000% | ✓ | ✓ |
| DIM LIGHT | 5/25/2011 | On Duty | 1FBX597 | Glock 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| Patrol Carbine TQC | 5/25/2011 | Carbine | 88-008453 | H&K - 416 | 100 | 99.2 | 0 | 0 | 99.200% | ✓ | ✓ |
| SHOTGUN | 5/25/2011 | Shotgun | | | 100 | 100 | 0 | 0 | 100.000% | | ✓ |
| Patrol Carbine DimLight | 5/25/2011 | Carbine | 88-008453 | H&K - 416 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| SHOTGUN | 10/13/2010 | Shotgun | | | 100 | 0 | 0 | 0 | 0.000% | | ✓ |
| Patrol Carbine TQC | 10/13/2010 | Carbine | 88-008453 | HK-416 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| UMP or SUB-GUN TQC | 10/13/2010 | SMG | 163-001985 | UMP .45 | 100 | 100 | 0 | 0 | 100.000% | ✓ | ✓ |
| DIM LIGHT | 10/13/2010 | On Duty | 1FBX597 | Glock 17 | 100 | 96.8 | 0 | 0 | 96.800% | | ✓ |
| Patrol Carbine DimLight | 10/13/2010 | Carbine | 88-008453 | HK-416 | 100 | 99.2 | 0 | 0 | 99.200% | ✓ | ✓ |
| VQC | 10/13/2010 | On Duty | 1FBX597 | Glock 17 | 100 | 98.4 | 0 | 0 | 98.400% | ✓ | ✓ |

**curran, SHAWN M 1418**

AXON_CURRAN000548

JA-64

Case 2:19-cv-00617-RGD-DEM   Document 50-4   Filed 12/28/20   Page 24 of 26 PageID# 356

## TRAINING HISTORY

**Virginia Beach Police Academy**

12/12/2018 12:21:45 PM

ROUTING:  PDT-LD

| Training | Date | Type | ID | Weapon | | | | % | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrol Carbine TQC | 6/23/2010 | Carbine | 88-088453 | H&K 416 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| UMP or SUB-GUN TQC | 3/10/2010 | SMG | 163-001985 | UMP .45 Sub-Gun | 100 | 94 | 0 | 0 | 94.000% | ☑ ☑ |
| Patrol Carbine DimLight | 3/10/2010 | On Duty | 002098 | M4 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| Patrol Carbine TQC | 3/10/2010 | On Duty | 002098 | M4 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| DIM LIGHT | 3/10/2010 | On Duty | 1FBX597 | Glock 17 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| VQC | 3/10/2010 | On Duty | 1FBX597 | Glock 17 | 100 | 98.4 | 0 | 0 | 98.400% | ☑ ☑ |
| SNIPER 3 ROUND GRO | 5/28/2009 | Other | A6600821 | Remington 700 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SNIPER STRESS SHOT | 5/28/2009 | Other | A6600821 | Remington 700 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SNIPER BARRICADE C | 5/28/2009 | Other | A6600821 | Remington 700 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SNIPER ANNUAL QUAL | 5/28/2009 | Other | A6600821 | Remington 700 | 100 | 100 | 0 | 0 | 100.000% | ☐ ☑ |
| Patrol Carbine DimLight | 3/25/2009 | Carbine | LE002098 | | 100 | 100 | 0 | 0 | 100.000% | ☐ ☑ |
| Patrol Carbine TQC | 3/25/2009 | Carbine | LE002098 | | 100 | 100 | 0 | 0 | 100.000% | ☐ ☑ |
| UMP or SUB-GUN TQC | 3/25/2009 | SMG | | | 100 | 100 | 0 | 0 | 100.000% | ☐ ☑ |
| VQC | 3/25/2009 | On Duty | 1FBX597 | Glock | 100 | 97.6 | 0 | 0 | 97.600% | ☑ ☑ |
| DIM LIGHT | 3/25/2009 | On Duty | 1FBX597 | Glock | 100 | 98 | 0 | 0 | 98.000% | ☑ ☑ |
| NEW GUN | 1/12/2009 | On Duty | 1FBX597 | Glock 17 | 0 | 0 | 0 | 0 | 0.000% | ☑ ☑ |
| SNIPER STRESS SHOT | 6/19/2008 | Carbine | | REMINGTON 700 . | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SNIPER BARRICADE C | 6/19/2008 | Carbine | | REMINGTON 700 . | 100 | 100 | 0 | 0 | 100.000% | ☐ ☑ |
| SNIPER 3 ROUND GRO | 6/19/2008 | Carbine | | REMINGTON 700 . | 100 | 100 | 0 | 0 | 100.000% | ☐ ☑ |
| SNIPER ANNUAL QUAL | 6/19/2008 | Carbine | | REMINGTON 700 . | 100 | 100 | 0 | 0 | 100.000% | ☐ ☑ |
| SWAT CARBINE ON MO | 3/5/2008 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SWAT CARBINE GASM | 3/5/2008 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SWAT CARBINE TQC | 3/5/2008 | Carbine | | | 100 | 97.6 | 0 | 0 | 97.600% | ☑ ☑ |
| UMP or SUB-GUN TQC | 3/5/2008 | SMG | | | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SUB-GUN GASMASK | 3/5/2008 | SMG | | | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SUB-GUN ON MOVE | 3/5/2008 | SMG | | | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| TQC | 1/16/2008 | On Duty | FBX597 | GLOCK 17 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| HANDGUN ON MOVE | 1/16/2008 | On Duty | FBX597 | GLOCK 17 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| HANDGUN GASMASK | 1/16/2008 | On Duty | FBX597 | GLOCK 17 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| SWAT CARBINE DIMLI | 12/13/2007 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |
| DIM LIGHT TQC | 12/13/2007 | On Duty | fbx597 | glock 17 | 100 | 100 | 0 | 0 | 100.000% | ☑ ☑ |

**curran, SHAWN M  1418**

Page 23

AXON_CURRAN000549

JA-65

## TRAINING HISTORY    Virginia Beach Police Academy

12/12/2018 12:21:45 PM

ROUTING:  PDT-LD

| Event | Date | Type | Serial | Weapon | | | | | Percentage | |
|---|---|---|---|---|---|---|---|---|---|---|
| UMP or SUB-GUN TQC | 5/16/2007 | SMG | | H&K .45 CAL UMP | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| TQC | 3/7/2007 | On Duty | FBX597 | GLOCK 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| DIM LIGHT | 3/7/2007 | On Duty | FBX597 | GLOCK 17 | 97.6 | 97.6 | 0 | 0 | 97.600% | ✓ |
| SUB-GUN DIMLIGHT | 5/24/2006 | Other | 163-001985 | UMP .45 SUB-GU | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SUB-GUN GASMASK | 5/24/2006 | Other | 163-001985 | UMP .45 SUB-GU | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SUB-GUN ON MOVE | 5/24/2006 | Other | 163-001985 | UMP .45 SUB-GU | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| UMP or SUB-GUN TQC | 5/24/2006 | Other | 163-001985 | UMP-.45 SUB-GUN | 99.2 | 99.2 | 0 | 0 | 99.200% | ✓ |
| SWAT CARBINE DIMLI | 5/3/2006 | Carbine | SP21213 | COLT | 98 | 98 | 0 | 0 | 98.000% | ✓ |
| HANDGUN GASMASK | 5/3/2006 | On Duty | FBX597 | GLOCK 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| HANDGUN ON MOVE | 5/3/2006 | On Duty | FBX597 | GLOCK 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| DIM LIGHT | 5/3/2006 | On Duty | FBX597 | GLOCK 17 | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SWAT CARBINE GASM | 5/3/2006 | Carbine | SP21213 | COLT | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SWAT CARBINE TQC | 5/3/2006 | Carbine | SP21213 | COLT | 97.6 | 97.6 | 0 | 0 | 97.600% | ✓ |
| SWAT CARBINE ON MO | 5/3/2006 | Carbine | SP21213 | COLT | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| TQC | 5/3/2006 | On Duty | FBX597 | GLOCK 17 | 97.6 | 97.6 | 0 | 0 | 97.600% | ✓ |
| SWAT CARBINE GASM | 2/10/2006 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SWAT CARBINE TQC | 2/10/2006 | Carbine | | | 90.4 | 90.4 | 0 | 0 | 90.400% | ✓ |
| SWAT CARBINE DIMLI | 2/10/2006 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| UMP or SUB-GUN TQC | 2/10/2006 | Other | | | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SUB-GUN ON MOVE | 2/10/2006 | Other | | | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SUB-GUN GASMASK | 2/10/2006 | Other | | | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SUB-GUN DIMLIGHT | 2/10/2006 | Other | | | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SWAT CARBINE ON MO | 2/10/2006 | Carbine | | | 100 | 100 | 0 | 0 | 100.000% | ✓ |
| SHOTGUN | 1/24/2005 | Shotgun | | | 100 | 81 | 0 | 0 | ######## | ✓ |
| TQC | 1/24/2005 | On Duty | FBY597 | GLOCK 17 | 0 | 86 | 0 | 0 | ######## | ✓ |
| SHOTGUN | 5/1/2004 | Shotgun | | | 0 | 0 | 0 | 0 | 0.000% | |
| CB Drill - Handgun Day | 5/1/2004 | On Duty | FBX597 | GLOCK 17 | 0 | 90 | 0 | 0 | 0.000% | |
| TQC | 5/1/2004 | On Duty | FBX597 | GLOCK 17 | 0 | 96 | 0 | 0 | 0.000% | |
| NEW GUN | 12/18/2003 | On Duty | FBX597 | GLOCK 17 | 0 | 0 | 0 | 0 | 0.000% | ✓ |
| TQC | 12/18/2003 | On Duty | FBX597 | GLOCK 17 | 0 | 99 | 0 | 0 | 0.000% | ✓ |
| SHOTGUN | 12/18/2003 | Shotgun | | | 0 | 0 | 0 | 0 | 0.000% | ✓ |

**curran, SHAWN M  1418**

Page 24

AXON_CURRAN000550

## TRAINING HISTORY

**Virginia Beach Police Academy**

12/12/2018 12:21:45 PM

ROUTING: PDT-LD

| Course | Date | Duty | Code | Code2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Shotgun Day | 1/22/2002 | On Duty | | | 0 | 0 | 0 | | | |
| TQC | 1/22/2002 | On Duty | MJF1145 | SW 6946 | 0 | 98 | 0 | 0.000% | 0 | 0 |
| DIM LIGHT | 1/22/2002 | On Duty | MTF1145 | SW 6946 | 0 | 90 | 0 | | | |
| ANNUAL QUALIFICATIO | 1/22/2002 | On Duty | MTF1145 | SW 6946 | 0 | 0 | 0 | | | |
| Shotgun Dimlight | 1/22/2002 | On Duty | | | 0 | 0 | 0 | | | |
| SHOTGUN | 1/25/2001 | Other | | | 0 | 0 | 0 | | | |
| DIM LIGHT TQC | 1/25/2001 | Other | | | 0 | 96 | 0 | | | |
| TQC | 1/25/2001 | Other | MJF1145 | 6946 | 0 | 91 | 0 | | | |
| ANNUAL QUALIFICATIO | 1/25/2001 | Other | | | 0 | 0 | 0 | | | |
| ANNUAL QUALIFICATIO | 1/20/2000 | Other | MJF1200 | 6946 | 0 | 0 | 0 | | | |
| DIM LIGHT TQC | 1/20/2000 | Other | MJF1200 | 6946 | 0 | 95 | 0 | | | |
| TQC | 1/20/2000 | Other | MJF1200 | 6946 | 0 | 92 | 0 | | | |
| SHOTGUN SLUG COUR | 9/18/1999 | Other | MJF1145 | 6946 | 0 | 0 | 0 | | | |
| VMDA | 9/18/1999 | Other | MJF1145 | 6946 | 0 | 97 | 0 | | | |
| TQC | 9/18/1999 | Other | MJF1145 | 6946 | 0 | 98 | 0 | | | |
| DIM LIGHT TQC | 9/18/1999 | Other | MJF1145 | 6946 | 0 | 100 | 0 | | | |
| NIGHT SHOTGUN | 9/18/1999 | Other | MJF1145 | 6946 | 0 | 0 | 0 | | | |
| DAY SHOTGUN | 9/18/1999 | Other | MJF1145 | 6946 | 0 | 0 | 0 | | | |

**curran, SHAWN M 1418**

AXON_CURRAN000551

JA-67

# Exhibit 6

**⑦ TASER**

**2016 TASER Certified Instructor**
**Independent Contractor Agreement**

This Independent Contractor Agreement ("Agreement") is made and entered into as of the _5_ day of _Aug_ 20_16_ ("Effective Date") by and between TASER International, Inc., ("TASER") a Delaware Corporation, with principal place of business of 17800 North 85th Street, Scottsdale, Arizona 85255, and _Richard Nelson_ ("Contractor") a(n) _Police Officer / Master Instructor_ located at _4376 Little Coccoran Levels Rd. Points WV 25437_, individually or collectively referred to as the "Party" or "Parties."

WHEREAS, TASER is a manufacturer of various TASER brand products, and provides training services and other services under the brand "TASER" to inform and educate individuals in the use of TASER products and services, as well as enable qualified individuals to perform TASER brand training and other services;

WHEREAS, Contractor is a TASER certified Master Instructor and provides training services to law enforcement agencies; security organizations, medical providers, and/or military, and

WHEREAS, TASER desires Contractor to perform and Contractor agrees to perform the Services as outlined herein under the terms and conditions set forth in this Agreement.

NOW, THEREFORE, in consideration of the foregoing recitals, the mutual promise, agreements and covenants set forth herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

**1 DEFINITIONS.**

1.1 **"Training Materials"** include, but are not limited to, the following materials created and/or provided by TASER: Training curriculum content, online training modules, course outlines, checklists, worksheets, targets, drills and scenarios, guidelines, certification forms, tests and answer keys, PowerPoint presentations, recordings, videos, training bulletins, liability release forms, product manuals, product warnings, and all other similar or associated training materials.

1.2 **"Modified Materials"** means information in printed or electronic form directed to education regarding the use of one or more TASER products that incorporates Contractor's own developed training materials (e.g. Agency use-of-force policies and Conducted Electrical Weapon ("CEW") guidance) with the current unmodified TASER Training Materials (e.g. full PowerPoint presentation on CEW model being taught, product warnings, and liability release form). Modified Materials may be Co-Branded. Modified Materials must: (a) only include current (at time of training) materials (outdated or superseded materials shall not be used), (b) convey information deemed solely by TASER to be sufficient to meet an applicable TASER Certification Standard; (c) contain all current operation instruction, safety instruction, warnings, and release presented in the TASER Training Materials; and (d) present the information, instructions, warnings, and release in the same context with the same visual emphasis as used in the TASER Training Materials. If the Modified Materials have a scope that includes fewer than all TASER products, the Modified Materials may omit product specific information that is solely applicable to a product that is not within the scope. Modified Materials may include photographs and recordings where one or more TASER Trademarks are apparent, provided the depiction does not dilute, blur, or tarnish the TASER Trademark or good will associated with the TASER Trademark. Modified Materials when not Co-Branded must prominently include at least one TASER Trademark.

1.3 **"Training Materials Licensing Agreement"** means the agreement between TASER and Contractor for use by Contractor in performance of the Services outlined herein. The Training Materials Licensing Agreement is hereby incorporated by reference into this Agreement.

**2 DESCRIPTION OF WORK.** The Services to be performed by Contractor may include, without limitation, the administration, development and teaching of TASER training certification courses, and

Title: 2016 TASER Certified Instructor Independent Contractor Agreement (Master Instructors)
Department: Legal
Version: 1.0
Release Date: 7/26/2016

Page 1 of 3

AXON_CURRAN000105

JA-69

⟨⟩ **TASER**

**2016 TASER Certified Instructor
Independent Contractor Agreement**

any other additional services agreed to by the Parties (the "Services"). All Services must be performed in accordance with the terms of this Agreement and the Training Materials License Agreement. During Contractor's performance of the Services, Contractor agrees to only distribute and use TASER's most updated Training Materials.

**3   PAYMENT.** In exchange for the performance of Contractor's Services under this Agreement, TASER will pay Contractor as follows: $350.00/day for any basic Instructor Course Training services. Payments will be made within thirty (30) days from TASER's receipt of the date of Contractor's fully complete and TASER-compliant invoice.

**4   EXPENSES.** TASER will reimburse Contractor for all reasonable travel expenses in connection with the Services, which may include airfare, lodging, rental car, gas, meals, tips, parking, mileage, and tolls. Expenses will be reimbursed within thirty (30) days from the date TASER receives Contractor's fully complete and TASER-compliant expense report.

**5   RELATIONSHIP OF THE PARTIES.** Contractor understands and acknowledges that Contractor's status with TASER is solely that of an independent contractor and nothing in this Agreement will be construed to constitute Contractor as an agent, employee, partner, representative, or spokesperson of TASER. Because Contractor is not an employee of TASER, Contractor understands that Contractor and its employees, will not be entitled to any of TASER's employee benefits, will not be covered under TASER's worker's compensation insurance, and none of Contractor's compensation will be withheld for the payment of social security, country, federal, state, or other taxes. Contractor is solely responsible for providing, at Contractor's expense, insurance, worker's compensation insurance, and any licenses or permits usual or necessary for performing the Services. Contractor is obligated to report as income all compensation received by Contractor pursuant to this Agreement and to pay all self-employment and other taxes and to provide TASER with proof of payment on demand. Contractor further agrees to indemnify TASER and hold it harmless to the extent of any obligation imposed on TASER: (i) to pay withholding taxes or similar items; (ii) arising out of Contractor's breach of this Agreement; or (iii) resulting from any determination that Contractor is not an independent contractor. Contractor has no authority to enter into contracts on behalf of TASER.

**6   TERM AND TERMINATION.**

6.1   **Term.** This Agreement will commence on the Effective Date, and will continue for a period of one (1) year (the "Term"). This Agreement will automatically renew for successive one (1) year terms (the "Renewal Term"), unless otherwise terminated in accordance with this Section 7.2.

6.2   **Termination.** Either party may terminate this Agreement for any reason by giving thirty (30) days' advanced written notice by Registered U.S. Mail delivered to the Party's principle place of business of its intent to terminate this Agreement. Either party may terminate this Agreement, effective immediately upon the giving of written notice of the termination, if the other Party has breached a provision of this Agreement.

This Agreement will automatically terminate without notice in the event Contractor's TASER instructor certification expires, terminates, or is revoked.

**7   NON-EXCLUSIVE.** This Agreement is non-exclusive in nature. The Contractor understands and agrees that TASER will not be prevented or barred from retaining other persons or entities to provide services of the same nature as or similar nature to those described in this Agreement or of any nature whatsoever.

**8   COMPLIANCE.** During Contractor's performance of the Services, Contractor agrees to comply with all local, state, and federal laws, regulations, similar laws and regulations of any relevant country or jurisdiction to the services to be provided or provided, and any written policies or procedures provided

Title:   2016 TASER Certified Instructor Independent Contractor Agreement (Master Instructors)
Department:   Legal
Version:   1.0
Release Date:   7/26/2016

Page 2 of 3

AXON_CURRAN000106

JA-70

⊘ **TASER**                                  **2016 TASER Certified Instructor**
                                            **Independent Contractor Agreement**

by TASER. Contractor shall comply with all state, local and agency regulations for performance of the Services, including obtaining any required consents. Contractor may not use Training Materials or Modified Materials on a for-profit basis, or for Contractor or Contractor's agency or organization to obtain a monetary profit for conducting training with the Training Materials or Modified Materials. Contractor agrees not to deviate from, diminish, dilute, minimize, or contradict any Training Materials, including without limitation, TASER's product warnings.

**9 LIABILITY.** The Services performed by Contractor under this Agreement will be performed entirely at Contractor's risk, and Contractor assumes all responsibility for the condition of any equipment used in the performance of this Agreement.

**10 INDEMNIFICATION.** Contractor agrees to indemnify, defend and hold TASER harmless from any and all liability or loss arising in any way out of Contractor's breach of this Agreement.

**11 GENERAL.** Both Parties agree this Agreement and all disputes arising hereunder will be governed by the laws of the State of Arizona without reference to conflict of laws principles and any legal action of any kind shall solely be engaged in Maricopa County, Arizona, or the United States District Court for the District of Arizona. This Agreement constitutes the complete agreement of the Parties on the subject matter covered herein and supersedes all prior or contemporaneous understandings, agreements, or representations, written or oral, of the Parties. No waiver by any party of any of the provisions hereof will be effective unless explicitly set forth in writing and signed by the party so waiving. This Agreement is binding upon the successors and assignees of each party. This Agreement may not be amended except by a writing signed by both parties and expressly declared to be an amendment or modification of this Agreement. In the event any one or more of the provisions of this Agreement is unenforceable, the enforceability of the remaining provisions will be unimpaired.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the day and year first above written.

|  TASER International, Inc. | [Independent Contractor] |
|---|---|
| By: _____ | By: _Bu̶t̶_____ |
| Name: _____ | Name: _Richard Nelson_____ |
| Title: _____ | Title: _Police Officer / Master Instructor_ |
| Date: _____ | Date: _8-5-16_____ |

PowerPoint is a trademark of the Microsoft Corporation.

TASER, 'Protect Life,' and ⊘ are trademarks of TASER International, Inc., some of which are registered in the US and other countries. For more information, visit www.taser.com/legal. All rights reserved. © 2016 TASER International, Inc.

Title:    2016 TASER Certified Instructor Independent Contractor Agreement (Master Instructors)
Department:    Legal
Version:    1.0
Release Date:    7/26/2016

Page 3 of 3

AXON_CURRAN000107

JA-71

# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA Norfolk Division**

SHAWN CURRAN,

        Plaintiff,

v.

AXON ENTERPRISE, INC. et al.,

        Defendants.

Case No. 2:19-cv-617

**DEFENDANT NELSON'S RESPONSES TO DEFENDANT
AXON ENTERPRISE, INC.'S FIRST SET OF REQUESTS
FOR ADMISSIONS TO DEFENDANT NELSON**

Defendant Richard Nelson, by counsel and pursuant to Rule 36 of the Federal Rules of Civil Procedure, answers and responds to the following Requests for Admission propounded by Axon Enterprise, Inc.

**REQUEST FOR ADMISSION NO. 1:**

Admit that as a Master Instructor, you were never on Axon's payroll.

  X    Admit_____Deny

**REQUEST FOR ADMISSION NO. 2:**

Admit that as a Master Instructor, you never received a W-4 from Axon.

  X    Admit_____Deny

**REQUEST FOR ADMISSION NO. 3:**

Admit that as a Master Instructor, you never received employment benefits from Axon, such as health insurance or workers' compensation insurance.

  X    Admit_____Deny

1

JA-73

**REQUEST FOR ADMISSION NO. 4:**

Admit that as a Master Instructor, Axon would pay you $350 per day for any basic instructor course services.

  X   Admit_____Deny

**REQUEST FOR ADMISSION NO. 5:**

Admit that as a Master Instructor, you had no obligation to teach a minimum number of instructor courses per year.

  X   Admit_____Deny

**REQUEST FOR ADMISSION NO. 6:**

Admit that as a Master Instructor, you had discretion to decline to teach an instructor training course.

  X   Admit_____Deny

**REQUEST FOR ADMISSION NO. 7:**

Admit that as a Master Instructor, Axon was not required to assign you to a minimum number of courses per year.

  X   Admit_____Deny

**REQUEST FOR ADMISSION NO. 8:**

Admit that you established a separate business by the name of Elite Tactical Training, through which you run the Master Instructor training services performed for Axon.

  X   Admit_____Deny

**REQUEST FOR ADMISSION NO. 9:**

Admit that the 2016 TASER Certified Instructor Independent Contractor Agreement between you and Axon dated August 5, 2016, could be terminated by either party at any time for any reason.

2

JA-74

 X    Admit_____Deny

**REQUEST FOR ADMISSION NO. 10:**

Admit that as a Master Instructor, if you chose to run box drills or scenarios during an instructor training course, you had discretion in how to set them up and run them.

 X    Admit_____Deny

**REQUEST FOR ADMISSION NO. 11:**

Admit that as a Master Instructor, you could use your own skill, judgment and experience in developing scenario training.

 X    Admit_____Deny

**REQUEST FOR ADMISSION NO. 12:**

Admit that as a Mater Instructor, Axon did not require you to provide a seat for role players or instruct where such a seat should be placed.

 X    Admit_____Deny

**REQUEST FOR ADMISSION NO. 13:**

Admit that as a Master Instructor, you solely determine in your judgment whether a trainee meets all the requirements to become a certified instructor.

 X    Admit_____Deny

**REQUEST FOR ADMISSION NO. 14:**

Admit that as a Master Instructor, you solely determine in your judgment whether a trainee demonstrates safe handling of a CEW and cartridges and proper finger positions for safe handling, aiming and firing.

 X    Admit_____Deny

JA-75

**REQUEST FOR ADMISSION NO. 15:**

Admit that as a Master Instructor, you solely determine in your judgment whether a trainee safely controls a TASER CEW adequately when commanded: arm, spark, safe, at random.

_X___ Admit_____Deny

**REQUEST FOR ADMISSION NO. 16:**

Admit that as a Master Instructor, you solely determine in your judgment whether a trainee demonstrates the ability to safely load and unload the TASER CEW under stress.

_X___ Admit_____Deny

**REQUEST FOR ADMISSION NO. 17:**

Admit that as a Master Instructor, you solely determine in your judgment whether a trainee can correctly remove and reinstall the battery in a TASER CEW.

_X___ Admit_____Deny

**REQUEST FOR ADMISSION NO. 18:**

Admit that as a Master Instructor, you solely determine in your judgment whether a trainee safely deployed a minimum of two cartridges and placed both probes in the preferred target zones.

_X___ Admit_____Deny

RESPECTFULLY SUBMITTED this December 14, 2020.

/s/_____
Brian N. Casey
Virginia State Bar No. 26710
Attorney for Richard Nelson
TAYLOR WALKER P.C.
1206 Laskin Road, Suite 100
Virginia Beach, Virginia 23451
(757) 625-7300
(757) 625-1504 (fax)
bcasey@taylorwalkerlaw.com

JA-76

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, I served the foregoing responses to requests for admission to the following via electronic mail:

Michael Scott Bucci
Virginia State Bar No. 42636
Elliott M. Buckner
Virginia State Bar No. 45227
Jeffrey N. Stedman
Virginia State Bar No. 84496
Kevin Biniazan
Attorneys for Shawn Curran
BREIT CANTOR GRANA BUCKNER
7130 Glen Forest Dr., Suite 400
Richmond, VA 23226
(804) 644-1400(804) 644-9205 (fax)
sbucci@virginiatrialfirm.com
ebuckner@virginiatrialfirm.com
jstedman@breitcantor.com
kbiniazan@breitcantor.com

Amy Lynn Nguyen
Admitted *Pro Hac Vice*
Attorney for Axon Enterprise, Inc.
Axon Enterprise, Inc.
17800 N. 85th Street
Scottsdale, AZ 85255
(480) 444-4004
(480) 905-2027 (fax)
amynguyen@axon.com

James Arthur Cales, III
Attorney for Axon Enterprise, Inc.
Furniss Davis Rashkind & Saunders PC
6160 Kempsville Circle, Suite 341B
Norfolk, VA 23502
(757) 461-7100
(757) 461-0083
jcales@furnissdavis.com

/s/ *Brian N. Casey*

5

JA-77

# Exhibit 8

**From:**            Richard Nelson
**To:**              Jennifer Bliven
**Subject:**         Class expense report Norfolk VA
**Date:**            Friday, December 15, 2017 7:51:13 AM
**Attachments:**     Axon Invoice_FEES ONLY.docx

Norfolk VA Instructor class.
Do you need anything rom the FedEx labels?

AXON_CURRAN000650

Richard Nelson
Elite Tactical Training
4376 Little Cacapon Levels rd
Points WV 25437
304-582-8900

| Social/Tax ID: | Course City/State: | Course Dates: |
|---|---|---|

| **INVOICE [NO.]** | | **[SELECT DATE]** |
|---|---|---|

| BILL TO | SHIP TO | INSTRUCTIONS |
|---|---|---|
| Axon Enterprises 17800 N. 85th St. Scottsdale, AZ 85255 c/o Jennifer Bliven | Same as recipient | [Add additional instructions] |

| QUANTITY N/A | DESCRIPTION | UNIT PRICE N/A | TOTAL |
|---|---|---|---|
| | Training Fee | | 700.00 |
| | Training Demo | | |
| | Training Bonus | | 200.00 |
| | **Total Fees: (5000800–Training–20200)** | | **900.00** |

| TOTAL DUE BY: | 900.00 |
|---|---|

Thank you for your business!

AXON_CURRAN000651

JA-80

AXON_CURRAN000652

JA-81

Case 2:19-cv-00617-RGD-DEM   Document 50-10   Filed 12/28/20   Page 1 of 5 PageID# 433

# Exhibit 10

Case 2:19-cv-00617-RGD-DEM   Document 50-10   Filed 12/28/20   Page 2 of 5 PageID# 434



Curran Surveillance Video (Depo. Ex. 41) at **0:33:52**

Curran wearing the simulation suit and helmet (red arrow).

1

Case 2:19-cv-00617-RGD-DEM　Document 50-10　Filed 12/28/20　Page 3 of 5 PageID# 435



Curran Surveillance Video (Depo. Ex. 41) at **0:33:53**

Curran behind the blue mat, raising his arm and removing his helmet (red arrow).

2

JA-84



Curran Surveillance Video (Depo. Ex. 41) at **0:34:10**

Trainee (green arrow) aims CEW at role-player in simulation suit (yellow arrow). Curran remains behind blue mat (red arrow).

3



Curran Surveillance Video (Depo. Ex. 41) at **0:34:12**

Curran struck and falls to side revealing position behind mat (red arrow).

4

# Exhibit 11

Case 2:19-cv-00617-RGD-DEM    Document 50-11    Filed 12/28/20    Page 2 of 6 PageID# 439



AXON_CURRAN000104

AXON_CURRAN000154



AXON_CURRAN000155



AXON_CURRAN000156



AXON_CURRAN000157

Case 2:19-cv-00617-RGD-DEM   Document 50-11   Filed 12/28/20   Page 6 of 6 PageID# 443



JA-92

# Exhibit 12

Minti6

Statement made by: Mike Henry
(252) 489-6796

12/14/2017 — Virginia Beach Law Enforcent Training Center

While attending a Taser Instructor Recertification Course a role player was struck by a probe in the left (right) orbital area. At 1315 houses we were conducting a box drill with (2) role players and an officer. I was the safety officer assigned to this particular officer and scenario. We had completed 3 of the 4 drills for this officer. On the last drill one of the role players was holding a rubber hatchet and immediately dropped the weapon while continuing to advance on the officer while transitioning the advancing suspect pushed the officer outside the confines of the box. The officer deployed his taser in a close confines situation. The top probe made contact with the suspect and the bottom probe I could see bounce off the ground. I could not see the other role player behind the wall but heard him shout when hit with the second probe. The other role player had taken his helmet off when he was behind the wall. I would estimate the distance to be 15-20 feet between officer and the second role player. The probe did not stick into the second role player. The scenario was immediately stopped, medics were summoned. The injured role player was transported to the hospital. I think because of the close proximity of the main role player the officer had to deploy close to his body and that may have caused the taser to be slightly canted causing the bottom probe to miss.

AXON_CURRAN000170

# Exhibit 13

14 DEC 2017

ON THE ABOVE DATE AT APPROXIMATELY 1315, I, SGT SHAWN PICKARD, WAS CONDUCTING SCENARIOS AS PART OF THE TASER INSTRUCTOR RECERTIFICATION COURSE. THE SCENARIO I WAS PLACED IN HAD A ROLEPLAYER CONFRONTING ME, ARMED WITH AN AXE. AS I DREW MY FIREARM, THE ROLEPLAYER DROPPED THE AXE, BUT CONTINUED TO APPROACH ME AGGRESSIVELY, CAUSING ME TO TRANSITION TO NON-LETHAL MEASURES. I DEPLOYED MY TASER AT CLOSE RANGE, AIMING JUST ABOVE THE BELTLINE TO GAIN MAXIMUM EFFECTIVENESS. THE FIRST PROBE STRUCK THE ROLEPLAYER JUST ABOVE THE BELTLINE AND OFF-CENTER. THE SECOND PROBE APPEARS TO HAVE TRAVELLED BETWEEN THE ROLEPLAYER'S LEGS, RICOCHETED OFF THE GYM MATT ON THE FLOOR, AND CONTINUED.

A SECOND ROLEPLAYER, SHAWN CURRAN, OF THE VIRGINIA BEACH POLICE DEPARTMENT WAS SITTING ON A BENCH AWAITING THE NEXT SCENARIO. AFTER I FIRED MY TASER I NOTICED HE GRASPED HIS FACE AND FELL TO THE MATT. THE SCENARIO WAS IMMEDIATELY ENDED AND I, ALONG WITH SEVERAL OTHER INSTRUCTORS, RUSHED TO AID CURRAN.

A FIRST AID KIT WAS BROUGHT OUT AND I USED A LARGE GAUZE PAD TO APPLY PRESSURE TO THE WOUND, WHICH WAS ON THE RIGHT SIDE OF HIS RIGHT EYE. IT APPEARED TO BE A LACERATION, THOUGH IT WAS DIFFICULT TO DISCERN THROUGH ALL THE BLOOD.

AXON_CURRAN000166

JA-96

I CONTINUED TO APPLY PRESSURE TO THE WOUND AND TALK TO SHAWN AS OTHER INSTRUCTORS REMOVED THE ROLEPLAYER SUIT AND WE THEN HAD HIM SIT ON THE BENCH UNTIL THE RESCUE SQUAD ARRIVED.

WHILE I WAS HOLDING PRESSURE ON THE WOUND, ANOTHER INSTRUCTOR WENT AND PICKED UP THE PROBES FROM MY TASER DEPLOYMENT. THEY WERE INSPECTED AND APPEARED TO BE FULLY INTACT.

RESCUE ARRIVED AT APPROXIMATELY 1330 AND THEY TOOK CONTROL OF THE PATIENT AND TRANSPORTED HIM TO THE HOSPITAL, ACCOMPANIED BY ONE OF THE VIRGINIA BEACH POLICE DEPARTMENT STAFF.

THE MATTS, EQUIPMENT AND AREA AFFECTED BY ANY BIOHAZARDS WERE DECONTAMINATED BEFORE TRAINING CONTINUED.

SGT SHAWN J PICKARD

PRINCE WILLIAM/MANASSAS ADULT DETENTION CENTER

703 792 4632

SPICKARD @ PWC GOV. ORG

AXON_CURRAN000167

JA-97

# Exhibit 14

Case 2:19-cv-00617-RGD-DEM   Document 50-14   Filed 12/28/20   Page 2 of 13 PageID# 450

TASER Instructor Course – V20



In-House Instructor Course

Instructor Certification Course TASER® X26™/X26P™/X2™ Conducted Electrical Weapons (CEWs)

Version 20 - Effective January 1, 2016

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0592

Slide 001

TASER TRAINING ACADEMY

Case 2:19-cv-00617-RGD-DEM   Document 50-14   Filed 12/28/20   Page 3 of 13 PageID# 451

**TASER Instructor Course – V20**



# PROGRAM REQUIRES



Prior to beginning any class every participant *MUST* receive, fully read, understand, and accept and abide by the most current versions of:

1. TASER Warnings, and

2. Release

Each person *MUST* also complete, date, sign, and return the Release to instructor.

The signed Release must be returned to TASER

TASER TRAINING ACADEMY

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0597

Slide 006

JA-100

**TASER Instructor Course – V20**

# SAFETY RULES

- **No live firearms in training area**

- **_Every participant is a safety officer._** Bring all unsafe conditions immediately to the attention of the instructor. If an unsafe condition occurs or is noticed during an exercise, the student or instructor observing the unsafe condition will call, **"Stop action!"**

- All activity will stop when any student or instructor calls, **"Stop action!"**

TASER TRAINING ACADEMY

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0604

Slide 013

Case 2:19-cv-00617-RGD-DEM    Document 50-14    Filed 12/28/20    Page 5 of 13 PageID# 453

TASER Instructor Course – V20

# TASER CEWs Are Not Risk Free



## ⚠WARNING

**Conducted Electrical Weapon**
- Can temporarily incapacitate target.
- Can cause death or serious injury.
- Obey warnings, instructions and all laws.
- Comply with current training materials and requirements.
- See www.TASER.com.



*At this time distribute, review and understand the current TASER product warnings*

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0607

Slide 016

TASER TRAINING ACADEMY

JA-102

Case 2:19-cv-00617-RGD-DEM　Document 50-14　Filed 12/28/20　Page 6 of 13 PageID# 454



Case 2:19-cv-00617-RGD-DEM    Document 50-14    Filed 12/28/20    Page 7 of 13 PageID# 455



Case 2:19-cv-00617-RGD-DEM    Document 50-14    Filed 12/28/20    Page 8 of 13 PageID# 456



# Smart Cartridges: LS 25 ft

TASER Instructor Course – V20

Shipping cover
(must be removed prior to loading)

25 ft
7.62 m

Solid blue door
Clear shipping cover
Live simulation
Non-conductive wire

:25

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0791

Slide 200

JA-105

Case 2:19-cv-00617-RGD-DEM   Document 50-14   Filed 12/28/20   Page 9 of 13 PageID# 457



# Smart Cartridges:
## Inert Resettable Simulation

TASER Instructor Course – V20

**Clear blast doors**
**Communicate with the X2**
**Appear on the CID as live cartridges**
**No nitrogen, probes or wires**
**For training only**

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0793

Slide 202

TASER TRAINING ACADEMY

JA-106

TASER Instructor Course – V20

# TARGETING

**Avoid intentionally targeting the CEW on sensitive areas of the body such as the head, throat, breast, chest or area of the heart, genitals, or known pre-existing injury areas without legal justification.**

●The preferred target areas are below the neck area for back shots and the lower center mass (below chest or heart area) for front shots

– Avoid sensitive areas

TASER TRAINING ACADEMY

Slide 239

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0830

JA-107

Case 2:19-cv-00617-RGD-DEM   Document 50-14   Filed 12/28/20   Page 11 of 13 PageID# 459



V19 TASER Instructor Course

AXON_CURRAN00039_0831

Slide 240

JA-108

TASER Instructor Course – V20

# Preferred Target Zone Rear
## (when possible)

Below neck (blue zone)

– Large muscles

– Avoid head

***The back is always the preferred target area when reasonably practicable under the totality of circumstances of the incident.***

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0832

Slide 241

TASER TRAINING ACADEMY

JA-109

Case 2:19-cv-00617-RGD-DEM   Document 50-14   Filed 12/28/20   Page 13 of 13 PageID# 461

# Preferred Target Zone Front
## (when possible)

Lower torso (blue zone below chest)

- More effective
  – Split the belt line
  – Larger muscles

- Reduces risk of hitting sensitive body areas (see current product warnings)

- Increases dart-to-heart (DTH) safety margin distances

- Do not intentionally target genitals

TASER Instructor Course – V20

TASER TRAINING ACADEMY

See Trademark Notice file on DVD. © 2015 TASER International Inc.

AXON_CURRAN00039_0833

Slide 242

JA-110

# Exhibit 15

To:        Lieutenant Brent Burnette, Virginia Beach Police Department

From:      Captain Peter M. Slovensky, Norfolk Airport Police Department

Date:      12/14/2017

On 12/14/2017 I was participating in Taser Instructor recertification at the VBPD Law Enforcement
Training Academy, 411 Integrity Way Virginia Beach, VA.

At about 1230 hours Master Instructor Richard Nelson and the students in the class moved to the
gymnasium to conduct live fire TASER drills.  Prior to going to the gymnasium Instructor Nelson told the
students to empty their duty belts of any weapons and only bring their necessary Taser gear and eye
protection for live fire Taser drills. Over the course of the training Instructor Nelson told the students to
make sure they had eye protection while doing live fire drills.  The drills were to take place on the
wrestling mat, using four additional mats, standing upright, as walls.  The drills were designed to
maximize the surprise affect to the officer.  The role-players were set up on a bench, on the mat, near
the west side of the hot zone area to stay out of sight of the incoming student, and would be taking
turns participating in the drills.

At about 12:45, prior to the start of the live fire drills, Officer Shawn Curran and Sgt. Jesse Morgan of the
Chesapeake Sheriff's Office were assisting as role players and donning the Taser Simunition suit.  I was
assisting Instructor Nelson with corralling the students out of the room, and to ensure the students did
not enter the gymnasium with any weapons or ammunition.  Prior to the start of the training Officer
Curran told to me to make sure I double check the students to ensure they did not have any weapons;
for role player safety.  I did not hear any discussion between Instructor Nelson and the role players on
the facilitation of the drills, but was present while he gave instructions for the scenarios.  It was
explained that the first student would run through the four drills, one at a time, and then he would
become the instructor for the next student.

As we began running the drills, the process was that student # 1 would teach #2, then #2 teach # 3,
which was running smoothly with Instructor Nelson supervising the instruction and scenarios.  I
continued to make sure all students were clear prior to entering the mat or "hot zone".  I was positioned
on the east side of the gym, to prevent any students from entering the scenarios prematurely and to
avoid any other people entering the training environment.  Officer Curran and Sgt. Morgan acted as
role-players for about 12 students as we progressed through the scenarios.  During one of the drills Sgt.
Morgan was the role player and Officer Shawn Piccard was the student.  While this drill was occurring
Officer Curran was out of my sight, I believed he was on the bench out of play, but I could not see him
due to the mat that was standing on its side.  During this scenario the role-player advanced on the
officer threatening him with violence and harm, designed to illicit a Taser deployment by the student.
From my view near the east side of the gymnasium, the scenario went out of the inner box area, toward
the south-west corner of the mat, but appeared to be within safe proximity of the "play" area.

AXON_CURRAN000158

JA-112

When Sgt. Morgan advanced on Officer Piccard and got within three feet, Piccard fired the Taser at Sgt. Morgan according to the prescribed training method.  Sgt. Morgan's back was to me when the Taser was fired, but it appeared that the top probe hit in the lower abdomen area and that the bottom probe hit near the lower left side of his upper leg.  It seemed that the bottom probe either glanced off the training suit Sgt. Morgan was wearing or the floor, but I was not positive.  Sgt. Morgan then fell to the floor indicating to me that it was a good hit, but then I heard yelling form the other side of the hot zone, but I could not see who was yelling.  I saw Officer Curran come from behind the mat, and fall to the ground in the area of the northwest corner of the mat holding his head.  I rushed to the area to see what had occurred and saw Officer Curran holding the right side of his face, and saw blood near his right eye area.

Other students were there first and rendered immediate first aid while I called 911 for rescue to respond.  Officer Curran was alert and conscious the entire time.

AXON_CURRAN000159

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 1 of 18 PageID# 465

# Exhibit 16

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 2 of 18 PageID# 466

AXON_CURRAN000119

| User Email | User First Name | User Last Name | Course UID | Course Name | Site | Module Name | Module UID | Module Completion Date (UTC) | Seconds Spent In Module |
|---|---|---|---|---|---|---|---|---|---|
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Law Enforcement Warnings | md_IwNXiUuXkd Y787COO | 2017-12-04 15:22:20.666320+00:00 | 14 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Law Enforcement Warnings - Verification | md_WaWqaeOv 9XkU6Zz | 2017-12-04 15:25:28.080758+00:00 | 28 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Warning, Risks & Release Agreement | md_YiWGgtTDXl h8uX0d | 2017-12-04 15:25:50.528813+00:00 | 55 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | End-User and Annual Certification Form | md_qANdmi8bXi wZktDG3 | 2017-12-04 15:28:32.949246+00:00 | 88 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Instructor Application Certification Form | md_sHtjC5UJjwL EP982aV | 2017-12-04 15:29:08.531227+00:00 | 8 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_PYrbznlfIAV S0IFC | 2017-12-04 15:31:12.493794+00:00 | 6 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_vwzqUP3O VzxpfGV05 | 2017-12-04 15:31:22.787623+00:00 | 6 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_211YTibwFr n7mfint | 2017-12-04 15:31:39.733023+00:00 | 11 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_cPGwnqtlb A8XD5sC | 2017-12-04 15:31:53.391699+00:00 | 94 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_4IKFF8CNm Gw4sVm | 2017-12-04 15:33:31.448271+00:00 | 48 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_C331OmxY3 CcpkG3h | 2017-12-04 15:34:22.759073+00:00 | 268 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_Il6f2qs0ub7 Bnxoy | 2017-12-04 15:38:52.514712+00:00 | 12 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_k2Zaag6ZKX 1p5bZE | 2017-12-04 15:39:07.713392+00:00 | 55 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_83XsjpSY0ST hGkbo | 2017-12-04 15:40:06.276864+00:00 | 91 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_4AOOYQuOc P9EOnM | 2017-12-04 15:41:41.761886+00:00 | 10 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_UaIDf46FAH JDd5YV8 | 2017-12-04 15:41:53.982994+00:00 | 9 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_dsO7YWzrK QRSPhJy | 2017-12-04 15:42:05.535445+00:00 | 39 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_t5fl2AEOR6F wu0Xf | 2017-12-04 15:42:47.651083+00:00 | 9 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_1Ny6HGbZN VAkhWy | 2017-12-04 15:42:59.155679+00:00 | 12 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_aZz70ASo0 b7YoHg | 2017-12-04 15:43:17.660022+00:00 | 25 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_hERWqyYdh R04pD0V | 2017-12-04 15:43:50.335545+00:00 | 13 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction New Certification | md_NSqoR1UK HrRkAOT | 2017-12-04 15:44:06.706197+00:00 | 8 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Introduction - Verification & Exam | md_EsWKsHS5 WpiM6TW5 | 2017-12-04 15:45:17.309624+00:00 | 61 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Technology | md_clQzsOdLe b7hv4J | 2017-12-04 15:45:22.943178+00:00 | 4 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Technology | md_aGYGh4 | 2017-12-04 15:45:30.875456+00:00 | 14 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Technology | md_0aiTpW6dd wZKQxhK | 2017-12-04 15:45:49.034529+00:00 | 23 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Technology | md_zYqEZQPvw m1fNexV | 2017-12-04 15:50:32.052147+00:00 | 242 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FoTvv8 xsifBAAo | TASER Instructor Course V.20 For First-Time/New Instructor | Axon Academy | Technology | md_EkaNkv1IJN aU6JN9 | 2017-12-04 15:50:45.666319+00:00 | 12 |

AXON_CURRAN000120

| Email | First | Last | Code 1 | Code 2 | Course | Academy | Category | Timestamp | Code | # |
|---|---|---|---|---|---|---|---|---|---|---|
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Technology - Verification | 2017-12-04 15:51:17.770021+00:00 | md8_TtXhBWxD7 / Y00S2G | 14 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | | 2017-12-04 15:51:23.111567+00:00 | md8_VJVOc1a2C / u66eMxb | 4 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:51:28.184260+00:00 | md8_u9E7KPbG / WtjxK1Us | 16 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:51:33.115507+00:00 | md8_EGwKOltG6 / qa8ukO9 | 30 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:51:52.786711+00:00 | md8_INM2JPSRe / Nol2Jq | 16 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:52:27.615647+00:00 | md8_89ns9SlGB3 / xfizC | 15 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:52:47.274377+00:00 | md8_1BnSsUbSsz / q5NsSZ | 15 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:53:06.969850+00:00 | md8_upQsw4Jhhd / D3qO45 | 12 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:53:28.184260+00:00 | md8_JFEE67eKee / SuNu78 | 7 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:53:44.360515+00:00 | md8_u1xhHCcoT / hvmKU2I | 51 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | 2017-12-04 15:53:57.361276+00:00 | md8_IIIUWR8rzU / G8X83X | 11 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures - Verification & Exam | 2017-12-04 15:54:55.738020+00:00 | md8_cJyaBW5CT / Yr5DwHF | 6 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | | 2017-12-04 15:55:09.283426+00:00 | md8_9NeHnKRbF / ALnKoza | 13 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures - Verification & Exam | 2017-12-04 15:55:34.070247+00:00 | md8_0uJ1XZaC9F / IPVEG | 4 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:55:40.046898+00:00 | md8_HD4S3bRez / P3HfmB | 6 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:55:48.425453+00:00 | md8_KKdubhf2PY / qhfcSk | 11 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:55:56.772526+00:00 | md8_2NRkASSkv8 / pmdL3R | 20 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:56:11.247626+00:00 | md8_IH9GCurFN7 / ULlYei | 11 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:56:33.476288+00:00 | md8_wRtzsoCnH / KSjAVEH | 7 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:56:49.487858+00:00 | md8_0bbknBaCaw / 2VtrCRS | 4 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:56:59.384218+00:00 | md8_185jPq72gz / 7vh3eH | 8 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:57:23.781014+00:00 | md8_C97Xnr42U / mka2ZHP | 30 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:58:03.755133+00:00 | md8_7f8aYHqpZ / q4Rryf2 | 20 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:58:09.722365+00:00 | md8_jaWET0WVy / v25pAg0XZ | 4 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:58:31.551009+00:00 | md8_yWU21D2Q / dO5cuJr | 11 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:58:38.707652+00:00 | md8_r4X5KHnP8 / TyAvetU | 16 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:58:52.387080+00:00 | md8_eqDckLnqzD / Tig8rv | 13 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 15:59:10.505459+00:00 | md8_2XKc7ZaoN / usdali | 34 |
| scurran@bgov.com | Shawn | Curran | crs_RVx3FsiTw8 | ksJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | 2017-12-04 16:00:02.244224+00:00 | md8_ELCDH2N0V / sNAy6L | 13 |

**JA-116**

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 4 of 18 PageID# 468

AXON_CURRAN000121

| Email | Last | First | Code 1 | Instructor Course | Location | CEW Course | Code 2 | Timestamp | # |
|---|---|---|---|---|---|---|---|---|---|
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | md#_iT3DZf0bax / AzDvDJ | 2017-12-04 16:00:17.685154+00:00 | 13 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | md#_PWYUInh3S / huHOcDL | 2017-12-04 16:00:32.997086+00:00 | 21 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | md#_wCr7InToF / G6vP1FE | 2017-12-04 16:00:55.976746+00:00 | 78 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | md#_ruInMH3HcJ / OPn9si | 2017-12-04 16:02:17.685883+00:00 | 248 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | md#_88G3rNNHsl / TQPtl3v | 2017-12-04 16:07:32.768752+00:00 | 5 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | md#_PhGLx4ZqTV / qyPtlNj | 2017-12-04 16:07:39.217614+00:00 | 6 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | md#_hBwnYkAw / eeqBlEfTh | 2017-12-04 16:07:51.961221+00:00 | 9 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | md#_ODRezqmL1 / pOQUpNo | 2017-12-04 16:08:09.407277+00:00 | 51 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW - Verification & Exam | md#_de7EksFtM / XxzQUxL | 2017-12-04 16:11:34.738616+00:00 | 138 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_jvmhChzam / DnsEwsp | 2017-12-04 16:11:39.631902+00:00 | 3 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_JnDk2Ds9zs / qTpbKt | 2017-12-04 16:11:46.969715+00:00 | 47 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_q5dZkMb0Bl / JcDX1D2w | 2017-12-04 16:12:38.804044+00:00 | 17 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_gg6F2UIP8o / s4poYzd5 | 2017-12-04 16:12:56.635012+00:00 | 91 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_pBIIDmYbGV / ZoyACk | 2017-12-04 16:14:36.419955+00:00 | 6 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_oAIFbWD2C / LPCAYgx | 2017-12-04 16:14:47.140417+00:00 | 90 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_Qct5G5z5EP / sD0Iqq8 | 2017-12-04 16:16:20.087587+00:00 | 254 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_WsVETnc58 / D3X4eml | 2017-12-04 16:20:39.810050+00:00 | 4 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_dJnin8bN2i / Ucxpna | 2017-12-04 16:20:46.277443+00:00 | 3 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_1mAFjSSN8 / dtZpZfn | 2017-12-04 16:20:54.846640+00:00 | 6 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_rUTA8pItGb / 42kOvk | 2017-12-04 16:21:06.098304+00:00 | 18 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_DMXRI4MTy / omAXtIq5 | 2017-12-04 16:21:27.500333+00:00 | 6 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_bCbwxEdjmq / tOIGfV | 2017-12-04 16:21:36.060333+00:00 | 4 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_gPwL8551u / BnZDxAe | 2017-12-04 16:21:44.148824+00:00 | 7 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_CYQWZtOVA / vRlkf7g | 2017-12-04 16:21:55.384784+00:00 | 6 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_8V8bwsETKg / YrGrVo | 2017-12-04 16:22:04.189469+00:00 | 7 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_pC0QVzkl05l / us4xHT | 2017-12-04 16:22:13.874736+00:00 | 12 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_xpLlh7SPwB / lx4iQ5 | 2017-12-04 16:22:28.029827+00:00 | 12 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_S9hcE9s6hV / UrDjp8 | 2017-12-04 16:22:44.277119+00:00 | 6 |
| scurran@vbgov.com | Curran | Shawn | crs_RVs3FsTvw8 / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | md#_P29sHeEoif / vWUU9tw | 2017-12-04 16:22:53.920891+00:00 | 5 |

JA-117

| Email | Last | First | Code1 | Code2 | Course | Platform | Item | ID1 | ID2 | Timestamp | # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_RxVDU0oGU | abaYKDe | 2017-12-04 16:23:07.990678+00:00 | 10 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW - Verification & Exam | mdl_8f6beckGTx | D7wDrl | 2017-12-04 16:25:15.190675+00:00 | 91 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_9xUNSiazkq | 49llDuw | 2017-12-04 16:25:20.374917+00:00 | 359 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_Kpd5KI4x8i | hMrjV | 2017-12-04 17:00:34.351717+00:00 | 209 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_l2WuxILaJ | eT1gKf9 | 2017-12-04 17:24:39.032274+00:00 | 6 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_u8f9MYtCg5 | U6wDl1 | 2017-12-04 17:24:50.725913+00:00 | 11 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_JNVxvWtDGi | hrVUIMF | 2017-12-04 17:25:08.006093+00:00 | 8 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_fBzvHSWGL | LUa5hKy | 2017-12-04 17:25:23.728852+00:00 | 35 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_Tovq9Wmfe | lSyXoRX | 2017-12-04 17:26:06.701024+00:00 | 23 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_Fp2ozoISRi | B48VZg | 2017-12-04 17:26:32.631029+00:00 | 9 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_JXccD4Z2iv | 13aakC | 2017-12-04 17:26:46.330644+00:00 | 3 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_9pFBgX9V5I | H8sVru | 2017-12-04 17:26:56.751408+00:00 | 6 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdl_qoaUiiKoO | Qxo64GE | 2017-12-04 17:27:09.703204+00:00 | 5 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges - Verification | mdl_Y9wM4tpyX | qwBU2JG | 2017-12-04 17:27:29.484494+00:00 | 14 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_XGqY1nem | A5fDzK1D | 2017-12-04 17:27:43.172990+00:00 | 6 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_aKDmHRGH5 | B2PaxH | 2017-12-04 17:27:54.749511+00:00 | 40 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_KHswUCRy | DJy5pFhV | 2017-12-04 17:28:39.945594+00:00 | 4 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_MrF02hGz | 4rF3mj7 | 2017-12-04 17:28:46.103739+00:00 | 8 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_mXGVLpuv7 | ZTD0lOu | 2017-12-04 17:28:57.345409+00:00 | 12 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_NdDsBqJ6i | Wo2pnv | 2017-12-04 17:29:13.153733+00:00 | 2 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_nJA9WmrBX | 6szx0kGe | 2017-12-04 17:29:19.632648+00:00 | 44 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_yhcqyG6AnF | RSu3be | 2017-12-04 17:30:08.579747+00:00 | 7 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_b0n2dG178I | I3dgaL | 2017-12-04 17:30:18.785889+00:00 | 15 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_bwi6kChOV | Wg2pnv | 2017-12-04 17:30:38.270410+00:00 | 23 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_A6S2JfNyb | 7eIM5M | 2017-12-04 17:31:07.720095+00:00 | 11 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_RtM11bpIkO | nSZRswC | 2017-12-04 17:31:22.494374+00:00 | 15 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_HU1D194W | SGefwKpm | 2017-12-04 17:31:44.395508+00:00 | 17 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_mOhl29pX | wMOD5iXhq | 2017-12-04 17:32:09.791924+00:00 | 11 |
| scurran@bgov.com | Curran | Shawn | crs_RVx3FsTvw8 | ksJFRAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdl_zWWCpH6L | pgRiQrYT | 2017-12-04 17:32:27.363830+00:00 | 37 |

AXON_CURRAN000122

JA-118

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 6 of 18 PageID# 470

| Email | First | Last | Code 1 | Course | Academy | Topic | Code 2 | Timestamp | N |
|---|---|---|---|---|---|---|---|---|---|
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdt_H1tPjMxW7 / yGdb1S1 | 2017-12-04 17:33:09.586995+00:00 | 18 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdt_4BdmwZG7 / FzfevayY | 2017-12-04 17:33:32.039968+00:00 | 5 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdt_fC9YN0ExHT / ipJS7K | 2017-12-04 17:33:45.114432+00:00 | 8 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdt_H6PHUDRtc / YASGm2h | 2017-12-04 17:34:02.294927+00:00 | 15 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdt_J82o8fydxHT / zh8xC | 2017-12-04 17:34:20.717601+00:00 | 6 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdt_jP7hPBpEG / w9z3bja | 2017-12-04 17:34:32.547470+00:00 | 0 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdt_cl981hC15 / WGSGvsiL | 2017-12-04 17:34:39.752622+00:00 | 4 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdt_NqVGsASke / KcEpobG | 2017-12-04 17:34:54.910366+00:00 | 12 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW - Verification & Exam | mdt_8Cc8bxFI88 / wpUv6B8 | 2017-12-04 17:36:19.480938+00:00 | 61 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_HtCKuK6oz / FUvS0u | 2017-12-04 17:36:26.452216+00:00 | 26 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_gdDkkH5U / dcVrLgp | 2017-12-04 17:36:56.898864+00:00 | 15 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_9OHbsDctn / 4LhGnW | 2017-12-04 17:37:17.118422+00:00 | 4 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_A9A1gOGdt / dF63mWW | 2017-12-04 17:37:23.954243+00:00 | 6 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_3U6X8T18fZ / aWCheE | 2017-12-04 17:37:32.360369+00:00 | 9 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_fCUHfnexiA / krnOMi | 2017-12-04 17:37:46.278625+00:00 | 5 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_fPXkOdPr0 / MmxOBvV | 2017-12-04 17:37:54.563854+00:00 | 6 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_i080PReeNI / 2kjrDq | 2017-12-04 17:38:04.496597+00:00 | 7 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_x38N518YRt / 48KzkO | 2017-12-04 17:38:15.912384+00:00 | 4 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_a0aggRxw / MxfOGjI | 2017-12-04 17:38:22.013710+00:00 | 6 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_i1CWpvkLa / WF3NW | 2017-12-04 17:38:31.516854+00:00 | 8 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_pAML1tonHIs / Jd8uIU | 2017-12-04 17:38:42.274405+00:00 | 4 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | mdt_ie8YHekzn / BQb6YK | 2017-12-04 17:38:48.523564+00:00 | 32 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges - Verification | mdt_HMrXZMJJ15 / ZV1DpjG | 2017-12-04 17:39:29.588172+00:00 | 3 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdt_u4kgjAtrp1 / catHujk | 2017-12-04 17:39:33.325127+00:00 | 24 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdt_jnjUINCbhHy / XJ3Cu | 2017-12-04 17:40:01.431785+00:00 | 146 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdt_JjG83DMCPP / vT0vVqW | 2017-12-04 17:42:31.815674+00:00 | 59 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdt_LuLeZsROG / ESHiSnb | 2017-12-04 17:43:34.122185+00:00 | 16 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdt_AGO1DN76G7 / 7TfDIK | 2017-12-04 17:43:53.802239+00:00 | 14 |
| scurran@cbgov.com | Shawn | Curran | crs_RVx3FsTw8 / ksjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdt_Hs4V2TEjQz / Poqoq | 2017-12-04 17:44:10.513865+00:00 | 20 |

AXON_CURRAN000123

JA-119

| Email | Last | First | Code | Course | Academy | Category | mdl Code | Date | Num |
|---|---|---|---|---|---|---|---|---|---|
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_k2rqW68gv x30y2Fh | 2017-12-04 17:44:33.160185+00:00 | 10 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_s8hMKSt59 Kf6ZpgR | 2017-12-04 17:44:45.202215+00:00 | 16 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_dmd2kxaRO gguicZhH | 2017-12-04 17:45:04.991409+00:00 | 9 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_hbFndFpP8 7Imvvvp | 2017-12-04 17:45:18.409287+00:00 | 136 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | TzGfqInfo | 2017-12-04 17:47:43.417582+00:00 | 4 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_34p1Da4sg mdl_VK45s6nmE 4IDeLvd | 2017-12-04 17:47:54.793047+00:00 | 17 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_Ho54gQiehq WHWCK9 | 2017-12-04 17:48:22.862038+00:00 | 137 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_bk6BNmmCJ h4qUyFo5 | 2017-12-04 17:51:08.634330+00:00 | 14 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_y9MSONnIIT ir8c8s | 2017-12-04 17:51:26.244871+00:00 | 8 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_g1eLhQ1H6 8vamT0t | 2017-12-04 17:51:43.478295+00:00 | 14 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_hDwrayk806 OtgSFZ0p | 2017-12-04 17:52:11.112993+00:00 | 10 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_zYmvr1VnH qAOZIIu8 | 2017-12-04 17:52:35.344464+00:00 | 24 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_ueRMv7dGt 3pcQbe9 | 2017-12-04 17:53:06.885167+00:00 | 36 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_z9DHmp5nj tWRXf7C | 2017-12-04 17:53:47.411471+00:00 | 2 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_OTibuG2Gu N3B7sEv | 2017-12-04 17:53:56.309400+00:00 | 20 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations - Verification & Exam | mdl_mrIayaq6aJ 3rtS | 2017-12-04 17:56:05.489715+00:00 | 102 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_pAUlr2BoW QA70dNj | 2017-12-04 17:56:10.721710+00:00 | 27 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_pzvVHiJBN BPLT1n | 2017-12-04 17:56:44.521312+00:00 | 9 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_yp9a6n7UA OcxENhr | 2017-12-04 17:57:01.727663+00:00 | 181 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_Il6fSqZmK0y tbjdd | 2017-12-04 18:02:44.135154+00:00 | 1 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_TzEmeCFtd 23Iemm | 2017-12-04 18:02:53.191596+00:00 | 2 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_Tz4FN0yw QmQDAX | 2017-12-04 18:03:00.564709+00:00 | 334 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_JMu8fAOeV ETo1BNP | 2017-12-04 18:08:59.322693+00:00 | 69 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_UcHnQOvK N2Q6n9Dj | 2017-12-04 18:10:14.986378+00:00 | 11 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_zr1WWabdK6 dO5dX0tX | 2017-12-04 18:10:28.950188+00:00 | 212 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_WRWMALU6 sZkkTyfXk | 2017-12-04 18:47:20.339152+00:00 | 274 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_9oZqya3B5 DtgSQvd1 | 2017-12-05 14:00:02.834444+00:00 | 36 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_Vm7jj6usxm cMRPHD | 2017-12-05 14:00:40.627327+00:00 | 17 |
| scurran@x0gov.com | Curran | Shawn | crs_RXi3FsFw8 ksJfRAxo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_BvpPPG706 gEq6C592 | 2017-12-05 14:01:04.113385+00:00 | 259 |

JA-120

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 8 of 18 PageID# 472

| Email | First | Last | Code 1 | Code 2 | Course | Academy | Category | Event ID | Timestamp | Num |
|---|---|---|---|---|---|---|---|---|---|---|
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_dI0xOW0Yi AAhYo3k | 2017-12-05 14:06:14.055598+00:00 | 7 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_eK3BhKKo BfdJCVei | 2017-12-05 14:06:23.106354+00:00 | 21 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_6hdEbyfo5r YfG8H2 | 2017-12-05 14:07:31.659290+00:00 | 30 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_2THRNGYh5 QUIJ9G | 2017-12-05 14:07:36.324490+00:00 | 7 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_qIbJZChuwL MAvBSCV | 2017-12-05 14:07:46.031395+00:00 | 14 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_m5wO2RBLi ykOVtPDl | 2017-12-05 14:08:02.238856+00:00 | 4 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_8KEao6hOa KTOmdGZ | 2017-12-05 14:08:08.648820+00:00 | 9 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_mKd759o3 Oc0NKrp | 2017-12-05 14:08:20.124178+00:00 | 21 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_d9gHn95rUf Qakh5 | 2017-12-05 14:08:44.606460+00:00 | 39 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_0dzd0tE9Gj HviE | 2017-12-05 14:09:28.516508+00:00 | 34 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_6jZq9T5YQ WMH9hOQ | 2017-12-05 14:10:05.316458+00:00 | 91 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_IDqFRoZouq qO5Xikp | 2017-12-05 14:11:38.024300+00:00 | 6 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_H3CDemuW IoJ5wrSw | 2017-12-05 14:11:46.262372+00:00 | 8 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_E4Lt2KmgB oY5ZKR | 2017-12-05 14:11:58.701959+00:00 | 32 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_Die3Mb21N vdpzFH8 | 2017-12-05 14:12:35.772455+00:00 | 22 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_5g2fhZtP1 LQJCxWW | 2017-12-05 14:12:59.315344+00:00 | 4 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_1RkU5pmaL Yqbhhr | 2017-12-05 14:13:05.590609+00:00 | 8 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_JTjrt5bmpkf vQz2H | 2017-12-05 14:13:15.276748+00:00 | 8 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_qVYyhpgrP Gd4jH | 2017-12-05 14:13:24.446855+00:00 | 14 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_RfCRgF7j4q 0UfxC | 2017-12-05 14:13:40.884971+00:00 | 190 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_yCNgF7nroF ig0UZg | 2017-12-05 14:19:51.447712+00:00 | 12 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_3z0Ho2gEW PBdg4kd | 2017-12-05 14:20:07.286265+00:00 | 14 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_w2XxEZh8k pANBDUo | 2017-12-05 14:20:23.634256+00:00 | 3 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_u08rn3XOA N1hg1SM | 2017-12-05 14:20:28.868844+00:00 | 61 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_0MiGgEhYzI Vjr5Bu | 2017-12-05 14:21:31.539613+00:00 | 3 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_uglOg7zZxw o796h | 2017-12-05 14:21:37.186489+00:00 | 15 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_xOWKUbT8 YyCnIK | 2017-12-05 14:21:54.742500+00:00 | 10 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_H77wgj9aS 97ga4M | 2017-12-05 14:22:06.892434+00:00 | 2 |
| scurran@bgov.com | Shawn | Curran | crs_RVv3FsTvi8 | xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | md_Fe4HvxKG6 ptE4I3e | 2017-12-05 14:22:12.669257+00:00 | 12 |

AXON_CURRAN000125

JA-121

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 9 of 18 PageID# 473

| Email | First | Last | Course ID | Course | Platform | Category | Module ID | Timestamp | # |
|---|---|---|---|---|---|---|---|---|---|
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_FhxF14qoW / oGphO5L | 2017-12-05 14:22:26.915145+00:00 | 20 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_inNUACAXC / 6dF1DHU | 2017-12-05 14:22:50.479401+00:00 | 19 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_II6p7lF1w1 / G7zU2t | 2017-12-05 14:23:11.335437+00:00 | 5 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_07asfmx1lZl / 8siURi | 2017-12-05 14:23:18.555501+00:00 | 10 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations - Verification & Exam | mdl_inMUE3hO / wDVEGDv9K | 2017-12-05 14:25:35.427876+00:00 | 121 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_85vic1WGG / H2B6ZAK | 2017-12-05 14:25:38.874411+00:00 | 3 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_8SYXB2Io8e / ZYFpnI | 2017-12-05 14:25:44.081061+00:00 | 68 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_vsRUYUAl4d / oTHCo | 2017-12-05 14:26:53.884214+00:00 | 13 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_08PmtkDya / H7Uovo63 | 2017-12-05 14:27:09.114044+00:00 | 3 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_F43EpY34iT / osuo55 | 2017-12-05 14:27:14.280849+00:00 | 7 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_YceqbeHrq1a / 5G5h | 2017-12-05 14:27:24.084157+00:00 | 7 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_gnlovAg70K / O3R1Pb | 2017-12-05 14:27:33.045968+00:00 | 4 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_68lTuiCbJ4g / kaNC9 | 2017-12-05 14:27:38.490569+00:00 | 9 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident - Verification & Exam | mdl_5iSn92VI8RY / JvNNrQ | 2017-12-05 14:27:58.285859+00:00 | 8 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_U2P4bdB2K / mlxSQhL | 2017-12-05 14:28:02.297481+00:00 | 5 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_bytWMy65 / b2RD9pd | 2017-12-05 14:28:09.542302+00:00 | 15 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_usRa3gX1F / TGOuMN | 2017-12-05 14:28:26.747426+00:00 | 22 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_J4d1su8nnY2 / UArt6ED | 2017-12-05 14:28:51.161629+00:00 | 12 |
| scurran@bgov.com | Shawn | Curran | crs_RVvi3FsFiwB / xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_LM9Y4F4YY / MGHsgpNp | 2017-12-05 14:29:05.542281+00:00 | 0 |

JA-122

AXON_CURRAN000126

| User Email | User First Name | User Last Name | Course UID | Course Name | Site | Module Name | Module UID | Module Completion Date (UTC) |
|---|---|---|---|---|---|---|---|---|
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Law Enforcement Warnings | mdl_lwNXUxUKd787C00 | 2017-12-04 15:22:20.686320+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Law Enforcement Warnings - Verification | mdl_WaWqaeDy9Xidl6zz | 2017-12-04 15:25:28.080758+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Warning, Risks & Release Agreement | mdl_YiWCgdTDXIhBuYxd | 2017-12-04 15:25:50.528813+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | End-User and Annual Certification Form | mdl_qkNdImB9XiwZKtDG3 | 2017-12-04 15:28:32.949246+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Instructor Application Certification Form | mdl_sHjjC5UJwLEPb82aV | 2017-12-04 15:29:08.531227+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_PYhbnlIfiAV5i9iC | 2017-12-04 15:31:12.493794+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_viwzqUP3OkPzoVR5 | 2017-12-04 15:31:22.787623+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_21zYTJbwFm7m6nt | 2017-12-04 15:31:39.733023+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_cPGwnqItbABXD5C | 2017-12-04 15:31:53.391699+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_4JKFf8CNmGw4sVtn | 2017-12-04 15:33:31.448271+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_cK1IDmsY3CqoAG3h | 2017-12-04 15:34:22.759073+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_ifd7zqs0ub78naoy | 2017-12-04 15:38:52.514712+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_kZIaog6ZKX1Jp5bZE | 2017-12-04 15:39:07.713392+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_83JojpSYD5TfnGkkb | 2017-12-04 15:40:06.276864+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_4ADOYQuDcP9EO-AF | 2017-12-04 15:41:41.761886+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_Ua1Di6FAHjDe5Yt8 | 2017-12-04 15:41:53.948299+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_ds07YWzrKQ85Phjy | 2017-12-04 15:42:05.535445+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_iSfI2AEC0I6FwuZ0f | 2017-12-04 15:42:47.451083+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_hy6rtGbj2NVAhIWtp | 2017-12-04 15:42:59.155679+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_aZr7dKS5o0b7Yojg | 2017-12-04 15:43:17.660022+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_hERWqjYdhR04pQbV | 2017-12-04 15:43:50.335545+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction New Certification | mdl_NSQkRLtXHHRrAOT | 2017-12-04 15:44:06.706197+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Introduction - Verification & Exam | mdl_EsvW5iH5sWpAMGIW5 | 2017-12-04 15:45:17.309624+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Technology | mdl_clQcsC0kLeb7Iy4J | 2017-12-04 15:45:22.943178+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Technology | mdl_sxW1rwfBujaGYGh4 | 2017-12-04 15:45:30.875436+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Technology | mdl_0aITpW6ddwDhQxtK | 2017-12-04 15:45:49.034529+00:00 |
| scurran@Rgpd.com | Shawn | Curran | crs_RV3FaTwB xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Technology | mdl_zYqEZQPVwmTfAnzV | 2017-12-04 15:50:32.052147+00:00 |

AXON_CURRAN000127

JA-123

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 11 of 18 PageID# 475

AXON_CURRAN000128

| Email | First | Last | ID | Course | Location | Category | Module ID | Timestamp |
|---|---|---|---|---|---|---|---|---|
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Technology | mdl_EkaNwo1zlNaU6jN9 | 2017-12-04 15:50:45.666319+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Technology - Verification | mdl_TVXhBYxID7Y00S2G | 2017-12-04 15:51:17.770221+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_VjVOc1eZCol6eMzb | 2017-12-04 15:51:23.111567+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_u9E7KP6GWtjxK1Us | 2017-12-04 15:51:33.115507+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_EGwKDifG6qaBui09 | 2017-12-04 15:51:52.786711+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_fiMr23PS9eNoIZjq | 2017-12-04 15:52:27.615647+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_89moYSfiGB3xf6rC | 2017-12-04 15:52:47.274377+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_18nSUsb5szqSNs6Z | 2017-12-04 15:53:06.969850+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_uqClw4jhJxlD3oKQS | 2017-12-04 15:53:28.184260+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_JFEE67eKe5uNu78 | 2017-12-04 15:53:44.360515+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_u1xNHcCo3ThxmKUZl | 2017-12-04 15:53:57.361276+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_UJ1WR8eUG8KI83X | 2017-12-04 15:54:55.738020+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures | mdl_c9yBW5GTYr9dwnF | 2017-12-04 15:55:09.282426+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Voluntary Exposures - Verification & Exam | mdl_0NerhKR8rFALnKoza | 2017-12-04 15:55:34.070247+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_0uJ1XZqC9IFtVEG | 2017-12-04 15:55:40.046098+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_HD4S3bhuP3Ffn9n8 | 2017-12-04 15:55:48.425453+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_KkbUbfrZtPYqhCSk | 2017-12-04 15:55:56.772526+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_2NRkkS8KvRpmdL3R | 2017-12-04 15:56:11.247626+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_IH9GGurFN7UiIYal | 2017-12-04 15:56:33.476288+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_wRLesoCeHK5j4VEH | 2017-12-04 15:56:49.487858+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_0b8n8xGxw2VErClOS | 2017-12-04 15:56:59.384218+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_185iPq7Zjg7Vh3eH | 2017-12-04 15:57:23.781044+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_C97Xnr4ZUmkaZzHP | 2017-12-04 15:58:03.755133+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_7f8aYhIpQqk8ryl2 | 2017-12-04 15:58:09.722365+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_gWE7DWqYv29AqDMZ | 2017-12-04 15:58:31.551009+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_1YtU21DZQdrO5ru3r | 2017-12-04 15:58:38.707052+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_r4X5XHnF8YCfxAwtU | 2017-12-04 15:58:52.387208+00:00 |
| scurran@rbgov.com | Shawn | Curran | crs_RVs3FsTlw8 xsjFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_eqDckLnqz0Tlg8rv | 2017-12-04 15:59:10.505459+00:00 |

Case 2:19-cv-00617-RGD-DEM　Document 50-16　Filed 12/28/20　Page 12 of 18 PageID# 476

| Email | First | Last | Course | Course | Provider | Model | Code | Timestamp |
|---|---|---|---|---|---|---|---|---|
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_Z4Xc7ZasNus6k6U | 2017-12-04 15:59:25.374638+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_ELCfXz9K9VsNAvj6L | 2017-12-04 16:00:02.244224+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_IT3DZf0baxAQVDI | 2017-12-04 16:00:17.685154+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_PWYUinh3SbuHCoDL | 2017-12-04 16:00:32.997086+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_wCr7TnTcrFG6vP1FE | 2017-12-04 16:00:55.976746+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_ruhMH3hUJOPb9sI | 2017-12-04 16:02:17.685883+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_88G3rNMnHfOPti3v | 2017-12-04 16:07:32.768752+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_PhGuxEqTVqyPLNj | 2017-12-04 16:07:39.217614+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_h8wnYkAwreqBlETh | 2017-12-04 16:07:57.1.961221+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW | mdl_OOResrqxm1p0OLgKo | 2017-12-04 16:08:09.407277+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26 CEW - Verification & Exam | mdl_dw7EkrFIMXxvJGUyL | 2017-12-04 16:11:34.738616+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_jvmhChzxmDnzEwxp | 2017-12-04 16:11:39.631902+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_JnDx2z9zsqTpBXt | 2017-12-04 16:11:46.969715+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_q5dZMXbXBzGR1D2w | 2017-12-04 16:12:38.804044+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_pgpfZUPRos4pjoYa5 | 2017-12-04 16:12:56.635012+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_pBIlDmYDcVZtyACk | 2017-12-04 16:14:36.419955+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_oAJFbW0ZCUPCAYgx | 2017-12-04 16:14:47.140417+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_QctsG1sr5EPxiD4gd | 2017-12-04 16:16:20.087567+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_WiVETn2S8D1X4xml | 2017-12-04 16:20:39.810059+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_dIniH8bN2IUoqsna | 2017-12-04 16:20:46.277443+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_1mAFj5SN8dfzpZtn | 2017-12-04 16:20:54.846640+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_rUTA8plbGb43A5ok | 2017-12-04 16:21:06.098304+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_DM0RHANYomAXhp5 | 2017-12-04 16:21:27.500333+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_bClwEtImqtOIGIV | 2017-12-04 16:21:36.060333+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_gPwdJ855LuBriZDxKe | 2017-12-04 16:21:44.148824+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_CYQWZiOAvYkif7g | 2017-12-04 16:21:55.384788+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_BV8lawE7KgYrGvlo | 2017-12-04 16:22:04.189469+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsJFBAo | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdl_pDDQraX05IuAcHT | 2017-12-04 16:22:13.874736+00:00 |

AXON_CURRAN000129

JA-125

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 13 of 18 PageID# 477

AXON_CURRAN000130

| Email | First | Last | Code | Name | Course | Platform | Product | Hash | Timestamp |
|---|---|---|---|---|---|---|---|---|---|
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdf_xpUh75PwBix4JQG | 2017-12-04 16:22:28.029827+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdf_S9hcE9s6hVuVStqO | 2017-12-04 16:22:44.277119+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdf_PO9vKvEoiIvWUJbw | 2017-12-04 16:22:53.920891+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdf_RvVDJDoGUabaYKoe | 2017-12-04 16:23:07.990678+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW - Verification & Exam | mdf_BfdoecKQTxD7wOrJ | 2017-12-04 16:25:15.190675+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X26P CEW | mdf_9vUNSiaKq49IfDJw | 2017-12-04 16:25:20.374917+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_KqdSfkV4e8hMyt | 2017-12-04 17:00:34.351717+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_IZWuJx1LuKT1gK9 | 2017-12-04 17:24:39.032274+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_u89MYCg5U6wDi1 | 2017-12-04 17:24:50.725913+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_jNVsvWtDGiPtDMF | 2017-12-04 17:25:08.006093+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_f8zvHfsWGLLUUAEy | 2017-12-04 17:25:23.728852+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_Tooy8WmfeSyKsRX | 2017-12-04 17:26:06.701024+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_FpDozo5BUB4BV2g | 2017-12-04 17:26:32.631029+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_XccD4Z2Kv13aakC | 2017-12-04 17:26:46.330644+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_9pFBjX9VQSHRsJVu | 2017-12-04 17:26:56.751408+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges | mdf_qoaUiiKrODqo64GE | 2017-12-04 17:27:09.703204+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER Cartridges - Verification | mdf_Y9wWdpvKqwbkLQ2G | 2017-12-04 17:27:29.484494+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_XGqY1nemA5fDzK10 | 2017-12-04 17:27:43.172990+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_xkcDHh6IU5BDPreH | 2017-12-04 17:27:54.749511+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_KHswUCRyDiVJpPRW | 2017-12-04 17:28:39.845594+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_MrFO2hiGz4tF3mJ7 | 2017-12-04 17:28:46.103739+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_mXGVuLpuy7ZTDi0Du | 2017-12-04 17:28:57.345409+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_NdDx86gf6iT4QhGv | 2017-12-04 17:29:13.153733+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_nzA9WnbX6qzXD6Ge | 2017-12-04 17:29:19.632648+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_yhcziy5GArfRSu3be | 2017-12-04 17:30:08.579747+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_b0n2dQ178j38gaL | 2017-12-04 17:30:18.785889+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_bweikChOJvWa2prv | 2017-12-04 17:30:38.270410+00:00 |
| scurran@rbgov.com | Shawn | Curran | cs_RVs3FsTw8 xsjF8Ao | Curran | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | mdf_A6SZIYNgJy7eM5M | 2017-12-04 17:31:07.072009+00:00 |

JA-126

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 14 of 18 PageID# 478

AXON_CURRAN000131

| Email | First | Last | Course ID | Course | Provider | Product | Subtitle | mdl | Timestamp |
|---|---|---|---|---|---|---|---|---|---|
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_RtMLDg6hOm5ZRswC | 2017-12-04 17:31:22.494374+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_HULD194WSZefwNpm | 2017-12-04 17:31:44.395908+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_mlOHC9pXwMOO5UNq | 2017-12-04 17:32:09.791924+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_gvXWCH6Lugk0PYT | 2017-12-04 17:32:27.363830+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_H1tPJWWi7yGdb151 | 2017-12-04 17:33:09.586995+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_48dmwZG7Fr6evayY | 2017-12-04 17:33:32.039968+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_fC9YNDfevHTiJ657K | 2017-12-04 17:33:45.114432+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_H6PHUDRfcYAtGm2h | 2017-12-04 17:34:02.294927+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_i8Dz8fydehTzh8xC | 2017-12-04 17:34:20.717601+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_JP7hPBgEGw9c3bja | 2017-12-04 17:34:32.547470+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_cl981hC15WGSCwiL | 2017-12-04 17:34:39.752622+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW | | mdl_IKqVGsk5keckcfK0B | 2017-12-04 17:34:54.991064+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER X2 CEW - Verification & Exam | | mdl_RCd8IcFiE8wpUv6B | 2017-12-04 17:36:19.480938+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_HcfKok66oZFUv50u | 2017-12-04 17:36:45.3216+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_gdDkkHSUdcKVIgp | 2017-12-04 17:36:56.89886+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_9DHbsDcm414CzW | 2017-12-04 17:37:17.118422+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_A9A1gOGdtdf3mNW | 2017-12-04 17:37:23.954243+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_3U6X8T18fZaWCHeE | 2017-12-04 17:37:32.360369+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_fCUHfHexAKmDMi | 2017-12-04 17:37:46.278625+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_fPKOoDPrOMmhObyY | 2017-12-04 17:37:54.563854+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_080PReeNfiZyIOq | 2017-12-04 17:38:04.496597+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_x38N5L8YRl48KckO | 2017-12-04 17:38:15.912384+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_a04ggR0wMAsKjOGlz | 2017-12-04 17:38:22.013710+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_ttCWplxkLaWFBNHr | 2017-12-04 17:38:31.516854+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges | | mdl_pMLl1onHisd8uIU | 2017-12-04 17:38:42.274405+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges - Verification | | mdl_leBYrHekznBQ9dYK | 2017-12-04 17:38:48.523364+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | TASER Smart Cartridges - Verification | | mdl_HMrXZMJ15zV1DgIG | 2017-12-04 17:39:29.588172+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsITw8 / xsJFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | | mdl_u4HgAUzp1caHuk | 2017-12-04 17:39:33.525127+00:00 |

JA-127

Case 2:19-cv-00617-RGD-DEM    Document 50-16    Filed 12/28/20    Page 15 of 18 PageID# 479

AXON_CURRAN000132

| Email | First | Last | ID | Course | Academy | Category | Code | Timestamp |
|---|---|---|---|---|---|---|---|---|
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_zvUJNcibhrXj3Cu | 2017-12-04 17:40:01.431785+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_aG3DtMCPPvTbvVqW | 2017-12-04 17:42:31.815674+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_Luiz2kROGESH5nib | 2017-12-04 17:43:34.121285+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_4GD0k76G77Tt0tk | 2017-12-04 17:43:53.802239+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_Ysi4YZ7EjOzPxpoq | 2017-12-04 17:44:10.513065+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_k2zjgW6i9gyx3Qv2Fh | 2017-12-04 17:44:33.160185+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_s8hMC5i59Hf6i2ppR | 2017-12-04 17:44:45.202215+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_dmdC9vaRQgjucZhH | 2017-12-04 17:45:04.991409+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_hbFndFpP87IhvxVP | 2017-12-04 17:45:18.409287+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_34p1Da0dgTcGEqHo | 2017-12-04 17:47:43.417582+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_VK45s6mE4IDeLvd | 2017-12-04 17:47:54.79204+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_Hx54gQieh9WHWCk9 | 2017-12-04 17:48:22.861038+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_hx6BNmmQh44Uja06 | 2017-12-04 17:51:08.634330+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_v9M5ONriTljr8c8s | 2017-12-04 17:51:26.24487+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_g1eLhQ1H6BvamT0t | 2017-12-04 17:51:43.478295+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_hDwryA80605p5Z2Op | 2017-12-04 17:52:11.112993+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_zYmv1tVhHqAQ2fui8 | 2017-12-04 17:52:35.344464+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_LefAH7d6i3pcDlx9 | 2017-12-04 17:53:57.411471+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_z9DHmp5mijtWRXf7C | 2017-12-04 17:53:47.411471+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations | mdl_OTJbuG2GuN3B7sEv | 2017-12-04 17:53:56.309400+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | CEW Smart Use Considerations - Verification & Exam | mdl_mrJaivag5a3IrTLS | 2017-12-04 17:56:05.439715+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_pkUUZ96WOA7O0dNJ | 2017-12-04 17:56:10.721710+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_pzxVHiI3hNBPLT1n | 2017-12-04 17:56:44.521312+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_vpf9v6n7UAfOcs1RNr | 2017-12-04 17:57:01.727663+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_lif6Sq2mKkyHgDFG | 2017-12-04 18:02:44.135154+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_TcT1EmeCHd23iemm | 2017-12-04 18:02:53.191596+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_Tc4FH0divyQomQD4X | 2017-12-04 18:03:00.564709+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVo3FsTw8 xsjFBAo | TASER Instructor Course V 2.0 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_iMuBl4OeiVEYo1BNP | 2017-12-04 18:08:59.322693+00:00 |

JA-128

AXON_CURRAN000133

| Email | First | Last | Code | Course | Academy | Category | mdl | Timestamp |
|---|---|---|---|---|---|---|---|---|
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_1cHnGDVKN2q9to9J | 2017-12-04 18:10:14.986378+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_zrZWabvdKeIdQ5R0K | 2017-12-04 18:10:28.950188+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_WIWWMAU6s2kXTyTKk | 2017-12-04 18:47:20.339152+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_9o2qva3bSOojg5Dw1 | 2017-12-05 14:00:02.834444+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_Vn7gJiusxmcMBYNQ | 2017-12-05 14:00:40.627327+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_8uzlPPG706gJTqC592 | 2017-12-05 14:01:04.113385+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_dIDoDWUYd4AhYo3k | 2017-12-05 14:06:14.055598+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_eX38k6KKoBtQLQVei | 2017-12-05 14:06:23.106354+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_6hdE0yEo5YfIC8H2 | 2017-12-05 14:07:31.659290+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_2THBhGYtbSQUUijgc | 2017-12-05 14:07:36.324499+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_q8aZChuwuMAa8SCV | 2017-12-05 14:07:46.031395+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_mSwO2f8LiyhOVPDi | 2017-12-05 14:08:02.238856+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_8KEaobOaKTOmGt2 | 2017-12-05 14:08:08.648820+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_nhGd7S9q3DcO9DCP | 2017-12-05 14:08:20.124178+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_dBgHn9ScUfQakhzS | 2017-12-05 14:08:44.606460+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_0dzd0ttFc9yhviE | 2017-12-05 14:09:28.516508+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_6jZq9TsYQWWHht0Q | 2017-12-05 14:10:05.316458+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_IDqFRaZvuqqfD5Ckp | 2017-12-05 14:11:38.024300+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_HICDemuWioj5wrSw | 2017-12-05 14:11:46.262372+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_E4iLczKmg8oF52KR | 2017-12-05 14:11:58.701959+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_Die3MIb21Nvdpd7H8 | 2017-12-05 14:12:35.772455+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_5gZzFhZXPJLQLOWN | 2017-12-05 14:12:59.315544+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_1RUUSpmaLYqbhyr | 2017-12-05 14:13:05.590609+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_JTjriSbmpHd4Kdz2H | 2017-12-05 14:13:15.276748+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_qV1yhgpirPG64jtH | 2017-12-05 14:13:24.446855+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_RIKDgF7j4qIdfvE | 2017-12-05 14:13:40.884971+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_yCNg67xroFigXtZg | 2017-12-05 14:19:51.447712+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVs3FsTw6 / xsjF8Ao | TASER Instructor Course V 20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_3z0n2pEWP86g4kd | 2017-12-05 14:20:07.286265+00:00 |

JA-129

| Email | First | Last | Code | Course | Academy | Section | Hash | Timestamp |
|---|---|---|---|---|---|---|---|---|
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_w2XxEZN8kJaN8lDUo | 2017-12-05 14:20:23.634256+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_aQ8m3XQANlhg1sSM | 2017-12-05 14:20:28.868944+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_0MGgEhYzlVjr5JIu | 2017-12-05 14:21:31.539613+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_ugOg7rZzwo796ih | 2017-12-05 14:21:37.186489+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_xOWKUbTBNyCnlK | 2017-12-05 14:21:54.742500+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_H77wqJ9A97J1aNSI | 2017-12-05 14:22:06.892434+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_FeHHoViG6ptE4I3e | 2017-12-05 14:22:12.669257+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_FhsF1dpqWoGphQ5sL | 2017-12-05 14:22:26.915145+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_lrhUACAXG6dF1DHU | 2017-12-05 14:22:50.479401+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_lt8p7Ff1w1G7aUZI | 2017-12-05 14:23:11.335437+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations | mdl_0Tadmx1l28sUiRi | 2017-12-05 14:23:18.555501+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Tactical Considerations - Verification & Exam | mdl_mMUiE3hOwDVEGDv0K | 2017-12-05 14:25:35.427876+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_8Svic1WGGHo86zAK | 2017-12-05 14:25:38.874411+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_8XYX8zlo8e2YFpxd | 2017-12-05 14:25:44.081061+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_vsPtUYlAM4doTHCo | 2017-12-05 14:26:53.884214+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_0PmHkDyalFI7U0w63 | 2017-12-05 14:27:09.114044+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_F43EgY34iTosuv5S | 2017-12-05 14:27:14.280849+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_YcigBeHrqaSEshn | 2017-12-05 14:27:24.084157+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_qn9ow0g7DKO3R1Pb | 2017-12-05 14:27:33.045968+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident | mdl_68ITuJCbj4gkaNC9 | 2017-12-05 14:27:38.490569+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Post Incident - Verification & Exam | mdl_Si5n92VdRVrvNNrQ | 2017-12-05 14:27:58.285859+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_LZPAbqB8ZkmHSQbL | 2017-12-05 14:28:02.297481+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_bynWWAy6SkQ8R09gxI | 2017-12-05 14:28:09.642302+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_usRa3gX31FTiGDuMN | 2017-12-05 14:28:26.747426+00:00 |
| scurran@vbgov.com | Shawn | Curran | crs_RVx3FkTlwB | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_JAdIsu8mYZUAn6ED | 2017-12-05 14:28:51.161629+00:00 |
| scurran@vbgov.com | Shawn | Curran | xsjF8Ao | TASER Instructor Course V.20 for First-Time/New Instructor | Axon Academy | Conclusion | mdl_tM9Y4f4YVMGIhlgbNp | 2017-12-05 14:29:05.542281+00:00 |

AXON_CURRAN000134

Case 2:19-cv-00617-RGD-DEM   Document 50-16   Filed 12/28/20   Page 18 of 18 PageID# 482

| User Email | User First Name | User Last Name | Course Name | Course UID | Site | Course Completion Score | Course  ro  ress Start Date (UTC) | Course Completion Date (UTC) |
|---|---|---|---|---|---|---|---|---|
| scurran@vbgov.com | Shawn | Curran | TASER Instructor Course V.20 For First-Time/New Instructor | crs_RVs3FaTwBxsjFBAo | Axon Academy | 100 | 2017-12-04 15:22:20.652453+00:00 | 2017-12-05 14:29:05.547758+00:00 |

AXON_CURRAN000135

JA-131

# Exhibit 17

**Version 20.0 NEW Instructor Certification Online Modules**

https://academy.axon.com/courses/future-instructor-course-new-testing/



**Warning READ ONLINE Version**

AXON_CURRAN000108

JA-133

**File content**



AXON_CURRAN000109

JA-134



Axon Academy - TASER Instructo | Business Account: New Castle Co | Axon Enterprise, Inc. - My Applic | Invitees & Registrants

https://academy.axon.com/courses/future-instructor-course-new-testing/mdl_IwNXUx1KdY787C0O/#

**File content**

Page: 2 of 8 Automatic Zoom

TASER Protect Life

**TASER® Handheld CEW Warnings, Instructions, and Information: Law Enforcement**

WARNING

which could increase the risk of death or serious injury. Minimize repeated, continuous, or simultaneous exposures.

**Physiologic and Metabolic Effects.** CEW use causes physiologic and/or metabolic effects that may increase the risk of death or serious injury. These effects include changes in blood chemistry, blood pressure, respiration, heart rate and rhythm, and adrenaline and stress hormones, among others. In human studies of electrical discharge from a single CEW of up to 15 seconds, the effects on acid/base balance, creatine kinase, electrolytes, stress hormones, and vital signs were comparable to or less than changes expected from physical exertion similar to struggling, resistance, fighting, fleeing, or from the application of some other force tools or techniques.

Some individuals may be particularly susceptible to the effects of CEW use. These susceptible individuals include the elderly, those with heart conditions, asthma or other pulmonary conditions, and people suffering from excited delirium, profound agitation, severe exhaustion, drug intoxication or chronic drug abuse, and/or over-exertion from physical struggle. In a physiologically or metabolically compromised person, any physiologic or metabolic change may cause or contribute to sudden death.

**Stress and Pain.** CEW use, anticipation of use, or response to use can cause startle, panic, fear, anger, rage, temporary discomfort, pain, or stress which may be injurious or fatal to some people.

To reduce the risk from CEW exposure:

1. **Minimize the number and duration of CEW exposures.** Most human CEW lab testing has not exceeded 15 seconds of CEW application, and none has exceeded 45 seconds. Use the shortest duration of CEW exposure objectively reasonable to accomplish lawful objectives, and reassess the subject's behavior, reaction, and resistance before initiating or continuing the exposure. If a CEW deployment is ineffective in incapacitating a subject or achieving compliance consider alternative control measures in conjunction with or separate from the CEW.
2. **Avoid simultaneous CEW exposures.** Do not use multiple CEWs or multiple completed circuits at the same time without justification. Multiple CEWs or multiple completed circuits at the same time could have cumulative effects and result in increased risks.
3. **Control and restrain immediately.** Begin control and restraint procedures, including during CEW exposure ("cuffing under power"), as soon as reasonably safe and practical to minimize CEW cumulative effects and the total duration of exertion and stress experienced by the subject.
4. **Avoid touching probes/wires during CEW discharge.** Controlling and restraining a subject during CEW exposure may put the CEW user and those assisting at risk of accidental or unintended shock. Avoid touching the probes and wires and the areas between the probes during the electrical discharge.

WARNING **Cardiac Capture**. CEW exposure in the chest area near the heart has a low probability of inducing extra heart beats (cardiac capture). In rare circumstances, cardiac capture could lead to cardiac arrest. When possible, avoid targeting the frontal chest area near the heart to reduce the risk of potential serious injury or death.

Cardiac capture may be more likely in children and thin adults because the heart is usually closer to the CEW-delivered discharge (the dart-to-heart distance). Serious complications could also arise in those with impaired heart function or in those with an implanted cardiac pacemaker or defibrillator.

AXON_CURRAN000110



TASER

**TASER® Handheld CEW Warnings, Instructions, and Information: Law Enforcement**

To reduce the risk of injury:

1. **Use preferred target areas.** The preferred target areas (blue) are below the neck area for back shots and the lower center mass (below chest) for front shots. The preferred target areas increase dart-to-heart distance and reduce cardiac risks. Back shots are preferable to front shots when practicable.
2. **Avoid sensitive areas.** When practicable, avoid intentionally targeting the CEW on sensitive areas of the body such as the face, eyes, head, throat, chest area (area of the heart), breast, groin, genitals, or known pre-existing injury areas.

**⚠WARNING** **Muscle Contraction or Strain-Related Injury.** CEWs in probe-deployment mode can cause muscle contractions that may result in injury, including bone fractures.

**⚠WARNING** **Higher Risk Populations.** CEW use on a pregnant, infirm, elderly, or low body-mass index person or on a small child could increase the risk of death or serious injury. As with any force option, CEW use has not been scientifically tested on these populations. Use a CEW on such persons **only** if the situation justifies an increased risk.

CEWs in probe-deployment mode can cause muscle contractions resulting in injuries similar to those from physical exertion, athletics, or sports, including hernia rupture, dislocation, tear, or other injury to soft tissue, organ, muscle, tendon, ligament, cartilage, disc, nerve, bone, or joint; or injury or damage associated with or to orthopedic or other hardware. Fractures to bone, including compression fracture to vertebrae, may occur.

These injuries may be more serious and more likely to occur in people with pre-existing injuries, orthopedic hardware, conditions or special susceptibilities, including pregnancy; low bone density; spinal injury; or previous muscle, disc, ligament, joint, bone, or tendon damage or surgery. Such injuries may also occur in drive-stun applications or when a person reacts to the CEW deployment by making a rapid or unexpected movement.

**⚠WARNING** **Secondary Injury.** The loss of control resulting from a CEW exposure may result in injuries due to a fall or other uncontrolled movement. When possible, avoid using a CEW when secondary injuries are likely.

Loss of control associated with CEW use can have several causes:

- **Seizure.** Repetitive stimuli (e.g., flashing light or electrical stimuli) can induce seizure in some people, which may result in death or serious injury. This risk may be increased in a person with epilepsy, a seizure history, or if electrical stimuli pass through the head. Emotional stress and physical exertion, both likely in incidents involving CEW and other uses of force, are reported as seizure-precipitating factors.
- **Fainting.** A person may experience an exaggerated response to a CEW exposure, or threatened exposure, which may result in fainting or falling.
- **Muscle contraction, incapacitation, or startle response.** CEW use may cause loss of control from muscle contraction, incapacitation, or startle response.

To reduce these risks, consider the person's location before using a CEW. When practicable, avoid using a CEW on a person in the following circumstances unless the situation justifies a higher risk.

**When practicable, avoid using a CEW on a person who:**

- is on an elevated or unstable surface (e.g., tree, roof, ladder, ledge, balcony, porch, bridge, or stair);
- could fall and suffer impact injury to the head or other area;
- could fall on a sharp object or surface (e.g., holding a knife, falling on glass);
- is less able to catch or protect self in a fall (e.g., restrained, handcuffed, incapacitated, or immobilized);
- has impaired reflexes (e.g., from alcohol, drugs or certain medications);
- is running, in motion, or moving under momentum;

March 1, 2013 Page: 3 of 8

AXON_CURRAN000111



Axon Academy - TASER Instructo | Business Account: New Castle Co | Axon Enterprise, Inc. - My Applic | Invitees & Registrants

https://academy.axon.com/courses/future-instructor-course-new-testing/mdl_IwNXUx1KdY787C0O/#

File content

Page: 4 of 8 Automatic Zoom

TASER Protect Life

## TASER® Handheld CEW Warnings, Instructions, and Information: Law Enforcement

WARNING

- is operating or riding any mode of transportation (e.g., vehicle, bus, bicycle, motorcycle, or train), conveyance (e.g., escalator, moving walkway, elevator, skateboard, rollerblades), or machinery; or
- is located in water, mud, or marsh environment if the ability to move is restricted.

### SAFETY INFORMATION: INJURY OR INFECTION

A CEW may cause injury as a result of the probe or electrical discharge. The nature and severity of these effects depends on numerous factors including the area of exposure, method of application, individual susceptibility, and other circumstances surrounding CEW use, exposure, and after care. Medical care may be required.

WARNING **Eye Injury Hazard.** A TASER probe, electrode, or electrical discharge that contacts or comes close to an eye can result in serious injury, including permanent vision loss. DO NOT intentionally aim a CEW, including the LASER, at the eye of a person or animal without justification.

**LASER Light Hazard.** CEWs use a LASER targeting aid. LASERs can cause serious eye injury, including permanent vision loss. **NEVER** aim a LASER at an aircraft or the operator of an aircraft or moving vehicle.

WARNING **Probe or Electrode Injury, Puncture, Scarring, or Infection Hazard.** CEW use may cause a permanent mark, burn, scar, puncture, or other skin or tissue damage. Infection could result in death or serious injury. Scarring risk may be increased when using a CEW in drive-stun mode. Increased skin irritation, abrasion, mark, burning, or scarring may occur with a CEW with multiple cartridge bays when used in drive-stun or three-point deployment modes.

WARNING **Penetration Injury.** The TASER probe has a small dart point which may cause a penetration injury to a blood vessel or internal organ, including lung, bone, or nerve. The probe or dart point (which may detach or break) can puncture or become embedded into a bone, organ, or tissue, which may require immediate medical care, surgical removal, or may result in scarring, infection, or other serious injury.

To reduce the risk of serious or permanent injury:

1. **Provide medical care as needed.** Injury due to penetration of a probe or dart point into a blood vessel, organ, nerve, or bone may require medical care. A probe, dart point, or barb embedded in a sensitive area such as the eye, genitals, breast, neck, throat, or vascular structure may cause serious injury and require medical care. CEW use may cause skin irritation, puncture wound, abrasion, mark, rash, burn, or other scar or infection, which may require medical care and may be permanent. As with any injury of this type, infection or tetanus and resulting complications may occur. In accordance with your agency's Guidance, ensure access to medical care if needed.
2. **Follow agency Guidance for removing probes.** Probe removal may cause injury. Leaving a probe in the body may result in pain or injury. Follow your agency's Guidance and biohazard protocols for probe removal. In the case of embedment, organ or bone penetration, or probe, dart point, or barb detachment, immediate medical care and possible surgical removal may be required.
3. **Follow biohazard protocols.** Use appropriate biohazard protocols including isolation procedures and protective equipment (e.g., gloves, masks, and washing of hands and exposed areas as necessary). Follow your agency's Guidance and appropriate biohazard, waste, and evidence protocols when dealing with biohazards.

### SAFETY INFORMATION: CEW DEPLOYMENT AND USE

WARNING CEWs and cartridges are weapons and as with any weapon follow safe weapon-handling practices and store your CEW securely. Follow practices herein and additional requirements in your agency's Guidance. Failure to follow these warnings may result in death or serious injury to the user or others.

M26™, TASER CAM™, Smart™, X2™, X26™, X26P™ and 'Protect Life' are trademarks of TASER International, Inc., and TASER®, X3® and Ⓣ are registered trademarks of TASER International, Inc., registered in the U.S. © 2013 TASER International, Inc. All rights reserved.

AXON_CURRAN000112

Axon Academy - TASER Instructo | Business Account: New Castle Co | Axon Enterprise, Inc. - My Applic | Invitees & Registrants

https://academy.axon.com/courses/future-instructor-course-new-testing/mdl_IwNXUx1KdY787C0O/#

**File content**

Page: 5 of 8 Automatic Zoom

TASER Protect Life

**TASER® Handheld CEW Warnings, Instructions, and Information: Law Enforcement**

**⚠WARNING** **Confusing Handgun with CEW.** Confusing a handgun with a CEW could result in death or serious injury. Learn the differences in the physical feel and holstering characteristics between your CEW and your handgun to help avoid confusion. Always follow your agency's Guidance and training.

**⚠WARNING** **Trigger Hold-Back Model Differences.** If the trigger is held back, most CEWs will continue to discharge until the trigger is released or the power source is expended. With an APPM installed, the X2 and X26P can be programmed to stop a CEW discharge at 5 seconds *even if the user continues to hold back the trigger*, requiring a deliberate action to re-energize the deployed cartridge. Know your model and how it works. Avoid repeated, prolonged, or continuous CEW applications when practicable.

**⚠WARNING** In stressful or noisy circumstances, the APPM's audible warning may not be heard.

1. **Use properly.** Use a CEW only for its intended purpose, in legally justifiable situations, and in accordance with your agency's Guidance. Do not use for torture.
2. **Store in a secure location.** Store CEWs, cartridges, and accessories in secure locations inaccessible to children and other unauthorized persons to prevent inappropriate access or use.
3. **Use the safety switch.** Place the CEW safety switch in the down (SAFE) position when the CEW is not in use. Remember to place the CEW safety switch in the up (ARMED) position when you intend to use the CEW.
4. **Assume CEW is loaded.** Always assume that a CEW is loaded and capable of discharging. To help avoid unexpected discharge, ensure that no live cartridge is in the CEW when inserting a battery pack; TASER CAM™ or TASER CAM HD recorder; or while performing spark tests (except when function testing the X2 or X3), maintenance, data downloading, or battery charging.
5. **Be aware of CEW trigger.** Keep your finger off the trigger until it is legally justifiable to use the CEW and you are ready to deploy.
6. **Know how the CEW works.** Significant differences exist between different TASER CEW models. Before using any CEW, including a multi-shot CEW, ensure you understand the functioning and effects of that model.
7. **Be aware of X2 and X3 deployment mode.** Be aware of which deployment mode (manual or semi-automatic) is set on the X2 and X3 before use.
8. **Be Aware of X2 Static (Fixed) LASER Sight Mode.** The X2 has static dual LASERs. One LASER is intended to approximately align with the top dart and the other with the bottom dart, both of which are set-up for 15' (4.6 meters (m)) and 25' (7.62 m) cartridges at a 15' distance from the target. The trajectory of the 35' (10.7 m) long range cartridge will not line up with the bottom LASER when placed in the X2.
9. **Use simulation (training) cartridges ONLY for training or practice. DO NOT** use a CEW loaded with a simulation training cartridge for field use or self-defense. Simulation cartridges are intended for practice only and will have no incapacitating effect on a subject. Simulation cartridges use non-conductive wires and will not transmit electrical pulses to the probes.

## SAFETY INFORMATION: CEW EFFECTIVENESS

A CEW, like any weapon or force option, does not always function as intended and is not effective on every subject. As with any use of force, if a particular option is not effective, consider using other force options, disengaging, or using other alternatives per agency Guidance. **Always have a back-up plan.**

**⚠WARNING** **Subject Not Incapacitated.** An ineffective CEW application could increase the risk of death or serious injury to the user, the subject, or others. If a CEW does not operate as intended or if subject is not incapacitated, disengage, redeploy the CEW, or use other force options in accordance with agency Guidance.

A CEW's effects may be limited by many factors, including absence of delivered electrical charge due to misses, clothing disconnect, intermittent connection, or wire breakage; probe locations or spread; subject's

M26™, TASER CAM™, Smart™, X2™, X26™, X26P™ and 'Protect Life' are trademarks of TASER International, Inc., and TASER®, X3® and ⓘ are registered trademarks of TASER International, Inc., registered in the U.S. © 2013 TASER International, Inc. All rights reserved.



Axon Academy - TASER Instructo × | Business Account: New Castle Co × | Axon Enterprise, Inc. - My Applic × | Invitees & Registrants ×

https://academy.axon.com/courses/future-instructor-course-new-testing/mdl_IwNXUx1KdY787C0O/#

**File content**

Page: 6 of 8 — Automatic Zoom

TASER Protect Life

**TASER® Handheld CEW Warnings, Instructions, and Information: Law Enforcement**

muscle mass; or movement. Some of the factors that may influence the effectiveness of CEW use in effecting or achieving control of a subject include:

- **Subject may not be fully incapacitated.** Even though a subject may be affected by a CEW in one part of his body, the subject may maintain full muscle control of other portions of his body. Control and restrain a subject as soon as possible, and be prepared in case the subject is not fully incapacitated.
- **Subject may recover immediately.** A subject receiving a CEW discharge may immediately regain physical or cognitive abilities upon cessation of the delivered CEW discharge. Control and restrain a subject as soon as possible, and be prepared in case the subject immediately recovers.
- **Drive-stun mode is for pain compliance only.** The use of a handheld CEW in drive-stun mode is painful, but generally does not cause incapacitation. Drive-stun use may not be effective on emotionally disturbed persons or others who may not respond to pain due to a mind-body disconnect. Avoid using repeated drive-stuns on such individuals if compliance is not achieved.
- **Probes may deviate.** CEWs are not precision-aimed weapons. Probe discharge, flight trajectory, and impact location can be affected by numerous factors, including cartridge or probe accuracy; failure of cartridge to properly deploy; strong air movements; user and subject movements; or probe striking subject, clothing, or object with insufficient force or trajectory to penetrate or adhere to subject. Deviations can result in limited or lack of effectiveness due to misses, failure to complete or maintain the electrical circuit, a small probe spread, or failure to deliver a sufficient charge to the subject.
- **CEW or cartridge may fail to fire or operate.** No weapon system, force option, or CEW is always operational or effective. If a CEW, cartridge, or accessory is inoperable or fails to function, consider reloading and redeploying, using other force options, disengaging, or using other alternatives per agency Guidance.

## SAFETY INFORMATION: OTHER HAZARDS

**⚠WARNING** **Probe Recoil or Ricochet.** If your target is farther away than the length of the probe wire, or if one or more probes miss the target, the probe can recoil and bounce back to strike the user or a bystander, causing injury. Probe recoil is more likely with simulation cartridges because of the nylon probe wire used.

Always be sure your target is within range. Wear protective eyewear when deploying any CEW in training or for practice. Be sure practice targets have a firm backing that will allow the probes to stick and not bounce off and strike an unintended person, animal, or object, or continue through the backing and strike objects behind the target.

**⚠WARNING** **Untethered Discharged Probe.** A discharged probe that does not impact a subject or target may become untethered from the wire and travel a significant distance causing serious injury. Always be sure your target is within range.

**⚠WARNING** **Fire and Explosion Hazard.** CEW use can result in a fire or explosion when flammable gases, fumes, vapors, liquids, or materials are present. Use of a CEW in presence of fire or explosion hazard could result in death or serious injury. When possible, avoid using a CEW in known flammable hazard conditions.

A CEW can ignite explosive or flammable clothing or materials, liquids, fumes, gases, or vapors (e.g., gasoline, vapor or gas found in sewer lines or methamphetamine labs, butane-type lighters, flammable hair gels or some self-defense sprays). Do not knowingly use a CEW in the presence of any explosive or flammable substance unless the situation justifies the increased risk.

## SAFETY INFORMATION: GENERAL PRECAUTIONS

**⚠WARNING** **Unintentional CEW Deployment or Discharge Hazard.** Unintentional CEW activation or unexpected cartridge discharge could result in death or serious injury to the user, subject, or others.

M26™, TASER CAM™, Smart™, X2™, X26™, X26P™ and 'Protect Life' are trademarks of TASER International, Inc., and TASER®, X3® and ⓟ are registered trademarks of TASER International, Inc., registered in the U.S. © 2013 TASER International, Inc. All rights reserved.



Axon Academy - TASER Instructo × | Business Account: New Castle Co × | Axon Enterprise, Inc. - My Applic × | Invitees & Registrants ×

https://academy.axon.com/courses/future-instructor-course-new-testing/mdl_IwNXUx1KdY787C0O/#

**File content**

Page: 7 of 8 — Automatic Zoom

TASER Protect Life

**TASER® Handheld CEW Warnings, Instructions, and Information: Law Enforcement**

WARNING

To reduce the risk of unintentional deployment or discharge:

1. **Avoid static electricity.** Keep cartridge away from sources of static electricity. Static electricity can cause a CEW or X26, X26P, or M26 cartridge to discharge unexpectedly, possibly resulting in serious injury.
2. **Keep body parts away from front of CEW or cartridge.** Always keep your hands and body parts away from the front of the CEW and cartridge. If the CEW discharges unexpectedly you could be injured.
3. **Avoid electronic equipment interference.** Electronic transmission equipment close to a CEW could interfere with the proper CEW operation and cause the CEW to deploy or discharge. Keep the CEW at least several inches away from other electronic equipment. Place the CEW safety switch in the down (SAFE) position whenever it is near electronic equipment, including transmitting radios and cell phones. Remember to place the CEW safety switch in the up (ARMED) position before use.
4. **Avoid dropping CEW or cartridge.** If a CEW or cartridge is dropped or damaged it may unintentionally deploy or discharge, become inoperable, or fail to function, making it unsafe for continued use. If a CEW or cartridge has been dropped or damaged refer to the procedure recommended in the current version of the TASER Training materials.

**SAFETY INFORMATION: MAINTENANCE**

**WARNING** Failure to maintain a CEW as instructed may cause the CEW to malfunction or fail to function optimally, increasing the risk of death or serious injury. Follow recommended maintenance procedures.

To reduce these risks:

1. **Safely perform spark (function) test before each shift.** Testing helps verify that the CEW is functioning properly. See the current version of the TASER Training materials for further information on testing.
2. **Avoid using a damaged CEW or cartridge.** Do not use a cartridge with a missing blast door unless facing an immediate threat. CEW repair or modification by an unauthorized person may cause the CEW to fire or malfunction, will void the warranty, and may put the user or other person at risk of death or serious injury. Cartridges with blast doors that have been repaired should only be used for training and not for field use.
3. **Update CEW software.** Some CEWs have updateable software. Current CEW software may be obtained by contacting TASER's Customer Service Department or following instructions at www.evidence.com or www.TASER.com.
4. **Use only TASER-approved components, batteries, accessories, and cartridges.** The CEW is a sophisticated electronic system. For proper function, use only TASER-approved components, batteries, accessories, and cartridges with your CEW. Use of anything other than TASER-approved components, batteries, accessories, and cartridges will void the warranty, may cause malfunction, and may put the user or other person at risk of death or serious injury.
5. **Avoid exposure to wet conditions.** If the CEW is drenched or immersed in water or other liquid, **DO NOT** use or attempt to use the CEW until completing the procedure recommended by the manufacturer.
6. **Keep Smart™ cartridge contacts clean.** If the contacts on the Smart cartridge or inside the Smart cartridge bay of the X2 or X3 are not kept clean the CEW may fail to deploy the Smart cartridge.

March 1, 2013 Page: 7 of 8

M26™, TASER CAM™, Smart™, X2™, X26™, X26P™ and 'Protect Life' are trademarks of TASER International, Inc., and TASER®, X3® and Ⓣ are registered trademarks of TASER International, Inc., registered in the U.S. © 2013 TASER International, Inc. All rights reserved.

AXON_CURRAN000115



**Warning Accept/Decline Page**

AXON_CURRAN000116



**Instructor & User Exposure Release**

AXON_CURRAN000117

JA-142



**Students May Review Instructor/User Release Online**

**(form attached to this email)**

AXON_CURRAN000118

JA-143

# Exhibit 18



**TASER® Handheld CEW
Warnings, Instructions, and
Information: Law Enforcement**



## IMPORTANT SAFETY AND HEALTH INFORMATION



This document presents important safety warnings, instructions, and information intended to minimize hazards associated with the use of TASER International, Inc. (TASER) Conducted Electrical Weapons (CEWs). These instructions and warnings are for your protection as well as the safety of others. **Read the entire document before using a CEW.**

When used as directed in probe-deployment mode, CEWs are designed to temporarily incapacitate a person from a safer distance than some other force options, while reducing the likelihood of death or serious injury. However, any use of force, including the use of a CEW, involves risks that a person may get hurt or die due to the effects of the CEW, physical incapacitation, physical exertion, unforeseen circumstances, or individual susceptibilities. Following the instructions and warnings in this document will reduce the likelihood that CEW use will cause death or serious injury.

These warnings and instructions are effective **March 1, 2013**, and supersede all prior revisions and relevant Training Bulletins. **Immediately distribute this document to all TASER CEW users**. The most current warnings are also available online at www.TASER.com.

1. **Complete training first.** Significant differences exist between different TASER CEW models. Do not use or attempt to use any CEW model unless you have been trained by a Certified TASER Instructor on that particular model.[1]

2. **Read and obey.** Read, understand, and follow all current instructions, warnings, and relevant TASER training materials before using TASER CEWs. Failure to do so could increase the risk of death or serious injury to the user, force recipient, or others.

3. **Obey applicable laws, regulations, and agency Guidance.** Use of CEWs must be legally justified and comply with applicable federal, state, and local laws and regulations. The decision to use a CEW in a particular manner or circumstance must follow applicable law enforcement agency Guidance.[2]

**Always follow all current instructions, warnings, and TASER training materials to minimize CEW risks.**

This document uses a signal word panel to mark specific warnings:

**⚠WARNING** This signal word panel indicates **a potentially hazardous situation which if not avoided could result in death or serious injury.**

Warnings may be followed by instructions and information to help avoid the hazard and improve CEW safety.

## SAFETY INFORMATION: CEW RISKS AND RISK AVOIDANCE

**⚠WARNING**   **Cumulative Effects.** CEW exposure causes certain effects, including physiologic and metabolic changes, stress, and pain. In some individuals, the risk of death or serious injury may increase with cumulative CEW exposure. Repeated, prolonged, or continuous CEW applications may contribute to cumulative exhaustion, stress, cardiac, physiologic, metabolic, respiratory, and associated medical risks

---

[1] A Certified TASER Instructor is not a TASER agent, but maintains a current TASER instructor certification and complies with TASER's most current training requirements, materials and license agreement. Representations inconsistent with this document made by any Certified TASER Instructor are expressly disclaimed.

[2] Law enforcement agencies are force experts and are solely responsible for their own Guidance. "Guidance" includes policy, custom, procedure, rule, order, directive, training, continuum, and standard. TASER has no authority to mandate Guidance, set policy, require training, or establish standards of care or conduct.

M26™, TASER CAM™, Smart™, X2™, X26™, X26P™ and 'Protect Life' are trademarks of TASER International, Inc., and TASER®, X3® and ⊘ are registered trademarks of TASER International, Inc., registered in the U.S. © 2013 TASER International, Inc. All rights reserved.

AXON_CURRAN000078

JA-145



**TASER® Handheld CEW
Warnings, Instructions, and
Information: Law Enforcement**



which could increase the risk of death or serious injury. Minimize repeated, continuous, or simultaneous exposures.

**Physiologic and Metabolic Effects.** CEW use causes physiologic and/or metabolic effects that may increase the risk of death or serious injury. These effects include changes in blood chemistry, blood pressure, respiration, heart rate and rhythm, and adrenaline and stress hormones, among others. In human studies of electrical discharge from a single CEW of up to 15 seconds, the effects on acid/base balance, creatine kinase, electrolytes, stress hormones, and vital signs were comparable to or less than changes expected from physical exertion similar to struggling, resistance, fighting, fleeing, or from the application of some other force tools or techniques.

Some individuals may be particularly susceptible to the effects of CEW use. These susceptible individuals include the elderly, those with heart conditions, asthma or other pulmonary conditions, and people suffering from excited delirium, profound agitation, severe exhaustion, drug intoxication or chronic drug abuse, and/or over-exertion from physical struggle. In a physiologically or metabolically compromised person, any physiologic or metabolic change may cause or contribute to sudden death.

**Stress and Pain.** CEW use, anticipation of use, or response to use can cause startle, panic, fear, anger, rage, temporary discomfort, pain, or stress which may be injurious or fatal to some people.

To reduce the risk from CEW exposure:

1.  **Minimize the number and duration of CEW exposures.** Most human CEW lab testing has not exceeded 15 seconds of CEW application, and none has exceeded 45 seconds. Use the shortest duration of CEW exposure objectively reasonable to accomplish lawful objectives, and reassess the subject's behavior, reaction, and resistance before initiating or continuing the exposure. If a CEW deployment is ineffective in incapacitating a subject or achieving compliance consider alternative control measures in conjunction with or separate from the CEW.

2.  **Avoid simultaneous CEW exposures.** Do not use multiple CEWs or multiple completed circuits at the same time without justification. Multiple CEWs or multiple completed circuits at the same time could have cumulative effects and result in increased risks.

3.  **Control and restrain immediately.** Begin control and restraint procedures, including during CEW exposure ("cuffing under power"), as soon as reasonably safe and practical to minimize CEW cumulative effects and the total duration of exertion and stress experienced by the subject.

4.  **Avoid touching probes/wires during CEW discharge.** Controlling and restraining a subject during CEW exposure may put the CEW user and those assisting at risk of accidental or unintended shock. Avoid touching the probes and wires and the areas between the probes during the electrical discharge.

⚠️**WARNING** **Cardiac Capture**. CEW exposure in the chest area near the heart has a low probability of inducing extra heart beats (cardiac capture). In rare circumstances, cardiac capture could lead to cardiac arrest. When possible, avoid targeting the frontal chest area near the heart to reduce the risk of potential serious injury or death.

Cardiac capture may be more likely in children and thin adults because the heart is usually closer to the CEW-delivered discharge (the dart-to-heart distance). Serious complications could also arise in those with impaired heart function or in those with an implanted cardiac pacemaker or defibrillator.

AXON_CURRAN000079

JA-146

 

**TASER® Handheld CEW
Warnings, Instructions, and
Information: Law Enforcement**

To reduce the risk of injury:

1. **Use preferred target areas.**  The preferred target areas (blue) are below the neck area for back shots and the lower center mass (below chest) for front shots.  The preferred target areas increase dart-to-heart distance and reduce cardiac risks.  Back shots are preferable to front shots when practicable. 

2. **Avoid sensitive areas.**  When practicable, avoid intentionally targeting the CEW on sensitive areas of the body such as the face, eyes, head, throat, chest area (area of the heart), breast, groin, genitals, or known pre-existing injury areas.

> **⚠WARNING**  **Muscle Contraction or Strain-Related Injury.**  CEWs in probe-deployment mode can cause muscle contractions that may result in injury, including bone fractures.
>
> **⚠WARNING**  **Higher Risk Populations.**  CEW use on a pregnant, infirm, elderly, or low body-mass index person or on a small child could increase the risk of death or serious injury.  As with any force option, CEW use has not been scientifically tested on these populations.  Use a CEW on such persons **only** if the situation justifies an increased risk.

CEWs in probe-deployment mode can cause muscle contractions resulting in injuries similar to those from physical exertion, athletics, or sports, including hernia rupture, dislocation, tear, or other injury to soft tissue, organ, muscle, tendon, ligament, cartilage, disc, nerve, bone, or joint; or injury or damage associated with or to orthopedic or other hardware. Fractures to bone, including compression fracture to vertebrae, may occur.

These injuries may be more serious and more likely to occur in people with pre-existing injuries, orthopedic hardware, conditions or special susceptibilities, including pregnancy; low bone density; spinal injury; or previous muscle, disc, ligament, joint, bone, or tendon damage or surgery.  Such injuries may also occur in drive-stun applications or when a person reacts to the CEW deployment by making a rapid or unexpected movement.

> **⚠WARNING**  **Secondary Injury.**  The loss of control resulting from a CEW exposure may result in injuries due to a fall or other uncontrolled movement.  When possible, avoid using a CEW when secondary injuries are likely.

Loss of control associated with CEW use can have several causes:

- **Seizure.**  Repetitive stimuli (e.g., flashing light or electrical stimuli) can induce seizure in some people, which may result in death or serious injury.  This risk may be increased in a person with epilepsy, a seizure history, or if electrical stimuli pass through the head.  Emotional stress and physical exertion, both likely in incidents involving CEW and other uses of force, are reported as seizure-precipitating factors.

- **Fainting.**  A person may experience an exaggerated response to a CEW exposure, or threatened exposure, which may result in fainting or falling.

- **Muscle contraction, incapacitation, or startle response.**  CEW use may cause loss of control from muscle contraction, incapacitation, or startle response.

To reduce these risks, consider the person's location before using a CEW.  When practicable, avoid using a CEW on a person in the following circumstances unless the situation justifies a higher risk.

**When practicable, avoid using a CEW on a person who:**

- is on an elevated or unstable surface (e.g., tree, roof, ladder, ledge, balcony, porch, bridge, or stair);
- could fall and suffer impact injury to the head or other area;
- could fall on a sharp object or surface (e.g., holding a knife, falling on glass);
- is less able to catch or protect self in a fall (e.g., restrained, handcuffed, incapacitated, or immobilized);
- has impaired reflexes (e.g., from alcohol, drugs or certain medications);
- is running, in motion, or moving under momentum;

AXON_CURRAN000080

JA-147



**TASER® Handheld CEW
Warnings, Instructions, and
Information: Law Enforcement**



- is operating or riding any mode of transportation (e.g., vehicle, bus, bicycle, motorcycle, or train), conveyance (e.g., escalator, moving walkway, elevator, skateboard, rollerblades), or machinery; or
- is located in water, mud, or marsh environment if the ability to move is restricted.

## SAFETY INFORMATION: INJURY OR INFECTION

A CEW may cause injury as a result of the probe or electrical discharge.  The nature and severity of these effects depends on numerous factors including the area of exposure, method of application, individual susceptibility, and other circumstances surrounding CEW use, exposure, and after care.  Medical care may be required.

> **⚠WARNING**  **Eye Injury Hazard.**  A TASER probe, electrode, or electrical discharge that contacts or comes close to an eye can result in serious injury, including permanent vision loss.  DO NOT intentionally aim a CEW, including the LASER, at the eye of a person or animal without justification.
>
> **☀ LASER Light Hazard.**  CEWs use a LASER targeting aid.  LASERs can cause serious eye injury, including permanent vision loss.  **NEVER** aim a LASER at an aircraft or the operator of an aircraft or moving vehicle.
>
> **⚠WARNING**  **Probe or Electrode Injury, Puncture, Scarring, or Infection Hazard.**  CEW use may cause a permanent mark, burn, scar, puncture, or other skin or tissue damage.  Infection could result in death or serious injury.  Scarring risk may be increased when using a CEW in drive-stun mode.  Increased skin irritation, abrasion, mark, burning, or scarring may occur with a CEW with multiple cartridge bays when used in drive-stun or three-point deployment modes.
>
> **⚠WARNING**  **Penetration Injury.**  The TASER probe has a small dart point which may cause a penetration injury to a blood vessel or internal organ, including lung, bone, or nerve.  The probe or dart point (which may detach or break) can puncture or become embedded into a bone, organ, or tissue, which may require immediate medical care, surgical removal, or may result in scarring, infection, or other serious injury.

To reduce the risk of serious or permanent injury:

1. **Provide medical care as needed.**  Injury due to penetration of a probe or dart point into a blood vessel, organ, nerve, or bone may require medical care.  A probe, dart point, or barb embedded in a sensitive area such as the eye, genitals, breast, neck, throat, or vascular structure may cause serious injury and require medical care.  CEW use may cause skin irritation, puncture wound, abrasion, mark, rash, burn, or other scar or infection, which may require medical care and may be permanent.  As with any injury of this type, infection or tetanus and resulting complications may occur.  In accordance with your agency's Guidance, ensure access to medical care if needed.

2. **Follow agency Guidance for removing probes.**  Probe removal may cause injury.  Leaving a probe in the body may result in pain or injury.  Follow your agency's Guidance and biohazard protocols for probe removal.  In the case of embedment, organ or bone penetration, or probe, dart point, or barb detachment, immediate medical care and possible surgical removal may be required.

3. **Follow biohazard protocols.**  Use appropriate biohazard protocols including isolation procedures and protective equipment (e.g., gloves, masks, and washing of hands and exposed areas as necessary).  Follow your agency's Guidance and appropriate biohazard, waste, and evidence protocols when dealing with biohazards.

## SAFETY INFORMATION: CEW DEPLOYMENT AND USE

> **⚠WARNING**  CEWs and cartridges are weapons and as with any weapon follow safe weapon-handling practices and store your CEW securely.  Follow practices herein and additional requirements in your agency's Guidance.  Failure to follow these warnings may result in death or serious injury to the user or others.

AXON_CURRAN000081

JA-148

 **TASER** Protect Life   **TASER® Handheld CEW
Warnings, Instructions, and
Information: Law Enforcement**   

> ⚠ **WARNING**  **Confusing Handgun with CEW.** Confusing a handgun with a CEW could result in death or serious injury. Learn the differences in the physical feel and holstering characteristics between your CEW and your handgun to help avoid confusion. Always follow your agency's Guidance and training.
>
> ⚠ **WARNING**  **Trigger Hold-Back Model Differences.** If the trigger is held back, most CEWs will continue to discharge until the trigger is released or the power source is expended. With an APPM installed, the X2 and X26P can be programmed to stop a CEW discharge at 5 seconds *even if the user continues to hold back the trigger*, requiring a deliberate action to re-energize the deployed cartridge. Know your model and how it works. Avoid repeated, prolonged, or continuous CEW applications when practicable.
>
> ⚠ **WARNING**  In stressful or noisy circumstances, the APPM's audible warning may not be heard.

1. **Use properly.** Use a CEW only for its intended purpose, in legally justifiable situations, and in accordance with your agency's Guidance. Do not use for torture.

2. **Store in a secure location.** Store CEWs, cartridges, and accessories in secure locations inaccessible to children and other unauthorized persons to prevent inappropriate access or use.

3. **Use the safety switch.** Place the CEW safety switch in the down (SAFE) position when the CEW is not in use. Remember to place the CEW safety switch in the up (ARMED) position when you intend to use the CEW.

4. **Assume CEW is loaded.** Always assume that a CEW is loaded and capable of discharging. To help avoid unexpected discharge, ensure that no live cartridge is in the CEW when inserting a battery pack; TASER CAM™ or TASER CAM HD recorder; or while performing spark tests (except when function testing the X2 or X3), maintenance, data downloading, or battery charging.

5. **Be aware of CEW trigger.** Keep your finger off the trigger until it is legally justifiable to use the CEW and you are ready to deploy.

6. **Know how the CEW works.** Significant differences exist between different TASER CEW models. Before using any CEW, including a multi-shot CEW, ensure you understand the functioning and effects of that model.

7. **Be aware of X2 and X3 deployment mode.** Be aware of which deployment mode (manual or semi-automatic) is set on the X2 and X3 before use.

8. **Be Aware of X2 Static (Fixed) LASER Sight Mode.** The X2 has static dual LASERs. One LASER is intended to approximately align with the top dart and the other with the bottom dart, both of which are set-up for 15′ (4.6 meters (m)) and 25′ (7.62 m) cartridges at a 15′ distance from the target. The trajectory of the 35′ (10.7 m) long range cartridge will not line up with the bottom LASER when placed in the X2.

9. **Use simulation (training) cartridges ONLY for training or practice. DO NOT** use a CEW loaded with a simulation training cartridge for field use or self-defense. Simulation cartridges are intended for practice only and will have no incapacitating effect on a subject. Simulation cartridges use non-conductive wires and will not transmit electrical pulses to the probes.

## SAFETY INFORMATION: CEW EFFECTIVENESS

A CEW, like any weapon or force option, does not always function as intended and is not effective on every subject. As with any use of force, if a particular option is not effective, consider using other force options, disengaging, or using other alternatives per agency Guidance. **Always have a back-up plan.**

> ⚠ **WARNING**  **Subject Not Incapacitated.** An ineffective CEW application could increase the risk of death or serious injury to the user, the subject, or others. If a CEW does not operate as intended or if subject is not incapacitated, disengage, redeploy the CEW, or use other force options in accordance with agency Guidance.

A CEW's effects may be limited by many factors, including absence of delivered electrical charge due to misses, clothing disconnect, intermittent connection, or wire breakage; probe locations or spread; subject's

JA-149



**TASER® Handheld CEW
Warnings, Instructions, and
Information: Law Enforcement**



---

muscle mass; or movement. Some of the factors that may influence the effectiveness of CEW use in effecting or achieving control of a subject include:

- **Subject may not be fully incapacitated.** Even though a subject may be affected by a CEW in one part of his body, the subject may maintain full muscle control of other portions of his body. Control and restrain a subject as soon as possible, and be prepared in case the subject is not fully incapacitated.

- **Subject may recover immediately.** A subject receiving a CEW discharge may immediately regain physical or cognitive abilities upon cessation of the delivered CEW discharge. Control and restrain a subject as soon as possible, and be prepared in case the subject immediately recovers.

- **Drive-stun mode is for pain compliance only.** The use of a handheld CEW in drive-stun mode is painful, but generally does not cause incapacitation. Drive-stun use may not be effective on emotionally disturbed persons or others who may not respond to pain due to a mind-body disconnect. Avoid using repeated drive-stuns on such individuals if compliance is not achieved.

- **Probes may deviate.** CEWs are not precision-aimed weapons. Probe discharge, flight trajectory, and impact location can be affected by numerous factors, including cartridge or probe accuracy; failure of cartridge to properly deploy; strong air movements; user and subject movements; or probe striking subject, clothing, or object with insufficient force or trajectory to penetrate or adhere to subject. Deviations can result in limited or lack of effectiveness due to misses, failure to complete or maintain the electrical circuit, a small probe spread, or failure to deliver a sufficient charge to the subject.

- **CEW or cartridge may fail to fire or operate.** No weapon system, force option, or CEW is always operational or effective. If a CEW, cartridge, or accessory is inoperable or fails to function, consider reloading and redeploying, using other force options, disengaging, or using other alternatives per agency Guidance.

## SAFETY INFORMATION: OTHER HAZARDS

> ⚠WARNING **Probe Recoil or Ricochet.** If your target is farther away than the length of the probe wire, or if one or more probes miss the target, the probe can recoil and bounce back to strike the user or a bystander, causing injury. Probe recoil is more likely with simulation cartridges because of the nylon probe wire used.
>
> Always be sure your target is within range. Wear protective eyewear when deploying any CEW in training or for practice. Be sure practice targets have a firm backing that will allow the probes to stick and not bounce off and strike an unintended person, animal, or object, or continue through the backing and strike objects behind the target.
>
> ⚠WARNING **Untethered Discharged Probe.** A discharged probe that does not impact a subject or target may become untethered from the wire and travel a significant distance causing serious injury. Always be sure your target is within range.
>
> ⚠WARNING **Fire and Explosion Hazard.** CEW use can result in a fire or explosion when flammable gases, fumes, vapors, liquids, or materials are present. Use of a CEW in presence of fire or explosion hazard could result in death or serious injury. When possible, avoid using a CEW in known flammable hazard conditions.

A CEW can ignite explosive or flammable clothing or materials, liquids, fumes, gases, or vapors (e.g., gasoline, vapor or gas found in sewer lines or methamphetamine labs, butane-type lighters, flammable hair gels or some self-defense sprays). Do not knowingly use a CEW in the presence of any explosive or flammable substance unless the situation justifies the increased risk.

## SAFETY INFORMATION: GENERAL PRECAUTIONS

> ⚠WARNING **Unintentional CEW Deployment or Discharge Hazard.** Unintentional CEW activation or unexpected cartridge discharge could result in death or serious injury to the user, subject, or others.

---

March 1, 2013

M26™, TASER CAM™, Smart™, X2™, X26™, X26P™ and 'Protect Life' are trademarks of TASER International, Inc., and TASER®, X3® and ⑦ are registered trademarks of TASER International, Inc., registered in the U.S. © 2013 TASER International, Inc. All rights reserved.

Page: 6 of 8

AXON_CURRAN000083

JA-150



**TASER® Handheld CEW
Warnings, Instructions, and
Information: Law Enforcement**



To reduce the risk of unintentional deployment or discharge:

1. **Avoid static electricity.** Keep cartridge away from sources of static electricity. Static electricity can cause a CEW or X26, X26P, or M26 cartridge to discharge unexpectedly, possibly resulting in serious injury.

2. **Keep body parts away from front of CEW or cartridge.** Always keep your hands and body parts away from the front of the CEW and cartridge. If the CEW discharges unexpectedly you could be injured.

3. **Avoid electronic equipment interference.** Electronic transmission equipment close to a CEW could interfere with the proper CEW operation and cause the CEW to deploy or discharge. Keep the CEW at least several inches away from other electronic equipment. Place the CEW safety switch in the down (SAFE) position whenever it is near electronic equipment, including transmitting radios and cell phones. Remember to place the CEW safety switch in the up (ARMED) position before use.

4. **Avoid dropping CEW or cartridge.** If a CEW or cartridge is dropped or damaged it may unintentionally deploy or discharge, become inoperable, or fail to function, making it unsafe for continued use. If a CEW or cartridge has been dropped or damaged refer to the procedure recommended in the current version of the TASER Training materials.

## SAFETY INFORMATION: MAINTENANCE

⚠️**WARNING** Failure to maintain a CEW as instructed may cause the CEW to malfunction or fail to function optimally, increasing the risk of death or serious injury. Follow recommended maintenance procedures.

To reduce these risks:

1. **Safely perform spark (function) test before each shift.** Testing helps verify that the CEW is functioning properly. See the current version of the TASER Training materials for further information on testing.

2. **Avoid using a damaged CEW or cartridge.** Do not use a cartridge with a missing blast door unless facing an immediate threat. CEW repair or modification by an unauthorized person may cause the CEW to fire or malfunction, will void the warranty, and may put the user or other person at risk of death or serious injury. Cartridges with blast doors that have been repaired should only be used for training and not for field use.

3. **Update CEW software.** Some CEWs have updateable software. Current CEW software may be obtained by contacting TASER's Customer Service Department or following instructions at www.evidence.com or www.TASER.com.

4. **Use only TASER-approved components, batteries, accessories, and cartridges.** The CEW is a sophisticated electronic system. For proper function, use only TASER-approved components, batteries, accessories, and cartridges with your CEW. Use of anything other than TASER-approved components, batteries, accessories, and cartridges will void the warranty, may cause malfunction, and may put the user or other person at risk of death or serious injury.

5. **Avoid exposure to wet conditions.** If the CEW is drenched or immersed in water or other liquid, **DO NOT** use or attempt to use the CEW until completing the procedure recommended by the manufacturer.

6. **Keep Smart™ cartridge contacts clean.** If the contacts on the Smart cartridge or inside the Smart cartridge bay of the X2 or X3 are not kept clean the CEW may fail to deploy the Smart cartridge.

---

AXON_CURRAN000084

JA-151

  **TASER® Handheld CEW**
**Warnings, Instructions, and**
**Information: Law Enforcement**  

---

7. **Know CEW and cartridge expected useful life.**  Under normal storage, handling, and operating conditions, a CEW and cartridges have a 5-year expected useful life.  Use or attempted use of a CEW or cartridge after its expected useful life may result in malfunctions and lack of effectiveness.  Failure to properly care for and maintain a CEW or cartridge may substantially reduce or eliminate the expected useful life of the product.

### SAFETY INFORMATION: HAZARDOUS SUBSTANCES

⚠️**WARNING**  **Hazardous Substances.**  The CEW (including the cartridge) has components that contain chemicals known to the State of California and others to cause cancer and birth defects or other reproductive harm.  Do not disassemble.  Refer to your agency's Guidance for proper handling and disposal.

---

M26™, TASER CAM™, Smart™, X2™, X26™, X26P™ and 'Protect Life' are trademarks of TASER International, Inc., and TASER®, X3® and ⑦ are registered trademarks of TASER International, Inc., registered in the U.S. © 2013 TASER International, Inc. All rights reserved.

AXON_CURRAN000085

JA-152

# Exhibit 19



**Instructor and User:
Warnings, Risks & Release Agreement**



TASER International, Inc. (TASER) conducted electrical weapon (CEW) training courses are physically strenuous and there is a risk of personal injury. **BEFORE any TASER CEW training or CEW exposure, all persons MUST read the most current TASER CEW warnings and read and sign this form.** This document incorporates all current TASER CEW warnings by reference. This document is effective **January 23, 2015**, and supersedes all prior revisions.

### IMPORTANT SAFETY AND HEALTH INFORMATION

Read, understand, and follow all current instructions, warnings, and relevant TASER training materials before experiencing a CEW exposure or before participating in TASER CEW training. Failure to do so could increase the risk of death or serious injury to the trainee, user, force recipient, or others. Always follow all current instructions, warnings, and TASER training materials to minimize CEW risks.

### TRAINING CEW EXPOSURES

**Voluntary.** TASER does not require a CEW exposure as a condition for Instructor or User Certification. It is up to each agency to determine whether its instructors and users experience a CEW exposure as part of training. If CEW exposures are performed, they must be limited to a single exposure not exceeding 5 seconds and performed in accordance with TASER's guidelines and by a Certified TASER Instructor.[1]

**Probe Deployments to Back Only.** Cartridge deployed probes must be to the back of the torso or back of the legs only.

**Spotters.** All persons taking a CEW exposure must be properly supported by spotters to prevent falls unless lying down on a mat. Each spotter must hold the person and support the arm under the armpit to prevent arm or shoulder injuries.

**Eye Protection.** Eye protection is required for the CEW operator, observers, spotters and the person being exposed to any probe deployment.

### SAFETY INFORMATION: CEW RISKS AND RISK AVOIDANCE

**⚠WARNING Muscle Contraction or Strain-Related Injury.** CEWs in probe-deployment mode can cause muscle contractions that may result in injury, including bone fractures. CEWs in probe-deployment mode can cause muscle contractions resulting in injuries similar to those from physical exertion, athletics, or sports, including hernia rupture, dislocation, tear, or other injury to soft tissue, organ, muscle, tendon, ligament, cartilage, disc, nerve, bone, or joint; or injury or damage associated with or to orthopedic or other hardware. Fractures to bone, including compression fracture to vertebrae, may occur. These injuries may be more serious and more likely to occur in people with pre-existing injuries, orthopedic hardware, conditions or special susceptibilities, including pregnancy; low bone density; spinal injury; or previous muscle, disc, ligament, joint, bone, or tendon damage or surgery. Such injuries may also occur in drive-stun applications or when a person reacts to the CEW deployment by making a rapid or unexpected movement.

**⚠WARNING Secondary Injury.** The loss of control resulting from a CEW exposure may result in injuries due to a fall or other uncontrolled movement. When possible, avoid using a CEW when secondary injuries are likely.

**Seizure.** Repetitive stimuli (e.g., flashing light or electrical stimuli) can induce seizure in some people, which may result in death or serious injury. This risk may be increased in a person with epilepsy, a seizure history, or if electrical stimuli pass through the head. Emotional stress and physical exertion, both likely in incidents involving CEW and other uses of force, are reported as seizure-precipitating factors.

**Fainting.** A person may experience an exaggerated response to a CEW exposure, or threatened exposure, which may result in fainting or falling.

**Muscle contraction, incapacitation, or startle response.** CEW use may cause loss of control from muscle contraction, incapacitation, or startle response.

**⚠WARNING Cumulative Effects.** CEW use causes certain effects, including physiologic and metabolic changes, stress, and pain. In some individuals, the risk of death or serious injury may increase with cumulative CEW exposure. Repeated, prolonged, or continuous CEW applications may contribute to cumulative exhaustion, stress, cardiac, physiologic, metabolic, respiratory, and associated medical risks which could increase the risk of death or serious injury. Minimize repeated, continuous, or simultaneous exposures.

**Physiologic and Metabolic Effects.** CEW use causes physiologic and/or metabolic effects that may increase the risk of death or serious injury. These effects include changes in blood chemistry, blood pressure, respiration, heart rate and rhythm, and adrenaline and stress hormones, among others. In human studies of electrical

discharge from a single CEW of up to 15 seconds, the effects on acid/base balance, creatine kinase, electrolytes, stress hormones, and vital signs were comparable to or less than changes expected from physical exertion similar to struggling, resistance, fighting, fleeing, or from the application of some other force tools or techniques. Some individuals may be particularly susceptible to the effects of CEW use. These susceptible individuals include the elderly, those with heart conditions, asthma or other pulmonary conditions, and people suffering from excited delirium, profound agitation, severe exhaustion, drug intoxication or chronic drug abuse, and/or over-exertion from physical struggle. In a physiologically or metabolically compromised person, any physiologic or metabolic change may cause or contribute to sudden death.

**Stress and Pain.** CEW use, anticipation of use, or response to use can cause startle, panic, fear, anger, rage, temporary discomfort, pain, or stress which may be injurious or fatal to some people.

**Minimize the number and duration of CEW exposures.** Most human CEW lab testing has not exceeded 15 seconds of CEW application, and none has exceeded 45 seconds. Use the shortest duration of CEW exposure objectively reasonable to accomplish lawful objectives, and reassess the subject's behavior, reaction, and resistance before initiating or continuing the exposure. If a CEW deployment is ineffective in incapacitating a subject or achieving compliance, consider alternative control measures in conjunction with or separate from the CEW.

**Avoid simultaneous CEW exposures.** Do not use multiple CEWs or multiple completed circuits at the same time without justification. Multiple CEWs or multiple completed circuits at the same time could have cumulative effects and result in increased risks.

**Control and restrain immediately.** Begin control and restraint procedures, including during CEW exposure (cuffing under power), as soon as reasonably safe and practical to minimize CEW cumulative effects and the total duration of exertion and stress experienced by the subject.

**Avoid touching probes/wires during CEW discharge.** Controlling and restraining a subject during CEW exposure may put the CEW user and those assisting at risk of accidental or unintended shock. Avoid touching the probes and wires and the areas between the probes during the electrical discharge.

**⚠WARNING Cardiac Capture.** CEW exposure in the chest area near the heart has a low probability of inducing extra heart beats (cardiac capture). In rare circumstances, cardiac capture could lead to cardiac arrest. When possible, avoid targeting the frontal chest area near the heart to reduce the risk of potential serious injury or death. Cardiac capture may be more likely in children and thin adults because the heart is usually closer to the CEW-delivered discharge (the dart-to-heart distance). Serious complications could also arise in those with impaired heart function or in those with an implanted cardiac pacemaker or defibrillator.

**Use preferred target areas.** The preferred target areas are below the neck area for back shots and the lower center mass (below chest) for front shots. The preferred target areas increase dart-to-heart distance and reduce cardiac risks. Back shots are preferable to front shots when practicable.

**Avoid sensitive areas.** When practicable, avoid intentionally targeting the CEW on sensitive areas of the body such as the face, eyes, head, throat, chest area (area of the heart), breast, groin, genitals, or known pre-existing injury areas.

### SAFETY INFORMATION: INJURY OR INFECTION

**⚠WARNING Eye Injury Hazard.** A TASER probe, electrode, or electrical discharge that contacts or comes close to an eye can result in serious injury, including permanent vision loss. DO NOT intentionally aim a CEW, including the LASER, at the eye of a person or animal without justification.

**⚠WARNING Probe or Electrode Injury, Puncture, Scarring, or Infection Hazard.** CEW use may cause a permanent mark, burn, scar, puncture, or other skin or tissue damage. Infection could result in death or serious injury. Scarring risk may be increased when using a CEW in drive-stun mode. Increased skin irritation, abrasion, mark, burning, or scarring may occur with a CEW with multiple cartridge bays when used in drive-stun or three-point deployment modes.

**⚠WARNING Penetration Injury.** The TASER probe has a small dart point which may cause a penetration injury to a blood vessel or internal organ, including lung, bone, or nerve. The probe or dart point (which may detach or break) can puncture or become embedded into a bone, organ, or tissue, which may require immediate

---

[1] A Certified TASER Instructor is not a TASER agent, but maintains a current TASER instructor certification and complies with TASER's most current training requirements, materials and license agreement.

Representations inconsistent with this document made by any Certified TASER Instructor are expressly disclaimed.

AXON_CURRAN000037

JA-154



**Instructor and User:**
**Warnings, Risks & Release Agreement**



medical care, surgical removal, or may result in scarring, infection, or other serious injury.

### SAFETY INFORMATION: CEW DEPLOYMENT AND USE

**⚠WARNING** CEWs and cartridges are weapons, and as with any weapon follow safe weapon-handling practices and store your CEW securely. Significant differences exist between different TASER CEW models. Before using any CEW, including a multi-shot CEW, ensure you understand the functioning and effects of that model. Follow practices in TASER's warnings and training materials and any additional requirements in your agency's Guidance. Failure to follow the warnings may result in death or serious injury to the user or others.

**⚠WARNING** **Confusing Handgun with CEW.** Confusing a handgun with a CEW could result in death or serious injury. Learn the differences in the physical feel and holstering characteristics between your CEW and your handgun to help avoid confusion. Always follow your agency's Guidance and training.

**⚠WARNING** **Trigger Hold-Back Model Differences.** If the trigger is held back, most CEWs will continue to discharge until the trigger is released or the power source is expended. With an APPM installed, the X2 and X26P can be programmed to stop a CEW discharge at 5 seconds *even if the user continues to hold back the trigger*, requiring a deliberate action to re-energize the deployed cartridge. Know your model and how it works. Avoid repeated, prolonged, or continuous CEW applications when practicable.

### SAFETY INFORMATION: CEW EFFECTIVENESS

**⚠WARNING** **Subject Not Incapacitated.** An ineffective CEW application could increase the risk of death or serious injury to the user, the subject, or others. If a CEW does not operate as intended or if subject is not incapacitated, disengage, redeploy the CEW, or use other force options in accordance with agency Guidance. A CEW's effects may be limited by many factors, including absence of delivered electrical charge due to misses, clothing disconnect, intermittent connection, or wire breakage; probe locations or spread; subject's muscle mass; or movement. Some of the factors that may influence the effectiveness of CEW use in effecting or achieving control of a subject include:

**Subject may not be fully incapacitated.** Even though a subject may be affected by a CEW in one part of his body, the subject may maintain full muscle control of other portions of his body. Control and restrain a subject as soon as possible, and be prepared in case the subject is not fully incapacitated.

**Subject may recover immediately.** A subject receiving a CEW discharge may immediately regain physical or cognitive abilities upon cessation of the delivered CEW discharge. Control and restrain a subject as soon as possible, and be prepared in case the subject immediately recovers.

**Drive-stun mode is for pain compliance only.** The use of a handheld CEW in drive-stun mode is painful, but generally does not cause incapacitation. Drive-stun use may not be effective on emotionally disturbed persons or others who may not respond to pain due to a mind-body disconnect. Avoid using repeated drive-stuns on such individuals if compliance is not achieved.

### SAFETY INFORMATION: GENERAL PRECAUTIONS

**⚠WARNING** **Unintentional CEW Deployment or Discharge Hazard.** Unintentional CEW activation or unexpected cartridge discharge could result in death or serious injury to the user, subject, or others.

**Avoid static electricity.** Keep cartridge away from sources of static electricity. Static electricity can cause a CEW or X26, X26P, or M26 cartridge to discharge unexpectedly, possibly resulting in serious injury.

**Keep body parts away from front of CEW or cartridge.** Always keep your hands and body parts away from the front of the CEW and cartridge. If the CEW discharges unexpectedly you could be injured.

*****************

**IF YOU HAVE A CONDITION OR PRE-EXISTING INJURY THAT COULD BE AGGRAVATED BY TASER TRAINING OR CEW EXPOSURE, NOTIFY YOUR INSTRUCTOR AND DO NOT PARTICIPATE.**

Please check all boxes that apply:

☐ I do not have injuries, physical or mental conditions that could be aggravated by TASER training or CEW exposure.

☐ I have pre-existing injuries or conditions that could be aggravated by TASER training or CEW exposure.

☐ I agree to participate in the training course but I do NOT volunteer or agree to be exposed to the electrical discharge of the CEW.

### LIABILITY & RELEASE AGREEMENT

In consideration of, and as a condition precedent to, the use of TASER copyrighted training materials and participation in the training course; I acknowledge and agree as follows:

**I have read, fully understand and accept the risks.** I have read, fully understand, and accept the risks as stated in this document and TASER's current warnings ("Risks") and that these Risks exist whether or not I have pre-existing injuries. With full knowledge of the Risks, I voluntarily agree to participate in this TASER CEW training course.

**TASER does not require a CEW Exposure.** I understand that TASER does not require a CEW exposure as part of Instructor or User training. It is up to each agency to determine whether its instructors and users experience a CEW exposure as part of training and it is exclusively my decision to voluntarily experience a CEW exposure.

**I accept the Risks.** Understanding the Risks, I assume all Risks inherent in CEW training and the CEW exposure (unless I opted out of the CEW exposure as indicated on this form), whether known or unknown, foreseen or unforeseen.

**Release and hold harmless.** I release and hold harmless TASER, its agents, officers, directors, employees, and distributors, my instructor, my law enforcement agency, and the host agency (collectively "Released Parties"), from any and all claims, including but not limited to, claims for strict liability, breach of warranty, failure to warn, or any other theory of liability whatsoever even if due to the NEGLIGENCE or GROSS NEGLIGENCE of the Released Parties. I specifically waive any statutory rights I may have regarding the release of unknown claims.

**I agree no one will sue Released Parties.** I promise that neither I nor anyone on my behalf will ever sue or bring any other legal action or claim against the Released Parties for anything related to my TASER CEW training.

**Workers' Compensation Rights.** This release does not waive any rights I may have under Workers' Compensation Laws. I agree that any recovery under Workers' Compensation Laws does not change, extend or enlarge the waivers and protections inherent in this agreement.

**This agreement supersedes any other representation.** This release supersedes any other statement, agreement or representation, written or oral, concerning my TASER CEW training (including any CEW exposure). I affirm that this is my entire agreement with TASER and I am not relying on any representation by my instructor or agency inconsistent with TASER's warnings and the Risks set forth in this document or in TASER's training materials.

**This agreement is a binding contract.** I intend this form be legally binding upon me, my heirs, executors, administrators, attorneys and assigns. This agreement is contractual and not a mere recital. If any part of this agreement is held vague, invalid, or otherwise unenforceable, the rest of the agreement will continue in full force and effect.

**I am competent to be bound by this agreement.** I affirm that I am competent to enter into and be bound by this agreement; that I have read and understand this Liability & Release Agreement in its entirety; that I have not been induced to sign this agreement by any promise or representation; and that I sign it voluntarily and of my own free will. By signing below I understand that I am giving up certain legal rights, including the right to recover damages in case of injury.

Date _____  Signed _____

Printed Name_____

Agency_____

**Mail, fax or email a copy of this completed form to TASER at:**
17800 N. 85th St., Scottsdale, AZ 85255
Fax 480.905.2027 Email legal@taser.com

# Exhibit 20



[TASER Training Version 20]

# TASER® CEW Instructor Applicant Certification Form

**PRINT LEGIBLY AND CLEARLY PLEASE!**

**Which CEWs were you certified on (Check all that apply):**     ☐ **M26**   ☐ **X26**   ☐ **X26P**   ☐ **X2**   ☐ **X3**

Rank: _____     Name: _____

Agency: _____     Email: _____

Phone: _____

Address/State/Zip: _____

_____

New Certification: ☐        Biannual (every 2 years) Recertification: ☐

## TASER Master Instructor (MI) Use Only

MI is required to verify that applicant has successfully completed all CEW Instructor Certification requirements.

Number of correct answers on each written exam: _____ out of _____   (90% minimum)
☐ Not applicable – Exam completed during the TASER CEW online course

_____ Review entire Version 20 Instructor Certification Course PowerPoint Presentation(s).

_____ Demonstrate safe handling of CEW and cartridges and proper finger positions for safe handling, aiming, and firing.

_____ Safely control TASER CEW adequately when commanded "Arm - Spark - Safe" at random.

_____ Demonstrate the ability to safely load and unload the TASER CEW under stress.

_____ Remove and reinstall battery in TASER CEW correctly.

_____ Deploy a minimum of 4 live cartridges, placing both probes in preferred target zones.

_____ (X2 and X3 only) Utilize the ARC switch to re-energize deployed probes and give a warning arc

I hereby certify that the above named instructor applicant has satisfactorily completed all components of the TASER CEW Instructor Certification, or Bi-Annual Re-Certification, training program and is hereby certified as a TASER Certified Instructor of this CEW system for two years.

Attested by Certifying Master Instructor: _____   _____
                                                                            (Print Name)                    (Signature)

Date: _____     Location of Training: _____

***Return Original Form to TASER International – Training Department***
***In House Instructor Courses – Keep a Copy of this Form for Department Training Records***

M26, X2, X26, and X26P are trademarks of TASER International, Inc., and TASER, X3, and the 'Bolt within Circle' logo are trademarks of TASER International, Inc., registered in the US and other countries. For more information, visit www.TASER.com/legal. All rights reserved.
© 2015 TASER International, Inc.

AXON_CURRAN00039_0009

JA-157

# Exhibit 1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

(NORFOLK DIVISION)

------------------------------X

SHAWN CURRAN,                    )

                                 )

                Plaintiff,       ) Case No.

                                 )

v.                               ) 2:19-cv-617

                                 )

AXON ENTERPRISE, INC. et al.,    )

                                 )

                Defendants.      )

------------------------------X


REMOTE VIDEOTAPED DEPOSITION OF

RICHARD WILLIAM NELSON

Monday, June 22, 2020; 4:13 p.m. EST


Job No.:   593253

Pgs.   1 - 256

Reported by:  Cindy L. Sebo, RMR, CRR, RPR, CSR,

CCR, CLR, RSA, Remote Counsel Reporter,

LiveDeposition Authorized Reporter

MAGNA LEGAL SERVICES

(866) 624-6221

www.MagnaLS.com



Page 2

1              Remote Videotaped Deposition of

2   RICHARD WILLIAM NELSON taken by Counsel for

3   Plaintiff, before Cindy L. Sebo, Registered

4   Merit Court Reporter, Certified Real-Time

5   Reporter, Registered Professional Reporter,

6   Certified Shorthand Reporter, Certified Court

7   Reporter, Certified LiveNote Reporter, Real-Time

8   Systems Administrator, Remote Counsel Reporter,

9   LiveDeposition Authorized Reporter and Notary

10  Public, beginning at approximately 4:13 p.m. EST,

11  when were present on behalf of the respective

12  parties:

13

14

15

16

17

18

19

20

21

22



JA-160

Page 3

```
 1                  A P P E A R A N C E S:

 2           (All via Zoom Video Communications)

 3    Attorney for Plaintiff:

 4            BREIT CANTOR GRANA BUCKNER

 5            M. SCOTT BUCCI, ESQUIRE

 6            ELLIOTT M. BUCKNER, ESQUIRE

 7            7130 Glen Forest Drive, Suite 400

 8            Richmond, Virginia 23226

 9            804.888.9501

10            sbucci@breitcantor.com

11            ebuckner@breitcantor.com

12

13    Attorney for Defendants:

14            AXON ENTERPRISE, INC.

15            AMY L. NGUYEN, ESQUIRE

16            PETER BROWN, ESQUIRE

17            17800 N. 85th Street

18            Scottsdale, Arizona 85255

19            623.326.6016

20            amynguyen@axon.com

21            peterbrown@axon.com

22
```



JA-161

```
                                                      Page 4
  1         A P P E A R A N C E S (Continued):

  2

  3    Attorney for Defendant Richard Nelson:

  4          TAYLORWALKER PC

  5          BRIAN N. CASEY, ESQUIRE

  6          1206 Laskin Road, Suite 100

  7          Virginia Beach, Virginia 23451

  8          757.625.7300

  9          bcasey@taylorwalkerlaw.com

 10

 11    ALSO PRESENT:

 12          KENDRA DOBSON, Videographer

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22
```



JA-162

```
                                                     Page 5
 1                      INDEX OF EXAMINATION

 2

 3    RICHARD WILLIAM NELSON

 4    EXAMINATION BY                                   PAGE

 5       Mr. Bucci                               12, 241

 6       Ms. Nguyen                                    190

 7       Mr. Casey                                     239

 8                        -  -  -

 9                    INDEX TO EXHIBITS

10                        -  -  -

11     (Exhibits Attached to the Original Transcript.)

12    DEPOSITION

      EXHIBIT NUMBER   DESCRIPTION                     PAGE

13

14       28           Collection of Documents, Bates

15                    stamped AXON_CURRAN000601

16                    through AXON_CURRAN000649         29

17

18       29           E-mail with attachment,

19                    Nelson to Bliven, December

20                    15, 2017, Bates stamped

21                    AXON_CURRAN000650 through

22                    AXON_CURRAN000651                 60
```



```
                                                    Page 6
  1                         -  -  -

  2             INDEX TO EXHIBITS (Continued)

  3                         -  -  -

  4   DEPOSITION

      EXHIBIT NUMBER   DESCRIPTION                    PAGE

  5

  6      30            TASER International Master

  7                    Instructor Application Form,

  8                    Bates stamped

  9                    AXON_CURRAN000580               63

 10

 11      31            PowerPoint presentation, TASER

 12                    Protect Life In-House Instructor

 13                    Course, Bates stamped

 14                    AXON_CURRAN00039_0592 through

 15                    AXON_CURRAN00039_0966           79

 16

 17      32            Videos                          85

 18

 19

 20

 21

 22
```



```
                                                            Page 7
  1                           -  -  -

  2              INDEX TO EXHIBITS (Continued)

  3                           -  -  -

  4    DEPOSITION

       EXHIBIT NUMBER   DESCRIPTION                      PAGE

  5

  6       33           Version 20 TASER Conducted

  7                    Electrical Weapons (CEWs)

  8                    Part 1: In-House Instructor

  9                    Certification Test Answer Key,

 10                    Bates stamped

 11                    AXON_CURRAN00039_0033 through

 12                    AXON_CURRAN00039_0037             90

 13

 14       34           TASER CEW Instructor Applicant

 15                    Certification Form, Bates stamped

 16                    AXON_CURRAN00039_0009             93

 17

 18

 19

 20

 21

 22
```



```
                                            Page 8
 1                       -  -  -
 2           INDEX TO EXHIBITS (Continued)
 3                       -  -  -
 4    DEPOSITION
      EXHIBIT NUMBER   DESCRIPTION                    PAGE
 5
 6
          35            TASER READ FIRST document, Bates
 7
                        stamped AXON_CURRAN00039_0001
 8
                        through AXON_CURRAN00039_0003    102
 9
10
          36            TASER Course Roster, Bates stamped
11
                        AXON_CURRAN00039_0004 through
12
                        AXON_CURRAN00039_0005            112
13
14
          37            2016 TASER Certified Instructor
15
                        Independent Contractor Agreement,
16
                        Bates stamped AXON_CURRAN000105
17
                        through AXON_CURRAN000107        131
18
19        38            Photographs, Bates stamped
20                      AXON_CURRAN000154 through
21                      AXON_CURRAN000157               147
22
```



JA-166

```
                                                        Page 9
  1                          -   -   -

  2              INDEX TO EXHIBITS (Continued)

  3                          -   -   -

  4    DEPOSITION

       EXHIBIT NUMBER   DESCRIPTION                      PAGE

  5

  6

       39              Video stills                      177

  7

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22
```



Page 10

    1                S T I P U L A T I O N S

    2

    3           IT IS HEREBY STIPULATED AND AGREED

    4    by and between counsel no party to the litigation

    5    will object to the remote deposition on the grounds

    6    that the certified stenographer may not have the

    7    legal authority to swear in the witness.

    8

    9           FURTHER STIPULATED AND AGREED

   10    that in lieu of the oath administered in person,

   11    the witness declares the testimony in this matter

   12    under the penalty of perjury.

   13

   14           FURTHER STIPULATED AND AGREED

   15    that the certified stenographer is not physically

   16    present in the deposition room and will be

   17    reporting this deposition remotely.

   18

   19           FURTHER STIPULATED AND AGREED

   20    all parties and their counsel consent to this

   21    arrangement and waive any objections to this manner

   22    of reporting.



Page 11

1                   P R O C E E D I N G S

2

3                   Remote Deposition

4           Monday, June 22, 2020; 4:13 p.m. EST

5

6               THE VIDEOGRAPHER:  We are now on

7        the record.

8                   This begins Media Number 1 in the

9        deposition of Richard Nelson in the

10       matter of Shawn -- oh, sorry -- yep,

11       that's right -- in the matter of

12       Shawn Curran versus Axon Enterprise,

13       Inc. -- excuse me -- in the United States

14       District Court for the Eastern District

15       of Virginia.

16                  Today is Monday, June 22nd, 2020,

17       and the time is 4:13 p.m.

18                  Today -- this deposition is being

19       taken completely by remote at the request

20       of Axon Enterprise Corporation, Inc.

21                  The videographer is Kendra Dobson,

22       and the court reporter is Cindy Sebo,



Page 12

1          both of Magna Legal Services.

2                Counsel will be noted on the

3          stenographic record.

4                Will the court reporter please

5          swear in the witness?

6                      -  -  -

7                RICHARD WILLIAM NELSON,

8          after having been first duly sworn remotely

9          by the certified stenographer, was examined

10          and testified remotely as follows:

11                      -  -  -

12                CERTIFIED STENOGRAPHER:  The

13          witness is sworn.

14                      -  -  -

15          EXAMINATION BY COUNSEL FOR PLAINTIFF

16                      -  -  -

17   BY MR. BUCCI:

18      Q.    Mr. Nelson, my name is Scott Bucci.

19   I represent Shawn Curran in the case he's brought

20   against you and Axon Enterprise.

21                I'm going to ask you a few questions

22   today.  We'll try to get through it as quickly



JA-170

Page 13

1   as we can.

2          Let me ask you first, Have you ever

3   given a deposition before?

4          A.     Nothing of this magnitude, no.

5          Q.     Okay.  What -- how many depositions

6   have you given in the past?

7          A.     Probably only one.

8          Q.     What was the -- what were the

9   circumstances of that deposition?

10         A.     I was actually a witness for someone

11  else.

12         Q.     All right.  And what -- what was

13  the -- the crux of the matter?

14         A.     That was based on -- on a call

15  through my job involving a shooting that resulted

16  in -- in a lawsuit.

17         Q.     Got you.

18         Okay.  Well, I'm going to ask you --

19  this will probably be a little similar to it,

20  but I'm going to ask you a bunch of questions.

21  If at any time I ask you a question and you

22  don't understand, let me know, and I will



JA-171

Page 14

1    rephrase my question until, hopefully, you

2    understand.

3              If you go ahead and answer a

4    question, I'm going to assume that you're

5    comfortable with it and you feel like you've

6    understood it.

7              Is that fair?

8        A.    That's fair.

9        Q.    Please -- I guess we can -- we're on

10   video, so I tell -- normally tell people you

11   can't say uh-huhs or -- uh-huhs or nods of the

12   head, but we can go ahead and do that today,

13   but -- but, seriously, please verbalize your

14   responses with a clear yes or no if it's that --

15   if it's an appropriate question like that.

16             Please let me get my question out

17   entirely before you begin to answer.  We don't

18   want to be talking over one another, because I

19   think it will cut us off the way this Zoom thing

20   work.

21             And if you need to take a break, let

22   me know.  We'll take a break.  And that's about



Page 15

1    all I have.

2              Where -- where do you currently

3    live?

4         A.    I currently live in Levels, West --

5    or Pots -- I'm sorry -- Points, West Virginia.

6         Q.    Okay.  What's the address?

7         A.

8         Q.    How long have you lived there?

9         A.    Going on 11 years.

10        Q.    Do you have any plans to move from

11   there in the immediate future?

12        A.    No.

13        Q.    Who do you live there with?

14        A.    My wife.

15        Q.    Who is she?

16        A.    Tammy Nelson.

17        Q.    How long have you been married to

18   Tammy Nelson?

19        A.    A little over 20 years.

20        Q.    Anybody else live with you at that

21   residence?

22        A.    No.



Page 16

```
 1          Q.      At the time of this accident -- or

 2    incident, had -- did anybody live with you at

 3    that residence, in addition to your wife?

 4          A.      No.

 5          Q.      And have you ever been convicted of a

 6    felony?

 7          A.      No, sir.

 8          Q.      Have you ever been convicted of a

 9    crime involving lying, cheating or stealing?

10          A.      No, sir.

11          Q.      Didn't think so, but everybody gets

12    asked the question.

13                  What is your Social Security number?

14          A.

15                    .

16          Q.      What is your date of birth?

17          A.      .

18    attorney or somebody speaking with you office,

19    have you spoken with anybody in preparation for

20    today's deposition?

21          A.      No, sir.

22          Q.      Have you reviewed any documents in
```



Page 17

1    preparation for today's deposition?

2         A.    I just briefly looked over what was

3    delivered today.

4         Q.    Okay.  How about before that, before

5    today?  Have you reviewed any documents in the

6    last, say, week to 10 days that are relevant to

7    the case?

8         A.    I don't know that I have anything to

9    review, to be quite honest.

10        Q.    Okay.  The -- there's a surveillance

11   video that shows the whole incident.

12              Have you seen that at some point?

13        A.    No, sir.

14        Q.    Okay.  Where are you currently

15   employed?

16        A.    For the West Virginia Natural

17   Resource Police.

18        Q.    How long have you been employed

19   there?

20        A.    Eleven years.

21        Q.    Has your job duties been pretty much

22   the same for those 11 years, or have they



Page 18

1    differed?

2          A.     They've pretty much been the same.

3          Q.     Give me a brief description of your

4    job duties at the West Virginia -- you said

5    Natural Resource Police?

6          A.     Correct.  General patrol; rivers;

7    wildlife management areas; any kind of --

8    anything environmental, such as fires, open

9    dumps.  That -- that's a general day of what

10   we're looking for, but we are a full law

11   enforcement organization out to answer just about

12   any call that comes out.

13         Q.     Kind of like -- just basically the

14   policemen for the outdoor nature part of it.

15                Is that a fair statement?

16         A.     That -- that's our main job, yes, but

17   we do answer all calls.

18         Q.     Gotcha.

19                And so you have been there for

20   11 years.

21                In the past 11 years, did you have

22   any other employment that co -- coincided with



JA-176

Page 19

1   the West Virginia Natural Resource Police?

2        A.    Like a part-time job, you mean?

3        Q.    Yeah, things like that.

4        A.    The last 11 years, the only -- the

5   only other thing I've done has been work for

6   TASER.

7        Q.    Gotcha.

8              And just so we're clear, I believe

9   that TASER is now known as Axon Enterprise.  And

10  before, I think, 2017, it was mainly TASER

11  International.

12             Can we agree that we -- each of us

13  may say "Axon" or "TASER," and they both mean

14  the same company; is that fair?

15       A.    Yeah, I -- I actually -- it's Axon.

16  I actually revert back to TASER sometimes,

17  unknowingly.

18       Q.    That's fine, as long as we're in

19  agreement we're talking about the same company.

20             And while we're at it, you know,

21  CEW, I understand, is conducted energy weapon.

22             Is that your understanding?



Page 20

```
 1          A.     Yes, sir.

 2          Q.     So when we -- there may be times when

 3     I accidentally refer to a TASER, and that's not

 4     an actual -- you know, it's a company, but what

 5     I'm referring to is a CEW.

 6                 Okay?

 7          A.     Right.

 8          Q.     And then the folks that were being

 9     trained on the date of the incident -- I'm going

10     to call them "applicants" or "trainees."

11                 Does that sound okay with you?

12          A.     That's fine.

13          Q.     Is that a proper term?

14          A.     It fits.

15          Q.     Okay.

16                 All right.  I'll come back to -- to

17     your work with Axon.

18                 Prior to working at the

19     West Virginia Natural Resource Police, who did

20     you work for?

21          A.     I worked for two other law

22     enforcement agencies.  I worked for
```



```
                                                    Page 21
 1    Berkeley County Sheriff Department in

 2    West Virginia, and I worked for Shepherdstown

 3    Police Department, which is also in

 4    West Virginia.

 5         Q.    And were you working those two

 6    positions concurrently?

 7         A.    No, sir, no.  I worked for

 8    Berkeley County first, for almost 10 years, and

 9    then five with Shepherdstown before coming to the

10    Natural Resource Police.

11         Q.    So it went where you are currently --

12    if we're going backwards -- where are you

13    currently, then Berkeley, then Shepherdstown?

14         A.    No.  Backwards, it would be where I

15    am now, Shepherdstown, Berkeley.

16         Q.    Gotcha.

17               What was your position at

18    Shepherdstown?

19         A.    Patrolman.

20         Q.    Okay.  Give me a brief description of

21    your job duties there.

22         A.    Routine patrol, traffic, answer
```



Page 22

1    calls.

2         Q.    Berkeley County Sheriff's Office --

3    what did you do there?

4         A.    At the time that I left

5    Berkeley County, I was a corporal, which was a

6    relief -- a relief shift supervisor.  So my

7    duties from certain days of the week would be to

8    supervise when there was no sergeant around.

9              The other -- the other days of the

10   week, I actually would do patrol like the other

11   officers, answer calls, serve papers, things of

12   that nature.

13        Q.    Okay.  Why did you leave the Berkeley

14   County Sheriff's Office to go to Shepherdstown?

15        A.    I actually didn't leave to go to

16   Shepherdstown.  I left because I was offered a

17   partnership with a construction company.  So to

18   keep my certification as a law enforcement

19   officer, I worked at Shepherdstown at the same

20   time.  I wasn't forced to work 40 hours a week,

21   so it made it easy for me to do that.

22        Q.    Okay.  So Shepherdstown -- it was a



Page 23

1    function of you could work fewer officers

2    still -- fewest hours, still be an officer and

3    also work at this construction company.

4              Is that what you're saying?

5         A.    Correct.  I was a part owner in it.

6         Q.    Got it.

7              Why did you leave Shepherdstown to

8    go to the West Virginia Natural -- Nat --

9    Natural Resource Police?

10        A.    Actually, one of the guys that --

11   that also worked part-time at Shepherdstown

12   worked for the Natural Resource Police.  And he

13   actually came to me and told me that there was a

14   position open in Berkeley County because he knew

15   that at the time -- at that time, construction

16   had kind of went down, and he knew that I was

17   probably looking to go back into full-time law

18   enforcement.

19             So he just offered up the

20   information that they were going to be testing,

21   you know, for a position where I lived.

22        Q.    And I think -- I think you said that



JA-181

Page 24

 1    you also had a part-time job with Axon.

 2                  Did I hear that correctly?

 3         A.    Yes.

 4         Q.    Other than Axon, during your time

 5    with Berkeley County, Shepherd -- or

 6    Shepherdstown, have you had any part-time jobs

 7    with anyone else?  And I think you mentioned

 8    there was the -- the construction company that

 9    you -- you worked on.

10                  Anything else?

11         A.    Nothing I can think of offhand.

12         Q.    Okay.  My understanding is that Axon

13    is paying your legal fees in this matter?

14         A.    Yes, sir.

15         Q.    How did that come about?

16         A.    Don't know that I could even answer

17    that, to be quite honest.

18         Q.    Why -- did you ask them to pay your

19    legal fees?

20         A.    I briefly spoke with them about the

21    situation to find out what was going to be done

22    in my behalf.  It was decided that they would



JA-182

Page 25

1    hire an attorney for me to help me make that

2    decision.  And between the attorney they hired

3    for me to do that and them, that decision was

4    made that I should probably have separate

5    counsel.

6         Q.    Okay.  So I assume that these

7    conversations occurred after you were served with

8    the lawsuit?

9         A.    Yes.

10        Q.    Who did you speak to at Axon

11   regarding this issue?

12        A.    Initially, I'm not sure who I spoke

13   to.  I called the training line and spoke with

14   Stacy, which I found he was no longer with the

15   training, and was referred to Amy to speak with

16   her about the situation.

17        Q.    Okay.  And tell me about that

18   discussion.

19        A.    We -- we did a discussion over Zoom.

20   I don't know if we discussed a whole lot of

21   detail on that day.  It was pretty much -- I

22   would -- you know, I would be told things as they



Page 26

1    come about as to how things were going to go.  I

2    don't know that there was a -- a big discussion

3    at all that day, to be quite honest.

4         Q.    And this is Ms. Nguyen you're

5    speaking of?

6         A.    Yes.

7              MS. NGUYEN:  And -- and, Scott, I

8         think if you're going to go any further

9         into that, this is prior to him obtaining

10        counsel.  So if he was seeking legal

11        guidance, that would fall under the

12        privilege.  But I wanted you to at least

13        get the frame of mind for that.

14             MR. BUCCI:  That's fair.  And I --

15        and I'll just summarize and move on.

16   BY MR. BUCCI:

17        Q.    So the -- the general gist of it was,

18   Mr. Nelson, that you want to know, hey, what do I

19   do, what's going to happen here.  And you had

20   some conversation with Ms. Nguyen, and it was

21   decided that they would hire a lawyer for you and

22   pay the fees.  And since that point, you've



Page 27

1    been -- Mr. Casey's been your lawyer.

2              Is that a fair statement?

3         A.    That is correct.

4         Q.    Okay.  When did you first start using

5    TASER CEWs?

6         A.    Initially, I certified as an

7    instructor with TASER in -- I think it was in the

8    end of 1998.

9         Q.    When -- well, did you -- our

10   understanding is that there are kind of three

11   levels of being TASER certified: one is an end

12   user, the next is instructor and the next is

13   master instructor.

14             Am I right or wrong on that?

15        A.    That's correct.

16        Q.    All right.  So when were you first

17   certified as an end user?

18        A.    My -- my initial certification was

19   actually as an -- as an -- a instructor.

20        Q.    Okay.  Prior to 1998, had you

21   received any -- let me just ask you this:  Have

22   you ever received any TASER CEW training either



Page 28

1    as an end user, as a -- a instructor or as a

2    master instructor that was not in some way

3    affiliated with TASER or Axon?

4         A.    No.

5         Q.    That's my understanding, is that

6    all -- all levels of instruction or certification

7    have to be TASER or Axon-approved.

8              Is that a fair statement?

9              MS. NGUYEN:  Object to the form

10        and foundation.

11   BY MR. BUCCI:

12        Q.    It's okay.  Go ahead and answer.

13        A.    That's -- the only training I've had

14   has all been through Axon/TASER.

15        Q.    All right.  Let me see if I can make

16   this work here.

17             MR. BUCCI:  All right.  Can

18        everybody see that?

19             CERTIFIED STENOGRAPHER:  You need

20        to flip it, probably.

21             MR. BUCCI:  Yeah.  Give me one

22        second here.



JA-186

Page 29

1              So this is -- just for reference,
2         it's AXON_CURRAN601 to -649.  It's not
3         all pages, but it's -- it's selected ones
4         from there.
5              And I'd like to make that Exhibit
6         Number -- what are we at?  Twenty -- 28?
7              CERTIFIED STENOGRAPHER:  Yes.
8                        -  -  -
9              (Deposition Exhibit Number 28,
10              Collection of Documents, Bates
11              stamped AXON_CURRAN000601 through
12              AXON_CURRAN000649, marked for
13              identification, as of this date.)
14                        -  -  -
15    BY MR. BUCCI:
16         Q.    Mr. Nelson, I don't know if it's
17    easier to look at these documents on the
18    screen -- or you should have a paper copy there.
19              So you're -- and I may refer to
20    these.
21              So you -- you never certified as an
22    end user.  You just started off at the second



Page 30

1    level and got certified as an instructor in

2    1998.

3              Was that correct?

4      A.      Correct.

5      Q.      Tell me about that process of

6    becoming certified as an -- a TASER CEW

7    instructor in 1998.

8              What did you have to do?

9      A.      Let me shut my door.

10     Q.      Sure.

11     A.      I'm sorry.  My dog pushed the door

12   open.

13             Can you repeat the question now?

14     Q.      Sure.

15             And just -- I'm just -- I'm just

16   going to get a -- going to go through your

17   history of -- of training with Axon, getting

18   certified and recertified, just so I give you a

19   road map.  Let's start at the beginning.

20             In 1998, you were certified as a

21   TASER CEW instructor, correct?

22     A.      Correct.  It was for the AIR TASER.



JA-188

Page 31

1          Q.      Okay.  What's the difference between

2     an AIR TASER and the -- the TASER that we -- we

3     talk about today, the -- what is the X26 or X26P?

4          A.      AIR TASER was the name of the first

5     one that they built.

6          Q.      All right.  Take me through the

7     process by which you got certified to be an

8     AIR TASER instructor.

9          A.      That class was held in -- in

10    Connecticut.  Myself and another deputy received

11    an invitation -- my department did, and they --

12    they chose us to go.  We had to drive through

13    Connecticut, attend the training.

14              Training at that time was for the

15    AIR TASER because that was currently what --

16    what TASER was producing.  We were shown at that

17    time what the M26 would be when -- when it come

18    out, but it wasn't out yet.

19         Q.      How many people, approximately, were

20    in that car -- excuse me -- in that class?

21         A.      Probably 20.

22         Q.      And was it a one-day or two-day or



Page 32

 1    three-day class?

 2         A.     That was a -- that was a one-day

 3    class.

 4         Q.     What did the training consist of?

 5         A.     The training consisted of -- similar

 6    to what it is now.  PowerPoint, some hands on

 7    with the TASER itself, firing the TASER.  A few

 8    of the students actually took exposure at that

 9    time to the -- to the AIR TASER.

10         Q.     Were there any -- any -- you correct

11    my terminology if I'm wrong -- but my

12    understanding is that, you know, you have the

13    classwork and then you can have static drills or

14    static training and then dynamic or

15    scenario-based drills in training.

16              Is that -- do I have my terms right?

17         A.     That's close enough, yes.

18         Q.     Well, you -- you tell me how -- how I

19    should call them.

20         A.     Well, I mean, our -- our general

21    class now, which -- of course, it's different

22    what it was then -- would be PowerPoint; then we



JA-190

Page 33

1    do non- -- nonfiring drills, which -- you know,

2    no live rounds or anything of that nature; then

3    we lead that into live firing, which would be

4    some qualification, things of that nature; then

5    into the scenario-based training.

6         Q.    And live firing -- that would be -- I

7    mean, the term that I -- that I've heard and I

8    think I've read online is just "static-based

9    training."

10            That's where you're just shooting at

11   a target, or something like that?

12        A.    Yeah, that -- you wouldn't be, you

13   know, running or doing any moving when you're --

14   when you're firing a TASER for static drills.

15        Q.    Gotcha.

16            All right.  The -- back when you

17   first became a certified TASER instructor in

18   1998 -- I don't even know if they had

19   PowerPoints back then, but did you have

20   something similar to -- to a PowerPoint

21   presentation, maybe a name or something?

22        A.    Yeah, I'm not -- I'm not sure exactly



Page 34

1    how they did it.  That class was actually taught

2    by Rick Smith.

3        Q.    Is he, like, the president?

4        A.    Yes.

5        Q.    Did you perform nonfiring training

6    back in 1998 when you were first terse --

7    TASERs -- became a TASER CEW-certified

8    instructor?

9        A.    We didn't do a lot of firing.  There

10   was -- there -- they did let us fire the TASER

11   for kind of a qualification purpose, but that was

12   about the extent of it.  Back then, there was no

13   scenario training or -- or things of that nature.

14       Q.    Okay.  How many times was Rick Smith

15   involved in your certification or -- or

16   recertification?

17       A.    The first class I had was the only

18   one he took part in any kind of teaching on.

19       Q.    Okay.  I think I saw -- yeah.  When

20   you -- that's -- and I assume you passed the

21   class because it looks like he wrote you a letter

22   saying you're qualified.



Page 35

1                    Is that a fair statement?

2          A.      Yeah.  I think what this is -- the

3    certificate that you had up there was actually

4    after I initially did the AIR TASER.  And that

5    certificate was showing that I was certified for

6    the AIR TASER and the ADVANCED TASER --

7          Q.      Gotcha.

8          A.      -- that was 1999.

9          Q.      All right.

10                 Okay.  The materials that you

11   reviewed in 1998 -- were those all provided and

12   created by TASER International, to your

13   knowledge?

14         A.      To my knowledge, yes.

15         Q.      Did you receive any materials from

16   any other entity during your 1990 -- 1998 TASER

17   certification training?

18         A.      No.

19         Q.      Through the years, I assume that you

20   -- well, take me through the different

21   certifications that you have with Axon or TASER

22   since 1998.



Page 36

1       A.       Initial certification, AIR TASER.

2    Then when the M -- M26 come out, I upped my

3    certification to the M26 --

4       Q.       And if you could, Mr. -- I don't mean

5    to interrupt you, Mr. Nelson, but if you -- I'm

6    trying to kind of get a timeline here.

7               So just -- to your best

8    recollection, what time frame are we talking

9    about with these various certifications?

10      A.       In between, you mean?

11      Q.       Yeah.  So if '98 -- so '98, then '99,

12   and just kind of take me through all the -- the

13   various certifications you've had.

14      A.       To the best of my -- that I can

15   recall the dates -- hopefully I don't get them

16   wrong -- '98 was the AIR TASER; '99, certified

17   for the M26; I'm pretty sure it was 2000 that I

18   went to a master class to be -- to be certified,

19   which included the X26.

20              Since 2000, I've been to multiple

21   master classes to be recertified for the X26 up

22   until the X3 come out.  I'd have to look the



Page 37

1    date up on that one.  I'm not exactly sure on

2    the date.

3                From the X3, then next certification

4    was on the X2.  Then after the X2 came the X26P

5    and then what -- what is now the TASER 7.

6         Q.    Okay.

7         A.    And, roughly, there's about two years

8    in between each of those.

9         Q.    Okay.  The -- let me ask you this:

10   So the moat -- to -- to become recertified as a

11   master -- master class certified -- and -- and my

12   understanding is that a -- again, I'm just trying

13   to move things along -- a TASER-certified

14   instructor is allowed to instruct people who

15   don't know how to use a TASER to become certified

16   TASER end users; is that right?

17        A.    Correct.

18        Q.    And a master instructor is a "teach

19   the teacher" person.

20                He's allowed to teach certified

21   TASER users to become instructors themselves; is

22   that right?



Page 38

```
 1          A.      That is correct.

 2          Q.      And -- and I think it was -- there's

 3   no other level of certification that you're aware

 4   of with TASER.

 5                  Is that a fair -- or Axon.

 6                  Is that a fair statement?

 7          A.      They have senior master instructors.

 8          Q.      Okay.  And that's what you are,

 9   aren't you?

10          A.      No.  Senior -- senior master

11   instructors normally are a little more hands-on

12   with the company itself in Arizona --

13          Q.      Okay.

14          A.      -- they're -- they're usually close

15   enough that they can come for meetings for, to my

16   knowledge, changes for training, things of that

17   nature.

18          Q.      Okay.  Let's talk about the 2000

19   master class certification and, at the same time,

20   you got -- got -- also got certified for the X26;

21   is -- was that right?

22          A.      Correct.
```



Page 39

1    Q.    Take me through that training

2    process.

3          Do you remember where it occurred?

4    A.    That one was in Florida.  The name of

5    the sheriff's department is right off the top of

6    my head.  That was a multiple-day class.  First

7    day, PowerPoint.  Very large class -- I don't

8    know the number, but there was probably a couple

9    hundred students in the class from all over the

10   world.

11         So first day, primarily PowerPoint;

12   second day, broken down into smaller groups

13   where you were tested by what is known now as

14   senior master instructors.  There was hands-on

15   static drills, and then there was, you know,

16   live fire for -- for qualification.

17   Q.    What's the difference between a

18   static drill and live fire?

19   A.    It just depends on how -- they're

20   basically -- they're very similar.  You're

21   basically shooting a target.  But, typically,

22   for -- for qualification, there was a little bit



Page  40

1    more movement than just standing there shooting

2    at a target.

3        Q.     Okay.  So it would be somewhere

4    between a static drill and a scenario-based

5    training?

6        A.     It depended on -- you know, the class

7    that you were in would depend on what level it

8    was.

9        Q.     Okay.  Well, I want to focus in just

10   on 2000, if you remember --

11       A.     Yeah.  There -- there was -- there

12   was not a lot of movement in that class.  I do

13   not recall any scenario-based training or

14   anything of that nature.

15       Q.     Okay.  So there was maybe some

16   movement but nothing that you would consider

17   anything similar to what was happening when this

18   incident in this case occurred; is that a fair

19   statement?

20       A.     Correct.

21       Q.     All of the training materials that

22   you received -- the PowerPoint presentation and



JA-198

Page 41

1    any other materials -- were they all created and

2    developed by Axon, or were some of the materials

3    created or developed by some other entities?

4          A.    To my knowledge, it was all created

5    by -- by Axon or TASER, depending on the time --

6    what the name was at the time.

7          Q.    And the person who trained you -- do

8    you remember who that was in 2000 at the master

9    class certification?

10         A.    There was multiple instructors there.

11   The main instruct -- instructor was Hans Marrero.

12   He was the lead instructor, but there were other

13   instructors there as well.

14         Q.    Is Mr. Marrero -- is he -- was he an

15   Axon employee, or was he just somebody who was

16   senior -- I apologize -- senior master instructor

17   certified?

18         A.    No.  Hans was actually an employee.

19   At the time, I believe he was the head of

20   training.

21         Q.    Head of training with Axon?

22         A.    Correct.



Page 42

1        Q.      And then you've been certified with a

2    variety of other CEWs: the -- the X3, X2, X26P

3    and TASER 7.

4                Did any of those involve

5    scenario-based training, or were those all just

6    here's learning how to use a new CEW?

7        A.      The training with TASER over

8    the years gradually increased.  What was required

9    in master classes changed as time went on.

10   Classes got longer; the classes got harder; there

11   was more added to them.

12               And I'm not sure which year, but the

13   scenario-based training was a big thing that was

14   added in.

15       Q.      Okay.  And I guess -- and -- and this

16   is kind of how I'm thinking of things, and -- and

17   tell me if I've got it wrong.

18               I'm thinking that when you get

19   certified for a particular type of CEW -- the X3

20   or X2 or X26 or TASER 7 -- that that training

21   may be different than your master class

22   recertifications, or am I wrong?



Page 43

1               There's all kind of -- it all kind

2      of changed together around the same time?

3          A.      I'm not sure what you're asking me.

4          Q.      Sure.

5               So master class recertification --

6      you are -- you are training other people to

7      train people to use a TASER -- a CEW, correct?

8          A.      Myself as a master instructor?

9          Q.      Right.

10         A.      Yes, I -- I'm training other people

11     to be -- be instructors.

12         Q.      Okay.  And you're becoming -- in a

13     master class recertification, you're becoming

14     recertified to do that, correct?

15         A.      Correct.

16         Q.      The goal for an X2 certification or

17     X3 certification -- that's different, isn't it?

18         A.      The only thing really different about

19     it is how to actually use the TASER itself,

20     because it -- it has more than one shot.

21         Q.      Okay.  I guess the way I'm looking at

22     it is there's two different goals:  One is you're



JA-201

Page 44

1    teaching other people to learn -- to teach, and

2    the other one is you're learning how to use a

3    different brand or type of -- or -- or type of

4    CEW.

5              Or have I got that wrong?

6         A.    You're kind of doing both at the same

7    time.

8         Q.    Okay.  So when you're -- when you're

9    doing master class recertification, you are often

10   getting certified in the newest model.  Just like

11   you did when you got initially master class

12   certified, you also got certified with the X26.

13             Have I got that right?

14        A.    Correct.  It's -- it's broken down

15   over multiple times.  At one point, you may be

16   work -- you know, being taught the new TASER

17   model, how -- how -- how to use it.  Then other

18   parts of the classes would be more of what

19   they -- what TASER calls a "teach-back," where

20   they have you actually teaching things back to

21   the students that are in your group.

22             So you -- so you're doing both at



Page 45

1     the same time.

2          Q.    Okay.  Since 2000 up until the date

3     of this incident, how many times would you say

4     that you had been recertified as a master

5     instructor -- a TASER CEW master instructor?

6          A.    Let me see.

7                Probably going to be five or six

8     times.

9          Q.    Yeah.  I mean, my -- it seems to me

10    that it's every three or so years.

11               Does that sound right to you?

12         A.    Some years, it's two; some years,

13    it's three.

14         Q.    Okay.  So you said -- I'm sorry.

15    What -- about -- you've been recertified as a

16    mat -- TASER CEW master instructor five or six

17    times; is that -- did I hear that correctly?

18         A.    Yeah.  I'd have to go back and count

19    each one of them, but I'm pretty sure it's been

20    five or six times.

21         Q.    Okay.  Gotcha.

22               And during those times, would -- let



Page 46

1    me ask you this:  Would you ever become

2    certified in a newer model -- the X -- the X3,

3    the X2, the X26P -- would you always try to lump

4    that in with the master class recertification,

5    or were there occasions where there would be a

6    separate time when you would train to become,

7    for example, X2 certified?

8           A.    No.  The way it would work -- when

9    you went to master class as a master instructor,

10   they -- they want you to know how to use all the

11   devices that they have, whether you're teaching

12   them outside for TASER or whether you're teaching

13   for your department or whether you're not even

14   using it, because they want you to have the

15   knowledge.

16              So if it was in between and a new

17   TASER was developed, I wouldn't be able to teach

18   that particular TASER until I went back to

19   master class to be certified on it.

20          Q.    So every time a new model came out,

21   you would get re- -- when you did the

22   recertification for master class, you would get



Page 47

1    trained on the particular new CEW model.

2              Is that a fair statement?

3         A.    Correct.

4         Q.    So since 2000, you've had five or six

5    recertifications, and I think you said that the

6    process was -- was pretty similar, that you had a

7    PowerPoint presentation or some type of a

8    training manual; you had static drills or maybe

9    drills with a little bit of moving.

10             Have I got that correct?

11        A.    Correct.  And it would -- it advanced

12   as years went on.

13        Q.    And that's what I was getting to

14   next.

15             At -- at what point would you say

16   that it -- it sounds to me like -- I think you

17   said that scenario-based training started to

18   become very popular, and -- and that became a --

19   a bigger part of the training; is that correct?

20        A.    I don't know that it was because it

21   become popular.  It was more -- more so because

22   it was just a better training --



Page 48

1      Q.      Gotcha.

2      A.      -- but at some point, it did become

3  part of the training.

4      Q.      Okay.  So if you -- so it's 2020

5  today, and it's 2000 when you were first master

6  class certified.

7              Approximately when was it that you

8  first started training with scenario-based

9  training?

10     A.      I'm going to say around -- it --

11  probably the next class after that one in 2000.

12     Q.      Okay.  So probably 2000 --

13     A.      So 2002, 2003, something like that.

14     Q.      Gotcha.

15             All right.  Do you remember the

16  scenario-based training that you underwent back

17  in 2002-2003 for the master class

18  recertification?

19     A.      No, not offhand.

20     Q.      Okay.  Let me ask you this -- I meant

21  to ask you earlier -- In the five or six times

22  that you've been recertified since 2000, to your



JA-206

Page 49

1    knowledge, has all the material and PowerPoints

2    that have -- were part of the recertification

3    classes -- were they all Axon-created and

4    developed?

5         A.    At the master class, everything was

6    Axon-created.

7         Q.    Okay.  There was nothing that

8    would -- no training materials that were provided

9    to you that were non-Axon-created in the

10   recertification classes that you underwent five

11   or six times from 2000 to the present?

12        A.    Not to my knowledge.

13        Q.    In addition to the PowerPoint

14   presentation -- and I -- you know, obviously,

15   we're going to talk about today a little bit

16   the -- the one that was reviewed in December of

17   2017.

18             Were there any other written

19   materials that you can recall that were provided

20   during your master class recertifications from

21   2000 to the present?

22        A.    I don't recall any --



Page 50

1        Q.    Okay.

2        A.    -- it doesn't mean I'm not missing

3    anything, but I don't recall anything.

4        Q.    All right.  So it's just the

5    PowerPoint presentation, static drills, and then,

6    starting in 2002-2003, started doing

7    scenario-based training as well.

8              And that -- that represents a

9    summary of the training that you would receive

10   to be recertified as a master class instructor

11   from 2002 or '3 to the present.

12             Is that a fair statement?

13       A.    Yes.  Yes.

14       Q.    The instructors that recertified you

15   as a master instructor -- were they TASER

16   employees -- were they always TASER employees, or

17   were there sometimes folks that were not TASER

18   employees?

19       A.    To my knowledge, they were all TASER

20   employees.

21       Q.    So all of the master -- since 2000,

22   including that one, it would have been -- you've



JA-208

Page 51

1    undergone six to seven master class courses,

2    either to be initially certified as a master

3    instructor or to be recertified.

4              And it's your testimony that every

5    single one of those was taught by an Axon

6    employee; is that correct?

7         A.    Correct.  To my knowledge, they were

8    all TASER employees.

9         Q.    And it's your testimony that all

10   materials provided by Axon -- were -- all

11   training materials were provided by Axon, and

12   none of the materials that were provided to you

13   during those training sessions from 2000 to the

14   present were provided by or created by any other

15   entity?

16        A.    Correct.

17        Q.    The -- the scenario-based train -- or

18   excuse me -- the -- well, I'll ask both ways --

19   the static drills and the scenario-based

20   training -- I think you already said that all of

21   the instruction was from Axon employees from 2000

22   to the present for the initial master instructor



Page 52

1    certification and all of the five to six various

2    recertifications, right?

3            A.      Correct.

4            Q.      I assume that they -- that those Axon

5    employees were the ones who were directing and

6    teaching the static -- the static drills or

7    training; is that correct?

8            A.      Yes.

9            Q.      All right.

10                   And so from 2000 to the present, the

11   initial time and the five to six times you were

12   recertified as a master instructor in TASER

13   CEWs, all of the scenario-based training -- that

14   was also taught to you by Axon employees.

15                   Is that a correct statement?

16           A.      Correct.

17           Q.      And, to your knowledge, none of the

18   training that you received from 2000 -- 2000 to

19   the present -- so the initial certification --

20   master instructor certification five or -- five,

21   six times you've been recertified, the materials

22   and the static drills and none of the scenarios



JA-210

Page 53

1      were created, developed by anybody but Axon.

2                    Is that a correct statement?

3                    MS. NGUYEN:  And, Scott, I'm going

4            to object to foundation here, because I'm

5            assuming you're specifying only with

6            regard to TASER training --

7                    MR. BUCCI:  Correct.

8                    MS. NGUYEN:  -- not, generally

9            speaking, CEW training that may -- may

10           have been through his agency --

11                   MR. BUCCI:  That's --

12                   MS. NGUYEN:  -- you're talking

13           about the TASER-sponsored certification

14           training?

15                   MR. BUCCI:  Yeah.  That -- that's

16           fine.  I have a follow-up -- okay.

17           Agree, TASER -- yes, master -- master

18           instructor -- correct -- Amy, the correct

19           term is "TASER PW master instructor,"

20           correct?

21                   MS. NGUYEN:  Correct.  So with the

22           understanding that there's, you know, CEW



Page 54

1          training that his own agency could have

2          elected to do, this is just the

3          TASER-sponsored master instructor

4          training --

5                    MR. BUCCI:  That's fair.  And --

6                    MS. NGUYEN:  -- so I just want to

7          make sure we're all clear on the

8          foundation -- foundational assumptions

9          we're making in the questions.

10                   MR. BUCCI:  Sure.

11   BY MR. BUCCI:

12        Q.    I -- and I -- may I -- maybe I

13   misheard.

14                   My understanding, Mr. Nelson, is

15   that you said that you have not received any CEW

16   training at all in your career other than it

17   having been affiliated with Axon or TASER.

18                   Did I hear that right?

19        A.    That's correct.

20        Q.    Okay.  So when Ms. Nguyen mentions

21   there may have been other CEW training, there --

22   there wasn't any.



**MAGNA ▶**
LEGAL SERVICES

Page 55

```
 1                    It was just everything through Axon

 2    or TASER, correct?

 3         A.      Correct.

 4         Q.      I want to turn now to your part-time

 5    job, I think you mentioned with Axon.

 6                    When did that first begin?

 7         A.      That would have been after 2000.

 8    So -- actually, it would have been right after

 9    2000.  That's probably about the time when I

10    started.

11         Q.      Okay.  And tell me about that.

12                    What did you start to do in your

13    part-time job with Axon?

14         A.      Teaching classes.  They would -- they

15    would -- the training department would send out

16    e-mails to master instructors that were in the

17    area where classes were being requested.  They

18    would ask if anyone was available or interested

19    in teaching the class.

20                    Whoever answered up to -- to teach

21    the class was given the class to teach and would

22    go forward with it.
```



Page 56

```
 1        Q.      Okay.  So people who wanted to be

 2   taught to become TASER CEW instructors -- they

 3   did not reach out -- the general modus operandi

 4   was they did not reach out to you directly; they

 5   would reach out to Axon.  And then Axon would put

 6   feelers out or send notices out to all the area

 7   master instructors to see if they were interested

 8   in teaching a course.

 9        A.      It can go both ways.  A host can

10   actually -- if they know of a master instructor,

11   they can actually contact the master instructor

12   to -- to have him put the information in the

13   computer to have them set up as a host.  In doing

14   so, the master instructor receives a bonus for

15   doing that.

16        Q.      I got you.  I was going to ask you

17   later on.

18              And in this particular instance,

19   your invoice says that you got a $200 bonus,

20   correct?

21        A.      Correct.

22        Q.      All right.  And that's because, in
```



JA-214

Page 57

1    this instant, it -- it -- it -- correct me if I'm

2    wrong -- I think it was Mr. Slovinsky who reached

3    out to you directly to put a class on?

4         A.    Correct.

5         Q.    Okay.

6              So if I were -- if -- if I were

7    to -- I assume the amounts have changed, but

8    were there any other grounds for which you would

9    receive a bonus during your part-time employment

10   with Axon other than if you were the one who was

11   contacted first?

12             MS. NGUYEN:  And -- and I'm also

13        going to object to "part-time

14        employment."

15             I think we're -- we're just

16        talking about the independent contractor

17        agreement that he had as opposed to a

18        formal part-time basis.

19             MR. BUCCI:  Well, he said part --

20        I -- I agree with you on the employment,

21        but he was the one who used the term --

22        the phrase "part-time job," so I'm going



Page 58

```
 1          to use that.  So --
 2                  MS. NGUYEN:  We'll just go ahead
 3          and have my standing objection that
 4          it's -- because I think it's being used
 5          differently than -- it hasn't been
 6          defined yet with the witness.
 7                  MR. BUCCI:  Okay.
 8   BY MR. BUCCI:
 9      Q.    So let me go back, Mr. Nelson -- and
10   I'll tell you where I'm going with this -- is
11   that if I were to get a listing of all payments
12   that have been made from Axon to you over
13   the years and it said -- one second here -- for
14   this course, it says, Training Fee and then
15   Training Bonus.
16              Wherever I see a training bonus on
17   an invoice or a payment, that would be a course
18   where the trainees or the applicants reached out
19   to you directly.
20              Is that a fair statement?
21      A.    Correct.
22      Q.    Okay.  And if there is no training
```



Page 59

1    bonus item listed, then that would mean that the

2    applicants reached out to Axon and then Axon, you

3    know, sent out a notice to master instructors and

4    said, Who wants to teach.  And then you -- you

5    were the one who said, I'll do it.

6              Is that a fair statement?

7        A.    That is correct.  However, there has

8    been a few in the past where I was given

9    information and allowed to put -- put it in for

10   the host to get the bonus even though I wasn't

11   the first one contacted.

12       Q.    I gotcha.

13             Is that a rarity?

14       A.    Yeah.  It was -- it was kind of a --

15   you know, if you'll help us out, teach this

16   class, we'll give you the bonus.

17       Q.    Gotcha.

18             Okay.  So almost all the time, if

19   there's no bonus listed, that means that

20   they -- the applicants reached out to Axon or

21   TASER first?

22       A.    Correct.



Page 60

 1        Q.      There's also on your invoice

 2    something called a "training demo"?

 3        A.      Okay.

 4        Q.      What is that -- and I was going to

 5    get to it later on, but since we're -- we're --

 6    I'm looking at the invoice now, what is that?

 7        A.      That would be if a department --

 8        Q.      I'm sorry.  We can make this -- since

 9    I'm referring to it, let me pull it up real

10    quick.

11        A.      I know what you're referring to.

12        Q.      Yeah.  But I want to just -- it makes

13    it easier.  I -- I know you do.

14                Give me one second.

15                (Pause.)

16                MR. BUCCI:  All right.  Let's go

17           ahead and make this Exhibit Number 20 --

18                CERTIFIED STENOGRAPHER:  Nine.

19                MR. BUCCI:  -- 9.  Okay.

20                     -  -  -

21                (Deposition Exhibit Number 29,

22                 E-mail with attachment, Bates



Page 61

```
 1              stamped AXON_CURRAN000650 through

 2              AXON_CURRAN000651, marked for

 3              identification, as of this date.)

 4                      -  -  -

 5              MR. BUCCI:  And for the record,

 6       I'm -- I'm looking at AXON_CURRAN

 7       Exhibit 9 [sic].  The Bates number is

 8       651.

 9  BY MR. BUCCI:

10       Q.    Okay.  And, Mr. Nelson, just --

11  perhaps -- when I was referring to "training

12  bonuses" -- we see a line there that says,

13  Training bonuses.

14              That's the line we're talking about

15  that we know if it's present, then almost all

16  the time, the applicants are reaching out to

17  you.  If it's not present, then the applicants

18  are reaching out to Axon/TASER, and TASER is

19  reaching out to the master instructor to see who

20  is interested in teaching the course.

21              Is all that a fair statement?

22       A.    That's correct.
```



Page 62

1    Q.    And I asked you about -- there's

2    another line called "Training Demo."

3             Explain to me what that is.

4    A.    That is when a department contacts

5    TASER and they're not familiar with their product

6    or how it works or don't know a whole lot about

7    it.  They would request that -- to receive a

8    demo.  TASER, again, would put that out to master

9    instructors close by to see if anyone was able to

10   go.

11            It's not a -- it's not a long, drawn

12   out thing.  It's just a few hours to go to the

13   department, show them the TASERs, how they work

14   and answer any questions that they might have to

15   help them decide if it's a product they want to

16   go with.

17   Q.    Gotcha.

18            MR. BUCCI:  Give me just a second.

19            (Pause.)

20   BY MR. BUCCI:

21   Q.    Since -- since 2000 to the present,

22   how many TASER CEW instructor courses have you



JA-220

Page 63

1    taught?

2         A.    I honestly have no idea how to put a

3    number on that.

4              MR. BUCCI:  Let's go ahead and

5         make this 29 --

6              CERTIFIED STENOGRAPHER:  Thirty.

7              MR. BUCCI:  -- 30.  Sorry.

8                   -  -  -

9              (Deposition Exhibit Number 30, TASER

10              International Master Instructor

11              Application Form, Bates stamped

12              AXON_CURRAN000580, marked for

13              identification, as of this date.)

14                  -  -  -

15   BY MR. BUCCI:

16        Q.    This -- I'm guessing that this is --

17   it says, TASER International Master Instructor

18   Application Form.

19              This would really have been for a

20   recertification, right?

21        A.    Correct.

22        Q.    And as of May 2nd -- well, those are



Page 64

1    just user courses.  You've done at least 50 user

2    courses; is that right?  Am I reading that

3    correctly?

4         A.    Well, that's including all my

5    instructor courses numbers as well --

6         Q.    Gotcha.  Okay.

7         A.    -- that's -- that -- that was just

8    the number that I had to put on for how many

9    classes I've taught.

10        Q.    Yeah.  And I think I saw somewhere

11   else you said too -- too many to note, or

12   something like that.

13            So let -- let me ask it this way:

14   Since 2000 to the present, has the number of

15   instructor courses that you have done -- have

16   they changed, stayed the same, or you typically

17   are doing two, three a year, four, five a year,

18   10 a year?  Give me some sense of how many

19   TASER CEW instructor courses you are doing a

20   year.

21        A.    Well, since the -- the

22   instructor-level classes is on a two-year



JA-222

Page 65

1    rotation, typically, I would have one year where

2    I would get a lot of classes, and then the -- the

3    year after, there would only be just a few that I

4    had that were, you know, recertifying, because

5    it's a two-year turnaround.

6              Then when the second year come

7    around, some of those same classes are coming

8    back again.  And it just seemed that there was

9    more hitting on every other year than it was

10   every year.  So some years, it would be 10;

11   some years, it would be 20; you know,

12   some years, it would be even more than that.

13        Q.    And those are on the -- the -- the

14   hot years.

15              And on the cold years, it may be

16   fewer than that?

17        A.    Yeah.  A slow year would -- would be

18   10 or less.

19        Q.    And that's -- and it's been pretty

20   consistent, it sounds like -- you said 10 to 20

21   or more.

22              So can I just say, typically, in the



Page 66

1    10 to 25 range?  Is that a fair estimate?

2         A.    That's -- yeah, that's probably the

3    high to the low, yeah.

4         Q.    Okay.  In a busy year.

5               And 10 or less in -- in the nonbusy

6    year?

7         A.    Yes.

8         Q.    And it's been that way every year and

9    every other year since 2000 to the present.

10              Is that a fair statement?

11        A.    Since shortly after 2000.  I mean, I

12   didn't start off with a lot of classes to begin

13   with --

14        Q.    Okay.

15        A.    -- typically, my classes were stuff

16   that would -- would return to me every -- every

17   other year because they were -- they were close

18   to me.  I had already taught them in the past.

19   They would contact me or, when they contacted

20   TASER, they would request me.

21              So, therefore, I got a return on

22   classes, you know, that way.



JA-224

Page 67

1          Q.     Gotcha.

2                 Okay.  So maybe 2003, 2004 is when

3     the -- the course load or the -- the -- the

4     workload was what you just testified to started

5     becoming consistent?

6          A.     Probably around then, yeah.

7          Q.     All right.  And just so I'm clear,

8     since -- since around 2003-2004, every other

9     year, you're doing between 10 and 25 master

10    instructor -- yeah, excuse me -- CEW instructor

11    -- TASER CEW instructor courses, and then on

12    off years, you're doing 10 or less TASER CEW

13    instructor courses.

14                Does that sound right?

15         A.     That's a close estimate.

16         Q.     Okay.  Have you ever rendered

17    training on TASER CEWs without certification?  In

18    other words, somebody said, Hey, I want to learn

19    how to use a TASER, but I don't need to be

20    certified, and you just go ahead and kind of

21    teach them personally on your own.

22                Have you ever done that?



Page 68

1        A.    As far as, like, an instructor?

2        Q.    Yeah.  So, in other words, you -- you

3    taught people on the use of TASERs -- let me ask

4    you this:  I guess they can't become

5    TASER-certified instructors, but at least in the

6    use of TASER, have you done any type of TASER

7    training that didn't include -- TASER CEW

8    training that didn't include TASER certification?

9        A.    I'm not sure I'm following what

10   you're really asking me.

11       Q.    Let's say somebody wants -- says,

12   Hey, I want to learn how to use a TASER CEW, but

13   I don't need to be certified.  I just want you to

14   show me how to do it.

15             Have you done -- had -- been

16   involved in that situation where you train

17   somebody personally, or has all of the training

18   you've done for CEW end users been through the

19   TASER training materials?

20       A.    And are we talking just end users?

21       Q.    End users.

22       A.    No.  Everything would be done



Page 69

```
 1    according to TASER's materials.  The end users --
 2    most of what I did there was for Berkeley County,
 3    which was why they initially sent me to become a
 4    master to come back and teach the other officers
 5    in the department.
 6         Q.     Okay.  So it's a correct statement
 7    that all -- your training of all -- whenever you
 8    did a TASER CEW end user training, that was using
 9    TASER's training materials?
10         A.     Correct.
11         Q.     And from the -- the time in 2002 or
12    '3 to the present, when you've done all the
13    training courses, have you ever utilized your own
14    personal materials to train individuals to become
15    TASER CEW-certified instructors?
16         A.     What are you calling "personal
17    material"?
18         Q.     Things that you created or developed
19    on your own.
20         A.     Oh, no, no.  I use my own computer
21    and stuff, but, no, I didn't create anything.
22         Q.     Yeah.  I -- and I'm talking about
```



Page 70

1    training materials.

2              From 2000 to the present, every time

3    that you instructed a class to become TASER

4    CEW-certified instructors, is it a correct

5    statement that all of the training materials

6    were Axon training materials?

7         A.    Correct.

8         Q.    And that you never used any training

9    materials created or developed by -- created or

10   developed by any third party.

11             Is that a correct statement?

12        A.    That's correct.

13        Q.    The -- and I think you said it was

14   around 2000 or 2003 was when the -- the training

15   improved and you started doing scenario-based

16   training; is that right?

17        A.    I'm not sure what -- what year, but

18   it was somewhere in that range.

19        Q.    Okay.  That's fine.

20             And did that -- did that

21   scenario-based training evolve over the years?

22   It -- was it pretty much the same?  Or how would



Page 71

1    you describe it?

2         A.    It continued to evolve -- to evolve

3    over the years.

4         Q.    And that -- the scenario-based

5    training that is at the -- that was being

6    performed when Mr. Curran's incident occurred --

7    was that scenario-based training that you learned

8    during your training or recertification as a CEW

9    master instructor?

10        A.    Yes, it was.

11        Q.    All right.  When was it that -- you

12   know -- and I -- I've seen the video.  I know you

13   haven't, but there's a setup of some -- some

14   barriers, and you have an aggressor and a

15   nonaggressor.

16             When was it that you learned or were

17   first exposed to that type of scenario-based

18   training with Axon?

19        A.    That particular training had been in

20   for probably the last three or four rounds that I

21   went to master school.

22        Q.    Gotcha.



Page 72

```
 1                   All right.  And I'm going to come

 2    back to that in a minute, but -- so if -- if --

 3    if you had been recertified five or six times

 4    since 2000, three or four of those would have

 5    included scenario-based training that was --

 6    instruction that was similar to the

 7    scenario-based training that was occurring when

 8    Mr. Curran's incident occurred; is that correct?

 9         A.     Correct.

10         Q.     And during those times, was the --

11    was the setup of that particular -- is there a

12    particular name for that scenario-based training?

13         A.     It's called a "box drill."

14         Q.     Box drill.

15                Would the box drill evolve much at

16    all over the years in the -- the three to four

17    rounds that you had while -- when you were

18    becoming recertified as a master instructor?

19         A.     No.  The box drill really is -- is

20    what it is.  It's a box that you just have a

21    scenario present itself.  I mean, there's really

22    no way to change it other than just changing what
```



Page 73

1    the actual scenario itself is.

2              Some people also call it a "wall

3    drill."

4         Q.    Okay.  When you say we changed the

5    scenario, I assume that means, like, whether or

6    not the -- the role player's an aggressor or

7    they're not, or they're using a particular weapon

8    or not.

9              Is that what you mean?

10        A.    Right.

11        Q.    And when you first learned the box

12   drill, who taught it to you?  Was that -- I

13   assume -- since you say that every single person

14   who provided instruction in your master class

15   recertification on the static drills and the

16   scenario-based training -- that that person was

17   an Axon employee, am I correct in assuming that

18   you learned the box drill from a master -- excuse

19   me -- a senior master instructor who was an Axon

20   employee?

21        A.    Correct.

22        Q.    When you learned -- first learned the



Page 74

1   box drill, was there -- was the instruction

2   provided to you by anyone other than the senior

3   master instructor from Axon -- who was employed

4   by Axon?

5       A.      No.  They might not have all been

6   senior instructors.  I don't -- I don't know what

7   their titles were.

8       Q.      But to your knowledge, they were all

9   Axon employees?

10      A.      Correct.

11      Q.      When you say you were recertified --

12  that -- that for at least the last three to four

13  rounds, the box drill was part of your master

14  instructor recertification, have you been

15  recertified as a master instructor since December

16  of 2017?

17      A.      No.

18      Q.      Okay.  So you were -- is it a correct

19  statement that three to four times prior to

20  Mr. Curran's incident, you were instructed on the

21  block -- box drill by Axon employees who were

22  senior master instructors?



JA-232

Page 75

1               Is that a correct statement?

2        A.     I'm just looking at the dates on my

3    cert -- certification.

4               2017 -- I would have been to master

5    school prior to that but haven't been since.

6        Q.     Okay.  And -- and that's what I'm

7    getting at, and I -- I -- so you said that you

8    have not been -- you've not been back to be

9    recertified as a master instructor since

10   December 2017, correct?

11       A.     Correct.

12       Q.     And you said that at least three to

13   four rounds of your master instructor

14   recertification, you were instructed on the box

15   drill, correct?

16       A.     Correct.

17       Q.     All right.  So for these three to

18   four times before Mr. Curran's incident, you were

19   instructed on how to perform the box drill by

20   Axon employees who were senior master

21   instructors, right?

22       A.     Correct.  We were actually put



JA-233

Page 76

1    through the box drill.

2        Q.      And, to your knowledge, the setup and

3    how the box drill was performed was -- there was

4    no other outside entity which helped develop the

5    box drill; it was all through Axon, to your

6    knowledge?

7        A.      To my knowledge, yes.

8        Q.      All right.  I want to turn your

9    attention -- let's start talking about the -- the

10   training in December 2017 at the Virginia Law

11   Enforcement Training Academy.

12              What was the overall result or the

13   goal that you were hoping to achieve there?

14       A.      As far as which part?

15       Q.      What -- at the end of the day, I

16   mean, you're -- you are there for a reason.

17              What's the reason?

18       A.      To basically get the -- the students

19   through the instruction to be certified as an

20   instructor for TASER.

21       Q.      Yeah.  Okay.  And so the work you

22   were to perform was to instruct applicants so



Page 77

1    they could become certified CEW -- TASER

2    certified CEW instructors; fair?

3         A.    Correct.

4         Q.    All right.  I want to review with you

5    the -- the means and methods you went to achieve

6    this work.

7              So my understanding was the class

8    was two days?

9         A.    Correct, at that time, it was.

10        Q.    Okay.  And that -- we've already

11   talked about kind of the -- the -- the training

12   really didn't change much.  It was all pretty --

13   pretty similar.  You have training-based

14   materials, static drills and scenario-based.

15             Is that the way that the training

16   occurred at the 2017 training in -- at the

17   December 2017 training in Virginia Beach?

18        A.    Yes, over a two-day period.

19        Q.    All right.  One second.

20             MR. BUCCI:  I'll tell you what.

21        Give me one second.  I need to find

22        something here.



JA-235

```
                                                    Page 78
    1                  (Pause.)

    2                  THE VIDEOGRAPHER:  Do you want to

    3          stay on the record?

    4                  MR. BUCCI:  Yeah.  This won't take

    5          too long.

    6                  THE VIDEOGRAPHER:  Okay.

    7                  (Pause.)

    8                  MR. BUCCI:  All right.  Let's see

    9          if I can do this.

   10                  There we go.

   11    BY MR. BUCCI:

   12          Q.    All right.  So I -- I think --

   13    hopefully, what you're looking at -- it's

   14    AXON_CURRAN39_592, and I think it goes to -966.

   15                  Can you see that on your screen?

   16          A.    I see it, yes.

   17          Q.    And do you recognize that to be

   18    the -- the PowerPoint presentation for in-house

   19    instructor course to become a TASER certified --

   20    certified TASER CEW instructor?

   21          A.    That appears to be the first page,

   22    yes.
```



Page 79

```
 1        Q.      And would these have been -- and I'll

 2   rep -- and we'll go through a few of these in a

 3   little bit, but I'm just scrolling through it

 4   here.

 5               Would what has --

 6               MR. BUCCI:  And let's make this

 7        Exhibit Number 31.

 8                       -  -  -

 9               (Deposition Exhibit Number 31,

10                PowerPoint presentation,  Bates

11                stamped AXON_CURRAN00039_0592

12                through AXON_CURRAN00039_0966,

13                marked for identification, as of

14                this date.)

15                       -  -  -

16               MR. BUCCI:  Is that right?

17               CERTIFIED STENOGRAPHER:  Yes.

18   BY MR. BUCCI:

19        Q.      Okay.  What has been marked as

20   Exhibit Number 31 -- this would be the PowerPoint

21   that you reviewed with applicants at the December

22   2017 TASER CEW instructor certification course in
```



JA-237

Page 80

 1    Virginia Beach?

 2         A.    Correct.

 3         Q.    And I believe it's -- it looks like

 4    it's 375 pages long.

 5              Describe in general what this is.

 6         A.    That is the PowerPoint which pretty

 7    much takes the whole first day.  Basically, it

 8    goes -- it reviews everything on the particular

 9    TASERs that they're going to be trained in at

10    that time, I believe the X26, X26P, the X2 or the

11    -3 that were in this PowerPoint.

12              So we went through each -- each

13    individual TASER on the use, how they work, some

14    background on them.  There's slides in there on,

15    you know, why a TASER works, what makes it work,

16    what -- what would prevent it from working, to

17    describing, you know, what the -- what the day

18    is going to be.

19         Q.    Gotcha.

20              And is that -- I know there are two

21    days -- was pretty much all Day One just

22    reviewing the PowerPoint?



Page 81

1         A.      Yeah, pretty much the first day

2    was -- was pretty much all PowerPoint.

3         Q.      Okay.  This PowerPoint -- was this

4    PowerPoint provided to you by Axon to present at

5    the December 2017 training in Virginia Beach?

6         A.      Yes.

7         Q.      Did you play any role in the

8    development of this PowerPoint presentation?

9         A.      No.

10        Q.      Did you alter the PowerPoint

11   presentation that was provided to you by Axon

12   when you taught the applicants in Virginia Beach

13   in December 2017?

14        A.      No.

15        Q.      Were you allowed to alter or add any

16   slides to the PowerPoint presentation that was

17   provided to you by Axon when you taught the

18   applicants in December 2017 at Virginia Beach?

19        A.      No.

20             MS. NGUYEN:  Objection: form and

21        foundation.

22             MR. BUCCI:  Foundation?



Page 82

```
 1                   I'm sorry.  Go ahead.

 2                   MS. NGUYEN:  Yes.

 3                   MR. BUCCI:  Was there an objection

 4          there?

 5                   MS. NGUYEN:  Yeah.  I objected to

 6          both form and foundation as to whether

 7          the term "allowed" to make modifications

 8          and, also, what "modifications" would

 9          mean.

10    BY MR. BUCCI:

11          Q.    Okay.  Well, modifications -- I'll

12    define that for you, Mr. Nelson.  It's -- you --

13    you received a PowerPoint presentation from Axon

14    to provide to the applicants in December 2017 at

15    Virginia Beach, correct?

16          A.    Correct.

17          Q.    And "modification" is anything

18    different than exactly what Axon provided to you,

19    any additions or subtractions from that

20    PowerPoint presentation.

21                   Okay?  Can we agree on that term?

22          A.    Yes.
```



JA-240

Page 83

1        Q.     All right.  To your knowledge, from

2    your perspective as a TASER master instructor,

3    were you allowed to alter or add any

4    modifications to the PowerPoint presentation when

5    you taught the trainees or applicants at the LETA

6    in Virginia Beach in December of 2017?

7        A.     I was not.

8        Q.     And I assume you reviewed the

9    PowerPoint presentation in its entirety just as

10   it had been provided to you by Axon with the

11   applicants in Virginia Beach in December 2017?

12       A.     Yes.  I would go through each slide.

13       Q.     All right.  So there's 375 slides.

14              You went through every one -- every

15   one of them with the applicants in

16   December 2017?

17       A.     I don't know the exact number, but I

18   went through each slide, yes.

19       Q.     Okay.  I mean, I'm -- I'm just

20   thumbing through here.

21              I mean, the -- the number -- would

22   you agree with me the -- if you look at the top,



Page 84

1      I think that the Adobe number says 375.

2           A.    If that's how many there is, that's

3      how many I went through.

4           Q.    Does it sound about right to you?

5           A.    There's a lot of them.  Yes.

6           Q.    Okay.  If Axon had told you to

7      substitute in 10 slides, would you have done it?

8           A.    Can you repeat that?

9           Q.    Sure.

10               Let's say that the day before the

11     training was to occur, you got an e-mail from

12     somebody from Axon saying, Hey, delete side --

13     delete Slides 20 to 30 and substitute these

14     Slides 20 to 30 in.

15               Would you have done that?

16               MS. NGUYEN:  Object to form and

17          foundation; calls for speculation.

18     BY MR. BUCCI:

19          Q.    Go ahead and answer.

20          A.    I don't know how to answer that.

21               I know that, with TASER, typically,

22     if that was going to occur, there would be a new



Page 85

1    version come out.

2        Q.    Well, let me ask you this:  Did -- is

3    it your understanding that Axon had the right to

4    control what was contained within the PowerPoint

5    presentation?

6        A.    Yes.

7        Q.    Did you have the discretion to change

8    the PowerPoint presentation that Axon gave to you

9    to present to the applicants in December of 2017

10   in Virginia Beach?

11       A.    No.

12       Q.    Now I want to turn to -- I

13   understand -- embedded in the PowerPoint

14   presentation, I believe, are a number of videos;

15   is that correct?

16       A.    Yes, there are videos in it.

17       Q.    And as far as I can tell --

18             MR. BUCCI:  Let's go ahead and

19        mark this as 32.

20                   -  -  -

21             (Deposition Exhibit Number 32,

22              Videos, marked for identification,



Page 86

1                 as of this date.)

2                    -   -   -

3    BY MR. BUCCI:

4         Q.    The videos appear to be a mix of --

5    let's try to -- a mix of, you know, training

6    videos and also some kind of real life scenarios.

7                 Am I right on that?

8         A.    Correct.  Some of them are actual

9    live videos; some are training.

10        Q.    Okay.  I'm going to ask you the same

11   questions I just asked you regarding the

12   PowerPoint.

13                Were the training videos -- were the

14   videos provided -- the training and the real

15   life scenario videos -- were they provided to

16   you by Axon to use at the instruct -- TASER

17   instruction course in December 2017 in

18   Virginia Beach?

19        A.    Yes.

20        Q.    Did you play any role in the

21   development of these training videos?

22        A.    No.



Page 87

1        Q.     Did you alter or add anything to the

2     training videos as you were presenting them to

3     the applicants in Virginia Beach in 2017?

4        A.     No, but they probably didn't see all

5     those videos that day either.

6               MR. BUCCI:  Sorry if you guys hear

7          that.  We're going through some -- a

8          pretty big storm here.

9     BY MR. BUCCI:

10       Q.     They probably didn't see all of them?

11       A.     If -- if the video itself was not in

12    the PowerPoint, then they wouldn't have seen it

13    that day.

14       Q.     Gotcha.

15              Okay.  So -- and my understanding

16    was that every one of those videos in there -- I

17    could be wrong, but it's a correct statement

18    that if the video was contained within the

19    PowerPoint presentation, that it was provided to

20    you by Axon to show the applicants in

21    Virginia Beach in December 2017 -- if it was in

22    there, then you showed it to them; is that



JA-245

Page 88

1    correct?

2         A.    Correct.

3         Q.    And so I see a listing of videos

4    here.

5              It's not as if you would pick and

6    choose and use your discretion to say, Okay, I

7    want to use, for example -- let's see here.  I

8    don't know if this will work.  Let me try

9    something here.

10             So if you see -- I think I just

11   circled there "close distance chest."  It's not

12   as if you could say, Okay, well, I want to show

13   close distance chest, but I don't want to show

14   edged weapon.

15             You -- you would not pick and choose

16   which videos were shown to the applicants at the

17   training event in December of 2017 in

18   Virginia Beach.

19             Is that a fair statement?

20        A.    That's correct.

21        Q.    All right.  If it was in the

22   PowerPoint, you showed it, no questions asked,



Page 89

1    right?

2          A.      Correct.

3          Q.      Do you agree that Axon had the right

4    to control what videos were shown in the

5    PowerPoint presentation?

6          A.      Correct.

7          Q.      And that you did not have the

8    discretion to change or edit or pick or choose

9    which videos to show that were in the PowerPoint

10   presentation?

11         A.      Correct.

12         Q.      All right.

13               MR. BUCCI:  Next -- next I'm

14         looking at a document.  This is titled

15         AC- -- AXON_CURRAN39_33 to -37.  And I

16         believe --

17   BY MR. BUCCI:

18         Q.      Mr. Nelson, you can tell me what this

19   is.

20         A.      It looks like the test that

21   was -- that -- sorry -- would have been given on

22   that day.



Page 90

1          Q.      Right.  So this -- so AC 33 through

2      37 was the TASER in-house instructor

3      certification test that was given to the

4      applicants in Virginia Beach in December of 2017;

5      is that correct?

6          A.      Correct.

7                  MR. BUCCI:  All right.  So let's

8          make that Exhibit Number 33.

9                       -   -   -

10                 (Deposition Exhibit Number 33,

11                 Version 20 TASER® Conducted

12                 Electrical Weapons (CEWs) Part 1:

13                 In-House Instructor Certification

14                 Test Answer Key, Bates stamped

15                 AXON_CURRAN00039_0033 through

16                 AXON_CURRAN00039_0037, marked for

17                 identification, as of this date.)

18                      -   -   -

19     BY MR. BUCCI:

20         Q.      Describe in general what -- what this

21     test is.

22         A.      It's a basic knowledge test for



Page 91

1    everything that -- that was covered based on the

2    TASER.  Some -- some of the tests are

3    TASER-specific.  Some are just general knowledge

4    of TASER CEW; how they work; what makes them

5    work; known, you know, like, output; things like

6    that.

7          Q.    I'll ask you the same questions

8    again.

9                The -- were the tests and the

10   answers provided to you by Axon to administer at

11   the TASER certification training performed in

12   Virginia Beach in December of 2017?

13         A.    Yes.

14         Q.    Did you play any role in the

15   development of the tests or the answers to

16   this -- for the testing or the answers?

17         A.    No.

18         Q.    Okay.  Did you alter the test

19   questions or the answers that were provided to

20   you by Axon to administer at the December 2017

21   TASER certification training in Virginia Beach?

22         A.    No.



Page 92

1    Q.    To your knowledge, were you allowed

2    to alter or add to the tests or the answers that

3    were provided to you by Axon when you taught the

4    applicants in Virginia Beach in December 2017?

5    A.    No.

6    Q.    And did you administer the tests and

7    grade these tests using the answers just as they

8    had been provided to you by Axon to the

9    applicants in Virginia Beach in December of 2017?

10   A.    Yes.

11   Q.    Do you agree or disagree that Axon

12   had the right to control what questions were

13   asked in the test materials?

14   A.    I agree.

15   Q.    And do you agree or disagree that you

16   did not have the discretion to change any of the

17   questions or the answers in the testing?

18   A.    I did not.

19   Q.    How many answers does a trainee have

20   to get right -- or an applicant have to get right

21   in order to pass the test that's been marked as

22   Exhibit 33?



JA-250

Page 93

```
 1        A.     I would honestly have to go back and
 2   look at it.  It's been a while since I've given
 3   the test now.
 4        Q.     All right.  Hold on a second.
 5             MR. BUCCI:  Let's go ahead and
 6         make this Exhibit 34.
 7                      -  -  -
 8             (Deposition Exhibit Number 34, TASER
 9              CEW Instructor Applicant
10              Certification Form, Bates stamped
11              AXON_CURRAN00039_0009, marked for
12              identification, as of this date.)
13                      -  -  -
14             MR. BUCCI:  And this is the -- it
15         says, TASER CEW Instructor Applicant
16         Certification Form.
17   BY MR. BUCCI:
18        Q.     Mr. Nelson, what is this document?
19        A.     That's the instructor application.
20        Q.     Okay.  And I'm not sure how to use
21   this here -- I'm going to circle right here.
22             Do you see what I've circled there?
```



JA-251

Page 94

1        A.     Um-hum.

2        Q.     All right.  Can you read that for me?

3        A.     It says, Number of correct answers on

4    each written exam.  The correct number out of

5    has -- has to be a minimum of 90 -- 90 percent.

6        Q.     All right.  So going back, is it a

7    correct statement that a trainee would have to

8    get 90 percent of the answers right in order to

9    pass the exam?

10       A.     That's correct.

11       Q.     All right.  If somebody got

12   85 percent right, would you, in your discretion,

13   been allowed to pass them and certify them as a

14   TASER CEW instructor?

15       A.     No.  They would have had to attend

16   another class.

17       Q.     Say they get 89 percent right.

18              Would you, in your discretion, have

19   been able to say, Hey, you know what, that's

20   close enough; we're going to go ahead -- I'm

21   going to certify you as a TASER CEW instructor?

22              Could you do that?



MAGNA
LEGAL SERVICES

JA-252

Page 95

1          A.     No.

2          Q.     And did you give this -- going back

3    to -- I believe it's Exhibit 33, did -- the

4    testing -- is that something that you

5    administered to everybody in -- all the

6    applicants in the December 2017 training in

7    Virginia Beach?

8          A.     Yes.  Everyone would take the test.

9          Q.     Now I want to talk about the -- the

10   static drills that were taught at the TASER CEW

11   instructor course in 2017 in Virginia Beach.

12             What static drills were taught at

13   that time?

14         A.     Static drills were just -- you know,

15   basically, they're set up in two to four lines,

16   depending on how many targets that we have.  Each

17   student steps up with, you know, live rounds.

18   And based on what the -- what the drill is,

19   whether it's one shot, whether it's a shot and a

20   reload, they would -- they would assume that

21   role, fire what they were supposed to do and then

22   wait for further instruction.



Page 96

1      Q.     Okay.  Was that a drill that you had

2   learned during your master instructor

3   certification and recert -- recertification

4   classes?

5      A.     Yes, it's a drill we did in master

6   class.

7      Q.     Okay.  And you -- I think, as we

8   talked about before, that drill was instructed to

9   you by senior -- senior master instructors?

10      A.     Yes, at a master class.

11      Q.     Okay.  And those were Axon employees?

12      A.     To my knowledge.

13      Q.     You didn't learn the drill from

14   anybody else?

15      A.     No.

16      Q.     Did you administer or take the -- the

17   applicants through the -- that particular static

18   drill just as you had been taught by Axon?

19      A.     Yes.

20      Q.     Did you play any role in the

21   development of that static drill?

22      A.     No.



Page 97

1        Q.      Did you alter the static drill in any

2    way from what you had been taught by Axon to what

3    you, in turn, taught the applicants at

4    Virginia Beach in 2017?

5        A.      No.

6        Q.      To your knowledge, were you allowed

7    to alter anything pertaining to the static drills

8    from what you had been taught by Axon to what

9    you, in turn, taught the applicants in

10   Virginia Beach in December of 2017?

11       A.      No.

12       Q.      And to the best of your abilities,

13   did you administer the static drills just as they

14   had been taught to you during your training with

15   Axon?

16       A.      Yes.

17       Q.      Next, I want to turn to the -- the

18   box drill.

19               Is that right?

20       A.      Yes.

21       Q.      All right.  And I think you said that

22   you had been instructed on the box drill by Axon



Page 98

1    senior master instructors approximately three to

2    four times before December of 2017; is that

3    right?

4         A.    Correct.

5         Q.    I'm going to ask you the same

6    questions.

7               And that was something that was --

8    you learned from a senior master instructor who

9    was employed by Axon, to your knowledge, and not

10   through any other means, correct?

11        A.    Correct.

12        Q.    You played no role in the development

13   of the box drill.

14              Is that a fair statement?

15        A.    Correct.

16        Q.    And you tried to administer the box

17   drill in December 2017 with the Virginia Beach

18   applicants exactly how you had been trained on

19   the box drill by Axon employees the three to four

20   times before -- three to four sessions in which

21   you had been trained before December of 2017?

22        A.    Correct.



Page 99

1       Q.      You did not alter or add anything to

2   the box drill, to your knowledge, from how it had

3   been trained to you.

4               Is that fair statement?

5       A.      Correct.

6       Q.      I think I've kind of gotten a --

7   and -- and did you -- the box drill contains --

8   as I -- as I recall it, it's got -- it's got some

9   wrestling mats stood on end to form a box that

10  has gaps, right --

11      A.      Correct.

12      Q.      -- on the corners?

13      A.      Correct.

14      Q.      And then you've got -- you've got a

15  variety of different scenario weapons.  You've

16  got a recovery area.

17              Was the entire setup, to the best of

18  your knowledge, set up the same way as you had

19  been instructed by Axon?

20      A.      Yes.  I mean, obviously, each time,

21  the walls might be made out of a different

22  material, but they're set up the same.



Page 100

```
 1        Q.      Okay.  The positioning and the

 2   location and what you were, you know -- what you

 3   were trying to achieve was the same.

 4                Is that a fair statement?

 5        A.      Yes.

 6        Q.      Were there any other elements of the

 7   training that were performed at the

 8   Virginia Beach training in December of 2017 that

 9   we haven't covered so far?

10        A.      As far as what the students went

11   through?

12        Q.      Yeah.  Um-hum.

13        A.      I don't think so.

14        Q.      Okay.  I didn't think so either.

15                All right.  Now I want to turn to

16   some specific documents, and I'll go through

17   these as quickly as possible.

18                MR. BUCCI:  Yeah.  Mr. Nelson, do

19           you need to take -- we've been doing this

20           for a little bit, now.

21                You want to take -- take a break?

22                THE WITNESS:  That's fine.
```



```
                                          Page 101
 1             MR. BUCCI:  It's fine you do want
 2       to take a break, or you want to keep
 3       going?
 4             THE WITNESS:  Yeah, I wouldn't
 5       mind it.
 6             MR. BUCCI:  Yeah, that's fine.
 7       Okay.  All right.
 8             Take five, everybody.
 9             THE VIDEOGRAPHER:  Okay.  We're
10       off the record at 5:39 p.m.
11                  -  -  -
12             (Whereupon, a recess was taken from
13             5:39 p.m. EST to 5:48 p.m. EST.)
14                  -  -  -
15             THE VIDEOGRAPHER:  We're back on
16       the record at 5:48 p.m.
17             MR. BUCCI:  Okay.  I'm just going
18       to run through some documents, and
19       I'll -- I'll try to get through them as
20       quickly as possible.
21             Give me one second here.
22             (Pause.)
```



Page 102

```
 1                 MR. BUCCI:  What exhibit are we at
 2         now?  Are we at 35?
 3                 CERTIFIED STENOGRAPHER:
 4         Thirty-five.
 5                 MR. BUCCI:  Let's make this
 6         Exhibit 35.
 7                       -  -  -
 8                 (Deposition Exhibit Number 35, TASER
 9                 READ FIRST document, Bates stamped
10                 AXON_CURRAN00039_0001 through
11                 AXON_CURRAN00039_0003, marked for
12                 identification, as of this date.)
13                       -  -  -
14     BY MR. BUCCI:
15         Q.    Mr. Nelson, this is a document that
16     was produced by Axon.  I believe it's titled A
17     READ FIRST document.
18                 Do you recognize this document?
19         A.    Not offhand.
20         Q.    Okay.  Let me ask you this -- I'm
21     going to look to the next page.  It appears to me
22     that this would have been a document that is
```



Page 103

1    provided with training materials.

2            Does this ring a bell at all with

3    you?

4        A.    You sure this isn't something they

5    get when they do the online training?

6        Q.    Well, what I'm looking at, for my

7    purposes, is the -- there it is.

8            So I'm looking at AXON_CURRAN-002.

9    In the middle of the page, it says -- I'm

10   reading just on the title -- TASER CEW

11   Instructor Certification and Biannual

12   Recertification.  If you are a master

13   instructor, you received instructions during

14   master instructor school regarding the

15   requirements and logistics of teaching courses

16   on behalf of TASER Internationally --

17   International.  Specifically what material to

18   use and how to comply with TASER-hosted training

19   requirements.

20           Does -- have you ever read anything

21   like that before?

22       A.    I'm sure, at some point, I probably



Page 104

1    did.

2         Q.     Okay.  Well, the material to use in

3    TASER CEW instructor certification and

4    recertification -- what material would that be?

5         A.     Materials would be the -- the DVD

6    that was provided at one time.  At one point,

7    there was also a manual, a three-ring binder that

8    was provide -- provided for the students.

9              Every time, that all got converted

10   into online downloads.  So there was actually

11   no -- no handouts as far as materials.

12              The materials that we would -- that

13   I would receive for class would be TASERs,

14   cartridges, glasses, targets, things of that

15   nature.

16        Q.     So we talked about the materials,

17   the -- you know, the binder, the CD, or whatever.

18   Now it's all become online as a PowerPoint

19   presentation --

20        A.     It's actually all --

21        Q.     -- all materials created by Axon; is

22   that correct?



Page 105

1          A.     Correct.

2          Q.     And were you allowed to use materials

3     that were not Axon-created materials when you

4     trained applicants in TASER CEW instructor

5     courses?

6          A.     No.

7          Q.     The next sentence said, How to comply

8     with TASER-hosted training requirements.

9               What does that mean?

10         A.     Let me catch up to where you're at.

11         Q.     I'm sorry.  Let's see if I can do

12    this.

13              Do you see that?  What I've just

14    circled there?

15         A.     Oh, okay.

16              Okay.

17         Q.     What does that mean, How to comply

18    with TASER-hosted training requirements?

19         A.     Basically, how to teach it the way

20    they wanted it done.

21         Q.     And "they wanted it done" is Axon?

22         A.     Correct.



Page 106

1         Q.      And I assume -- well, you tell me.

2                 Right or wrong:  Does this mean that

3    you have to comply with the requirements

4    provided to you by Axon when you teach trainees

5    at TASER CEW instructor courses?  Correct?

6         A.      Correct.

7         Q.      And you're not allowed to use

8    requirements that differed from what Axon

9    provided to you to certify applicants as

10   TASER CEW instructor certified when you teach

11   that course?

12        A.      Correct.

13        Q.      And looking down, circling here in

14   the middle of the page, In-house instructor

15   course, just like any TASER-hosted instructor

16   course, is required to meet all of the

17   requirements enumerated on the instructor

18   certification form in order for your instructors

19   to be recognized as TASER certified.

20                Do you see that part of it?

21        A.      Yes.

22        Q.      What does that mean?



JA-264

Page 107

1        A.       On the application, if you notice,

2   there were several places where I would have to

3   check off that they performed certain tasks --

4   removing a battery; loading; reloading; firing

5   into a certain area; you know, their

6   qualification -- then I would have -- they would

7   have to -- they still have to meet those same

8   standards.

9        Q.       And I'm going to get to that in a

10  second, but I assume it's a correct statement --

11               If they -- I think there's, like,

12  five or six different requirements.

13               If a -- if a trainee did not meet

14  every single one of those requirements provided

15  to you by Axon, were you allowed to certify them

16  as a TASER CEW instructor?

17       A.       No.

18       Q.       So you did not have the -- so

19  getting -- like, my question about 89 percent

20  right -- if somebody got all of the -- the

21  requirements right but one, you did not have the

22  discretion to pass them.



Page 108

1               Is that what you're saying?

2        A.     Right.  I actually don't issue the

3   certification anyways; TASER/Axon issues the

4   certification.

5        Q.     Well, I'm going to get to that in a

6   second, because I did have a question about that.

7               Okay.  The next page, AXON_CURRAN --

8   there we go.

9               All right.  So AXON_CURRAN39-003

10  says, here, The failure to comply with TASER's

11  training program requirements results in

12  immediate automatic (without notice or action),

13  forfeiture (voidance) of the certification.

14              What does that mean?

15       A.     Basically, what it says.  If you

16  don't comply with their program, you're

17  terminated.

18       Q.     Okay.  So if -- if -- if any of the

19  requirements are not met, then their

20  certification is terminated; is that --

21       A.     As I understand it, yes.

22       Q.     Does this mean that -- that the --



Page 109

1    the certification that -- that you, as a master

2    instructor -- your certification would be pulled

3    or the certification of the person that you

4    trained?

5         A.    This one, I believe, is referring to

6    me.

7         Q.    Okay.  So what this document,

8    AXON_CURRAN39-003, says is that if you, as a

9    master -- a TASER CEW master instructor, do not

10   follow Axon's training program requirements, then

11   your master -- TASER master instructor

12   certificate will be voided?

13        A.    Correct.

14        Q.    I think, as we already talked about,

15   you're not allowed -- you do not have the

16   discretion or are not allowed to alter any of

17   TASER's training program requirements, correct?

18        A.    Correct.

19        Q.    So if you did, you'd lose your

20   certification?

21        A.    Correct.

22        Q.    Okay.  I now want to go to -- I want



Page 110

1    to go back to the TASER CEW instructor

2    application certificate.

3                We talked about the requirements

4    previously.

5                We see a section in the -- the

6    center that has a number of dashes -- and then

7    it says, Review entire Version 20 instructor

8    certification course PowerPoint presentation and

9    then a bunch of other requirements.

10               I assume that what happens is you

11   have to initial the various requirements there

12   to ensure that the applicant has met that

13   requirement; is that correct?

14       A.    Yes, if it applies to what they're

15   being certified in, I would have to check off on

16   it.

17       Q.    Okay.  Now, you said that you're not

18   the one that certifies them.

19               And I guess is -- so it says at the

20   bottom here, Attested by certifying master

21   instructor.

22               Right?  And I just circled that.



Page 111

1        A.    Correct.

2        Q.    Tell me what you mean by that, that

3    you're not the one that certifies them.

4        A.    I don't issue the certification.  I

5    -- I -- I take their paperwork, return it to

6    TASER, and then they actually issue the cert --

7    the -- the certification or certificate out to

8    the student.

9        Q.    Okay.  Is there any -- there -- so

10   there's no type of, like, Nelson instructor

11   certification, or anything like that, right?

12   It's all -- it all has to be TASER, right?

13       A.    You kind of broke out there.  You

14   have to repeat that.

15       Q.    Right.  So you -- you don't have the

16   power to certify any of the trainees as

17   TASER-certified instructors; only Axon can do

18   that?

19       A.    Correct.

20       Q.    Okay.  Let me find another one here.

21             MR. BUCCI:  Let's mark this

22   Exhibit 36.



```
                                                      Page 112
 1                            -  -  -

 2                   (Deposition Exhibit Number 36, TASER

 3                    Course Roster, Bates stamped

 4                    AXON_CURRAN00039_0004 through

 5                    AXON_CURRAN00039_0005, marked for

 6                    identification, as of this date.)

 7                            -  -  -

 8                   MR. BUCCI:  It's AXON_CURRAN39_4

 9           to -5.

10   BY MR. BUCCI:

11           Q.    And what is this, Mr. Nelson?

12           A.    That's the roster that I would have

13   students sign in when they -- when they showed up

14   for class.

15           Q.    Was that roster -- who -- who

16   provides you with that roster?

17           A.    TASER would.

18           Q.    And what did you have to do with

19   that --

20                   MS. NGUYEN:  I'm sorry to

21           interrupt -- okay.  There it is.  I just

22           wasn't seeing the document.
```



JA-270

Page 113

1           Is this 36?

2           MR. BUCCI:  This is 36, and it

3     just -- it's Axon 30 -- AXON_CURRAN39-04

4     to -05 Bates numbers, but it's

5     Exhibit 36.

6           MS. NGUYEN:  Well, the Bates

7     numbers are the ones that you put on

8     there, right?

9           MR. BUCCI:  Right.

10          MS. NGUYEN:  Okay.

11          MR. BUCCI:  So -- yeah.  So -- so

12    anytime you see -- and this -- Brian,

13    this is for you as well.  And I -- I

14    think I e-mailed these around -- anytime

15    you see AXON_CURRAN00039 dash something,

16    those are all of the materials combined

17    that were in what was produced as AXON39

18    in Axon's initial disclosures.  I just

19    printed everything to PDF and added Bates

20    numbers to them so we'd have something to

21    point to them at.

22          MS. NGUYEN:  So I did not receive



Page 114

1          an e-mail with these documents, and so

2          the next break or if you can have

3          somebody at your office please e-mail me

4          these.  Because trying to coordinate

5          those with the Bates numbers that are on

6          here is getting -- is -- is not going to

7          happen right now.

8               So it would be easier if you can

9          just send me those, as we -- I requested

10         last week.

11              MR. BUCCI:  All right.  Well, let

12         me -- why don't we take a quick break

13         right now?  Because I'm getting ready to

14         go --

15              MS. NGUYEN:  You don't have to do

16         it right now because I don't -- unless

17         you're going to anyway.  I don't want to

18         hold anything up.  I'm fine with

19         following it right now.

20              But I'm saying for my follow-up,

21         if I want to refer back to these, I would

22         like to have those.



JA-272

Page 115

1           MR. BUCCI:  Oh, no.  Absolutely.

2      I -- I forwarded them to you and Brian

3      last week.  I'm surprised they didn't go

4      through.

5           Brian, did you get them?

6           MR. CASEY:  I think so.  I mean, I

7      got e-mails from you with documents.  So

8      far, the ones you've -- you've talked

9      about I have.

10          MR. BUCCI:  Okay.

11          Sorry, Amy.  I don't know why

12     yours didn't go through as well, but I --

13     as soon as this is over, I'll forward it

14     to you.

15          MS. NGUYEN:  Okay.  Thanks.

16          MR. BUCCI:  Sure.

17 BY MR. BUCCI:

18     Q.    Okay.  And the -- and, Mr. Nelson,

19 the TASER training academy TASER course roster

20 that we see here as AXONCURRAN39_04 and -05 --

21 that's something that was provided to you by

22 Axon?



Page 116

1        A.    Yes.

2        Q.    Did you have your own sign-in sheet

3   that you kept?

4        A.    Do I have my own?

5        Q.    Yeah.

6        A.    No.  I -- that's changed over

7   the years, depending on when the class was done.

8        Q.    And is this a document that you would

9   provide back to Axon to let them know who all

10  showed up and attended the course?

11       A.    Yes.

12       Q.    I want to turn now to the PowerPoint

13  presentation, which I believe was a previous

14  exhibit.  I think it was Exhibit 31.  And I just

15  have a question on a few of these here.

16              So we're at Exhibit 31, and I'm

17  looking at AXON_CURRAN39-0595.  And the top of

18  it says, License Agreement.

19              This was part of the PowerPoint

20  presentation that you showed to the applicants

21  in Virginia Beach in 2017, correct, Mr. Nelson?

22       A.    Correct.



Page 117

1         Q.     It says, All TASER International

2    training materials/documents are copyrighted, and

3    the first bullet point is, Must be used in their

4    entirety.

5               Did I read that correctly?

6         A.     Yes.

7         Q.     My interpretation of that is that you

8    are not allowed to do anything less than -- to

9    provide anything less than every single material,

10   slide or training material that was provided to

11   you by Axon.

12              You have to provide that to the

13   trainees in Virginia Beach in 20 --

14   December 2017.

15              Is that a fair statement?

16        A.     Well, I have to present it.

17        Q.     Right.  You don't have the discretion

18   to not -- so -- if this PowerPoint presentation

19   is 375 -- 375 slides and you say, Well, I don't

20   want to look at these 50 slides here, you don't

21   have the discretion to not show the applicants in

22   the TASER CEW instructor course, particular



Page 118

1    slides that you don't want to show?

2         A.    No; I have to show them all.

3         Q.    Okay.  And the next bullet point says

4    that The -- the materials and documents may be

5    used for CEW training by TASER-certified

6    instructors holding current certification on the

7    CEW model being taught and while fully complying

8    with all TASER training requirements.

9              Again, the same question is that --

10   do you have discretion to certify somebody as a

11   TASER CEW instructor if they have not complied

12   with all of TASER's training requirements?

13        A.    I think you might be reading that

14   wrong.

15        Q.    Okay.  Explain it to me.

16        A.    I mean, the -- in my opinion, what

17   that is saying is anyone who is a instructor or

18   master instructor for TASER -- you know, they

19   basically have to comply with the way TASER has

20   set up the training program in order to meet the

21   requirements.

22        Q.    Right.  And -- and you don't have any



Page 119

1    discretion to offer -- or to train people on

2    different requirements, correct?

3         A.    No, I don't.

4         Q.    And, lastly, it says that the

5    material -- TASER materials and documents may not

6    be used for a commercial purpose.

7               What does that mean?

8         A.    You cannot go out and, basically,

9    start your own business and offer up your

10   services for money to other departments.

11        Q.    Yeah.  You are not allowed to train

12   people on your own; you have to train people

13   through the Axon training materials to become

14   Axon -- or TASER certified.

15              Is that what -- what that says,

16   essentially?

17              MS. NGUYEN:  Object to form and

18        foundation.

19   BY MR. BUCCI:

20        Q.    Is that your understanding of what

21   that says?

22        A.    Can you repeat that?



Page 120

1      Q.      Sure.  I mean, it says, The materials

2   and documents may not be used for a commercial

3   purpose.

4              And that means you can't use Axon

5   materials outside of the Axon certified training

6   programs?

7      A.      Correct.  I can't go out and start my

8   own business.

9      Q.      Okay.

10             I want to go down to 596.  This is

11   AXON_CURRAN -- we're now looking at

12   AXON_CURRAN39-596 of Exhibit 36.

13             This talks about the program

14   requirements.

15             And -- and summarize -- I don't want

16   to go through it all, but what does this slide

17   basically say?

18     A.      It's basically telling the

19   instructors that I'm teaching that if -- if they

20   have a class upcoming, that at least 72 hours

21   before giving that class, they need to check

22   online at the -- at www.TASER.com to make sure



Page 121

1    that if they're using Version 20, that Version 20

2    is still the current version that's to be used at

3    the time.

4        Q.    So you're instructing the soon-to-be

5    instructors how to become instructors and that

6    they must get the most up-to-date training

7    materials, and it's from -- it says www.TASER,

8    but that's Axon, right?

9            MS. NGUYEN:  And, Scott, again,

10        I -- I'm not sure what document you're

11        referring to because the one on the

12        screen is still the license agreement; at

13        least that's what I'm seeing.

14            MR. BUCCI:  Oh.  All right.  I

15        don't know --

16            (Sotto voce discussion.)

17    BY MR. BUCCI:

18        Q.    Mr. Nelson, I mean, do you -- what do

19    you see on your screen?

20        A.    I'm seeing the program requires

21    instructor must go to www.TASER.com within 72

22    hours.



Page 122

```
 1              MR. BUCCI:  Amy, is that not what

 2       you're seeing?

 3              MS. NGUYEN:  No.  I see the

 4       license agreement.

 5              MR. BUCCI:  That's bizarre.

 6              Brian, what do you see?

 7              MR. CASEY:  I see the program

 8       requires -- stop -- program requires

 9       instructor must go to www.TASER.

10              MR. BUCCI:  Okay.  Amy, I don't

11       know what's going on with your -- it's --

12       if -- if you're able to pull up --

13              MS. NGUYEN:  Just go ahead and --

14       I'm tracking it on the PDF.  So if you

15       can just give me the Bates number, I'll

16       just track it that way if it's not -- for

17       some reason, it must be not updating on

18       my screen.

19              MR. BUCCI:  Hmm.  It's the one at

20       the top -- top that says, Program

21       requires, stop.  It's --

22              MS. NGUYEN:  Does it have a Bates
```



JA-280

Page 123

1          number on it?

2                  MR. BUCCI:  It has my personal

3          Bates number.  It was in the 30 -- the 39

4          materials, the ones that I created.  So

5          it's AXON_CURRAN39-596.

6                  And I would have sent this to you

7          on Friday, I believe.

8                  (Pause.)

9                  MR. BUCCI:  You got it?

10                 MS. NGUYEN:  Almost there.

11                 Okay.  Got it.

12                 MR. BUCCI:  Okay.  It has the stop

13         sign on it?

14                 MS. NGUYEN:  Yep.  Got it.

15   BY MR. BUCCI:

16         Q.    All right.  Mr. Nelson, what -- what

17   does this slide show?

18         A.    It's showing that the instructors

19   need, if they have an upcoming class, at least 72

20   hours prior to class to check to make sure they

21   have the most up-to-date version of the training.

22         Q.    Gotcha.



JA-281

Page 124

1              And did you play any role in any --

2    do you ever play any role in any of the updates?

3         A.    No.

4         Q.    Let's go two more down.  That's going

5    to be 598.

6              MR. BUCCI:  And, Amy, it says,

7         Disclaimers at the top, AC39-598.

8              Does everybody have it?

9              (Pause.)

10   BY MR. BUCCI:

11        Q.    Okay.  Mr. Nelson, it says,

12   TASER-certified instructors are not TASER agents

13   and are not authorized to deviate from TASER's

14   training and warning materials.  Any

15   representation inconsistent with those materials

16   is specifically disclaimed.

17             What does that mean?

18        A.    It's basically telling instructors

19   they cannot deviate from what -- the standards

20   that TASER has set forth in the training.

21        Q.    And in your training, are you allowed

22   to deviate at all from TASER's training and



JA-282

Page 125

1    warning materials?

2         A.    No.

3         Q.    It says, Unofficial or -- next bullet

4    point, Unofficial or unauthorized materials are

5    not part of any TASER training or warning and are

6    specifically disclaimed.

7              So "unofficial," I assume, would be

8    anything that's not TASER- or Axon-created,

9    right?

10        A.    Correct.

11        Q.    "Unauthorized" -- does that suggest

12   that there can be some materials not created by

13   Axon or TASER that are authorized, to your

14   knowledge?

15        A.    Not to my knowledge.

16        Q.    Okay.

17              All right.  So over all the courses

18   that you have trained people to become TASER CEW

19   instructor certified, all materials you have

20   ever used were always created by TASER or Axon.

21              Is that a correct statement?

22        A.    Correct.



JA-283

Page 126

1        Q.      In fact, as we discussed before,

2    you're not allowed to use any materials that

3    differ from those Axon-created or provided

4    materials or you could lose your certification;

5    is that correct?

6        A.      Correct.

7        Q.      Going down now -- actually, we can

8    skip that one.

9             All right.  So before I move on, I

10    just had a couple -- okay.

11            All right.  Mr. Nelson, would you

12    agree or disagree the means and methods to

13    achieve your work of training the applicants to

14    be certified TASER CEW instructors in December

15    of 2017 in Virginia Beach -- was that controlled

16    by Axon?

17        A.      I would agree with that.

18        Q.      Were you free to adopt your own means

19    and methods to certify the applicants as

20    TASER CEW instructors in Virginia Beach in

21    December 2017?

22        A.      No.



JA-284

Page 127

1          Q.      Did you have to follow Axon's

2    training instructions in order to certify the

3    applicants as TASER CEW instructors in

4    December 2017 in Virginia Beach, or were you

5    allowed to exercise your own skill and judgment

6    to certify the applicants as TASER CEW

7    instructors?

8          A.      I had to use TASER standards.

9          Q.      And do you disagree -- agree or

10   disagree?  The method by which you were to

11   produce the result of certifying the applicants

12   at the TASER CEW instructors was controlled by

13   Axon.

14         A.      Correct.

15         Q.      I just have a few follow-up

16   questions, and then we're going to turn to the

17   incident it -- itself.

18                 Have you ever used assistants to

19   train instructors?

20         A.      Have I ever used what?

21         Q.      Assistants.

22         A.      Assistants?



JA-285

Page 128

1        Q.     And what I mean by that is not

2    necessarily somebody you may have grabbed there

3    at a training session.  Like, I -- I think,

4    Mr. Curran -- you asked him to be a -- one of the

5    role players.  I'm not talking about that.  I'm

6    talking about somebody who assisted you in the

7    actual implementation of the TASER CEW instructor

8    course.

9              Have you ever done that?

10       A.     I've never brought an assistant with

11   me, no.

12       Q.     Okay.  Subletting the work of

13   performing a training session -- are you allowed

14   to sublet your work?

15       A.     No.  I cannot form a business off of

16   this.

17       Q.     Well, here -- here's what -- here's

18   what I mean:  Let's say, for example, you were

19   paid $900 for this course, right -- the course at

20   issue, correct?

21       A.     Okay.

22       Q.     And that -- that -- does that sound



JA-286

Page 129

1    right to you?  That's the -- based on the invoice

2    I saw previously.

3         A.    Yeah, for that class, that would be

4    correct.

5         Q.    Okay.  Are you allowed to say -- you

6    know, let's say TASER or Axon -- let's say

7    even -- was it Mr. Slovinsky who first contacted

8    you?

9         A.    Yes.

10        Q.    Okay.  Let's say Peter contacts you

11   and says, Hey, I want to -- want you to train the

12   course, and you say, Well, I'll tell you what.

13   I'm going to get another master instructor for

14   you, and I'll go ahead and pay him.

15             And then let's say you pay that

16   master instructor $600 to train the course, and

17   then you submit an invoice for $900.  In other

18   words, you're subleasing or subletting the work.

19             Are you allowed to do that?

20        A.    No.

21        Q.    You have been a TASER master

22   instructor since 2000, correct?



Page 130

1        A.      Correct.

2        Q.      And other than that construction

3    business that we discussed, you haven't had any

4    part-time jobs or other part-time gigs on the

5    side, right?

6        A.      Correct.

7        Q.      Would you agree or disagree that

8    training is a core element of Axon's business?

9        A.      Correct.

10       Q.      I mean, my understanding is that the

11   main thing is they sell products, CEWs, and they

12   train how to use the products.

13               Is that a fair assessment of what

14   their business is?

15       A.      Yes.

16               MS. NGUYEN:  For -- object to form

17       and foundation.

18   BY MR. BUCCI:

19       Q.      Well, you've been working on a

20   part-time basis for 20 years with them; is that

21   correct?

22       A.      Close to it.



JA-288

Page 131

1        Q.      All right.  And my hunch is you

2    probably -- it sounds like you've done close to

3    500 courses or more?

4        A.      I don't know how to put a number on

5    it, to be quite honest.

6        Q.      All right.  Hundreds.

7                Would that be a fair statement?

8        A.      It -- that would be fair.

9        Q.      All right.  Do you think you have

10   some understanding of what Axon's business is?

11       A.      I do.

12       Q.      I want to turn now to the agreement

13   between you and Axon.

14               MR. BUCCI:  And I think this would

15       be Number 37.

16                        -   -   -

17               (Deposition Exhibit Number 37, 2016

18                TASER Certified Instructor

19                Independent Contractor Agreement,

20                Bates stamped AXON_CURRAN000105

21                through AXON_CURRAN000107, marked

22                for identification, as of this



Page 132

1                     date.)

2                      -  -  -

3           MR. BUCCI:  And this is

4       AXON_CURRAN105 to 107.

5   BY MR. BUCCI:

6       Q.    Do you recognize -- recognize this

7   document, Mr. Nelson?

8       A.    Yes.

9       Q.    Are you aware if there's ever -- if

10  there's a signed copy where somebody from TASER

11  International has signed this document?

12      A.    I couldn't say one way or the other.

13      Q.    I want to look -- draw your attention

14  to the section that I've circled right here,

15  Paragraph 6.2.  It says, Termination.

16           Do you see that?

17      A.    Yes.

18      Q.    It says, Either party may terminate

19  this agreement for any reason by giving 30 days'

20  advanced written notice by registered mail.

21           Did I read that correctly?

22      A.    That's the way it reads.



JA-290

Page 133

1        Q.      Is it a correct statement that either

2   you or Axon, for any reason at any time, can

3   terminate the relationship between you and Axon?

4        A.      Correct.

5        Q.      If Axon were to say, you know, We're

6   terminating the agreement just because we want

7   to, we don't -- we don't like you anymore,

8   that -- would you -- they're allowed to do that,

9   right?

10       A.      It appears so, yes.

11       Q.      And would you -- I mean, to your

12   knowledge, would you have any claim for liability

13   or -- or damages against them if they chose to do

14   that?

15       A.      I would have to ask legal assistance

16   on whether I did or didn't.  I really don't know.

17       Q.      Okay.  Fair enough, fair enough.

18               Paragraph 4 -- I'm going to circle

19   that.  It says, Expenses.  And it says that

20   TASER will reimburse all reasonable travel

21   expenses in connection with the services, which

22   may include airfare, lodging, rental car, gas,



Page 134

1    meals, tips, parking, mileage and tolls.

2                 Did I read that correctly?

3    A.       Yes.

4    Q.       So Axon would reimburse your expenses

5    for teaching the various instructor courses.

6                 Is that a fair statement?

7    A.       Yes, they do.

8    Q.       If -- if you did not take the

9    TASER CEW instructor course in accordance with

10   Axon's instructions, did they have the right to

11   terminate you or substitute you as an instructor?

12   A.       Yes, to my knowledge, they do.

13   Q.       Okay.  And that was all in

14   AXON_CURRAN106 that we referred to.

15                So now I want to turn to -- now I

16   want to look at -- when it says -- in the middle

17   of AXON_CURRAN105, Paragraph 1.2, it says,

18   Modified Materials.

19                Modified materials must convey

20   information deemed solely by TASER to be

21   sufficient to meet an applicable TASER

22   certification standard.



Page 135

1          Did I read that correctly?

2     A.     Yes.

3     Q.     All right.  So mod -- it says

4  modified materials may be, like, in-house agency

5  use-of-force policies, things like that; is that

6  right?

7     A.     Repeat that.

8     Q.     I think it defines modified materials

9  up top here to say Agency use-of-force or

10  conducted electrical weapon guidance.

11          Did I read that correctly?

12     A.     Yes.

13     Q.     All right.  Well, mod -- are you

14  allowed to approve modified materials in -- when

15  you conduct a TASER CEW training course?

16     A.     No.

17     Q.     Do you agree or disagree?  Only TASER

18  or Axon can approve modified materials that are

19  used in a TASER CEW training course.

20     A.     That's my understanding.

21     Q.     Looking back at Exhibit -- let me go

22  to the -- the invoice.  I just had a couple of



Page 136

1    questions about that.

2              Let's see here.

3              Here it is.

4              So I'm looking back at the exhibit

5    -- I'm not sure which one it is, but you can see

6    it there.  It's the exhibit involving your --

7    your invoice to Axon.

8         A.    Okay.

9         Q.    Did -- when you -- for the hundreds

10   of instructor courses that you have performed,

11   were you paid -- typically paid by attendees of

12   the course or organizers of the course or by

13   Axon?

14        A.    I've always been paid by Axon.

15        Q.    All right.  The course in particular

16   that's involved here -- how much did the

17   course -- did the applicants have to pay to

18   attend the course that you performed at

19   December -- at the -- at Virginia Beach in

20   December 2017?

21        A.    I would have to look back and see

22   that.  That number has changed over the years,



Page 137

1    and it would depend on whether they were

2    recertifying or certifying for the first time.

3          Q.     Okay.  Give me your best estimate

4    of -- in December of 2017.

5                 How much did it cost to attend a

6    course like yours, a TASER CEW instructor

7    course, to become recertified?

8          A.     I'm thinking it was 225 and 395, but

9    I can't be 100 percent sure on that.  225 for

10   recert, 395 for initial certification.

11         Q.     And I believe that there were

12   approximately 25 people in this class; is that

13   right?

14         A.     Yes -- yes.  Twenty-five is the max.

15         Q.     All right.  As far as your

16   recollection, how many people were involved in

17   this class?

18         A.     Twenty-five that I recall.

19         Q.     Okay.  So at a minimum, if everybody

20   was a recertification, my quick math comes to

21   $6,375.

22                And you got -- so whatever amounts



JA-295

Page 138

1    the registration was -- was, those were paid by

2    the applicants to Axon is your understanding,

3    correct?

4         A.    Correct.

5         Q.    And then you got paid $700 for -- per

6    course and an extra $200 if you were the one who

7    was first contacted by the host to put on the

8    course?

9         A.    Correct.

10        Q.    So would you agree or disagree that

11   there's a benefit to Axon in you performing these

12   courses because they make money off of you per --

13   administering these courses?

14             MS. NGUYEN:  Object to form and

15        foundation.

16             THE WITNESS:  Correct.

17   BY MR. BUCCI:

18        Q.    Okay.

19             MR. BUCCI:  And I'll give you a

20        continuing objection.

21   BY MR. BUCCI:

22        Q.    You -- you -- it is correct that Axon



Page 139

1    benefits from you administering these training

2    courses because they get to make money off the

3    courses?

4              MS. NGUYEN:  The same objections.

5         This witness does not know what costs go

6         into the training nor if they are even

7         profitable to Axon.

8              MR. BUCCI:  Okay.

9    BY MR. BUCCI:

10        Q.    To your knowledge, Mr. Nelson.

11        A.    You have to repeat the question now.

12        Q.    To your knowledge, does Axon benefit

13   from you administering these training courses

14   because they are able to make money off of them?

15             MR. CASEY:  Same objection.

16             MS. NGUYEN:  Same objections.

17        This witness does not know what costs go

18        into training and whether Axon has a

19        financial benefit to their training.

20   BY MR. BUCCI:

21        Q.    You can answer the question.

22        A.    I would think so.



Page 140

1          Q.      What costs are there associated with

2     the course that you administer?

3          A.      As -- as far as what?

4                  MS. NGUYEN:  Form and foundation

5          as to whether or not this witness knows.

6     BY MR. BUCCI:

7          Q.      To your knowledge -- I mean, my

8     understanding is that you show a PowerPoint

9     presentation.  I don't know any costs associated

10    with that.  There are some, you know, dummies

11    that you shoot at that are provided by the -- in

12    this case, were provided by Virginia Beach.

13                 I mean, what -- what costs are

14    there?

15         A.      As far as, like, what's supplied?

16         Q.      Yeah, um-hum.

17         A.      TASER supplies all the TASERs,

18    batteries, cartridges, glasses.  I don't -- I

19    don't know what the cost value is.

20         Q.      All right.  Let's go through all

21    that.

22                 So TASER provides all the



JA-298

Page 141

1    cartridges.

2              What else does TASER provide?

3        A.    Glasses for everyone.

4        Q.    Okay.  What else does TASER provide?

5        A.    They supply the TASERs and the -- the

6    batteries and holsters for each student to use.

7        Q.    Was -- for this particular event

8    in -- or training session in December 2017 in

9    Virginia Beach, did Axon provide the actual

10   TASERs -- TASER CEWs that each applicant used?

11       A.    Yes, they would have sent TASERs for

12   each individual person in class.

13       Q.    Do they get to keep them, or they

14   have to turn them back?

15       A.    No; they go back.

16       Q.    And batteries and holsters?

17       A.    Correct.

18       Q.    What do you provide when you -- what

19   do you provide when you -- in December 2017 when

20   you administered the TASER CEW instructor course?

21       A.    My service and computer.

22       Q.    Okay.  And I think you said for every



JA-299

Page 142

1    course -- instructor course that you have

2    performed -- TASER CEW instructor course, you

3    have always been paid by Axon, never by the host

4    or applicants; is that correct?

5         A.    Correct.

6         Q.    And, you know, what percentage of

7    instructor courses that you have taught have you

8    been the one who has been first contacted versus

9    what percentage is it that Axon was first

10   contacted and put out a notice of -- that -- that

11   somebody is looking for a course?

12        A.    I really have no idea.

13        Q.    Is it 50/50?  Ninety through Axon,

14   10 percent through you?  Or 10 percent through

15   Axon, 90 percent through you?  Any -- any idea at

16   all?

17        A.    It would just be a pure guess if I --

18   if I give a number at all.

19        Q.    Okay.  That's fair enough.

20              All right.  Now I want to turn to

21   the incident itself.

22              How was -- in this case, this



JA-300

Page 143

1    involves an incident that occurred in December

2    of 2017 at the Virginia Beach Law Enforcement

3    Training Academy.

4             How was -- how was the training

5    arranged, to your knowledge?

6        A.    As far as the box drill itself?

7        Q.    No, no.  Let's go -- I want to -- I'm

8    just going to go through quickly the -- if I can

9    get out of here -- the -- the -- getting the --

10   the session or the -- the training session

11   together at the outset.  I think you had

12   mentioned that Pete Slovinsky contacted you.

13            Is that how it all got started?

14   What got the ball rolling?

15       A.    That was the initial contact, was

16   through Pete.

17       Q.    Okay.  Tell me about that

18   conversation.

19       A.    He called because they had actually,

20   in that area, hosted several times in the -- in

21   the -- previous to that.  He contacted me to see,

22   you know, what requirements and if he could get



JA-301

Page 144

1    registered to host again.

2             He also told me that he wanted to

3    cohost with Virginia Beach to use their facility

4    and, in doing so, was going to give them one of

5    the free slots that they get --

6        Q.    Gotcha.

7        A.    -- after that, it was just up to me

8    to basically plug all the information in, send it

9    to TASER for -- for approval.

10       Q.    Okay.  Which -- are we talking

11   about -- what -- late November/early December

12   time frame, is when this is -- was going on?

13       A.    No.  For the training -- they have to

14   be online training, so TASER needs a buffer of 90

15   days to make sure they can get everything set up,

16   give time for the students to register, times for

17   them to complete the online, and then time for

18   them to make sure that they send the adequate

19   materials for each student.

20       Q.    Gotcha.

21             When you say "adequate materials for

22   each student," what do you mean?



Page 145

```
 1        A.     I mean they have to have a number so

 2   they know how many -- how many students and how

 3   much to send.

 4        Q.     Gotcha.

 5               And that -- you're talking about the

 6   cartridges, glasses, TASERs, all that -- that

 7   sort of stuff?

 8        A.     Right.

 9        Q.     Gotcha.

10               And Day One of training -- I think,

11   as we talked about before, those were the -- the

12   PowerPoint presentation slides.  And to your

13   knowledge, what we have previously marked as an

14   exhibit -- you reviewed all the slides and all

15   the videos with the attendees in Virginia Beach

16   on Day One of the training?

17        A.     Correct.

18        Q.     Do you know -- did you do the -- the

19   testing materials -- did that occur on Day One or

20   Day Two, or do you remember?

21        A.     To the best of my knowledge, I did

22   that at the end of Day One.
```



Page 146

1     Q.    Okay.

2         All right.  Day Two -- what

3   happened -- tell me about any training that

4   occurred up until the -- the point where the --

5   the box drill training occurred.

6     A.    The day would have started in the

7   classroom to make sure that all students, you

8   know, returned; reissue out TASERs, you know,

9   according to which TASER each one was supposed to

10  have; make sure that they still -- their -- their

11  glasses were issued the first day -- make sure

12  that they still had glasses.  If not, typically,

13  there's -- there's some extras in the box if

14  someone didn't bring them back the second day --

15     Q.    Okay.

16     A.    -- from -- from there, we would go to

17  whatever room we were going to use for training;

18  set up targets; you know, prepare for static

19  drills to moving drills to scenarios and just

20  advance through the day.

21     Q.    Gotcha.

22         All right.  And then eventually, at



Page 147

1    some point, the -- the -- the box drill was set

2    up?

3         A.    Correct.

4         Q.    Who set that up?

5         A.    That was, I mean, basically set up by

6    me with the assistance of the role players and

7    the students.

8         Q.    And -- and one was Mr. Curran.

9              Do you remember who the other role

10   player was?

11        A.    Offhand, I do not remember his name.

12        Q.    And I'm going to try to get this

13   straight here.

14             MR. BUCCI:  Let's go ahead and

15        make this Exhibit --

16             CERTIFIED STENOGRAPHER:

17        Thirty-eight.

18             MR. BUCCI:  -- 38.

19                     - - -

20             (Deposition Exhibit Number 38,

21              Photographs, Bates stamped

22              AXON_CURRAN000154 through



JA-305

```
                                                      Page 148
    1              AXON_CURRAN000157, marked for

    2              identification, as of this date.)

    3                        -  -  -

    4    BY MR. BUCCI:

    5         Q.    All right.  So Exhibit 38 -- these

    6    appear to be -- I think it might be -- ah, there

    7    they are.

    8              AXON_CURRAN154 to 157 is Exhibit 38.

    9              These appear to be photographs of

   10    the setup of the box drill; is that right?

   11         A.    Yes.

   12         Q.    Is that you in the tan in the back

   13    corner?

   14         A.    The one you just had your cursor on?

   15    The taller guy?

   16         Q.    Yeah, the tall guy.

   17         A.    No.  That's actually Pete.

   18         Q.    That's Pete Slovinsky?  Okay.

   19              Okay.

   20              All right.  So take me through the

   21    setup of the box drill.

   22              What was it -- how was it set up,
```



Page 149

1    and -- and -- and why was it set up a

2    particular -- in a particular way?

3        A.    It's set up in a box with -- you

4    know, basically with four open corners.  The idea

5    behind a box drill is that with four corners, you

6    don't know where the situation's going to be

7    presented.  So it does add a little bit of

8    stress, a little bit of realism, and that's kind

9    of the purpose behind it.

10       Q.    Okay.  And what is this area that I'm

11   hovering over here?  There appears to be a bench

12   and a fake baton.

13             What is -- I see another -- and I'm

14   looking now at AXON_CURRAN156.  You can see it a

15   little bit clearer.

16             What is that area?

17       A.    It's just a bench with some -- some

18   rubber fake weapons on it.

19       Q.    Was the box drill set up in the

20   manner in which you were instructed when you

21   became a master -- when you became recertified as

22   a master instructor, to the best of your ability?



Page 150

1       A.      To the best I could, yes.

2       Q.      Okay.  Walk me through how the

3   scenario was supposed to work.

4       A.      The way the scenario was to work --

5   we had two role players.  The rest of the

6   students, after the room was set up, would be

7   asked to leave the room.  The reason for that is

8   so that they don't get to see the scenario before

9   they go into it.

10              One person would be positioned at

11  the door, which was Pete Slovinsky.  He was the

12  safety officer.  So as each student come in, he

13  would actually check them to make sure that they

14  didn't have any live cartridges, no firearms, no

15  knives, pepper sprays, nothing that is going to

16  cause any -- any danger to somebody --

17      Q.      Okay.

18      A.      -- they would then be issued the blue

19  cartridges, which are training cartridges, and

20  come to the box, where they were instructed in

21  the beginning of the class that, basically, I was

22  going to run the first two, which each officer



JA-308

Page 151

1    that comes in would do four different scenarios.

2              After the first two, then they were

3    going to actually -- because they're there to

4    learn how to be instructors, they were going to

5    assume the role that I did and bring students in

6    one at a time and put them through the same --

7    the same scenarios or as -- as close as they

8    could make it.

9              And when I say "as close," I mean,

10   some people's -- I -- when I tell you one thing,

11   somebody might read that back to you in a

12   different way.

13             And then they would just rotate that

14   way all the way through the class, one at a

15   time.

16             After they finished their four

17   scenarios and finished their --

18        Q.    Mr. Nelson, hold on one second.

19             (Connectivity issues.)

20             MR. BUCCI:  Did everybody get

21        that?

22             (Sotto voce comments by counsel.)



JA-309

Page 152

```
 1              MS. NGUYEN:  I could hear
 2         Mr. Nelson just fine.  I can't -- I
 3         couldn't hear what you had asked, Scott.
 4              MR. BUCCI:  It's -- it's --
 5         we're -- we've got a bad storm coming
 6         through.
 7              How about now?  Can everybody hear
 8         me now?
 9              CERTIFIED STENOGRAPHER:  I can
10         hear you.
11              MR. CASEY:  I -- I can hear you.
12              And if I leave the screen, it
13         means the computers have gone out here.
14         So please stop.
15              MR. BUCCI:  Yeah.  I mean, it's --
16         it's -- so, Brian, I have a bad, bad
17         storm coming through right now.
18    BY MR. BUCCI:
19         Q.   Mr. Nelson, can you hear me?
20         A.   Yes, I hear you.
21         Q.   All right.  I apologize.  So you --
22    the last part I think I got of it was that you
```



Page 153

1    were trying to get the -- the -- the applicants

2    or the trainees -- they would go through the

3    scenario, then they would run the scenario

4    because you were trying to train the trainer, or

5    something to that effect; is that right?

6           A.    Correct.

7           Q.    All right.  And walk me through from

8    that point on.

9                 So what are -- what are these

10   scenarios that you're doing, and why are you

11   doing them?

12          A.    Typically, there's four different

13   scenarios.  One of the scenarios would be a -- a

14   no shoot, no hands on, basically just the -- the

15   officer using verbal commands to, you know, see

16   what's going on, which -- it's a -- it's a

17   scenario designed to be nothing.

18                Then there would be a scenario

19   designed for -- specifically for them to

20   deescalate the situation to where the -- the

21   TASER would be reholstered and wouldn't be

22   utilized at all.



JA-311

Page 154

```
 1                  Then there would be one set up to
 2      specifically attempt to get the officer to
 3      utilize the TASER to shoot the -- the role
 4      player in the suit.  And -- and, I mean,
 5      there -- those are the -- the goals that we're
 6      trying to get them out of.
 7                  And, obviously, each person's
 8      mindset when they go into these -- you sometimes
 9      don't get the desired outcome that you're
10      looking for.  But we try to repeat that over and
11      over with each -- each officer.
12          Q.    So just real quick, I -- so there's a
13      deescalate situation; there's a "shoot in the
14      suit" situation.
15                  What were the other two?
16          A.    There would be a -- basically a -- a
17      no shoot, if that's what you want to call it, you
18      know, no shoot, no nothing, just -- again, it can
19      just be someone walking down the street kind of
20      scenario --
21          Q.    Gotcha.
22          A.    -- and then -- and then the fourth
```



JA-312

Page 155

1    one that we would -- we would throw in there

2    would be -- it -- it could be -- it could go

3    either way.  It could be, you know, hands on a

4    TASER; it could be something that resorted to

5    lethal, you know, weapon.

6              So -- so the fourth one can -- and

7    that -- again, that depends on the officers in

8    the situation.

9         Q.    Okay.  And these scenarios -- were

10   they scenarios that you developed on your own,

11   some third party developed, or was it something

12   that was trained to you by Axon senior master

13   instructors when you did your master instructor

14   recertification?

15        A.    They were the -- as -- as close as I

16   could do it, they were the scenarios that -- that

17   I had been put through in master school.

18        Q.    You didn't try to use any discretion

19   to change those scenarios.

20              You just tried to mimic as closely

21   as you could what had been taught in your master

22   instructor recertification by Axon senior master



Page 156

1      instructors; is that correct?

2          A.     Yes.  I was trying to duplicate the

3      outcome.

4          Q.     I -- you went out on me.

5                 Could you say that again?  I didn't

6      hear it.

7          A.     I said it was -- I was trying to

8      duplicate the outcome of the scenarios that I had

9      been put through.

10         Q.     Duplicate the -- the outcome -- what

11     does that mean?

12         A.     I mean, each scenario is designed for

13     a specific outcome, whether it's to use a TASER,

14     not use a TASER, officer presence.  You know,

15     that -- that's -- that's -- that's the desired

16     outcome when you're -- scenario.  So you're --

17     you're trying to get to that desired outcome.

18                So the scenarios are very -- you

19     know, very similar, but I may not have actually

20     worded it exactly the same or -- you know,

21     obviously, you know, the way I set it up may

22     have been a little different just because I word



Page 157

1    things differently.

2         Q.    Gotcha.

3               The -- the placement of -- you can

4    see my cursor here.  This little chair with

5    the -- with what looks like to be the -- the --

6    the fake weapons, is -- why was that placed

7    there?  I'm looking at Axon 156, 155 and 154.

8         A.    It was not placed in that specific

9    area for any specific reason.  It could have been

10   placed behind any of those walls.

11        Q.    Okay.

12              All right.  And why would it have

13   been placed behind any of the walls?

14        A.    Well, if you look at the walls and

15   you see everybody's head over top of it, the --

16   the role players obviously have to stay down out

17   of site.

18              So, you know, one role player that's

19   not going to be in it can -- can actually sit

20   down and -- and -- and rest in between instead

21   of having to kneel down in a bulky suit.  And

22   then the other role player -- he's only going to



Page 158

 1    have to squat down for just a brief -- a brief

 2    moment before he's going to enter through one of

 3    those corners.

 4         Q.    Gotcha.

 5               Would you call that -- what would

 6    you call that?  A recovery area?  A safety area?

 7    What would -- was there a name for it?

 8         A.    There's no name for it, no.

 9         Q.    It's just an area for the role

10    players to go to after they had performed their

11    particular session; is that fair?

12         A.    Yeah --

13         Q.    Is it --

14         A.    -- it's -- they're waiting to go

15    again.

16         Q.    All right.  And it not -- that bench

17    not necessarily had to be behind that particular

18    wall, but it would have been -- it -- it could

19    have been placed behind any of the four walls

20    that formed the box.

21               Is that a correct statement?

22         A.    Right.



Page 159

1          Q.     Okay.  And that's an area for the --

2    the role player to -- to rest while the other

3    role player is going through the scenario,

4    correct?

5          A.     Yes.

6          Q.     All right.  And that setup -- the box

7    with the bench right outside one of the -- one of

8    the areas for the -- the role players to go to

9    who are not actively engaged -- that was part of

10   a setup that you learned when you were being

11   instructed on how to perform the box drill as a

12   master -- in your master instructor

13   recertification classes?

14         A.     They didn't necessarily have a bench,

15   but, I mean, there was always a -- a -- a chair

16   or something for the role player to sit in.

17         Q.     Right.  It might not have been a

18   bench, but there was a chair -- there was

19   something for the role player to go to who was

20   not actively engaged in a scenario.

21              And that bench or chair, whatever he

22   could sit on, was located literally right behind



JA-317

Page 160

1    one of the wall -- four walls of the box in the

2    box drill.

3              And that's how you were instructed,

4    correct?

5        A.     Yes.  I just duplicated the way they

6    had done theirs.

7        Q.     Okay.  And the purpose is so that

8    the -- the -- the role player can get a breather.

9              Would that be a fair statement?

10       A.     Well, it's kind of for them to be out

11   of sight -- yeah, for them to get a breather in

12   between.

13       Q.     Okay.  And -- and to get a breather

14   in between, they have got to take off their --

15   their mask, right?

16       A.     Not necessarily.

17       Q.     All right.  Do they frequently -- in

18   your experience, do role players, if they're

19   wearing a heavy suit like in this case -- they'll

20   take --

21       A.     Typically, the --

22       Q.     -- off their masks to get some air?



Page 161

1        A.       -- typically, the -- the jacket part

2    of it is the hottest and heaviest part, which

3    Velcros in the front.  And -- and I usually tell

4    them if they need to cool down or keep from

5    getting hot, there's -- they can just rip the

6    Velcro open and hold the jacket open to -- to get

7    the cool air in.

8              They, of course, obviously don't

9    want to undress because that just takes too much

10   time, but if they just open the jacket up, they

11   get enough air to stay cool.

12       Q.    Okay.  Let me ask you this:  The --

13   the box drill -- obviously there's a box --

14   there's an inside of the box and the outside of

15   the box.

16              Was -- and there are times when a --

17   you know, a -- an applicant or trainee needs to

18   figure out do I need to discharge my TASER.

19              Was all of the -- quote/unquote, the

20   action or the discharging of the TASER -- was

21   that supposed to occur inside the box, or was --

22   in the box drill, or was it appropriate for it



Page 162

1    to spill over outside of the box?

2         A.     They -- they weren't told, you know,

3    that -- that they could utilize the whole room.

4    Obviously, the -- the goal is to have it, you

5    know, very quickly.

6              However, sometimes when it comes

7    quickly, the officer, you know, would have to

8    back up to gain some distance.  You know,

9    sometimes they do actually go out one of the

10   corners, which, you know -- at that time, you

11   know, we don't let it continue on if it -- if it

12   continues on beyond that.

13        Q.     Right.  Because -- because the

14   farther away it gets from the actual box itself,

15   the -- the more dangerous it is because there's

16   other people in the gym.

17             That would be a fair statement,

18   wouldn't it?

19        A.     Well, anybody that's in the gym's

20   been instructed that they need to have glasses

21   on.

22        Q.     Right.  But I mean -- so sometimes



JA-320

Page 163

1    applicants and the role players -- the -- the

2    applicant or trainee would back out of the box,

3    right?

4         A.    There's nothing to prevent them

5    physically from leaving the box, no.  I mean,

6    the -- the box is designed to --

7         Q.    I think you said you tried -- didn't

8    you say --

9              (Connectivity issues.)

10              THE WITNESS:  You broke out.

11              CERTIFIED STENOGRAPHER:  You

12         broke -- yeah.  Right.

13              MR. BUCCI:  Sorry.

14              How about now?  Can you-all hear

15         me?

16              THE WITNESS:  I can hear you.

17              CERTIFIED STENOGRAPHER:  I can

18         hear you.

19    BY MR. BUCCI:

20         Q.    Okay.

21              All right.  I -- I -- I thought that

22    you previously said that, you know, obviously



JA-321

Page 164

1    you want the -- the -- the conference -- the --

2    the scenario to be resolved as quickly as

3    possible, right?

4         A.     That's the idea behind the box drill

5    is to do it quickly, yes.

6         Q.     And that sometimes, though, trainees

7    will back outside of the box, correct?

8         A.     It does happen.

9         Q.     Right.  But the goal is to stop them

10   if they get too far outside, right?

11        A.     There's -- the goal is not that it

12   has to absolutely happen inside that box, but if

13   it -- it gets to a situation -- they're --

14   they're instructed that they're not to be --

15   they're not utilizing the room.  The role players

16   are instructed, if it goes outside the box, that

17   they need to go back into the box to draw them

18   back in.

19             It's -- it's not that -- that it has

20   to be inside the box, but, typically, we -- we

21   try to make sure that it's so fast that that's

22   where it happens.



Page 165

1        Q.      Right.  Well, how far outside are

2    trainees allowed to go before they're too far

3    outside?

4        A.      I don't know that I can put a number

5    on that.

6        Q.      Ten feet?  Twenty feet?  Thirty feet?

7        A.      I don't know I can put a number on

8    that.  I mean, I -- I -- I set the room up to

9    be -- the whole room to be utilized as -- it's a

10   live fire room.

11       Q.      Okay.  So if there are -- if somebody

12   backs out -- if there are a bunch of other

13   trainees hanging out in the room while a scenario

14   is going on, is that safe?

15       A.      Typically, you know, they -- they

16   stay in the room -- as long as it's a big enough

17   room, they stay in.  They're -- they're not to

18   participate in anything that's going on or

19   somehow change what's going on, as far as

20   interacting with it.

21       Q.      Okay.  I mean -- so in -- in this --

22   in the box drill, from time to time, the trainee



JA-323

Page 166

1    will exit the box and discharge his CEW, correct?

2         A.    It does happen once in a while.

3         Q.    Once in a while.

4               And you can't tell me how far

5    outside the box a trainee can go before you say,

6    Whoa, stop -- stop action, this is too far out,

7    this is too dangerous?

8         A.    Well, if I'm running the situation,

9    I'm going to get it back in as quick as possible

10   or just tell them to stop it.

11        Q.    Okay.  Well, you say "running the

12   situation."

13              I mean, you're the instructor,

14   right?

15        A.    Yes.

16        Q.    So, I mean, if you were trying to

17   teach somebody to become an instructor and you

18   saw somebody -- you saw a trainee who was in the

19   scenario back too far out, but the trainee who

20   was supposed to be the trainer didn't say stop,

21   you would step in and say, Stop -- stop action,

22   right?



JA-324

Page 167

```
 1        A.      If -- yes, if I saw what was going

 2    on, yes.

 3        Q.      Okay.  Fair enough.

 4                Prior to Mr. Curran's accident -- or

 5    incident, did you see him or the other role

 6    player, at any point, remove their helmets in

 7    the recovery area?

 8        A.      You mean the whole day?

 9        Q.      Yep.  From the beginning of the --

10    the -- the box drill to the moment where the

11    incident occurred, did you observe either

12    Mr. Curran or the other role player remove their

13    helmets in the bench area, the recovery area

14    that's depicted in AXON_CURRAN156?

15        A.      I couldn't honestly say one way or

16    the other, to be quite honest.

17        Q.      Okay.  At any point -- well, if --

18    if -- if -- if you had seen it, would -- would

19    you have taken any action?

20        A.      If I saw them with the helmet off?

21        Q.      Um-hum.

22        A.      Well, yes.
```



Page 168

1       Q.      Okay.  What would you have done?

2       A.      Made sure that they at least had some

3    glasses on, same as I would for any other student

4    in the room.

5       Q.      So if any student in the room does

6    not have glasses on, that would be a violation of

7    what you understand to be the correct -- the

8    appropriate safety protocol?

9       A.      I'm not sure what you're asking me on

10   that.  I mean, it's -- it's something all

11   students are required to wear at all times.

12      Q.      Right.  And if you saw somebody

13   without a -- protective eyewear on, then you

14   would admonish them and tell them to put it on?

15      A.      I would ask them to put their glasses

16   on.

17      Q.      At any point from the beginning of

18   the box drill to the moment where the incident

19   occurred, did you or anyone else say, Stop action

20   or stop or halt, or anything like that?

21      A.      I don't recall any.

22      Q.      And I think you -- I just want to be



Page 169

1    clear on this.  I think you previously said that

2    sometimes it happens that a trainee who's

3    involved in the scenario with a TASER CEW will

4    back out of the box.  You don't want them going

5    all the way -- all the way back to the edge of

6    the room, but you can't tell me how far out of

7    the box is too far.

8                Is that a correct statement?

9        A.     I don't know what --

10               MR. CASEY:  Objection to form;

11       it's been asked and answered; cumulative.

12   BY MR. BUCCI:

13       Q.     I mean, I'm going to keep asking it.

14               I mean, is it 5 feet, 10 feet,

15   20 feet outside the box?  What is -- where is

16   the point at which it -- in your mind, it goes

17   from being acceptable for a trainee who is

18   involved in the scenario with a CEW to exit the

19   box -- at what point is that okay?  He's only 2,

20   3, 4, 5, 6 -- how many ever feet, and then, all

21   of a sudden, X amount of feet out, it's too far.

22               MR. CASEY:  Objection to form.



Page 170

```
 1                    THE WITNESS:  The box is not --

 2          not utilized to contain them in that

 3          area.  The box is utilized to start in a

 4          small area, to add stress and speed up

 5          the scenario.

 6    BY MR. BUCCI:

 7          Q.     Okay.  So how far outside the box can

 8    you go?

 9          A.     You can use the whole room if --

10                 MR. CASEY:  Objection.

11    BY MR. BUCCI:

12          Q.     You can use the whole room.

13                 So if there are other people milling

14    about in the room, that's still okay?

15          A.     That's not what I said.  I said you

16    could utilize the whole room if you're talking --

17    just asking about safety.

18          Q.     Okay.  If there are other people

19    standing around, is that -- is that appropriate?

20    Is that -- is it okay to go 20 feet outside the

21    box?

22          A.     The whole classroom's standing around
```



Page 171

1    when we're doing live firing drills on targets.

2        Q.    So the answer would be yes, in your

3    opinion?

4        A.    You have to ask me the question again

5    because I'm not sure what it was now.

6        Q.    You said the whole room could be a

7    room where the training could occur.

8             And I'll represent to you that the

9    video shows that there are a lot of people

10   standing around inside that room that aren't

11   wearing a protective body suit, or anything like

12   that.

13            Is it your testimony that the whole

14   room can still be part of the -- of the training

15   even if there are a number of other people

16   standing around?

17       A.    Any -- anyone who stays in the room

18   is advised that if they stay in the room, they

19   must keep their glasses on or they must exit the

20   room.  They're -- they're no different than

21   myself standing there with nothing but a pair of

22   glasses.



JA-329

Page 172

1      Q.      Is the -- the training that you

2   implemented on that day, the box drill -- is it

3   as best that you can -- in your -- in your

4   opinion, as best you can tell, was that

5   consistent with how you were trained by Axon to

6   administer the box drill when you were

7   recertified as a master instructor?

8      A.      That's the best I could duplicate

9   what I had been put through in the master school.

10     Q.      Take me through the -- the incident.

11     A.      At what point do you want me to

12   start?

13     Q.      Let's go through -- I mean, do you

14   have any recollection of the -- where you were

15   when the incident occurred?

16     A.      Looking at the picture that you have

17   on the screen, the officer that you can fully see

18   through the -- through the -- no, not -- no, the

19   picture you had.  That one there --

20     Q.      Um-hum.

21     A.      -- okay.  The officer that's -- that

22   you can fully see through the box, okay, on the



JA-330

Page 173

1    other side of him at the other side of the box is

2    where I was standing.

3        Q.    Okay.  So you are -- one second here.

4              You are over here?

5        A.    On that -- on that far corner -- I

6    don't know exactly where, but right on -- on

7    the -- on -- off that corner of the box is where

8    I was.

9        Q.    Okay.  Do you -- so there's

10   this -- this open corner of the box.

11             Do you recall how far away -- how

12   many feet you were away from the opening of the

13   corner of the box?

14       A.    I have no idea.

15       Q.    Okay.

16             All right.  Take me through what you

17   saw, what happened, what you remember.

18       A.    Just prior to the incident, there was

19   a -- another student who was instructing an

20   officer, you know, through scenarios.  I was in

21   between -- you know, with him, and there was also

22   the instructors that had been through that, you



Page 174

1    know, were basically, you know, doing one of the

2    debrief that had questions and some -- some --

3    trying to answer questions that students have

4    about the -- you know, box drill itself or, you

5    know, whatever it may be, while the other student

6    is performing the drill.

7              As -- as I turned back to him in the

8    box was just about the time that the scenario

9    went through the corner.  And it appeared to me

10   it happened in a matter of a second.  The

11   officer -- role player officer obviously had his

12   TASER out and fired.  And it appeared from me --

13   the position that I was standing that the probe

14   deflected off of the suit.

15             I -- I could not see Shawn.  I had

16   no idea where he even was, but I heard someone

17   yell.  And at first, I did not know, you know,

18   what really was going on.  And then when I

19   heard -- heard someone say, you know, it hit him

20   in the eye, obviously, I knew that someone had

21   been hit with the TASER, not the suit.

22             So I ran around the box where I



Page 175

1    found Shawn.  I believe he was down on his knee

2    holding his -- holding his eye with his --

3    with -- he still had his glove on.

4            At that point, you know, I asked

5    someone to call 911 to get a -- you know, an

6    ambulance en route, someone to find us a

7    first-aid kit so we could get some -- some gauze

8    or something to hold pressure on his eye.

9            Other students were helping to, you

10   know, remove the gear that he had on and

11   basically secure the scene for -- you know, for

12   medics to come in and, you know, take over from

13   that point.

14       Q.    Okay.  I think you said -- and

15   correct me if I'm wrong -- prior to this incident

16   and all the various scenarios, you're -- you

17   don't recall ever seeing Shawn or the other role

18   player remove their mask during any of the

19   scenarios.

20            Is that a correct statement?

21       A.    I -- I don't recall it.  I mean, I --

22   it's -- it's been a long time ago.



Page 176

1      Q.      Sure.

2            And prior to this incident, do you

3      ever recall speaking with Shawn or the role

4      player about if they did remove their mask, they

5      had to wear protective eyewear?

6      A.      That instruction was given to

7      everybody all at one time when we entered the

8      gym, was that at any time anyone was in that

9      room, they've been supplied with glasses, and

10     they needed to wear them.

11           Students were also advised if -- if

12     they saw someone without them, you know, to

13     speak up and, you know, tell that student that

14     they needed to put their glasses on.

15     Q.      Okay.  And you do recall saying that

16     this is where you can get a -- I think the word

17     was a "breather" -- you telling the -- the role

18     player Shawn and the other fellow that -- that

19     the area of the bench is where he can get a

20     breather?

21     A.      I don't know if I used the

22     terminology "breather."  It's -- it's where



Page 177

1    one -- one role player is going to basically stay

2    out of sight so that he's not part of the

3    scenario and, you know, doesn't get overheated by

4    running around nonstop through four scenarios

5    with every officer.

6         Q.    Okay.  So I'm going to -- so you said

7    that you have not seen the surveillance video

8    involved in this incident?

9         A.    No.

10        Q.    I'm going to represent to you that

11   this is a slide from 34 minutes --

12             MR. BUCCI:  And -- and let's make

13        this entire thing Exhibit Number -- where

14        are we at?  Thirty-eight?

15             CERTIFIED STENOGRAPHER:

16        Thirty-nine.

17             MR. BUCCI:  Thirty-nine.

18                  -  -  -

19             (Deposition Exhibit Number 39, Video

20              stills, marked for identification,

21              as of this date.)

22                  -  -  -



JA-335

Page 178

1    BY MR. BUCCI:

2         Q.    So 39 are some stills -- still shots

3    from the video of the before or after of the

4    incident.

5              And, Mr. Nelson, you have not seen

6    this video previously?

7         A.    No, I have not.

8         Q.    Okay.  Well, this one's marked 34:08.

9    And I'll represent to you that if you look -- if

10   you look at my cursor here, in the upper quarter

11   here, you see a trainee, you see a role player.

12   Mr. Curran is behind here.

13             I'm wondering if looking at this

14   picture here, can you identify which person you

15   are?

16        A.    I don't know that I can.

17        Q.    Okay.  I think you said -- is this

18   fellow down here -- is this -- he's wearing a tan

19   shirt.

20             Is that Pete Slovinsky?

21        A.    As big as he is, I would say that

22   probably is Pete.



Page 179

     1          Q.     Okay.  But you don't see yourself in

     2     this picture at all?

     3          A.     I can't tell the rest of them -- who

     4     is who.

     5          Q.     Okay.

     6               MR. BUCCI:  And just for the

     7               record, I'm looking at the -- the slide

     8               marked 34:08.

     9     BY MR. BUCCI:

    10          Q.     Let me do this:  Let me go back to

    11     the beginning.

    12               Here's a slide -- this is the first

    13     slide.  It is marked 23:41.  And here, we see a

    14     role player, one of the -- the people -- the

    15     trainees using a CEW.

    16               Is -- can you identify yourself

    17     here?

    18          A.     Honestly, no.

    19          Q.     Okay.  Where you see the -- the --

    20     the 23:41 slide and we see that the role player

    21     and the trainee are outside of the box, in your

    22     opinion, is that unsafe?  Safe?  Appropriate?



JA-337

Page 180

 1          A.      It's still safe.  I mean, everyone

 2      should have their glasses on.

 3          Q.      Okay.  And is that consistent with

 4      how you were trained to -- by an Axon master

 5      instructor to administer the box drill?

 6          A.      Each time we do the box drills,

 7      they're -- they're obviously -- the limitations

 8      are set by the size of the room.  We've done it

 9      in small rooms where if you got outside the box,

10      you'd run into a wall.  And then we've done it in

11      rooms that were big enough that -- not quite this

12      big -- big enough that you actually, you know,

13      could get outside of it.

14          Q.      But this would be consistent with how

15      you were trained?

16          A.      I don't know how long they've even

17      been out of that box.

18              MS. NGUYEN:  Form and foundation.

19          I think he just answered the question.

20      BY MR. BUCCI:

21          Q.      All right.  Here's another slide.  It

22      says 26:10.  And here, we see a role player,



Page 181

1    trainee.  They're obviously way outside the box.

2              Would you consider this to be a safe

3    condition or unsafe condition?

4         A.    Just because they're outside of the

5    box doesn't make it unsafe.  I mean -- but the

6    scenario is playing out, and no one's --

7    everyone's behind the officer here.  There's --

8    there's no unsafe condition there.

9         Q.    Okay.  Let's look at -- here we go.

10   Here's one here, 28:34.

11             Here, we can see the trainee

12   pointing his CEW at the aggressor.  Here's

13   somebody standing directly behind the aggressor

14   and somebody who may not be directly behind but

15   is in the vicinity.

16             Would you consider this to be a

17   dangerous condition?

18        A.    You know, looking at the picture, it

19   would be hard for me to say.

20             The one behind him was probably the

21   one who was running the scenario, and I would

22   say they just come out of the corner.  And the



Page 182

1    officer -- the one playing the officer is, you

2    know, backtracking around back into the box on

3    the other corner.

4         Q.    I want to show you this one here.

5               So this one starts at 31:19.

6               Do you see that, Mr. Nelson?

7         A.    I see the picture.  I don't know what

8    I'm looking for.

9         Q.    Oh, I'm sorry.  Just -- in the upper

10   left-hand corner -- I apologize.  I just want to

11   identify it.  It says 31:19.

12              Do you see that?

13        A.    Oh, okay.  Yes.

14        Q.    Okay.  So here, we see the -- you see

15   my cursor.  You see an aggressor and a trainee.

16   And the trainee has backed out of the area.

17              Okay.

18        A.    Okay.

19        Q.    And then the next slide shows the

20   aggressor exiting the area and walking towards

21   the trainee.

22              Do you agree with that?



Page 183

1       A.      It appears they're face to face.

2       Q.      Right.

3               And -- and I'll represent to you

4    that right here behind this is the -- the bench

5    where the role players who were not involved in

6    the scenario are sitting.

7               Would you consider this to be a

8    dangerous situation?

9       A.      I don't know if anybody is sitting

10   there or not.  If the role player is sitting

11   there, he should be protected.

12              MR. BUCCI:  Give me just a second.

13              (Pause.)

14   BY MR. BUCCI:

15      Q.      After the incident, are you aware of

16   any statements by anybody who said that they saw

17   it -- they saw what happened, anything like that?

18      A.      There was several officers that gave

19   written statements.

20      Q.      But other -- other than what's

21   contained in those written state -- and I -- and

22   those have been circulated around -- do you have



Page 184

```
 1     any information outside of what -- what those

 2     officers said -- or what other --

 3          A.    I don't --

 4          Q.    -- officers said?

 5          A.    -- I don't have any, no.

 6               MR. BUCCI:  Can you give me one

 7          minute?  I'm almost done.  Just give me a

 8          minute to go through my notes.  I may

 9          have one or two questions, but then I'm

10          done.

11               THE VIDEOGRAPHER:  Would you like

12          to stay off the record -- or go off?

13               MR. BUCCI:  Yeah, let's go off.

14          Just give me --

15               THE VIDEOGRAPHER:  Okay.  We're

16          off the record at 7:11 p.m.

17                    -  -  -

18               (Whereupon, a recess was taken from

19               7:11 p.m. EST to 7:15 p.m. EST.)

20                    -  -  -

21               THE VIDEOGRAPHER:  Going back on

22          the record at 7:15 p.m.
```



Page 185

1   BY MR. BUCCI:

2        Q.    Mr. Nelson, I just had a -- a couple

3   of final questions.

4              Now, when a CEW is discharged, I

5   mean, you can hit people in the -- the neck, the

6   ear, the mouth, the groin -- I mean, just

7   because somebody's wearing protective eyewear

8   doesn't make a scenario or a scene safe, does

9   it?

10       A.    I guess -- everybody looks at it a

11  little bit differently.  I mean, the -- the --

12  the whole purpose for safe training is eye -- is

13  eye protection.  If it was, you know, required to

14  be more, there would be more gear that they would

15  have to wear even while doing drills.

16       Q.    Okay.  As the instructor in charge of

17  this training scenario, you would agree that your

18  ultimate response -- ultimately responsible for

19  the safe conduct of the training, wouldn't you?

20             MR. CASEY:  Objection to form.

21             MS. NGUYEN:  Join.

22



Page 186

```
 1   BY MR. BUCCI:

 2        Q.      It's fine.  You can go ahead and

 3   answer.

 4        A.      Repeat -- repeat the question.

 5        Q.      Sure.

 6                Subject to the objection of both

 7   counsel, as the instructor in charge of this

 8   training scenario, you would agree that you are

 9   ultimately responsible for the safe conduct of

10   the training?

11        A.      I'm to conduct it in a way to -- to

12   keep it as safe as possible.

13        Q.      And are -- and, again, subject to

14   objection, are you the one who is ultimately

15   responsible for the safe conduct of the training?

16        A.      Not 100 percent, because at the

17   beginning of the class, each student is told that

18   they are -- they are safety themself as long as

19   they're there, and they're to speak up.  It's

20   right in one of the slides.

21        Q.      And is that something you were taught

22   by Axon?
```



Page 187

1        A.      Yes.  It's one of the slides.

2        Q.      So the -- the trainees are just as

3    responsible for safety as the master trainer who

4    is the one who is administering the instruction?

5               MS. NGUYEN:  Object: misstates

6         testimony.

7               MR. CASEY:  Join.

8    BY MR. BUCCI:

9        Q.      Go ahead and answer.

10       A.      I don't know how to assign a

11   percentage for each person.  All I can say is at

12   the beginning of class, each student is advised

13   that they are a safety officer, you know, while

14   they're in training, and it's up to them, if they

15   see something unsafe, to speak up.

16       Q.      Yeah.  So -- so every single

17   person is -- so every single person is a safety

18   officer, but there's nobody specific who is

19   charged with safety in the training -- the

20   training scenario that you administered.

21               Is that a correct statement?

22       A.      Well, I think what you're asking me



JA-345

Page 188

1    is who -- who to lay the blame on.  I have safety

2    officer at the door.  I have all the students

3    to -- that are to be safety themself to watch for

4    anything unsafe.  I mean, I -- I -- you know,

5    that part is up to me to make sure that they are

6    aware of that and to bring it to their attention

7    that they need to watch for anything unsafe.

8          Q.     Well -- so everybody is responsible

9    for safety -- is a safety officer at all times,

10   but there is no one person who is in charge of

11   making sure that everything is safe.

12              Would you agree with that statement?

13   It's their sole --

14         A.     You're saying there's --

15         Q.     -- responsibility --

16         A.     -- you're saying there's no -- no one

17   in charge?

18         Q.     No.  What I'm saying is that -- when

19   people go through a scenario, they have different

20   responsibilities.  They want to try to get the

21   scenario right, whatever.

22              But there's -- what I'm saying is



JA-346

Page 189

```
 1    that -- what -- it appears to be -- is the rule

 2    that everybody is response -- everybody is a

 3    safety officer, but there is no one dedicated

 4    person whose sole function is to look at the

 5    entire training scenario and determine is it

 6    safe.

 7                Is that a correct statement?

 8                MS. NGUYEN:  Object to form.

 9                THE WITNESS:  I don't even know

10        how to answer that.

11                MR. CASEY:  Join.

12                MR. BUCCI:  Okay.  That's all the

13        questions I have.

14                MS. NGUYEN:  Brian, should I go

15        ahead and do mine -- my follow-up first?

16                MR. CASEY:  Yeah, that --

17        that's -- that's good.

18

19

20

21

22
```



JA-347

Page 190

1                        -  -  -

2          EXAMINATION BY COUNSEL FOR DEFENDANT

3                  AXON ENTERPRISE, INC.

4                        -  -  -

5    BY MS. NGUYEN:

6        Q.    Hi, Mr. Nelson.  I haven't met you

7    before.  I spoke to you on the phone, as you

8    indicated earlier.  I'm Amy Nguyen, and I

9    represent Axon.

10              I know you have been here for a long

11   time, so I will try to keep my follow-up as

12   brief as I can.

13              First, let me just follow up with

14   what Mr. Bucci was asking you.

15              Would you agree with the statement

16   that no matter how many safety protocols you put

17   in place and how much safety equipment you

18   provide, that there -- you can't ever eliminate

19   risk of injury completely?

20       A.    I agree.

21       Q.    And even if you follow all safety

22   protocols and wear -- provide all safety



JA-348

Page 191

1    equipment in this case to the trainees, injuries

2    can still happen; is that also correct?

3            A.      Correct.

4            Q.      And in this particular training, you

5    were the master instructor.

6                    So it is your responsibility to kind

7    of manage the training and provide the

8    instruction to the attendees, correct?

9            A.      Correct.

10           Q.      Would you also agree that it's your

11   responsibility to convey those safety protocols

12   to all of the students?

13           A.      Yes.

14           Q.      And did you do that during this

15   training in both -- on both days, both -- both

16   the classroom portion as well as the day of the

17   practical training?

18           A.      Yes.

19           Q.      And you also would agree that as an

20   instructor, no matter how many safety protocols

21   you convey, the student still has the

22   responsibility to follow those safety protocols?



JA-349

Page 192

1        A.      Correct.

2        Q.      And you also told every student that

3    they are each safety officers and that at any

4    time they see anything unsafe, that they are to

5    call stop action; is that right?

6        A.      Correct.

7        Q.      And did you ever recall Mr. Curran

8    ever calling stop action during any of the

9    practical training?

10       A.      No.

11       Q.      And it is also my understanding,

12   which Mr. Bucci did not ask you about -- but that

13   there were specific safety officers assigned to

14   particular officers and scenarios; is that

15   correct?

16       A.      Repeat that.

17       Q.      Yes.

18              That there was also safety

19   officers -- so it's my understanding in reading

20   some of the witness statements that there was a

21   change of position.

22              So there was, for example, the



Page 193

1    student and then the instructor and also a

2    safety officer for the scenarios; is that

3    correct?

4         A.    Correct.

5         Q.    For example, I'm reading a statement

6    that was provided by one of the witnesses by the

7    name of Mike Henry, AXON_CURRAN Bates 87, and he

8    states, I was the safety officer assigned to this

9    particular officer and scenario.

10            And so would that be consistent with

11   your recollection as to whether there were

12   safety officers assigned to particular

13   scenarios?

14        A.    Yes.

15        Q.    And, in fact, there was --

16   Mike Henry was assigned to the specific scenario

17   where Mr. Curran was injured.

18            Do you have that recollection?

19        A.    I don't specifically know names of

20   who was who.  The officers that I do know I

21   normally know just by appearance.  I don't always

22    know their names.



Page 194

1          Q.     But you do know that there would have

2    been a safety officer assigned to that particular

3    scenario; is that right?

4          A.     Yes.

5          Q.     Because as a -- an instructor, would

6    you agree that it's impossible for you to watch

7    everybody at all times during these scenarios?

8          A.     Correct.  I actually tell the

9    students that I'm unable to watch 25 people at

10   once.

11         Q.     Let's go to the box drills.

12                Now, I believe that you stated this,

13   but I want to make sure that I'm understanding

14   you correctly, that there are certain training

15   requirements that TASER established.

16                So if somebody wants to be TASER CEW

17   certified, that TASER is saying these are the

18   things that should -- need to be met in order

19   for that certification to be approved; is that

20   right?

21         A.     Right.

22         Q.     And TASER -- let me back up a bit



Page 195

1    because -- given your training and experience as

2    a master instructor for TASER for quite some

3    time, you understand kind of how the training is

4    set up, right?

5            A.    Yes.

6            Q.    And let me be more specific.

7                  Can TASER mandate any agency or

8    officer to become TASER certified?

9            A.    I'm not sure what you're asking me.

10           Q.    Can TASER say, Hey you, Officer

11   Smith, with this particular police department,

12   you must be TASER certified before you can obtain

13   a CEW?

14           A.    Certified as in -- I'm still not

15   following your question.

16           Q.    Sure.

17                 So who sets the training standards

18   for a particular officer?  Wouldn't it -- is it

19   the agency that sets the training standards, or

20   does TASER -- is TASER able to set training

21   standards for a law enforcement agency?

22           A.    You mean just for a police officer in



JA-353

Page 196

1    general?

2        Q.    Correct.

3        A.    Yeah.  That's -- that's up to the

4    agency on that.

5        Q.    Okay.  And so all of TASER's training

6    materials are simply recommendations to the

7    agency that if you want your officer to become

8    certified, these are -- this is what we

9    recommend.

10            But, ultimately, it is up to the

11   agency as to whether or not they actually want

12   to follow those recommendations; isn't that

13   true?

14       A.    I don't know that it's ever been put

15   to me quite that way.

16       Q.    So I'll give you an example that I'm

17   sure you've come across.

18            If -- if TASER's training

19   recommendations say in order to be certified,

20   you need to go through a training and you need

21   to deploy a minimum of two cartridges -- right?

22   You -- you're familiar with that requirement?



Page 197

```
 1          A.      Correct.

 2          Q.      And yet, there's many agencies that

 3     say, no, we don't want to have our officers

 4     deploy two cartridges, and so we aren't going to

 5     get that certification.

 6                  Are you familiar with that?

 7          A.      I know what you're speaking of.  I

 8     don't know of anyone who's done it.

 9          Q.      Right.  And so it's ultimately up to

10     that agency to say, yes, we're going to adopt

11     these recommendations as our own training

12     standards or, no, we don't want to do that.

13                  Is that -- is that also correct?

14          A.      I guess, yes.

15          Q.      And so if an agency wants their

16     officer to actually receive a TASER

17     certification, then they need to follow the

18     recommendations that TASER has for that

19     certification, right?

20          A.      Correct.

21          Q.      So, in other words, individuals out

22     there -- officers, agencies, consumers -- can
```



Page 198

1    obtain a CEW and choose not to actually become

2    certified; is that also true?

3           A.    Yes, you can purchase one without

4    being certified.

5           Q.    It's not what TASER recommends, is

6    it?

7           A.    No.

8           Q.    But TASER says, We recommend you go

9    through the training.

10                And if you go through the training,

11   TASER has requirements to get that

12   certification, right?

13          A.    Correct.

14          Q.    Okay.  And so TASER also has an

15   interest in making sure that people who are going

16   to become TASER certified -- that they actually

17   meet those requirements, right?

18          A.    Right.

19          Q.    And so you would imagine that they

20   don't want people saying that they're TASER

21   certified, if they didn't actually go to a

22   training course, right?



Page 199

1        A.      Correct.

2        Q.      And would you also agree that these

3   training materials provided by TASER tries to

4   establish some consistency in the training

5   provided to all the different TASER CEW users?

6        A.      Right.

7        Q.      And so you, as a master instructor --

8   would you agree that there is value in making

9   sure that training -- those training standards

10  remain in place for the certification and they

11  remain consistent?

12       A.      Yes.

13       Q.      Okay.  And so these materials that

14  TASER puts out as recommendations for agencies --

15  you want to make sure that those materials are

16  only used by instructors that know how to do

17  it -- know how to teach the courses, right?

18       A.      Right.

19       Q.      And, in fact, TASER has a copyright

20  on the materials to make sure that it doesn't

21  fall into the hands of people who aren't really

22  certified instructors and use them improperly.



Page 200

1              Would you agree with that?

2        A.    Yes.

3        Q.    Now, when it comes to the PowerPoint,

4    again, the PowerPoint -- those are copyrighted

5    materials, meaning those are owned by TASER,

6    right?  Not anybody can go out and copy those

7    without infringing upon the copyright.

8        A.    Right.

9        Q.    And that -- but as a master

10   instructor, you have a licensing agreement to use

11   those materials because you're certified; is that

12   correct?

13       A.    Correct.

14       Q.    And so with regard to that

15   PowerPoint, the -- the TASER instructors -- so

16   that includes the master instructors and just the

17   regular instructors -- cannot make changes to

18   that PowerPoint; is that right?

19       A.    Correct.

20       Q.    Now, if an agency wanted to go and

21   add on to their TASER CEW training program, is

22   there anything preventing an agency from doing



Page 201

1    that?

2         A.    No.

3         Q.    All right.  And, in fact, multiple

4    slides actually say that TASER does not set out

5    the standards for CEW use, that, rather, agencies

6    have to develop their own standards.

7                Is that your understanding?

8         A.    Correct.

9         Q.    And, also, agencies have to develop

10   their own policies with regard to CEW use; is

11   that also correct?

12        A.    Yes.

13        Q.    And so when it comes to how to use a

14   CEW device, if they want to become certified,

15   they need to follow the recommendations and the

16   requirements that TASER sets forth; is that true?

17        A.    Yes.

18        Q.    But if they want to add their own

19   training for the end user and it's not an Axon

20   training, they can certainly add additional

21   training the way that that agency sees fit?

22        A.    Yes.



Page 202

1      Q.      When it comes to the box drills --

2  now, would you agree that box drills are always

3  going to be different?  They are not going to be

4  exactly the same in every single master

5  instructor or instructor course that you go to,

6  right?

7      A.      Right.

8      Q.      And, in fact, I bet that each of the

9  master instructor schools that you've been to --

10  that the box drills have been different?

11      A.      Correct.

12      Q.      And so Axon did not in --

13  specifically instruct you on how to set up the

14  box drills, did it?

15      A.      They didn't instruct how to set it

16  up, no.  They put -- they actually just put us

17  through those drills.

18      Q.      Okay.  And -- and you just chose to

19  go ahead and try to mimic -- I think you used

20  that word -- mimic the drills that you learned at

21  your master instructor trainings, right?

22      A.      I think I said "duplicate."



Page 203

1        Q.      "Duplicate."  I'm sorry.

2                So you chose to try to duplicate

3    those, right?

4        A.      The -- the actual scenario part of

5    it, yes.  I mean, the box drill is very easy to

6    set up.

7        Q.      Okay.  And so this -- the box drills

8    and the scenarios were not dictated by Axon in

9    that -- them saying you have to run this scenario

10   and you have to set up the box this way?

11       A.      Correct.

12       Q.      All right.  They didn't tell you the

13   exact scenarios that you need to use but, rather,

14   as you state -- testified, you want to actually

15   have the student get to certain different

16   outcomes.

17               So one is a no-shoot scenario; one

18   is deescalation outcome.  Is that also true?

19       A.      Yes.

20       Q.      Axon did not instruct you how to set

21   up the mats for the box drills, right?

22       A.      No.



Page 204

1        Q.      That is something that you did in

2    your discretion?

3        A.      As far as setting them up?

4        Q.      Correct.

5        A.      Yes.  I just -- I set them up the

6    same way they did.

7        Q.      Okay.  So you just, again, chose to

8    kind of do it -- duplicate it the way that you

9    learned in your various master instructor

10   schools?

11       A.      Yes.

12       Q.      But you were not specifically told

13   that that's what you had to do?

14       A.      Well, we were told we have to do

15   scenarios.

16       Q.      Right.  But, again, not the exact

17   scenarios nor how to set up the mats for the box

18   drills?

19       A.      Correct.

20       Q.      Okay.  And you were not told that you

21   have to provide a seat for the people

22   participating and -- and being the role players,



JA-362

Page 205

1    right?

2          A.    Right.

3          Q.    And you certainly weren't told where

4    to put that seat, were you?

5          A.    Correct.

6          Q.    That was something that you chose to

7    do in this particular training to ensure that the

8    role players were out of sight of the scenario,

9    correct?

10         A.    Correct.  I don't know that I even

11   chose the spot.

12         Q.    Who assisted you in setting up the

13   mats and choosing that location for the bench?

14         A.    The role players, and there was

15   probably a few others from the class that

16   assisted in setting it up.

17         Q.    And Mr. Curran testified earlier

18   today that he actually assisted in setting that

19   up.

20               So is it possible he actually chose

21   where to put the bench, whether to put a bench

22   and where to put the mats?



Page 206

1       A.    Yes.

2       Q.    But, ultimately, did you see anything

3   wrong with the way that the mats were arranged?

4       A.    No.

5       Q.    Did you see anything wrong with the

6   fact that there was a bench where the role

7   players to -- could go to ensure that they were

8   out of site?

9       A.    No.

10      Q.    Okay.  And I want to go back to the

11  purpose of both -- of the -- those mats and the

12  bench.

13            So starting with the bench, we've

14  already established that it's not necessary but

15  that it was used to ensure that the role players

16  were -- I think you used the term "out of

17  sight."

18            Why is it important in this

19  scenario-based training to make sure that the

20  students coming in don't see where the role

21  players are?

22      A.    It adds a bit of realism and induces



Page 207

1    a little bit of stress to make it more realistic.

2        Q.    And isn't that the goal of

3    scenario-based training, is to try to re- -- to

4    make it as close to real life as possible and --

5    and what officers may come across in the field?

6        A.    Right.

7        Q.    And to that point, the mats -- were

8    the mats also used as more of creating a close

9    environment and -- more of an enclosed

10   environment -- environment, which can induce

11   stress in officers?

12       A.    Correct.  Close quarters.

13       Q.    Confined spaces for officers where

14   you can't see around walls -- that's -- that's

15   not -- that's something that would induce stress,

16   right?

17       A.    Right.

18       Q.    Officers don't like things that they

19   can't see in the field, right?

20       A.    Correct.

21       Q.    And I believe one of the witness

22   statements described it more as props and -- and



Page 208

1    barriers that you had to get around as part of

2    the scenario.

3              Is that -- would you also agree with

4    that?

5         A.    Yes.

6         Q.    Okay.  And so were the mats placed

7    there for the -- with the intention of actually

8    making sure the entire scenario is contained

9    inside those mats?

10        A.    No.

11        Q.    All right.  And so would there be any

12   reason, if the scenario goes outside the mats --

13   assuming there isn't some obvious safety issue,

14   but just the fact that the scenario is going

15   outside the mats -- is there any reason why that

16   would need to be stopped?

17        A.    No.

18        Q.    Mr. Curran also testified earlier

19   that he -- that you had told him that the bench

20   area behind the mat was a designated, quote,

21   safety zone, where -- first, let me ask you, Had

22   you ever told Mr. Curran that that was a



Page 209

1    designated safety zone?

2        A.    I've never used that in any of my

3    classes.

4        Q.    And so he also said because it was a

5    designated safety zone, he and the other role

6    player could take off their helmets and not use

7    the safety glasses.

8            Is that consistent with your

9    recollection?

10       A.    No.  I never told anyone they could

11   be in the room without glasses.

12       Q.    Did you ever tell Mr. Curran or the

13   other role player that they could take off their

14   helmets without putting their glasses on?

15       A.    No.

16       Q.    And if you had seen them take off

17   their helmets, would you have instructed them to

18   put their glasses on?

19       A.    Yes.

20       Q.    Mr. Curran also referred to the area

21   inside the mats as the "hot zone" and the

22   "training zone."



Page 210

1               Did you refer to that area as either

2     the "training zone" or the "hot zone"?

3          A.    No.  I -- I referred to the whole

4     room as the area that we were utilizing at the

5     time.

6          Q.    So you would consider the entire gym

7     to be a training zone?

8          A.    Correct.  That's why I put someone at

9     the door prior to coming in the gym.

10         Q.    And so no matter where anyone is at

11    in the gym, they have to wear -- according to

12    your instruction and Axon's requirements, they

13    have to wear protective eyeglasses at all times?

14         A.    Correct.

15         Q.    Now, the person at the door checking

16    for weapons -- that's important to do why?

17         A.    That's to ensure that no one has an

18    actual live firearm, a knife, pepper spray,

19    baton, anything that's going to, you know, cause

20    significant, you know, injuries, damages, death,

21    things like that.

22               They actually come in no cartridges



JA-368

Page 211

1    in their TASER; they don't get their cartridges

2    till they come in the room.

3         Q.    Okay.  And did you assign an

4    individual at the door to do that?

5         A.    Yes, I did.

6         Q.    Now, Mr. Curran testified earlier

7    that no one was doing that and that he actually

8    asked Peter Slovinsky to do that.

9              Do you agree with that testimony by

10   Mr. Curran?

11        A.    No.

12        Q.    To your recollection, who -- who was

13   assigned to perform that task at the door?

14        A.    Mr. Pete Slovinsky was the one that

15   was assigned to be at the door.

16        Q.    And who made that assignment?

17        A.    I did.

18             Can I say something to that?

19        Q.    Sure.

20        A.    I -- I was made aware after the fact,

21   at the end of the day, that Pete advised me that

22   Mr. Curran did come to him and ask him to use



Page 212

1    special caution and make sure there was no

2    firearms allowed in the room.  But he did not

3    assign him to the door; I did.

4         Q.     Okay.  So then let me just make sure

5    I understand.

6              So you had assigned Peter to the

7    door, but that -- you later learned that -- by

8    Peter that Mr. Curran asked him to be extra

9    cautious about making sure there was no firearms

10   brought in --

11        A.     Correct --

12        Q.     -- is that accurate?

13        A.     -- that's what was relayed to me.

14        Q.     And when did Peter tell you this?

15        A.     I don't know how long after the

16   incident it was that he told me.  It was sometime

17   afterwards.

18        Q.     And did you ask -- did -- did Peter

19   indicate why Mr. Curran had asked him that -- to

20   do that?

21        A.     He said that, typically, Mr. Curran

22   was someone who used a lot of caution and that he



JA-370

Page 213

1    wanted to ensure that there was extra safety on

2    those coming in the room that -- didn't bring a

3    firearm.

4          Q.     And did Peter convey to you whether

5    or not he -- he did, in fact, use extra caution

6    in checking the individuals that came inside the

7    gym?

8          A.     He used the same caution he would

9    have regardless.

10         Q.     With regard to the classroom

11   training, I want to just get straight in my mind

12   the materials to be provided.

13                When you have -- con -- conduct a --

14   an instructor training like this, I know you

15   review the PowerPoint presentation, but what

16   materials do you actually provide to students?

17         A.     That's changed over the years.  I

18   used to receive three-ring binders and DVDs to

19   hand out.  And then, at some point in time, that

20   went away, and it was all the -- the students had

21   to download everything.

22                So, I mean, basically, anything I



JA-371

Page 214

1    gave them would have been what was supplied to

2    me.

3         Q.    Okay.  And so that's what I was

4    wondering about.  Because one of the slides that

5    we saw for Version 20 actually tells you, Go to

6    this link, download the materials, print them and

7    bring them to the course.

8              Is that how it currently is for

9    Version 20?

10        A.    I believe 20 is where that started.

11        Q.    Okay.  And so Version 20 had already

12   been implemented at the time of this training in

13   December of 2017.

14             And so did you download those

15   materials, meaning the warnings and the release,

16   and provide those to the students?

17        A.    You mean the liability release and

18   all that?

19        Q.    Right.  So there's the liability

20   release and the warnings, and then some

21   instructors also provide them with a copy of the

22   deck that's reviewed; others don't.



Page 215

1          But those are the two things as far

2    as the requirements that say that the warnings

3    and the release need to be provided to the

4    students.

5          A.     No.  I believe this was the first

6    class that I was told that I did not have to

7    actually hand them a paper copy, that they did

8    that online.

9          Q.     Okay.  The warnings online?

10         A.     Right.

11         Q.     And what about the release for this

12   particular class?  Did you have the attendees

13   review and sign the release?

14         A.     I'm not sure which one you're

15   speaking of.

16         Q.     Sure.  Let me pull that up for you.

17         A.     Are -- are you speaking of the one

18   where they take an exposure voluntarily?

19         Q.     It's actually for both.  Let me just

20   pull that up.

21              (Pause.)

22



Page 216

1    BY MS. NGUYEN:

2         Q.    Okay.  So this is titled Instructor

3    and User, Warnings, Risks and Release Agreement.

4              The effective date is January 23rd,

5    2015.  And this was made an exhibit earlier in

6    the day.

7              MS. NGUYEN:  Let me see if I can

8         get that number.

9              Exhibit 20 for the record.

10   BY MS. NGUYEN:

11        Q.    And it says in red letters at the top

12   there, Before any TASER CEW training or CEW

13   exposure, all persons must read the most current

14   TASER CEW warnings and read and sign this form.

15             And it goes through the warnings; it

16   also provides a space where the student can

17   disclose any preexisting injuries; has the risk

18   liability and release agreement; and then there

19   at the bottom, it has a place for the student to

20   sign.

21             Mr. Nelson, have you seen this

22   document before?



JA-374

Page 217

1      A.      Yes, I've seen it before.

2      Q.      Okay.  And so this one became

3   effective January 23rd, 2015.

4              And so my question to you is, In

5   this December 2017 training that was attended by

6   Mr. Curran, did you provide this to the students

7   and have them review and sign?

8      A.      I believe this was the first class

9   where they did all of this online is -- is the

10  way that was conferred to me through training,

11  that we no longer had to have that.  Because

12  prior to that, they were always with the

13  packaging when it showed up.

14     Q.      And -- and I will tell you that this

15  was a document that was, in fact, reviewed online

16  but -- by Mr. Curran, and so I think you're

17  correct in that.

18             But it also said that there -- it

19  was e-mailed separately.  So I was trying to

20  determine if it was also something provided in

21  the physical class.

22     A.      No, not by me.  I was advised that I



JA-375

Page 218

1    no longer had to do that.

2        Q.    Okay.  And so when we spoke with

3    Mr. Curran earlier today, he stated that you had

4    asked him to go and check on materials, that you

5    were provided with no materials for the course

6    and that he was running back and forth quite a

7    bit between the classroom and the office trying

8    to get materials for you.

9            Does that sound familiar at all to

10   you?

11       A.    I don't -- I don't recall -- I mean,

12   I -- I recall questioning that -- like I said,

13   this was the first class where I didn't get

14   binders, DVDs, this kind of material, stuff like

15   that.  And I had him check with whoever would

16   receive packages there to make sure that they,

17   you know, hadn't been delivered and just not

18   given to us for the class.

19           So if I recall correctly, I think at

20   some point in time, he waited until a certain

21   person would have been in the building and went

22   to check with them to -- to see if they did.



Page 219

```
 1                    You know, after making a call on

 2      the -- the binders, that's when I was advised

 3      that, you know, they -- they were no longer

 4      going to be supplying those to the -- to the

 5      students.

 6          Q.      Okay.  So was this something where --

 7      to your recollection, that Mr. Curran left the

 8      classroom quite often for, or was it a one-time

 9      check to receive that confirmation?  Or tell me

10      approximately how often --

11          A.      The best I recall was when I first

12      got there, which I'm always early, and I, you

13      know, checked through the materials, had him, you

14      know, check with his people prior to class.

15                    And then there would have only been,

16      you know, one time for him to -- after someone

17      made it to the building that he was waiting on,

18      to run down the hallway and see if they had

19      boxes locked in their office.

20                    MS. NGUYEN:  Give me one moment.

21          I'm just going to pull up another

22              document here.
```



JA-377

Page 220

```
 1              Actually, I'm going to take about

 2         five minutes to pull up the documents

 3         that I need, to hopefully go a little bit

 4         faster.

 5              My computer is giving me some

 6         problems here, so let's take a quick

 7         five-minute break.

 8              If I get disconnected because my

 9         computer keeps freezing up, I'll have to

10         hop back on.

11              THE VIDEOGRAPHER:  Okay.  Off the

12         record -- off the record at 7:53 p.m.

13                   -  -  -

14              (Whereupon, a recess was taken from

15              7:53 p.m. EST to 7:58 p.m. EST.)

16                   -  -  -

17              THE VIDEOGRAPHER:  We're back on

18         the record at 7:58 p.m.

19    BY MS. NGUYEN:

20         Q.    Mr. Nelson, was it your understanding

21    that you were and are an independent contractor

22    of Axon?
```



JA-378

Page 221

1        A.      To be honest, I wasn't sure.

2        Q.      Well, when you referred to part-time

3    employment with Axon at the beginning of your

4    deposition, you would agree that you are not

5    formally, you know, an employee of Axon, correct?

6        A.      Like I said, I don't even know how to

7    answer that because, you know -- I mean, I

8    considered it a part-time position.  I guess,

9    formally, you could say that I was never hired.

10       Q.      Right.  You are not an employee of

11   Axon, correct?

12              MR. BUCCI:  Object: asked and

13         answered.

14              But go ahead.

15              THE WITNESS:  Are you waiting on

16         me?

17   BY MS. NGUYEN:

18       Q.      Yeah.  I'm just asking --

19       A.      I'm sorry.  The screen changed on me.

20              Go -- go ahead.

21       Q.      You do not consider yourself to be an

22   employee of Axon, correct?



JA-379

Page 222

```
 1              MR. BUCCI:  Same objection.

 2              Go ahead.

 3              THE WITNESS:  Like I said, I

 4         thought I was a part-time employee, but,

 5         you know, I guess I was incorrect.

 6    BY MS. NGUYEN:

 7         Q.    Well, you -- you aren't on an actual

 8    regular payroll, are you?

 9         A.    No, I don't get paid every week, no.

10         Q.    Okay.  You actually have to submit

11    invoices, correct?

12         A.    Correct.

13         Q.    Okay.  And you actually have to file

14    your own taxes.

15              You don't receive any W-4 from Axon,

16    correct?

17         A.    Correct.

18         Q.    All right.  And let's pull up your

19    independent contractor agreement.  And this is

20    Exhibit 37, as you were previously asked about

21    it.

22              If we look at the top here, it's
```



Page 223

1    actually titled Independent Contractor

2    Agreement, right?

3         A.    Correct.

4         Q.    Okay.  And this was entered into on

5    August 5th of 2016; is that also true?

6         A.    That's the date on it, yes.

7         Q.    Okay.  And so this would have been in

8    effect at the time of the training that

9    Mr. Curran attended in December of 2017, correct?

10        A.    I -- I don't know how long this would

11   have lasted.  I -- I really don't know.

12        Q.    Okay.  Do you recall whether you've

13   entered into a subsequent agreement between

14   August 5th of 2016 and December 13th of 2017?

15        A.    I -- I honestly -- I don't know.

16        Q.    Okay.  It identifies -- it states

17   that contractor -- I'm looking at the third

18   paragraph that your contractor is a TASER

19   certified master instructor and provides training

20   services to law enforcement agencies, security

21   organizations, medical providers and/or military.

22             Do you see that?



Page 224

1        A.    Yes.

2        Q.    Okay.  And you were already asked

3   about the training materials and modified

4   materials.

5              And here, it refers to the licensing

6   agreement, meaning that you -- you have

7   authority to use the TASER training materials in

8   any TASER certification course.

9              Was that your understanding?

10       A.    Yes.

11       Q.    And on the next page of this

12   contract, it states, under Payment, that In

13   exchange for the performance of contractor's

14   services, under this agreement, TASER will pay

15   contractor $350 a day for any basic instructor

16   course services.  Payments to be made within 30

17   days' receipt of the invoice.

18              Is that your understanding?

19       A.    Correct.

20       Q.    And there is no obligation in this

21   contract that TASER or Axon actually provide you

22   with a certain amount of work per month or per



Page 225

1   year; is that true?

2          A.      Correct.

3          Q.      And so they can go a year without

4   providing you with any -- requesting you to

5   provide any instruction on courses, or they can

6   request it multiple times a month; is that also

7   true?

8          A.      Correct.

9          Q.      And, conversely, if we ask you or put

10  an e-mail out, as you describe, to master

11  instructors in this area saying, Hey, we have a

12  need for this course at this agency, you can

13  choose, at your discretion, whether to respond --

14  I think the term you used "to answer up to

15  that" -- or say, Nope, I'm not interested and --

16  and not respond, correct?

17         A.      Yes.

18         Q.      Okay.  There's nothing in this

19  contract that says you must actually instruct any

20  and all courses that TASER asks to you instruct?

21         A.      Not that I'm aware of.

22         Q.      Okay.  This also says that Axon or



Page 226

1    TASER will reimburse you for any expenses that

2    you incur as a result of instructing a course.

3              That's -- is that your

4    understanding?

5         A.    Yes.

6         Q.    Okay.  And then in Paragraph 5, it

7    goes on to state, Relationship of the Parties:

8    Contractor understands and acknowledges that

9    contractor's status with TASER is solely that of

10   an independent contractor, and nothing in this

11   agreement will be construed to constitute

12   contractor as an agent, employee, partner,

13   representative or spokesperson of TASER.

14             Is that your understanding as well?

15        A.    I don't know about the "agent" part,

16   but yes.

17        Q.    Well, did you review this agreement

18   before you signed it?

19        A.    Yes, and probably not as well as I

20   should have, but yes --

21        Q.    Okay.

22        A.    -- I mean, it's my understanding that



JA-384

Page 227

1    the only way to -- to teach classes for them

2    would be to sign this agreement.

3         Q.    Well, and if you didn't want to sign

4    the agreement, you have the option of not -- not

5    teaching the courses, correct?

6         A.    Correct.

7         Q.    Okay.  And then it goes on to state,

8    Because contractor is not an employee of TASER,

9    contractor understands that contractor and its

10   employees will not be entitled to any of TASER's

11   employee benefits, will not be covered under

12   TASER's workers' comp -- compensation insurance,

13   and none of contractor's compensation will be

14   withheld for the payment of Social Security,

15   county, Federal, state or other taxes.

16              And so you would agree that you are

17   not receiving any employee benefits from Axon;

18   is that true?

19        A.    Correct.

20        Q.    And you aren't covered under Axon's

21   worker comp insurance, right?

22        A.    Correct.



JA-385

Page 228

1      Q.      And -- and Axon doesn't withhold any

2    taxes, correct?

3      A.      Correct.

4      Q.      So, in fact, you have set up a

5    separate business by the name of Elite Tactical

6    Training for which you -- you -- one of the

7    services you run through that business is the

8    training that you do as kind of the side job,

9    correct?

10     A.      Correct.

11     Q.      And it goes on to state, Contractor

12   is solely responsible for providing, at

13   contractor's expense, insurance, workers' comp

14   insurance and any licenses or permits usual or

15   necessary for performing the services.

16             Is that also true?

17     A.      Correct.

18     Q.      And that you have to report your

19   income that you earn from these training services

20   separately and pay all self-employment and other

21   taxes, correct?

22     A.      Correct.



JA-386

Page 229

1      Q.      And under Termination, it states that

2   Either party can terminate this agreement at any

3   time.

4          Correct?

5      A.      Correct.

6      Q.      And under this agreement -- I -- I

7   want to make sure that it is clear that there is

8   no -- Axon does not require you to work any --

9   either set number of days or set number of hours,

10   rather, those are solely to -- chosen by you,

11   correct?

12      A.      Other than the hours in which the

13   class is taught, yes.

14      Q.      Right.  So if you have to teach a

15   class, let's assume -- I think, now, they're one

16   day, correct, the instructor course?

17      A.      They are now.

18      Q.      Okay.  And so if you opted to choose

19   a class, then that would be the one-day course,

20   correct?

21      A.      Right.

22      Q.      And would you agree, Mr. Nelson, that



JA-387

Page 230

1    it is your responsibility as the master

2    instructor to set up, oversee, implement and run

3    the scenario-based training?

4         A.    When you say "set up," what are you

5    referring to?

6         Q.    What we -- what we discussed --

7         A.    I mean, are -- are you talking about

8    just -- repeat the question.  I think I misheard.

9         Q.    Sure.

10             That you're -- I can go -- go

11   through them one at a time, if you'd like.  But

12   I -- my question was, As a master instructor,

13   you are in charge of setting up, overseeing,

14   implementing and running the scenario-based

15   training?

16        A.    Correct.

17        Q.    Axon does not tell you specifically

18   how to do that but, rather, tells you the content

19   of the PowerPoint course?

20        A.    I would have -- have to disagree with

21   that because I've had several senior masters come

22   to my classes and tell me how to do it.



Page 231

1        Q.      How to do what?

2        A.      How to do all the training.

3        Q.      Including the scenario-based

4    training?

5        A.      Correct -- I mean, not specific

6    scenarios but how they had to be run.

7        Q.      Right.  And so when you say "not

8    specific scenarios," the scenarios -- you have

9    the discretion to choose those scenarios,

10   correct?

11       A.      I'm assuming I do.  I -- I've always

12   tried to use what's in master school.

13       Q.      I understand that that's what you're

14   trying to duplicate, but Axon has not instructed

15   you that you have to use these particular

16   scenarios in the scenario-based training,

17   correct?

18       A.      Correct.

19       Q.      Okay.  You are able to use your own

20   skill and judgment in that, given your

21   experience, right?

22       A.      Correct.  There's -- there's also



Page 232

1    different -- officers from different places,

2    whether it's jail, city, county, state.  So I --

3    I sometimes have to alter them for those.

4         Q.    Exactly.

5               And -- and if you're in different

6    parts of the country or in different facilities,

7    they're going to come across different

8    scenarios.

9               And so you want to tailor it to

10   those particular students, correct?

11        A.    Correct.

12        Q.    And you have the discretion to do

13   that?

14        A.    I guess you could call it

15   "discretion," yes.

16        Q.    What you don't have the discretion to

17   do is to change the copyrighted PowerPoint

18   materials, right?

19        A.    Correct.

20        Q.    If an agency wanted to do that on

21   their own to reflect their own standards and

22   policies, they can do that, but you, as a master



Page 233

1    instructor, cannot, correct?

2         A.    As far as -- I -- I can.  As far as

3    an agency, I -- I don't -- I can't swear one way

4    or the other on that because I've never dealt

5    with someone who's actually done that to know

6    whether they can or not --

7         Q.    Right.  But --

8         A.    -- I -- I know if they go outside of

9    the TASER material, then they're -- they're

10   getting -- they'll receive nothing from TASER as

11   far as certification, or anything like that.

12        Q.    Well -- but, again, I -- I think this

13   is a big distinction, because Axon does not put

14   out training and standards on when to use a CEW,

15   correct?

16        A.    Correct.

17        Q.    So, you know, they don't go over, in

18   particular, scenarios -- if, in one state, it's

19   okay to use a CEW on a handcuffed subject or

20   fleeing subject, right?  They don't go over that

21   because that changes depending upon the

22   jurisdiction that you're in, correct?



Page 234

1        A.      Correct.  I may have misunderstood

2    what you asked me.

3        Q.      Okay.  And that's what I'm -- I'm

4    trying to ensure that we're all understanding

5    here, is Axon's training is focused on those

6    materials and how to use the devices, right, how

7    to get them to deploy, how far you need to be,

8    you know, the various risks involved with the

9    devices but not when you can use the CEW under

10   the Fourth Amendment standards, correct?

11       A.      Correct.

12       Q.      And that's what it is referring to

13   when those slides that we saw say that it is up

14   to the agency to develop their own standards on

15   CEW use and their own policies on CEW use,

16   correct?

17       A.      Correct.

18       Q.      Okay.  And so the agencies, if they

19   want to provide -- you know, if they want to do

20   the TASER certification and then provide

21   additional training on when to use the CEW, that

22   would be left up to the agency, correct?



JA-392

Page 235

 1       A.     I'm sorry.  Repeat that.  I'm -- my

 2  mind's starting to turn into mush.

 3       Q.     That's okay.

 4              If an agency wanted to provide

 5  additional training on when to use the CEW based

 6  upon their policy and the case law in their

 7  jurisdiction, that's up to them to do, correct?

 8       A.     Correct, yes.

 9       Q.     Okay.  And you also have to use your

10  own judgment when determining if an officer

11  passes all the certifications on that

12  certification form that you saw, where an

13  instructor has to see that they have completed

14  all of the practical drills.

15              You're the one that determines

16  whether or not they pass those requirements,

17  correct?

18       A.     Correct, I'm the one who checks off.

19       Q.     Okay.  And this is going to be the

20  last exhibit that I show you.

21              (Pause.)

22



Page 236

1    BY MS. NGUYEN:

2        Q.    Okay.  So here -- you were shown this

3    form earlier.  So this is what I'm referring to.

4            When it says, Demonstrate safe

5    handling of a CEW and cartridges and proper

6    finger positions for safe handling, aiming and

7    firing, you, as the master instructor, would use

8    your training and experience and expertise in

9    determining whether a student passes that

10    requirement, correct?

11        A.    Based on my observations during

12    training, yes.

13        Q.    You determined whether the student

14    exhibits -- safely controls a TASER CEW

15    adequately when commanded: arm, spark, safe at

16    random, correct?

17        A.    Correct.

18        Q.    You determined whether the student

19    demonstrates the ability to safely load and

20    unload the TASER CEW under stress, correct?

21        A.    Correct.

22        Q.    You determine whether the student can



Page 237

1    remove and reinstall the battery in the TASER CEW

2    correctly, right?

3         A.    Correct.

4         Q.    And you determine whether the student

5    deployed a minimum of two cartridges and placed

6    both probes in the preferred target zones,

7    correct?

8         A.    Correct.

9         Q.    And you were also asked about the

10   testing and that TASER wants to see a 90 percent

11   minimum on the testing, correct?

12        A.    Correct.

13        Q.    Do you recall that line of

14   questioning?

15        A.    Yes.

16        Q.    Is it correct that if a student does

17   not pass, that you can what -- do what's called

18   "remediation," that you can work with the student

19   and allow them to take it again to try to get a

20   passing score?

21        A.    I've never been told that.

22        Q.    You've never been told about



Page 238

1    remediation?

2         A.    No.

3         Q.    Okay.  And you have never been

4    present during any of your trainings where an

5    instructor has used remediation, meaning speaking

6    to the student and allowing them to retake?

7         A.    The trainings I will go to will be

8    master school.  The -- the only thing I've seen

9    there was we were told if you didn't pass by a

10   certain score, you couldn't teach for TASER, but

11   you could still be an instructor for your

12   department -- a master instructor for your

13   department, but you couldn't teach outside of

14   your department.

15        Q.    Okay.  And, again, in the master

16   instructor school, you weren't told that there's

17   an opportunity for remediation if the senior

18   master instructor deems it appropriate?

19        A.    At the master school?

20        Q.    Correct.

21        A.    I don't recall ever hearing that,

22   honestly.



JA-396

Page 239

1         Q.      But you always passed the test, so

2    you never had a problem with it?

3         A.      I guess I've been pretty lucky.

4         Q.      At any point during the training that

5    Mr. Curran attended -- during the practical

6    portion, if you had seen anything that you deemed

7    unsafe, would you have, based upon your

8    experience, called a stop action?

9         A.      If I would have seen something that I

10   deemed unsafe, yes.

11            MS. NGUYEN:  That's all the

12        questions -- questions I have,

13        Mr. Nelson.  Thank you.

14                      -   -   -

15      EXAMINATION BY COUNSEL FOR DEFENDANT

16              RICHARD WILLIAM NELSON

17                      -   -   -

18   BY MR. CASEY:

19        Q.      Mr. Nelson, I just have four

20   questions, so this -- this should be quick.

21        A.      Okay.

22        Q.      I'm going to direct your attention to



Page 240

1    the date of the incident in December of 2017.

2              And from where you were standing,

3    were you able to see Officer Curran when he was

4    injured by the CEW probe?

5         A.    No, I was not.

6         Q.    And was there something between you

7    and him that blocked your view?

8         A.    The -- one of the mats that were

9    stood up as a wall.

10        Q.    Okay.  And that blocked your view of

11   Officer Curran?

12        A.    Yes.

13        Q.    And so if Officer Curran was not

14   wearing eye protection at the time he was

15   injured, would you have been able to see that?

16        A.    No, I would not.

17              MR. CASEY:  Thank you.  That's all

18        the questions I have.

19

20

21

22



Page 241

1                          -   -   -

2      EXAMINATION (CONTINUED) BY COUNSEL FOR PLAINTIFF

3                          -   -   -

4    BY MR. BUCCI:

5          Q.     I have some follow-up.  One second.

6                 I promise to be brief, Mr. Nelson.

7    I appreciate you hanging in there.

8          A.     That's okay.

9          Q.     Mr. Nelson, just real quick, the work

10   that you were to perform at Virginia Beach in

11   December of 2017, the training class -- that was

12   not to teach attendees a particular standard of

13   care; it was to teach them to get them to become

14   certified TASER CEW instructors, right?

15         A.     Correct.

16         Q.     All right.  And the requirements that

17   Ms. Nguyen reviewed with you -- review -- you

18   know, I'm looking here -- review the entire

19   Version 20 instructor certification: demonstrate

20   safe handling, safe control, and on and on and

21   on.  There's -- one, two, three, four, five,

22   six -- seven.



JA-399

Page 242

1              Those requirements were dictated to

2      you by TASER, correct?

3           A.     Correct.

4           Q.     And, you know, I heard Ms. Nguyen

5      mention previous about recommendations, but they

6      weren't recommendations.

7              Each trainee had to meet these

8      requirements which were required by Axon, in

9      order to achieve the goal of them becoming TASER

10     CEW-certified instructors, correct?

11              MS. NGUYEN:  Object to form and

12          foundation; and misstates the

13          questioning.

14     BY MR. BUCCI:

15          Q.     Go ahead and answer.

16          A.     Can you repeat it?  I'm sorry.

17              MR. BUCCI:  Ms. Court Reporter,

18          can you repeat it back?

19                    -  -  -

20              (Whereupon, the certified

21               stenographer read back the

22               pertinent part of the record.)



JA-400

Page 243

1                        -  -  -

2                 THE WITNESS:  That's correct.

3                 MS. NGUYEN:  Same objections.

4    BY MR. BUCCI:

5         Q.    Mr. Nelson, your answer?

6         A.    Correct.

7         Q.    All right.  Just real quick -- I'm

8    going to go run through my last remaining

9    questions.

10                You had mentioned -- Ms. Nguyen had

11   brought up that there was a particular safety

12   officer for the scenario during which Mr. Curran

13   was injured.  I'm a bit confused.

14                Was everybody a safety officer, or

15   was there one particular safety officer per

16   scenario?

17        A.    No.  There should have been one

18   person assigned each time an officer come in for

19   the scenario in particular.  That's kind of like

20   -- it's another role to play.

21        Q.    Okay.  Does that mean -- does

22   everybody else still remain to be safety



Page 244

1    officers?

2         A.    Yeah.  I mean, everyone is a safety

3    officer the whole time.

4         Q.    Okay.  You said -- Ms. Nguyen asked

5    you, you know, you can't watch everyone at all

6    times, and you said that's correct.

7               But you would agree with me that in

8    any one scenario, there's really only two active

9    participants, a role player and a trainee, and

10   then one person who's -- who's overseeing it?

11   So there's a maximum of three people in any one

12   scenario at any one time, correct?

13        A.    I wouldn't say every time, no.

14        Q.    Are there times when there are four

15   or five or six people involved in a -- one of

16   these box drills that we're talking about?

17        A.    Well, the scenario could have two

18   role players.

19        Q.    Did any of the scenarios on the day

20   of the incident have two role players?

21        A.    I don't recall whether they did or

22   they didn't, but there -- there's always



Page 245

1    someone -- someone else in the room, too.

2        Q.     But you say -- in terms of --

3    there's -- I mean, yeah, there -- there are other

4    people in the room, but in terms of people who

5    are involved in this scenario, where you're

6    trying to have a role player place a trainee

7    under stress so to see how they react, that is

8    only involving a role player, maybe two, and the

9    trainee and then somebody else who is overseeing

10   it, correct?

11       A.     Yeah.  That's one of the roles of the

12   person overseeing the scenario.

13       Q.     Okay.  So a total of three to four --

14   maximum four -- at any one time involved in any

15   one scenario?

16       A.     For whoever is running the scenario.

17       Q.     Right.

18              And, I mean, do you have any

19   responsibility for the safe conduct of the

20   training scenarios?

21       A.     As far as?

22       Q.     When they go into effect, there's



JA-403

Page 246

1    somebody who's overseeing this scenario -- the

2    particular scenario.

3            Do you still retain any

4    responsibility for making sure that the training

5    scenarios were conducted in a safe manner?

6       A.    Well, I'm always trying to -- to keep

7    things safe, but I'm asking part of their --

8    their role is to assume the entire role, not just

9    part of it.

10      Q.    Right.  But are -- what is your role?

11      A.    My role is to -- to manage the entire

12   class in general.

13      Q.    Are -- are -- you would agree that

14   you're not relieved of your responsibility to

15   monitor the safe conduct of the scenarios just

16   because there's somebody else who is monitoring?

17           MR. CASEY:  Objection to form.

18   BY MR. BUCCI:

19      Q.    You can answer to the best of your

20   ability.

21      A.    I -- I don't know how to answer that,

22   to be quite honest.  I -- I -- I don't know how



Page 247

1    to answer that.

2         Q.    Okay.  The -- in terms of the setup

3    where the -- the seat -- or the bench where the

4    role players would go to when they weren't

5    actively participating, that was placed in a

6    position that was the way you were trained when

7    you were becoming recertified as a master --

8    TASER master instructor, correct?

9         A.    I believe, as I said earlier, it's --

10   it's not that there has to be a bench in that

11   specific situation; it's just a -- it's a

12   convenience for the role players.  It could have

13   been put behind any of those walls for them to

14   have a place to sit down.

15        Q.    Right.  It could have been behind any

16   wall, but that -- but, in general, the -- when

17   the scenario -- when the role player is not

18   actively involved in the role, they can have an

19   area to be in immediately behind one of the walls

20   of the box drill, and that's how you observed the

21   scenario-based training when you were recertified

22   as a master instructor.



JA-405

Page 248

1              And you tried to mimic, I think the

2    word was, that training as best you could; is

3    that fair?

4         A.    I believe it was "duplicate," but,

5    yes.

6         Q.    "Duplicate."  I'm sorry.

7              Are you aware of any agency that

8    allows its officers to use TASER CEWs without

9    first being TASER certified?

10        A.    I'm not aware of any, no.

11        Q.    The agreement -- I promise I'm almost

12    done.

13              Ms. Nguyen reviewed this with you.

14    I want to look at Paragraph 10.

15              And it says right here,

16    Indemnification:  The contractor agrees to

17    indemnify, defend and hold TASER harmless from

18    any and all liability or loss arising in any way

19    of the contractor's breach of this agreement.

20              Are you defending TASER in this

21    matter?

22        A.    I don't know what you would call



JA-406

Page 249

1    "defending."  I'm just telling the truth.

2         Q.    Are you paying their legal fees?

3              MS. NGUYEN:  Objection to form and

4         foundation.  He's not going to know what

5         indemnification is.

6    BY MR. BUCCI:

7         Q.    How about defend?  Are you paying

8    their defense fees?

9         A.    Am I paying their defense fees?

10        Q.    Correct.

11        A.    I'm not paying theirs, no.

12        Q.    Are they paying your defense fees?

13        A.    Yes.

14        Q.    I'm almost done.

15              And are you aware of any -- this

16   agreement here -- looking at AXON_CURRAN107 --

17   that you have signed, or are you aware of any

18   document where somebody for TASER has signed?

19   Because I haven't seen one.

20        A.    The form that's on the page now?

21        Q.    Right.

22        A.    I -- I don't know.



JA-407

Page 250

1          Q.     And, lastly, I think you testified

2     that the -- the -- in your mind, the whole gym

3     was the training area.

4                 Do you remember that testimony?

5          A.     Yep.

6          Q.     Was that consistent with how you were

7     trained by Axon to administer the box drill when

8     you were recertified as a master instructor?

9          A.     Yeah.  Any time we went into -- to a

10    drill or a scenario with the master school, the

11    entire room was part of the drill --

12                MR. BUCCI:  Thank you --

13                THE WITNESS:  -- that would be it.

14                MR. BUCCI:  -- that's all.

15                MR. CASEY:  Anybody else have any

16         questions?

17                We will take the opportunity to --

18         to read and sign the deposition if it's

19         transcribed.

20                CERTIFIED STENOGRAPHER:  In

21         Maryland and Virginia, it has to be.

22                Okay.



Page 251

1              THE VIDEOGRAPHER:  Would anyone

2         else like a copy of the video?

3              MR. CASEY:  No.

4              MR. BUCCI:  Cindy, what's the

5         turnaround time on -- on typing this up?

6              CERTIFIED STENOGRAPHER:  Do you

7         want to go off the record first?

8              MR. BUCCI:  Sure.

9              THE VIDEOGRAPHER:  Yeah.  We're

10        off the record at 8:29 p.m.

11             (Witness excused.)

12             (Deposition concluded at 8:29 p.m.

13              EST.)

14

15

16

17

18

19

20

21

22



Page 252

1                   C E R T I F I C A T E

2    STATE OF MARYLAND:

3    COUNTY OF PRINCE GEORGE'S:

4        I, Cindy L. Sebo, a Notary Public within and

5    for the Jurisdiction aforesaid, do hereby certify

6    that the foregoing deposition was taken before me,

7    remotely pursuant to notice, at the time and place

8    indicated; that said deponent was by me duly sworn

9    remotely to tell the truth, the whole truth, and

10   nothing but the truth; that the testimony of said

11   deponent was correctly recorded remotely in machine

12   shorthand by me and thereafter transcribed under my

13   supervision with computer-aided transcription; that

14   the deposition is a true record of the testimony

15   given by the witness and that I am neither of

16   counsel nor kin to any party in said action, nor

17   interested in the outcome thereof.

18

19        _____

20            Cindy L. Sebo, RMR, CRR, RPR, CSR,

              CCR, CLR, RSA, Courtroom Connect

21            Court Reporter, LiveLitigation

              Authorized Reporter, Notary Public

22



Page 253

1                 INSTRUCTIONS TO WITNESS

2            Please read your deposition over carefully

3    and make any necessary corrections.  You should state

4    the reason in the appropriate space on the errata sheet

5    for any corrections that are made.

6            After doing so, please sign the errata sheet

7    and date it.

8            You are signing same subject to the changes

9    you have noted on the errata sheet, which

10   will be attached to your deposition.

11           It is imperative that you return the

12   original errata sheet to the deposing attorney within

13   thirty (30) days of receipt of the deposition

14   transcript by you.  If you fail to do so, the

15   deposition transcript may be deemed to be accurate

16   and may be used in court.

17

18

19

20

21

22



```
                                                    Page 254
 1                    E R R A T A

 2   WITNESS:   RICHARD WILLIAM NELSON

 3   DATE:       June 22, 2020

 4   CAPTION:    Curran v. Axon Enterprise, et al.

 5   PAGE  LINE  REASON FOR CHANGE:

 6   ____  ____  _____

 7   PAGE  LINE  REASON FOR CHANGE:

 8   ____  ____  _____

 9   PAGE  LINE  REASON FOR CHANGE:

10   ____  ____  _____

11   PAGE  LINE  REASON FOR CHANGE:

12   ____  ____  _____

13   PAGE  LINE  REASON FOR CHANGE:

14   ____  ____  _____

15   PAGE  LINE  REASON FOR CHANGE:

16   ____  ____  _____

17   PAGE  LINE  REASON FOR CHANGE:

18   ____  ____  _____

19   PAGE  LINE  REASON FOR CHANGE:

20   ____  ____  _____

21   PAGE  LINE  REASON FOR CHANGE:

22   ____  ____  _____
```



```
                                                        Page 255
   1   WITNESS:   RICHARD WILLIAM NELSON

   2   DATE:      June 22, 2020

   3   CAPTION:   Curran v. Axon Enterprise, et al.

   4   PAGE  LINE  REASON FOR CHANGE:

   5   ____  ____  _____

   6   PAGE  LINE  REASON FOR CHANGE:

   7   ____  ____  _____

   8   PAGE  LINE  REASON FOR CHANGE:

   9   ____  ____  _____

  10   PAGE  LINE  REASON FOR CHANGE:

  11   ____  ____  _____

  12   PAGE  LINE  REASON FOR CHANGE:

  13   ____  ____  _____

  14   PAGE  LINE  REASON FOR CHANGE:

  15   ____  ____  _____

  16   PAGE  LINE  REASON FOR CHANGE:

  17   ____  ____  _____

  18   PAGE  LINE  REASON FOR CHANGE:

  19   ____  ____  _____

  20   PAGE  LINE  REASON FOR CHANGE:

  21   ____  ____  _____

  22
```



```
                                                          Page 256
 1                  ACKNOWLEDGMENT OF DEPONENT

 2

 3            I, _____ , do

 4    hereby certify that I have read the foregoing

 5    pages, 1 to 251, and that the same is a

 6    correct transcription of the answers given by me

 7    remotely to the questions therein propounded

 8    under penalty of perjury, except for the

 9    corrections or changes in form or substance, if

10    any, noted in the attached errata sheet.

11

12    _____          _____

13    DATE                SIGNATURE

14

15    Subscribed and sworn to before me

16    this _____ day of_____, 20____.

17

18       My Commission expires:

19

      _____
20

21

      _____

22
```



JA-414

**A**

**abilities** 97:12
**ability** 149:22
  236:19 246:20
**able** 46:17 62:9
  94:19 122:12
  139:14 195:20
  231:19 240:3
  240:15
**absolutely** 115:1
  164:12
**AC** 89:15 90:1
**academy** 76:11
  115:19 143:3
**acceptable**
  169:17
**accident** 16:1
  167:4
**accidentally** 20:3
**accurate** 212:12
  253:15
**achieve** 76:13
  77:5 100:3
  126:13 242:9
**acknowledges**
  226:8
**ACKNOWLE...**
  256:1
**action** 108:12
  161:20 166:6
  166:21 167:19
  168:19 192:5,8
  239:8 252:16
**active** 244:8
**actively** 159:9,20
  247:5,18
**actual** 20:4 73:1
  86:8 128:7
  141:9 162:14
  203:4 210:18
  222:7
**AC39-598** 124:7
**add** 81:15 83:3
  87:1 92:2 99:1
  149:7 170:4

200:21 201:18
  201:20
**added** 42:11,14
  113:19
**addition** 16:3
  49:13
**additional**
  201:20 234:21
  235:5
**additions** 82:19
**address** 15:6
**adds** 206:22
**adequate** 144:18
  144:21
**adequately**
  236:15
**administer** 91:10
  91:20 92:6
  96:16 97:13
  98:16 140:2
  172:6 180:5
  250:7
**administered**
  10:10 95:5
  141:20 187:20
**administering**
  138:13 139:1
  139:13 187:4
**Administrator**
  2:8
**admonish** 168:14
**Adobe** 84:1
**adopt** 126:18
  197:10
**advance** 146:20
**advanced** 35:6
  47:11 132:20
**advised** 171:18
  176:11 187:12
  211:21 217:22
  219:2
**affiliated** 28:3
  54:17
**aforesaid** 252:5
**agencies** 20:22
  197:2,22

199:14 201:5,9
  223:20 234:18
**agency** 53:10
  54:1 135:4,9
  195:7,19,21
  196:4,7,11
  197:10,15
  200:20,22
  201:21 225:12
  232:20 233:3
  234:14,22
  235:4 248:7
**agent** 226:12,15
**agents** 124:12
**aggressor** 71:14
  73:6 181:12,13
  182:15,20
**ago** 175:22
**agree** 19:12
  53:17 57:20
  82:21 83:22
  89:3 92:11,14
  92:15 126:12
  126:17 127:9
  130:7 135:17
  138:10 182:22
  185:17 186:8
  188:12 190:15
  190:20 191:10
  191:19 194:6
  199:2,8 200:1
  202:2 208:3
  211:9 221:4
  227:16 229:22
  244:7 246:13
**AGREED** 10:3,9
  10:14,19
**agreement** 8:15
  19:19 57:17
  116:18 121:12
  122:4 131:12
  131:19 132:19
  133:6 200:10
  216:3,18
  222:19 223:2
  223:13 224:6

224:14 226:11
  226:17 227:2,4
  229:2,6 248:11
  248:19 249:16
**agrees** 248:16
**ah** 148:6
**ahead** 14:3,12
  28:12 58:2
  60:17 63:4
  67:20 82:1
  84:19 85:18
  93:5 94:20
  122:13 129:14
  147:14 186:2
  187:9 189:15
  202:19 221:14
  221:20 222:2
  242:15
**aiming** 236:6
**air** 30:22 31:2,4,8
  31:15 32:9 35:4
  35:6 36:1,16
  160:22 161:7
  161:11
**airfare** 133:22
**al** 1:6 254:4
  255:3
**allow** 237:19
**allowed** 37:14,20
  59:9 81:15 82:7
  83:3 92:1 94:13
  97:6 105:2
  106:7 107:15
  109:15,16
  117:8 119:11
  124:21 126:2
  127:5 128:13
  129:5,19 133:8
  135:14 165:2
  212:2
**allowing** 238:6
**allows** 248:8
**alter** 81:10,15
  83:3 87:1 91:18
  92:2 97:1,7
  99:1 109:16

232:3
**ambulance** 175:6
**Amendment**
  234:10
**amount** 169:21
  224:22
**amounts** 57:7
  137:22
**Amy** 3:15 25:15
  53:18 115:11
  122:1,10 124:6
  190:8
**amynguyen@a...**
  3:20
**and/or** 223:21
**answer** 7:9 14:3
  14:17 18:11,17
  21:22 22:11
  24:16 28:12
  62:14 84:19,20
  90:14 139:21
  171:2 174:3
  186:3 187:9
  189:10 221:7
  225:14 242:15
  243:5 246:19
  246:21 247:1
**answered** 55:20
  169:11 180:19
  221:13
**answers** 91:10,15
  91:16,19 92:2,7
  92:17,19 94:3,8
  256:6
**anybody** 15:20
  16:2,19 53:1
  96:14 162:19
  183:9,16 200:6
  250:15
**anymore** 133:7
**anytime** 113:12
  113:14
**anyway** 114:17
**anyways** 108:3
**apologize** 41:16
  152:21 182:10



**appear** 86:4 148:6,9
**appearance** 193:21
**appeared** 174:9 174:12
**appears** 78:21 102:21 133:10 149:11 183:1 189:1
**applicable** 134:21
**applicant** 7:14 92:20 93:9,15 110:12 141:10 161:17 163:2
**applicants** 20:10 58:18 59:2,20 61:16,17 76:22 79:21 81:12,18 82:14 83:5,11 83:15 85:9 87:3 87:20 88:16 90:4 92:4,9 95:6 96:17 97:3 97:9 98:18 105:4 106:9 116:20 117:21 126:13,19 127:3,6,11 136:17 138:2 142:4 153:1 163:1
**application** 6:7 63:11,18 93:19 107:1 110:2
**applies** 110:14
**appreciate** 241:7
**appropriate** 14:15 161:22 168:8 170:19 179:22 238:18 253:4
**approval** 144:9
**approve** 135:14 135:18

**approved** 194:19
**approximately** 2:10 31:19 48:7 98:1 137:12 219:10
**area** 55:17 56:6 99:16 107:5 143:20 149:10 149:16 157:9 158:6,6,9 159:1 167:7,13,13 170:3,4 176:19 182:16,20 208:20 209:20 210:1,4 225:11 247:19 250:3
**areas** 18:7 159:8
**arising** 248:18
**Arizona** 3:18 38:12
**arm** 236:15
**arranged** 143:5 206:3
**arrangement** 10:21
**asked** 16:12 62:1 86:11 88:22 92:13 128:4 150:7 152:3 169:11 175:4 211:8 212:8,19 218:4 221:12 222:20 224:2 234:2 237:9 244:4
**asking** 43:3 68:10 168:9 169:13 170:17 187:22 190:14 195:9 221:18 246:7
**asks** 225:20
**assessment** 130:13
**assign** 187:10 211:3 212:3

**assigned** 192:13 193:8,12,16 194:2 211:13 211:15 212:6 243:18
**assignment** 211:16
**assistance** 133:15 147:6
**assistant** 128:10
**assistants** 127:18 127:21,22
**assisted** 128:6 205:12,16,18
**associated** 140:1 140:9
**assume** 14:4 25:6 34:20 35:19 52:4 57:7 73:5 73:13 83:8 95:20 106:1 107:10 110:10 125:7 151:5 229:15 246:8
**assuming** 53:5 73:17 208:13 231:11
**assumptions** 54:8
**attached** 5:11 253:10 256:10
**attachment** 5:18 60:22
**attempt** 154:2
**attend** 31:13 94:15 136:18 137:5
**attended** 116:10 217:5 223:9 239:5
**attendees** 136:11 145:15 191:8 215:12 241:12
**attention** 76:9 132:13 188:6 239:22
**Attested** 110:20

**attorney** 3:3,13 4:3 16:18 25:1 25:2 253:12
**attorney's** 16:18
**August** 223:5,14
**authority** 10:7 224:7
**authorized** 1:20 2:9 124:13 125:13 252:21
**automatic** 108:12
**available** 55:18
**aware** 38:3 132:9 183:15 188:6 211:20 225:21 248:7,10 249:15,17
**Axon** 1:6 3:14 11:12,20 12:20 19:9,13,15 20:17 24:1,4,12 25:10 28:3 30:17 35:21 38:5 41:2,5,15 41:21 51:5,10 51:11,21 52:4 52:14 53:1 54:17 55:1,5,13 56:5,5 57:10 58:12 59:2,2,20 70:6 71:18 73:17,19 74:3,4 74:9,21 75:20 76:5 81:4,11,17 82:13,18 83:10 84:6,12 85:3,8 86:16 87:20 89:3 91:10,20 92:3,8,11 96:11 96:18 97:2,8,15 97:22 98:9,19 99:19 102:16 104:21 105:21 106:4,8 107:15 111:17 113:3 115:22 116:9

117:11 119:13 119:14 120:4,5 121:8 125:13 125:20 126:16 127:13 129:6 131:13 133:2,3 133:5 134:4 135:18 136:7 136:13,14 138:2,11,22 139:7,12,18 141:9 142:3,9 142:13,15 155:12,22 157:7 172:5 180:4 186:22 190:3,9 201:19 202:12 203:8 203:20 220:22 221:3,5,11,22 222:15 224:21 225:22 227:17 228:1 229:8 230:17 231:14 233:13 242:8 250:7 254:4 255:3
**AXONCURR...** 115:20
**Axon's** 109:10 113:18 127:1 130:8 131:10 134:10 210:12 227:20 234:5
**Axon-approved** 28:7
**Axon-created** 49:3,6 105:3 125:8 126:3
**Axon/TASER** 28:14 61:18
**AXON_CURR...** 61:6 108:7 120:11 193:7
**AXON_CURR...** 103:8



**AXON_CURR...** 8:16 131:20
**AXON_CURR...** 8:17 131:21
**AXON_CURR...** 8:20 147:22
**AXON_CURR...** 8:21 148:1
**AXON_CURR...** 113:15
**AXON_CURR...** 8:7 102:10
**AXON_CURR...** 8:8 102:11
**AXON_CURR...** 8:11 112:4
**AXON_CURR...** 8:12 112:5
**AXON_CURR...** 7:16 93:11
**AXON_CURR...** 7:11 90:15
**AXON_CURR...** 7:12 90:16
**AXON_CURR...** 6:14 79:11
**AXON_CURR...** 6:15 79:12
**AXON_CURR...** 6:9 63:12
**AXON_CURR...** 5:15 29:11
**AXON_CURR...** 5:16 29:12
**AXON_CURR...** 5:21 61:1
**AXON_CURR...** 5:22 61:2
**AXON_CURR...** 132:4 134:17
**AXON_CURR...** 134:14
**AXON_CURR...** 249:16
**AXON_CURR...** 148:8

**AXON_CURR...** 149:14 167:14
**AXON_CURR...** 108:9 109:8
**AXON_CURR...** 113:3
**AXON_CURR...** 116:17
**AXON_CURR...** 120:12 123:5
**AXON_CURR...** 89:15
**AXON_CURR...** 112:8
**AXON_CURR...** 78:14
**AXON_CURR...** 29:2
**AXON39** 113:17

---

**B**
**back** 19:16 20:16 23:17 33:16,19 34:6,12 44:20 45:18 46:18 48:16 58:9 65:8 69:4 72:2 75:8 93:1 94:6 95:2 101:15 110:1 114:21 116:9 135:21 136:4 136:21 141:14 141:15 146:14 148:12 151:11 162:8 163:2 164:7,17,18 166:9,19 169:4 169:5 174:7 179:10 182:2 184:21 194:22 206:10 218:6 220:10,17 242:18,21
**backed** 182:16
**background** 80:14

**backs** 165:12
**backtracking** 182:2
**backwards** 21:12 21:14
**bad** 152:5,16,16
**ball** 143:14
**barriers** 71:14 208:1
**based** 13:14 91:1 95:18 129:1 235:5 236:11 239:7
**basic** 90:22 224:15
**basically** 18:13 39:20,21 76:18 80:7 95:15 105:19 108:15 118:19 119:8 120:17,18 124:18 144:8 147:5 149:4 150:21 153:14 154:16 174:1 175:11 177:1 213:22
**basis** 57:18 130:20
**Bates** 5:14,20 6:8 6:13 7:10,15 8:6,10,16,19 29:10 60:22 61:7 63:11 79:10 90:14 93:10 102:9 112:3 113:4,6 113:19 114:5 122:15,22 123:3 131:20 147:21 193:7
**baton** 149:12 210:19
**batteries** 140:18 141:6,16
**battery** 107:4

237:1
**bcasey@taylor...** 4:9
**Beach** 4:7 77:17 80:1 81:5,12,18 82:15 83:6,11 85:10 86:18 87:3,21 88:18 90:4 91:12,21 92:4,9 95:7,11 97:4,10 98:17 100:8 116:21 117:13 126:15 126:20 127:4 136:19 140:12 141:9 143:2 144:3 145:15 241:10
**becoming** 30:6 43:12,13 67:5 72:18 242:9 247:7
**beginning** 2:10 30:19 150:21 167:9 168:17 179:11 186:17 187:12 221:3
**begins** 11:8
**behalf** 2:11 24:22 103:16
**believe** 19:8 41:19 80:3,10 85:14 89:16 95:3 102:16 109:5 116:13 123:7 137:11 175:1 194:12 207:21 214:10 215:5 217:8 247:9 248:4
**bell** 103:2
**bench** 149:11,17 158:16 159:7 159:14,18,21 167:13 176:19 183:4 205:13

205:21,21
206:6,12,13
208:19 247:3
247:10
**benefit** 138:11
139:12,19
**benefits** 139:1
227:11,17
**Berkeley** 21:1,8
21:13,15 22:2,5
22:13 23:14
24:5 69:2
**best** 36:7,14
97:12 99:17
137:3 145:21
149:22 150:1
172:3,4,8
219:11 246:19
248:2
**bet** 202:8
**better** 47:22
**beyond** 162:12
**Biannual** 103:11
**big** 26:2 42:13
87:8 165:16
178:21 180:11
180:12,12
233:13
**bigger** 47:19
**binder** 104:7,17
**binders** 213:18
218:14 219:2
**birth** 16:15
**bit** 39:22 47:9
49:15 79:3
100:20 149:7,8
149:15 185:11
194:22 206:22
207:1 218:7
220:3 243:13
**bizarre** 122:5
**blame** 188:1
**Bliven** 5:19
**block** 74:21
**blocked** 240:7,10
**blue** 150:18



Page 4

body 171:11
bonus 56:14,19
  57:9 58:15,16
  59:1,10,16,19
bonuses 61:12,13
bottom 110:20
  216:19
box 72:13,14,15
  72:19,20 73:11
  73:18 74:1,13
  74:21 75:14,19
  76:1,3,5 97:18
  97:22 98:13,16
  98:19 99:2,7,9
  143:6 146:5,13
  147:1 148:10
  148:21 149:3,5
  149:19 150:20
  158:20 159:6
  159:11 160:1,2
  161:13,13,14
  161:15,21,22
  162:1,14 163:2
  163:5,6 164:4,7
  164:12,16,17
  164:20 165:22
  166:1,5 167:10
  168:18 169:4,7
  169:15,19
  170:1,3,7,21
  172:2,6,22
  173:1,7,10,13
  174:4,8,22
  179:21 180:5,6
  180:9,17 181:1
  181:5 182:2
  194:11 202:1,2
  202:10,14
  203:5,7,10,21
  204:17 244:16
  247:20 250:7
boxes 219:19
brand 44:3
breach 248:19
break 14:21,22
  100:21 101:2

114:2,12 220:7
breather 160:8
  160:11,13
  176:17,20,22
BREIT 3:4
Brian 4:5 113:12
  115:2,5 122:6
  152:16 189:14
brief 18:3 21:20
  158:1,1 190:12
  241:6
briefly 17:2
  24:20
bring 146:14
  151:5 188:6
  213:2 214:7
broke 111:13
  163:10,12
broken 39:12
  44:14
brought 12:19
  128:10 212:10
  243:11
BROWN 3:16
Bucci 3:5 5:5
  12:17,18 26:14
  26:16 28:11,17
  28:21 29:15
  53:7,11,15 54:5
  54:10,11 57:19
  58:7,8 60:16,19
  61:5,9 62:18,20
  63:4,7,15 77:20
  78:4,8,11 79:6
  79:16,18 81:22
  82:3,10 84:18
  85:18 86:3 87:6
  87:9 89:13,17
  90:7,19 93:5,14
  93:17 100:18
  101:1,6,17
  102:1,5,14
  111:21 112:8
  112:10 113:2,9
  113:11 114:11
  115:1,10,16,17

119:19 121:14
  121:17 122:1,5
  122:10,19
  123:2,9,12,15
  124:6,10
  130:18 131:14
  132:3,5 138:17
  138:19,21
  139:8,9,20
  140:6 147:14
  147:18 148:4
  151:20 152:4
  152:15,18
  163:13,19
  169:12 170:6
  170:11 177:12
  177:17 178:1
  179:6,9 180:20
  183:12,14
  184:6,13 185:1
  186:1 187:8
  189:12 190:14
  192:12 221:12
  222:1 241:4
  242:14,17
  243:4 246:18
  249:6 250:12
  250:14 251:4,8
BUCKNER 3:4,6
buffer 144:14
building 218:21
  219:17
built 31:5
bulky 157:21
bullet 117:3
  118:3 125:3
bunch 13:20
  110:9 165:12
business 119:9
  120:8 128:15
  130:3,8,14
  131:10 228:5,7
busy 66:4

─────────
C
─────────
C 3:1 4:1 11:1

252:1,1
Cacapon 15:7
call 13:14 18:12
  20:10 32:19
  73:2 154:17
  158:5,6 175:5
  192:5 219:1
  232:14 248:22
called 25:13 60:2
  62:2 72:13
  143:19 237:17
  239:8
calling 69:16
  192:8
calls 18:17 22:1
  22:11 44:19
  84:17
CANTOR 3:4
CAPTION 254:4
  255:3
car 31:20 133:22
care 241:13
career 54:16
carefully 253:2
cartridges
  104:14 140:18
  141:1 145:6
  150:14,19,19
  196:21 197:4
  210:22 211:1
  236:5 237:5
case 1:4 12:19
  17:7 40:18
  140:12 142:22
  160:19 191:1
  235:6
Casey 4:5 5:7
  115:6 122:7
  139:15 152:11
  169:10,22
  170:10 185:20
  187:7 189:11
  189:16 239:18
  240:17 246:17
  250:15 251:3
Casey's 27:1

catch 105:10
cause 150:16
  210:19
caution 212:1,22
  213:5,8
cautious 212:9
CCR 1:19 252:20
CD 104:17
center 110:6
cert 75:3 111:6
certain 22:7
  107:3,5 194:14
  203:15 218:20
  224:22 238:10
certainly 201:20
  205:3
certificate 35:3,5
  109:12 110:2
  111:7
certification 7:9
  7:15 22:18
  27:18 28:6
  34:15 35:17
  36:1,3 37:3
  38:3,19 41:9
  43:16,17 52:1
  52:19,20 53:13
  67:17 68:8 75:3
  79:22 90:3,13
  91:11,21 93:10
  93:16 96:3
  103:11 104:3
  106:18 108:3,4
  108:13,20
  109:1,2,3,20
  110:8 111:4,7
  111:11 118:6
  126:4 134:22
  137:10 194:19
  197:5,17,19
  198:12 199:10
  224:8 233:11
  234:20 235:12
  241:19
certifications
  35:21 36:9,13



235:11
**certified** 2:4,6,6
2:7 8:14 10:6
10:15 12:9,12
27:6,11,17
28:19 29:7,21
30:1,6,18,20
31:7 33:17 35:5
36:16,18 37:11
37:15,20 38:20
41:17 42:1,19
44:10,12,12
46:2,7,19 48:6
51:2 60:18 63:6
67:20 68:13
76:19 77:1,2
78:19,20 79:17
102:3 106:10
106:19 110:15
119:14 120:5
125:19 126:14
131:18 147:16
152:9 163:11
163:17 177:15
194:17 195:8
195:12,14
196:8,19 198:2
198:4,16,21
199:22 200:11
201:14 223:19
241:14 242:20
248:9 250:20
251:6
**certifies** 110:18
111:3
**certify** 94:13,21
106:9 107:15
111:16 118:10
126:19 127:2,6
252:5 256:4
**certifying** 110:20
127:11 137:2
**CEW** 7:14 19:21
20:5 27:22 30:6
30:21 42:6,19
43:7 44:4 45:5

45:16 47:1 53:9
53:22 54:15,21
56:2 62:22
64:19 67:10,11
67:12 68:7,12
68:18 69:8 71:8
77:1,2 78:20
79:22 91:4 93:9
93:15 94:14,21
95:10 103:10
104:3 105:4
106:5,10
107:16 109:9
110:1 117:22
118:5,7,11
125:18 126:14
126:20 127:3,6
127:12 128:7
134:9 135:15
135:19 137:6
141:20 142:2
166:1 169:3,18
179:15 181:12
185:4 194:16
195:13 198:1
199:5 200:21
201:5,10,14
216:12,12,14
233:14,19
234:9,15,15,21
235:5 236:5,14
236:20 237:1
240:4 241:14
**CEWs** 7:7 27:5
42:2 52:13
67:17 90:12
130:11 141:10
248:8
**CEW-certified**
34:7 69:15 70:4
242:10
**chair** 157:4
159:15,18,21
**change** 72:22
77:12 85:7 89:8
92:16 155:19

165:19 192:21
232:17 254:5,7
254:9,11,13,15
254:17,19,21
255:4,6,8,10,12
255:14,16,18
255:20
**changed** 42:9
43:2 57:7 64:16
73:4 116:6
136:22 213:17
221:19
**changes** 38:16
200:17 233:21
253:8 256:9
**changing** 72:22
**charge** 185:16
186:7 188:10
188:17 230:13
**charged** 187:19
**cheating** 16:9
**check** 107:3
110:15 120:21
123:20 150:13
218:4,15,22
219:9,14
**checked** 219:13
**checking** 210:15
213:6
**checks** 235:18
**chest** 88:11,13
**choose** 88:6,15
89:8 198:1
225:13 229:18
231:9
**choosing** 205:13
**chose** 31:12
133:13 202:18
203:2 204:7
205:6,11,20
**chosen** 229:10
**Cindy** 1:18 2:3
11:22 251:4
252:4,20
**circle** 93:21
133:18

circled 88:11
93:22 105:14
110:22 132:14
**circling** 106:13
**circulated** 183:22
**circumstances**
13:9
**city** 232:2
**claim** 133:12
**class** 31:9,20 32:1
32:3,21 34:1,17
34:21 36:18
37:11 38:19
39:6,7,9 40:6
40:12 41:9
42:21 43:5,13
44:9,11 46:4,9
46:19,22 48:6
48:11,17 49:5
49:20 50:10
51:1 55:19,21
55:21 57:3
59:16 70:3
73:14 77:7
94:16 96:6,10
104:13 112:14
116:7 120:20
120:21 123:19
123:20 129:3
137:12,17
141:12 150:21
151:14 186:17
187:12 205:15
215:6,12 217:8
217:21 218:13
218:18 219:14
229:13,15,19
241:11 246:12
**classes** 36:21
42:9,10,10
44:18 49:3,10
55:14,17 64:9
64:22 65:2,7
66:12,15,22
96:4 159:13
209:3 227:1

230:22
**classroom** 146:7
191:16 213:10
218:7 219:8
**classroom's**
170:22
**classwork** 32:13
**clear** 14:14 19:8
54:7 67:7 169:1
229:7
**clearer** 149:15
**close** 32:17 38:14
62:9 66:17
67:15 88:11,13
94:20 130:22
131:2 151:7,9
155:15 207:4,8
207:12
**closely** 155:20
**CLR** 1:19 252:20
**cohost** 144:3
**coincided** 18:22
**cold** 65:15
**Collection** 5:14
29:10
**combined** 113:16
**come** 20:16 24:15
26:1 31:17 36:2
36:22 38:15
65:6 69:4 72:1
85:1 150:12,20
175:12 181:22
196:17 207:5
210:22 211:2
211:22 230:21
232:7 243:18
**comes** 18:12
137:20 151:1
162:6 200:3
201:13 202:1
**comfortable** 14:5
**coming** 21:9 65:7
152:5,17
206:20 210:9
213:2
**commanded**



236:15
**commands**
153:15
**comments**
151:22
**commercial**
119:6 120:2
**Commission**
256:18
**Communicatio...**
3:2
**comp** 227:12,21
228:13
**company** 19:14
19:19 20:4
22:17 23:3 24:8
38:12
**compensation**
227:12,13
**complete** 144:17
**completed**
235:13
**completely** 11:19
190:19
**complied** 118:11
**comply** 103:18
105:7,17 106:3
108:10,16
118:19
**complying** 118:7
**computer** 56:13
69:20 141:21
220:5,9
**computers**
152:13
**computer-aided**
252:13
**con** 213:13
**concluded**
251:12
**concurrently**
21:6
**condition** 181:3,3
181:8,17
**conduct** 135:15
185:19 186:9

186:11,15
213:13 245:19
246:15
**conducted** 7:6
19:21 90:11
135:10 246:5
**conference** 164:1
**conferred** 217:10
**Confined** 207:13
**confirmation**
219:9
**confused** 243:13
**Connect** 252:20
**Connecticut**
31:10,13
**connection**
133:21
**Connectivity**
151:19 163:9
**consent** 10:20
**consider** 40:16
181:2,16 183:7
210:6 221:21
**considered** 221:8
**consist** 32:4
**consisted** 32:5
**consistency**
199:4
**consistent** 65:20
67:5 172:5
180:3,14
193:10 199:11
209:8 250:6
**constitute** 226:11
**construction**
22:17 23:3,15
24:8 130:2
**construed** 226:11
**consumers**
197:22
**contact** 56:11
66:19 143:15
**contacted** 57:11
59:11 66:19
129:7 138:7
142:8,10

143:12,21
**contacts** 62:4
129:10
**contain** 170:2
**contained** 85:4
87:18 183:21
208:8
**contains** 99:7
**content** 230:18
**continue** 162:11
**continued** 4:1 6:2
7:2 8:2 9:2 71:2
241:2
**continues** 162:12
**continuing**
138:20
**contract** 224:12
224:21 225:19
**contractor** 8:15
57:16 131:19
220:21 222:19
223:1,17,18
224:15 226:8
226:10,12
227:8,9,9
228:11 248:16
**contractor's**
224:13 226:9
227:13 228:13
248:19
**control** 85:4 89:4
92:12 241:20
**controlled**
126:15 127:12
**controls** 236:14
**convenience**
247:12
**conversation**
26:20 143:18
**conversations**
25:7
**conversely** 225:9
**converted** 104:9
**convey** 134:19
191:11,21
213:4

**convicted** 16:5,8
**cool** 161:4,7,11
**coordinate** 114:4
**copy** 29:18
132:10 200:6
214:21 215:7
251:2
**copyright** 199:19
200:7
**copyrighted**
117:2 200:4
232:17
**core** 130:8
**corner** 148:13
173:5,7,10,13
174:9 181:22
182:3,10
**corners** 99:12
149:4,5 158:3
162:10
**corporal** 22:5
**Corporation**
11:20
**correct** 18:6 23:5
27:3,15 30:3,4
30:21,22 32:10
37:17 38:1,22
40:20 41:22
43:7,14,15
44:14 47:3,10
47:11,19 51:6,7
51:16 52:3,7,15
52:16 53:2,7,18
53:18,20,21
54:19 55:2,3
56:20,21 57:1,4
58:21 59:7,22
61:22 63:21
69:6,10 70:4,7
70:11,12 72:8,9
73:17,21 74:10
74:18 75:1,10
75:11,15,16,22
77:3,9 80:2
82:15,16 85:15
86:8 87:17 88:1

88:2,20 89:2,6
89:11 90:5,6
94:3,4,7,10
98:4,10,11,15
98:22 99:5,11
99:13 104:22
105:1,22 106:5
106:6,12
107:10 109:13
109:17,18,21
110:13 111:1
111:19 116:21
116:22 119:2
120:7 125:10
125:21,22
126:5,6 127:14
128:20 129:4
129:22 130:1,6
130:9,21 133:1
133:4 138:3,4,9
138:16,22
141:17 142:4,5
145:17 147:3
153:6 156:1
158:21 159:4
160:4 164:7
166:1 168:7
169:8 175:15
175:20 187:21
189:7 191:2,3,8
191:9 192:1,6
192:15 193:3,4
194:8 196:2
197:1,13,20
198:13 199:1
200:12,13,19
201:8,11
202:11 203:11
204:4,19 205:5
205:9,10
207:12,20
210:8,14
212:11 217:17
221:5,11,22
222:11,12,16
222:17 223:3,9



225:16 227:5,6
227:19,22
228:2,3,9,10,17
228:21,22
229:4,5,11,16
229:20 230:16
231:5,10,17,18
231:22 232:10
232:11,19
233:1,15,16,22
234:1,10,11,16
234:17,22
235:7,8,17,18
236:10,16,17
236:20,21
237:3,7,8,11,12
237:16 238:20
241:15 242:2,3
242:10 243:2,6
244:6,12
245:10 247:8
249:10 256:6
**corrections** 253:3
253:5 256:9
**correctly** 24:2
45:17 64:3
117:5 132:21
134:2 135:1,11
194:14 218:19
237:2 252:11
**cost** 137:5 140:19
**costs** 139:5,17
140:1,9,13
**counsel** 1:19 2:2
2:8 10:4,20
12:2,15 25:5
26:10 151:22
186:7 190:2
239:15 241:2
252:16
**count** 45:18
**country** 232:6
**county** 21:1,8
22:2,5,14 23:14
24:5 69:2
227:15 232:2

252:3
**couple** 39:8
126:10 135:22
185:2
**course** 6:13 8:10
32:21 56:8
58:14,17 61:20
67:3 78:19
79:22 86:17
95:11 106:11
106:15,16
110:8 112:3
115:19 116:10
117:22 128:8
128:19,19
129:12,16
134:9 135:15
135:19 136:12
136:12,15,17
136:18 137:6,7
138:6,8 140:2
141:20 142:1,1
142:2,11 161:8
198:22 202:5
214:7 218:5
224:8,16
225:12 226:2
229:16,19
230:19
**courses** 51:1
62:22 64:1,2,5
64:15,19 67:11
67:13 69:13
103:15 105:5
106:5 125:17
131:3 134:5
136:10 138:12
138:13 139:2,3
139:13 142:7
199:17 225:5
225:20 227:5
**court** 1:1 2:4,6
11:14,22 12:4
242:17 252:21
253:16
**Courtroom**

252:20
**covered** 91:1
100:9 227:11
227:20
**create** 69:21
**created** 35:12
41:1,3,4 51:14
53:1 69:18 70:9
70:9 104:21
123:4 125:12
125:20
**creating** 207:8
**crime** 16:9
**CRR** 1:18 252:20
**crux** 13:13
**CSR** 1:18 252:20
**cumulative**
169:11
**Curran** 1:3 11:12
12:19 128:4
147:8 167:12
178:12 192:7
193:17 205:17
208:18,22
209:12,20
211:6,10,22
212:8,19,21
217:6,16 218:3
219:7 223:9
239:5 240:3,11
240:13 243:12
254:4 255:3
**Curran's** 71:6
72:8 74:20
75:18 167:4
**current** 118:6
121:2 216:13
**currently** 15:2,4
17:14 21:11,13
31:15 214:8
**cursor** 148:14
157:4 178:10
182:15
**cut** 14:19

────── D ──────

**D** 11:1
**damages** 133:13
210:20
**danger** 150:16
**dangerous**
162:15 166:7
181:17 183:8
**dash** 113:15
**dashes** 110:6
**date** 16:15 20:9
29:13 37:1,2
45:2 61:3 63:13
79:14 86:1
90:17 93:12
102:12 112:6
132:1 148:2
177:21 216:4
223:6 240:1
253:7 254:3
255:2 256:13
**dates** 36:15 75:2
**day** 18:9 25:21
26:3 39:7,11,12
76:15 80:7,17
80:21 81:1
84:10 87:5,13
89:22 145:10
145:16,19,20
145:22 146:2,6
146:11,14,20
167:8 172:2
191:16 211:21
216:6 224:15
229:16 244:19
256:16
**days** 17:6 22:7,9
77:8 80:21
132:19 144:15
191:15 224:17
229:9 253:13
**dealt** 233:4
**death** 210:20
**debrief** 174:2
**December** 5:19
49:16 74:15
75:10 76:10

77:17 79:21
81:5,13,18
82:14 83:6,11
83:16 85:9
86:17 87:21
88:17 90:4
91:12,20 92:4,9
95:6 97:10 98:2
98:17,21 100:8
117:14 126:14
126:21 127:4
136:19,20
137:4 141:8,19
143:1 144:11
214:13 217:5
223:9,14 240:1
241:11
**decide** 62:15
**decided** 24:22
26:21
**decision** 25:2,3
**deck** 214:22
**declares** 10:11
**dedicated** 189:3
**deemed** 134:20
239:6,10
253:15
**deems** 238:18
**deescalate**
153:20 154:13
**deescalation**
203:18
**defend** 248:17
249:7
**Defendant** 4:3
190:2 239:15
**Defendants** 1:7
3:13
**defending** 248:20
249:1
**defense** 249:8,9
249:12
**define** 82:12
**defined** 58:6
**defines** 135:8
**deflected** 174:14



**delete** 84:12,13
**delivered** 17:3
218:17
**demo** 60:2 62:2,8
**demonstrate**
236:4 241:19
**demonstrates**
236:19
**department** 21:1
21:3 31:11 39:5
46:13 55:15
60:7 62:4,13
69:5 195:11
238:12,13,14
**departments**
119:10
**depend** 40:7
137:1
**depended** 40:6
**depending** 41:5
95:16 116:7
233:21
**depends** 39:19
155:7
**depicted** 167:14
**deploy** 196:21
197:4 234:7
**deployed** 237:5
**deponent** 252:8
252:11 256:1
**deposing** 253:12
**deposition** 1:11
2:1 5:12 6:4 7:4
8:4 9:4 10:5,16
10:17 11:3,9,18
13:3,9 16:20
17:1 29:9 60:21
63:9 79:9 85:21
90:10 93:8
102:8 112:2
131:17 147:20
177:19 221:4
250:18 251:12
252:6,14 253:2
253:10,13,15
**depositions** 13:5

**deputy** 31:10
**describe** 71:1
80:5 90:20
225:10
**described** 207:22
**describing** 80:17
**description** 5:12
6:4 7:4 8:4 9:4
18:3 21:20
**designated**
208:20 209:1,5
**designed** 153:17
153:19 156:12
163:6
**desired** 154:9
156:15,17
**detail** 25:21
**determine** 189:5
217:20 236:22
237:4
**determined**
236:13,18
**determines**
235:15
**determining**
235:10 236:9
**develop** 76:4
201:6,9 234:14
**developed** 41:2,3
46:17 49:4 53:1
69:18 70:9,10
155:10,11
**development**
81:8 86:21
91:15 96:21
98:12
**deviate** 124:13
124:19,22
**device** 201:14
**devices** 46:11
234:6,9
**dictated** 203:8
242:1
**differ** 126:3
**differed** 18:1
106:8

**difference** 31:1
39:17
**different** 32:21
35:20 42:21
43:17,18,22
44:3 82:18
99:15,21
107:12 119:2
151:1,12
153:12 156:22
171:20 188:19
199:5 202:3,10
203:15 232:1,1
232:5,6,7
**differently** 58:5
157:1 185:11
**direct** 239:22
**directing** 52:5
**directly** 56:4
57:3 58:19
181:13,14
**disagree** 92:11
92:15 126:12
127:9,10 130:7
135:17 138:10
230:20
**discharge** 161:18
166:1
**discharged** 185:4
**discharging**
161:20
**disclaimed**
124:16 125:6
**Disclaimers**
124:7
**disclose** 216:17
**disclosures**
113:18
**disconnected**
220:8
**discretion** 85:7
88:6 89:8 92:16
94:12,18
107:22 109:16
117:17,21
118:10 119:1

155:18 204:2
225:13 231:9
232:12,15,16
**discussed** 25:20
126:1 130:3
230:6
**discussion** 25:18
25:19 26:2
121:16
**distance** 88:11,13
162:8
**distinction**
233:13
**District** 1:1,1
11:14,14
**DIVISION** 1:2
**Dobson** 4:12
11:21
**document** 8:6
89:14 93:18
102:9,15,17,18
102:22 109:7
112:22 116:8
121:10 132:7
132:11 216:22
217:15 219:22
249:18
**documents** 5:14
16:22 17:5
29:10,17
100:16 101:18
114:1 115:7
118:4 119:5
120:2 220:2
**dog** 30:11
**doing** 33:13 44:6
44:9,22 50:6
56:13,15 64:17
64:19 67:9,12
70:15 100:19
144:4 153:10
153:11 171:1
174:1 185:15
200:22 211:7
253:6
**door** 30:9,11

150:11 188:2
210:9,15 211:4
211:13,15
212:3,7
**download** 213:21
214:6,14
**downloads**
104:10
**draw** 132:13
164:17
**drawn** 62:11
**drill** 39:18 40:4
72:13,14,15,19
73:3,12,18 74:1
74:13,21 75:15
75:19 76:1,3,5
95:18 96:1,5,8
96:13,18,21
97:1,18,22
98:13,17,19
99:2,7 143:6
146:5 147:1
148:10,21
149:5,19
159:11 160:2
161:13,22
164:4 165:22
167:10 168:18
172:2,6 174:4,6
180:5 203:5
247:20 250:7
250:10,11
**drills** 32:13,15
33:1,14 39:15
47:8,9 50:5
51:19 52:6,22
73:15 77:14
95:10,12,14
97:7,13 146:19
146:19 171:1
180:6 185:15
194:11 202:1,2
202:10,14,17
202:20 203:7
203:21 204:18
235:14 244:16



JA-422

**drive** 3:7 31:12
**duly** 12:8 252:8
**dummies** 140:10
**dumps** 18:9
**duplicate** 156:2,8
    156:10 172:8
    202:22 203:1,2
    204:8 231:14
    248:4,6
**duplicated** 160:5
**duties** 17:21 18:4
    21:21 22:7
**DVD** 104:5
**DVDs** 213:18
    218:14
**dynamic** 32:14

**E**

**E** 3:1,1 4:1,1 11:1
    11:1 252:1,1
    254:1
**ear** 185:6
**earlier** 48:21
    190:8 205:17
    208:18 211:6
    216:5 218:3
    236:3 247:9
**early** 219:12
**earn** 228:19
**easier** 29:17
    60:13 114:8
**Eastern** 1:1
    11:14
**easy** 22:21 203:5
**ebuckner@bre...**
    3:11
**edge** 169:5
**edged** 88:14
**edit** 89:8
**effect** 153:5
    223:8 245:22
**effective** 216:4
    217:3
**either** 27:22 51:2
    87:5 100:14
    132:18 133:1

155:3 167:11
    210:1 229:2,9
**elected** 54:2
**electrical** 7:7
    90:12 135:10
**element** 130:8
**elements** 100:6
**Eleven** 17:20
**eliminate** 190:18
**Elite** 228:5
**ELLIOTT** 3:6
**embedded** 85:13
**employed** 17:15
    17:18 74:3 98:9
**employee** 41:15
    41:18 51:6
    73:17,20 221:5
    221:10,22
    222:4 226:12
    227:8,11,17
**employees** 50:16
    50:16,18,20
    51:8,21 52:5,14
    74:9,21 75:20
    96:11 98:19
    227:10
**employment**
    18:22 57:9,14
    57:20 221:3
**en** 175:6
**enclosed** 207:9
**energy** 19:21
**enforcement**
    18:11 20:22
    22:18 23:18
    76:11 143:2
    195:21 223:20
**engaged** 159:9,20
**ensure** 110:12
    205:7 206:7,15
    210:17 213:1
    234:4
**enter** 158:2
**entered** 176:7
    223:4,13
**Enterprise** 1:6

3:14 11:12,20
    12:20 19:9
    190:3 254:4
    255:3
**entire** 99:17
    110:7 177:13
    189:5 208:8
    210:6 241:18
    246:8,11
    250:11
**entirely** 14:17
**entirety** 83:9
    117:4
**entities** 41:3
**entitled** 227:10
**entity** 35:16
    51:15 76:4
**enumerated**
    106:17
**environment**
    207:9,10,10
**environmental**
    18:8
**equipment**
    190:17 191:1
**errata** 253:4,6,9
    253:12 256:10
**ESQUIRE** 3:5,6
    3:15,16 4:5
**essentially**
    119:16
**EST** 1:13 2:10
    11:4 101:13,13
    184:19,19
    220:15,15
    251:13
**establish** 199:4
**established**
    194:15 206:14
**estimate** 66:1
    67:15 137:3
**et** 1:6 254:4
    255:3
**event** 88:17
    141:7
**eventually**

146:22
**everybody** 16:11
    28:18 95:5
    101:8 124:8
    137:19 151:20
    152:7 176:7
    185:10 188:8
    189:2,2 194:7
    243:14,22
**everybody's**
    157:15
**everyone's** 181:7
**evolve** 70:21 71:2
    71:2 72:15
**exact** 83:17
    203:13 204:16
**exactly** 33:22
    37:1 82:18
    98:18 156:20
    173:6 202:4
    232:4
**exam** 94:4,9
**EXAMINATI...**
    5:1,4 12:15
    190:2 239:15
    241:2
**examined** 12:9
**example** 46:7
    88:7 128:18
    192:22 193:5
    196:16
**exchange** 224:13
**excuse** 11:13
    31:20 51:18
    67:10 73:18
**excused** 251:11
**exercise** 127:5
**exhibit** 5:12 6:4
    7:4 8:4 9:4 29:5
    29:9 60:17,21
    61:7 63:9 79:7
    79:9,20 85:21
    90:8,10 92:22
    93:6,8 95:3
    102:1,6,8
    111:22 112:2

113:5 116:14
    116:14,16
    120:12 131:17
    135:21 136:4,6
    145:14 147:15
    147:20 148:5,8
    177:13,19
    216:5,9 222:20
    235:20
**exhibits** 5:9,11
    6:2 7:2 8:2 9:2
    236:14
**exit** 166:1 169:18
    171:19
**exiting** 182:20
**expense** 228:13
**expenses** 133:19
    133:21 134:4
    226:1
**experience**
    160:18 195:1
    231:21 236:8
    239:8
**expertise** 236:8
**expires** 256:18
**Explain** 62:3
    118:15
**exposed** 71:17
**exposure** 32:8
    215:18 216:13
**extent** 34:12
**extra** 138:6 212:8
    213:1,5
**extras** 146:13
**eye** 174:20 175:2
    175:8 185:12
    185:13 240:14
**eyeglasses** 210:13
**eyewear** 168:13
    176:5 185:7
**e-mail** 5:18 60:22
    84:11 114:1,3
    225:10
**e-mailed** 113:14
    217:19
**e-mails** 55:16



115:7

**F**

**F** 252:1
**face** 183:1,1
**facilities** 232:6
**facility** 144:3
**fact** 126:1 193:15
  199:19 201:3
  202:8 206:6
  208:14 211:20
  213:5 217:15
  228:4
**fail** 253:14
**failure** 108:10
**fair** 14:7,8 18:15
  19:14 26:14
  27:2 28:8 35:1
  38:5,6 40:18
  47:2 50:12 54:5
  58:20 59:6
  61:21 66:1,10
  77:2 88:19
  98:14 99:4
  100:4 117:15
  130:13 131:7,8
  133:17,17
  134:6 142:19
  158:11 160:9
  162:17 167:3
  248:3
**fake** 149:12,18
  157:6
**fall** 26:11 199:21
**familiar** 62:5
  196:22 197:6
  218:9
**far** 68:1 76:14
  85:17 100:9,10
  104:11 115:8
  137:15 140:3
  140:15 143:6
  164:10 165:1,2
  165:19 166:4,6
  166:19 169:6,7
  169:21 170:7

173:5,11 204:3
  215:1 233:2,2
  233:11 234:7
  245:21
**farther** 162:14
**fast** 164:21
**faster** 220:4
**Federal** 227:15
**Fee** 58:14
**feel** 14:5
**feelers** 56:6
**fees** 24:13,19
  26:22 249:2,8,9
  249:12
**feet** 165:6,6,6
  169:14,14,15
  169:20,21
  170:20 173:12
**fellow** 176:18
  178:18
**felony** 16:6
**fewer** 23:1 65:16
**fewest** 23:2
**field** 207:5,19
**figure** 161:18
**file** 222:13
**final** 185:3
**financial** 139:19
**find** 24:21 77:21
  111:20 175:6
**fine** 19:18 20:12
  53:16 70:19
  100:22 101:1,6
  114:18 152:2
  186:2
**finger** 236:6
**finished** 151:16
  151:17
**fire** 34:10 39:16
  39:18 95:21
  165:10
**firearm** 210:18
  213:3
**firearms** 150:14
  212:2,9
**fired** 174:12

**fires** 18:8
**firing** 32:7 33:3,6
  33:14 34:9
  107:4 171:1
  236:7
**first** 8:6 12:8
  13:2 21:8 27:4
  27:16 31:4
  33:17 34:6,17
  39:6,11 48:5,8
  55:6 57:11
  59:11,21 71:17
  73:11,22 78:21
  80:7 81:1 102:9
  102:17 117:3
  129:7 137:2
  138:7 142:8,9
  146:11 150:22
  151:2 174:17
  179:12 189:15
  190:13 208:21
  215:5 217:8
  218:13 219:11
  248:9 251:7
**first-aid** 175:7
**fit** 201:21
**fits** 20:14
**five** 21:9 45:7,16
  45:20 47:4
  48:21 49:10
  52:1,11,20,20
  64:17 72:3
  101:8 107:12
  220:2 241:21
  244:15
**five-minute**
  220:7
**fleeing** 233:20
**flip** 28:20
**Florida** 39:4
**focus** 40:9
**focused** 234:5
**folks** 20:8 50:17
**follow** 109:10
  127:1 190:13
  190:21 191:22

196:12 197:17
  201:15
**following** 68:9
  114:19 195:15
**follows** 12:10
**follow-up** 53:16
  114:20 127:15
  189:15 190:11
  241:5
**forced** 22:20
**foregoing** 252:6
  256:4
**Forest** 3:7
**forfeiture** 108:13
**form** 6:7 7:15
  28:9 63:11,18
  81:20 82:6
  84:16 93:10,16
  99:9 106:18
  119:17 128:15
  130:16 138:14
  140:4 169:10
  169:22 180:18
  185:20 189:8
  216:14 235:12
  236:3 242:11
  246:17 249:3
  249:20 256:9
**formal** 57:18
**formally** 221:5,9
**formed** 158:20
**forth** 124:20
  201:16 218:6
**forward** 55:22
  115:13
**forwarded** 115:2
**found** 25:14
  175:1
**foundation** 28:10
  53:4 54:8 81:21
  81:22 82:6
  84:17 119:18
  130:17 138:15
  140:4 180:18
  242:12 249:4
**foundational**

54:8
**four** 64:17 71:20
  72:4,16 74:12
  74:19 75:13,18
  95:15 98:2,19
  98:20 149:4,5
  151:1,16
  153:12 158:19
  160:1 177:4
  239:19 241:21
  244:14 245:13
  245:14
**fourth** 154:22
  155:6 234:10
**frame** 26:13 36:8
  144:12
**free** 126:18 144:5
**freezing** 220:9
**frequently**
  160:17
**Friday** 123:7
**front** 161:3
**full** 18:10
**fully** 118:7
  172:17,22
**full-time** 23:17
**function** 23:1
  189:4
**further** 10:9,14
  10:19 26:8
  95:22
**future** 15:11

**G**

**G** 11:1
**gain** 162:8
**gaps** 99:10
**gas** 133:22
**gauze** 175:7
**gear** 175:10
  185:14
**general** 18:6,9
  26:17 32:20
  56:3 80:5 90:20
  91:3 196:1
  246:12 247:16



generally 53:8
GEORGE'S
  252:3
getting 30:17
  44:10 47:13
  75:7 107:19
  114:6,13 143:9
  161:5 233:10
gigs 130:4
gist 26:17
give 18:3 21:20
  28:21 30:18
  59:16 60:14
  62:18 64:18
  77:21 95:2
  101:21 122:15
  137:3 138:19
  142:18 144:4
  144:16 183:12
  184:6,7,14
  196:16 219:20
given 13:3,6
  55:21 59:8
  89:21 90:3 93:2
  176:6 195:1
  218:18 231:20
  252:15 256:6
giving 120:21
  132:19 220:5
glasses 104:14
  140:18 141:3
  145:6 146:11
  146:12 162:20
  168:3,6,15
  171:19,22
  176:9,14 180:2
  209:7,11,14,18
Glen 3:7
glove 175:3
go 14:3,12 22:14
  22:15 23:8,17
  26:1,8 28:12
  30:16 31:12
  45:18 55:22
  56:9 58:2,9
  60:16 62:10,12

62:16 63:4
67:20 78:10
79:2 82:1 83:12
84:19 85:18
93:1,5 94:20
100:16 108:8
109:22 110:1
114:14 115:3
115:12 119:8
120:7,10,16
121:21 122:9
122:13 124:4
129:14 135:21
139:5,17
140:20 141:15
143:7,8 146:16
147:14 150:9
153:2 154:8
155:2 158:10
158:14 159:8
159:19 162:9
164:17 165:2
166:5 170:8,20
172:13 179:10
181:9 184:8,12
184:13 186:2
187:9 188:19
189:14 194:11
196:20 198:8
198:10,21
200:6,20 202:5
202:19 206:7
206:10 214:5
218:4 220:3
221:14,20,20
222:2 225:3
230:10,10
233:8,17,20
238:7 242:15
243:8 245:22
247:4 251:7
goal 43:16 76:13
  162:4 164:9,11
  207:2 242:9
goals 43:22 154:5
goes 78:14 80:8

164:16 169:16
208:12 216:15
226:7 227:7
228:11
going 12:21
  13:18,20 14:4
  15:9 20:9 21:12
  23:20 24:21
  26:1,8,19 30:16
  30:16 45:7
  48:10 49:15
  53:3 56:16
  57:13,22 58:10
  60:4 72:1 80:9
  80:18 84:22
  86:10 87:7
  93:21 94:6,20
  94:21 95:2 98:5
  101:3,17
  102:21 107:9
  108:5 114:6,17
  122:11 124:4
  126:7 127:16
  129:13 133:18
  143:8 144:4,12
  146:17 147:12
  149:6 150:15
  150:22 151:3,4
  153:16 157:19
  157:22 158:2
  159:3 165:14
  165:18,19
  166:9 167:1
  169:4,13
  174:18 177:1,6
  177:10 184:21
  197:4,10
  198:15 202:3,3
  208:14 210:19
  219:4,21 220:1
  232:7 235:19
  239:22 243:8
  249:4
good 189:17
gotcha 18:18
  19:7 21:16

33:15 35:7
45:21 48:1,14
59:12,17 62:17
64:6 67:1 71:22
80:19 87:14
123:22 144:6
144:20 145:4,9
146:21 154:21
157:2 158:4
gotten 99:6
grabbed 128:2
grade 92:7
gradually 42:8
GRANA 3:4
groin 185:6
grounds 10:5
  57:8
group 44:21
groups 39:12
guess 14:9 42:15
  43:21 68:4
  110:19 142:17
  185:10 197:14
  221:8 222:5
  232:14 239:3
guessing 63:16
guidance 26:11
  135:10
guy 148:15,16
guys 23:10 87:6
gym 162:16
  176:8 210:6,9
  210:11 213:7
  250:2
gym's 162:19

——— H ———
hallway 219:18
halt 168:20
hand 213:19
  215:7
handcuffed
  233:19
handling 236:5,6
  241:20
handouts 104:11

hands 32:6
  153:14 155:3
  199:21
hands-on 38:11
  39:14
hanging 165:13
  241:7
Hans 41:11,18
happen 26:19
  114:7 164:8,12
  166:2 191:2
happened 146:3
  173:17 174:10
  183:17
happening 40:17
happens 110:10
  164:22 169:2
hard 181:19
harder 42:10
harmless 248:17
head 14:12 39:6
  41:19,21
  157:15
hear 24:2 45:17
  54:18 87:6
  152:1,3,7,10,11
  152:19,20
  156:6 163:14
  163:16,18
heard 33:7
  174:16,19,19
  242:4
hearing 238:21
heaviest 161:2
heavy 160:19
held 31:9
helmet 167:20
helmets 167:6,13
  209:6,14,17
help 25:1 59:15
  62:15
helped 76:4
helping 175:9
Henry 193:7,16
hey 26:18 67:18
  68:12 84:12



94:19 129:11
195:10 225:11
**Hi** 190:6
**high** 66:3
**hire** 25:1 26:21
**hired** 25:2 221:9
**history** 30:17
**hit** 174:19,21
185:5
**hitting** 65:9
**Hmm** 122:19
**hold** 93:4 114:18
151:18 161:6
175:8 248:17
**holding** 118:6
175:2,2
**holsters** 141:6,16
**honest** 17:9
24:17 26:3
131:5 167:16
221:1 246:22
**honestly** 63:2
93:1 167:15
179:18 223:15
238:22
**hop** 220:10
**hopefully** 14:1
36:15 78:13
220:3
**hoping** 76:13
**host** 56:9,13
59:10 138:7
142:3 144:1
**hosted** 143:20
**hot** 65:14 161:5
209:21 210:2
**hottest** 161:2
**hours** 22:20 23:2
62:12 120:20
121:22 123:20
229:9,12
**hovering** 149:11
**hunch** 131:1
**hundred** 39:9
**hundreds** 131:6
136:9

**I**

**idea** 63:2 142:12
142:15 149:4
164:4 173:14
174:16
**identification**
29:13 61:3
63:13 79:13
85:22 90:17
93:12 102:12
112:6 131:22
148:2 177:20
**identifies** 223:16
**identify** 178:14
179:16 182:11
**imagine** 198:19
**immediate** 15:11
108:12
**immediately**
247:19
**imperative**
253:11
**implement** 230:2
**implementation**
128:7
**implemented**
172:2 214:12
**implementing**
230:14
**important**
206:18 210:16
**impossible** 194:6
**improperly**
199:22
**improved** 70:15
**incident** 16:2
17:11 20:9
40:18 45:3 71:6
72:8 74:20
75:18 127:17
142:21 143:1
167:5,11
168:18 172:10
172:15 173:18
175:15 176:2

177:8 178:4
183:15 212:16
240:1 244:20
**include** 68:7,8
133:22
**included** 36:19
72:5
**includes** 200:16
**including** 50:22
64:4 231:3
**income** 228:19
**inconsistent**
124:15
**incorrect** 222:5
**increased** 42:8
**incur** 226:2
**indemnification**
248:16 249:5
**indemnify**
248:17
**independent** 8:15
57:16 131:19
220:21 222:19
223:1 226:10
**INDEX** 5:1,9 6:2
7:2 8:2 9:2
**indicate** 212:19
**indicated** 190:8
252:8
**individual** 80:13
141:12 211:4
**individuals** 69:14
197:21 213:6
**induce** 207:10,15
**induces** 206:22
**information**
23:20 56:12
59:9 134:20
144:8 184:1
**infringing** 200:7
**initial** 27:18 36:1
51:22 52:11,19
110:11 113:18
137:10 143:15
**initially** 25:12
27:6 35:4 44:11

51:2 69:3
**injured** 193:17
240:4,15
243:13
**injuries** 191:1
210:20 216:17
**injury** 190:19
**inside** 161:14,21
164:12,20
171:10 208:9
209:21 213:6
**instance** 56:18
**instant** 57:1
**instruct** 37:14
41:11 76:22
86:16 202:13
202:15 203:20
225:19,20
**instructed** 70:3
74:20 75:14,19
96:8 97:22
99:19 149:20
150:20 159:11
160:3 162:20
164:14,16
209:17 231:14
**instructing** 121:4
173:19 226:2
**instruction** 28:6
51:21 72:6
73:14 74:1
76:19 86:17
95:22 176:6
187:4 191:8
210:12 225:5
**instructions**
103:13 127:2
134:10 253:1
**instructor** 6:7,12
7:8,14 8:14
27:7,12,13,19
28:1,2 30:1,7
30:21 31:8
33:17 34:8
37:14,18 41:11
41:12,16 43:8

45:5,5,16 46:9
50:10,15 51:3
51:22 52:12,20
53:18,19 54:3
56:10,11,14
61:19 62:22
63:10,17 64:5
64:15,19 67:10
67:10,11,13
68:1 71:9 72:18
73:19 74:3,14
74:15 75:9,13
76:20 78:19,20
79:22 83:2 90:2
90:13 93:9,15
93:19 94:14,21
95:11 96:2 98:8
103:11,13,14
104:3 105:4
106:5,10,14,15
106:17 107:16
109:2,9,11
110:1,7,21
111:10 117:22
118:11,17,18
121:21 122:9
125:19 128:7
129:13,16,22
131:18 134:5,9
134:11 136:10
137:6 141:20
142:1,2,7
149:22 155:13
155:22 159:12
166:13,17
172:7 180:5
185:16 186:7
191:5,20 193:1
194:5 195:2
199:7 200:10
202:5,5,9,21
204:9 213:14
216:2 223:19
224:15 229:16
230:2,12 233:1
235:13 236:7



238:5,11,12,16
238:18 241:19
247:8,22 250:8
**instructors** 37:21
38:7,11 39:14
41:10,13 43:11
50:14 55:16
56:2,7 59:3
62:9 68:5 69:15
70:4 74:6,22
75:21 77:2 96:9
98:1 106:18
111:17 118:6
120:19 121:5,5
123:18 124:12
124:18 126:14
126:20 127:3,7
127:12,19
151:4 155:13
156:1 173:22
199:16,22
200:15,16,17
214:21 225:11
241:14 242:10
**instructor-level**
64:22
**insurance** 227:12
227:21 228:13
228:14
**intention** 208:7
**interacting**
165:20
**interest** 198:15
**interested** 55:18
56:7 61:20
225:15 252:17
**International** 6:6
19:11 35:12
63:10,17
103:17 117:1
132:11
**Internationally**
103:16
**interpretation**
117:7
**interrupt** 36:5

112:21
**invitation** 31:11
**invoice** 56:19
58:17 60:1,6
129:1,17
135:22 136:7
224:17
**invoices** 222:11
**involve** 42:4
**involved** 34:15
68:16 136:16
137:16 169:3
169:18 177:8
183:5 234:8
244:15 245:5
245:14 247:18
**involves** 143:1
**involving** 13:15
16:9 136:6
245:8
**in-house** 6:12 7:8
78:18 90:2,13
106:14 135:4
**issue** 25:11 108:2
111:4,6 128:20
208:13
**issued** 146:11
150:18
**issues** 108:3
151:19 163:9
**item** 59:1

**J**
**jacket** 161:1,6,10
**jail** 232:2
**January** 216:4
217:3
**job** 1:16 13:15
17:21 18:4,16
19:2 21:21 24:1
55:5,13 57:22
228:8
**jobs** 24:6 130:4
**Join** 185:21
187:7 189:11
**judgment** 127:5

231:20 235:10
**June** 1:13 11:4
11:16 16:16
254:3 255:2
**jurisdiction**
233:22 235:7
252:5

**K**
**keep** 22:18 101:2
141:13 161:4
169:13 171:19
186:12 190:11
246:6
**keeps** 220:9
**Kendra** 4:12
11:21
**kept** 116:3
**Key** 7:9 90:14
**kin** 252:16
**kind** 18:7,13
23:16 27:10
34:11,18 36:6
36:12 42:16
43:1,1 44:6
59:14 67:20
77:11 86:6 99:6
111:13 149:8
154:19 160:10
191:6 195:3
204:8 218:14
228:8 243:19
**kit** 175:7
**knee** 175:1
**kneel** 157:21
**knew** 23:14,16
174:20
**knife** 210:18
**knives** 150:15
**know** 13:22
14:22 17:8
19:20 20:4
23:21 24:16
25:20,22 26:2
26:18 29:16
32:12 33:1,13

33:18 37:15
39:8,15 40:6
44:16 46:10
47:20 49:14
53:22 56:10
59:3,15 60:11
60:13 61:15
62:6 65:4,11
66:22 71:12,12
74:6 80:15,17
80:20 83:17
84:20,21 86:5
88:8 91:5 94:19
95:14,17 100:2
104:17 107:5
115:11 116:9
118:18 121:15
122:11 129:6
131:4 133:5,16
139:5,17 140:9
140:10,19
142:6 143:22
145:2,18 146:8
146:8,18 149:4
149:6 153:15
154:18 155:3,5
156:14,19,20
156:21 157:18
161:17 162:2,5
162:7,8,10,11
163:22 165:4,7
165:15 169:9
173:6,20,21
174:1,1,4,5,17
174:17,19
175:4,5,10,11
175:12 176:12
176:13,21
177:3 178:16
180:12,16
181:18 182:2,7
183:9 185:13
187:10,13
188:4 189:9
190:10 193:19
193:20,21,22

194:1 196:14
197:7,8 199:16
199:17 205:10
210:19,20
212:15 213:14
218:17 219:1,3
219:13,14,16
221:5,6,7 222:5
223:10,11,15
226:15 233:5,8
233:17 234:8
234:19 241:18
242:4 244:5
246:21,22
248:22 249:4
249:22
**knowledge** 35:13
35:14 38:16
41:4 46:15 49:1
49:12 50:19
51:7 52:17 74:8
76:2,6,7 83:1
90:22 91:3 92:1
96:12 97:6 98:9
99:2,18 125:14
125:15 133:12
134:12 139:10
139:12 140:7
143:5 145:13
145:21
**known** 19:9
39:13 91:5
**knows** 140:5

**L**
**L** 1:18 2:3 3:15
10:1 252:4,20
**large** 39:7
**Laskin** 4:6
**lasted** 223:11
**lastly** 119:4
250:1
**late** 144:11
**law** 18:10 20:21
22:18 23:17
76:10 143:2



195:21 223:20
235:6
**lawsuit** 13:16
25:8
**lawyer** 26:21
27:1
**lay** 188:1
**lead** 33:3 41:12
**learn** 44:1 67:18
68:12 96:13
151:4
**learned** 71:7,16
73:11,18,22,22
96:2 98:8
159:10 202:20
204:9 212:7
**learning** 42:6
44:2
**leave** 22:13,15
23:7 150:7
152:12
**leaving** 163:5
**left** 22:4,16 219:7
234:22
**left-hand** 182:10
**legal** 1:21 10:7
12:1 24:13,19
26:10 133:15
249:2
**LETA** 83:5
**lethal** 155:5
**letter** 34:21
**letters** 216:11
**let's** 30:19 38:18
60:16 63:4
68:11 76:9 78:8
79:6 84:10
85:18 86:5 88:7
90:7 93:5 102:5
105:11 111:21
124:4 128:18
129:6,6,10,15
136:2 140:20
143:7 147:14
172:13 177:12
181:9 184:13

194:11 220:6
222:18 229:15
**level** 30:1 38:3
40:7
**levels** 15:4,7
27:11 28:6
**liability** 133:12
214:17,19
216:18 248:18
**license** 116:18
121:12 122:4
**licenses** 228:14
**licensing** 200:10
224:5
**lieu** 10:10
**life** 6:12 86:6,15
207:4
**limitations** 180:7
**line** 25:13 61:12
61:14 62:2
237:13 254:5,7
254:9,11,13,15
254:17,19,21
255:4,6,8,10,12
255:14,16,18
255:20
**lines** 95:15
**link** 214:6
**listed** 59:1,19
**listing** 58:11 88:3
**literally** 159:22
**litigation** 10:4
**little** 13:19 15:7
15:19 38:11
39:22 47:9
49:15 79:3
100:20 149:7,8
149:15 156:22
157:4 185:11
207:1 220:3
**live** 15:3,4,13,20
16:2 33:2,3,6
39:16,18 86:9
95:17 150:14
165:10 171:1
210:18

**lived** 15:8 23:21
**LiveDeposition**
1:20 2:9
**LiveLitigation**
252:21
**LiveNote** 2:7
**load** 67:3 236:19
**loading** 107:4
**located** 159:22
**location** 100:2
205:13
**locked** 219:19
**lodging** 133:22
**logistics** 103:15
**long** 15:8,17
17:18 19:18
62:11 78:5 80:4
165:16 175:22
180:16 186:18
190:10 212:15
223:10
**longer** 25:14
42:10 217:11
218:1 219:3
**look** 29:17 36:22
83:22 93:2
102:21 117:20
132:13 134:16
136:21 157:14
178:9,10 181:9
189:4 222:22
248:14
**looked** 17:2
**looking** 18:10
23:17 43:21
60:6 61:6 75:2
78:13 89:14
103:6,8 106:13
116:17 120:11
135:21 136:4
142:11 149:14
154:10 157:7
172:16 178:13
179:7 181:18
182:8 223:17
241:18 249:16

**looks** 34:21 80:3
89:20 157:5
185:10
**lose** 109:19 126:4
**loss** 248:18
**lot** 25:20 34:9
40:12 62:6 65:2
66:12 84:5
171:9 212:22
**low** 66:3
**lucky** 239:3
**lump** 46:3
**lying** 16:9

---

**M**

**M** 3:5,6 36:2
**machine** 252:11
**Magna** 1:21 12:1
**magnitude** 13:4
**mail** 132:20
**main** 18:16 41:11
130:11
**making** 54:9
188:11 198:15
199:8 208:8
212:9 219:1
246:4
**manage** 191:7
246:11
**management**
18:7
**mandate** 195:7
**manner** 10:21
149:20 246:5
**manual** 47:8
104:7
**map** 30:19
**mark** 85:19
111:21
**marked** 29:12
61:2 63:12
79:13,19 85:22
90:16 92:21
93:11 102:11
112:5 131:21
145:13 148:1

177:20 178:8
179:8,13
**Marrero** 41:11
41:14
**married** 15:17
**Maryland** 250:21
252:2
**mask** 160:15
175:18 176:4
**masks** 160:22
**master** 6:6 27:13
28:2 36:18,21
37:11,11,18
38:7,10,19
39:14 41:8,16
42:9,21 43:5,8
43:13 44:9,11
45:4,5,16 46:4
46:9,9,19,22
48:5,17 49:5,20
50:10,15,21
51:1,2,22 52:12
52:20 53:17,17
53:19 54:3
55:16 56:7,10
56:11,14 59:3
61:19 62:8
63:10,17 67:9
69:4 71:9,21
72:18 73:14,18
73:19 74:3,13
74:15,22 75:4,9
75:13,20 83:2
96:2,5,9,10
98:1,8 103:12
103:14 109:1,9
109:9,11,11
110:20 118:18
129:13,16,21
149:21,22
155:12,13,17
155:21,22
159:12,12
172:7,9 180:4
187:3 191:5
195:2 199:7



JA-428

200:9,16 202:4
202:9,21 204:9
223:19 225:10
230:1,12
231:12 232:22
236:7 238:8,12
238:15,18,19
247:7,8,22
250:8,10
**masters** 230:21
**mat** 45:16 208:20
**material** 49:1
69:17 99:22
103:17 104:2,4
117:9,10 119:5
218:14 233:9
**materials** 35:10
35:15 40:21
41:1,2 49:8,19
51:10,11,12
52:21 68:19
69:1,9,14 70:1
70:5,6,9 77:14
92:13 103:1
104:5,11,12,16
104:21 105:2,3
113:16 118:4
119:5,13 120:1
120:5 121:7
123:4 124:14
124:15 125:1,4
125:12,19
126:2,4 134:18
134:19 135:4,8
135:14,18
144:19,21
145:19 196:6
199:3,13,15,20
200:5,11
213:12,16
214:6,15 218:4
218:5,8 219:13
224:3,4,7
232:18 234:6
**materials/docu...**
117:2

**math** 137:20
**mats** 99:9 203:21
204:17 205:13
205:22 206:3
206:11 207:7,8
208:6,9,12,15
209:21 240:8
**matter** 10:11
11:10,11 13:13
24:13 174:10
190:16 191:20
210:10 248:21
**max** 137:14
**maximum**
244:11 245:14
**meals** 134:1
**mean** 19:2,13
32:20 33:7 36:4
36:10 45:9 50:2
59:1 66:11
72:21 73:9
76:16 82:9
83:19,21 99:20
105:9,17 106:2
106:22 108:14
108:22 111:2
115:6 118:16
119:7 120:1
121:18 124:17
128:1,18
130:10 133:11
140:7,13
144:22 145:1
147:5 151:9
152:15 154:4
156:11,12
159:15 162:22
163:5 165:8,21
166:13,16
167:8 168:10
169:13,14
172:13 175:21
180:1 181:5
185:5,6,11
188:4 195:22
203:5 213:22

214:17 218:11
221:7 226:22
230:7 231:5
243:21 244:2
245:3,18
**meaning** 200:5
214:15 224:6
238:5
**means** 59:19 73:5
77:5 98:10
120:4 126:12
126:18 152:13
**meant** 48:20
**Media** 11:8
**medical** 223:21
**medics** 175:12
**meet** 106:16
107:7,13
118:20 134:21
198:17 242:7
**meetings** 38:15
**mention** 242:5
**mentioned** 24:7
55:5 143:12
243:10
**mentions** 54:20
**Merit** 2:4
**met** 108:19
110:12 190:6
194:18
**method** 127:10
**methods** 77:5
126:12,19
**middle** 103:9
106:14 134:16
**Mike** 193:7,16
**mileage** 134:1
**military** 223:21
**milling** 170:13
**mimic** 155:20
202:19,20
248:1
**mind** 26:13 101:5
169:16 213:11
250:2
**mindset** 154:8

**mind's** 235:2
**mine** 189:15
**minimum** 94:5
137:19 196:21
237:5,11
**minute** 72:2
184:7,8
**minutes** 177:11
220:2
**misheard** 54:13
230:8
**missing** 50:2
**misstates** 187:5
242:12
**misunderstood**
234:1
**mix** 86:4,5
**moat** 37:10
**mod** 135:3,13
**model** 44:10,17
46:2,20 47:1
118:7
**modification**
82:17
**modifications**
82:7,8,11 83:4
**modified** 134:18
134:19 135:4,8
135:14,18
224:3
**modus** 56:3
**moment** 158:2
167:10 168:18
219:20
**Monday** 1:13
11:4,16
**money** 119:10
138:12 139:2
139:14
**monitor** 246:15
**monitoring**
246:16
**month** 224:22
225:6
**mouth** 185:6
**move** 15:10

26:15 37:13
126:9
**movement** 40:1
40:12,16
**moving** 33:13
47:9 146:19
**multiple** 36:20
41:10 44:15
201:3 225:6
**multiple-day**
39:6
**mush** 235:2
**M26** 31:17 36:2,3
36:17

---
N
---

**N** 3:1,17 4:1,5
10:1 11:1
**name** 12:18 31:4
33:21 39:4 41:6
72:12 147:11
158:7,8 193:7
228:5
**names** 193:19,22
**Nat** 23:8
**Natural** 17:16
18:5 19:1 20:19
21:10 23:8,9,12
**nature** 18:14
22:12 33:2,4
34:13 38:17
40:14 104:15
**necessarily** 128:2
158:17 159:14
160:16
**necessary** 206:14
228:15 253:3
**neck** 185:5
**need** 14:21 28:19
67:19 68:13
77:21 100:19
120:21 123:19
161:4,18
162:20 164:17
188:7 194:18
196:20,20



197:17 201:15
203:13 208:16
215:3 220:3
225:12 234:7
**needed** 176:10,14
**needs** 144:14
161:17
**neither** 252:15
**Nelson** 1:12 2:2
4:3 5:3,19 11:9
12:7,18 15:16
15:18 26:18
29:16 36:5
54:14 58:9
61:10 82:12
89:18 93:18
100:18 102:15
111:10 112:11
115:18 116:21
121:18 123:16
124:11 126:11
132:7 139:10
151:18 152:2
152:19 178:5
182:6 185:2
190:6 216:21
220:20 229:22
239:13,16,19
241:6,9 243:5
254:2 255:1
**never** 29:21 70:8
128:10 142:3
209:2,10 221:9
233:4 237:21
237:22 238:3
239:2
**new** 42:6 44:16
46:16,20 47:1
84:22
**newer** 46:2
**newest** 44:10
**Nguyen** 3:15 5:6
26:4,7,20 28:9
53:3,8,12,21
54:6,20 57:12
58:2 81:20 82:2

82:5 84:16
112:20 113:6
113:10,22
114:15 115:15
119:17 121:9
122:3,13,22
123:10,14
130:16 138:14
139:4,16 140:4
152:1 180:18
185:21 187:5
189:8,14 190:5
190:8 216:1,7
216:10 219:20
220:19 221:17
222:6 236:1
239:11 241:17
242:4,11 243:3
243:10 244:4
248:13 249:3
**Nine** 60:18
**Ninety** 142:13
**nods** 14:11
**non** 33:1
**nonaggressor**
71:15
**nonbusy** 66:5
**nonfiring** 33:1
34:5
**nonstop** 177:4
**non-Axon-crea...**
49:9
**Nope** 225:15
**NORFOLK** 1:2
**normally** 14:10
38:11 193:21
**Notary** 2:9 252:4
252:21
**note** 64:11
**noted** 12:2 253:9
256:10
**notes** 184:8
**notice** 59:3 107:1
108:12 132:20
142:10 252:7
**notices** 56:6

**November/early**
144:11
**no-shoot** 203:17
**number** 5:12 6:4
7:4 8:4 9:4 11:8
16:13 29:6,9
39:8 60:17,21
61:7 63:3,9
64:8,14 79:7,9
79:20 83:17,21
84:1 85:14,21
90:8,10 93:8
94:3,4 102:8
110:6 112:2
122:15 123:1,3
131:4,15,17
136:22 142:18
145:1 147:20
165:4,7 171:15
177:13,19
216:8 229:9,9
**numbers** 64:5
113:4,7,20
114:5

---

**O**

**O** 10:1 11:1
**oath** 10:10
**object** 10:5 28:9
53:4 57:13
84:16 119:17
130:16 138:14
187:5 189:8
221:12 242:11
**objected** 82:5
**objection** 58:3
81:20 82:3
138:20 139:15
169:10,22
170:10 185:20
186:6,14 222:1
246:17 249:3
**objections** 10:21
139:4,16 243:3
**obligation** 224:20
**observations**

236:11
**observe** 167:11
**observed** 247:20
**obtain** 195:12
198:1
**obtaining** 26:9
**obvious** 208:13
**obviously** 49:14
99:20 154:7
156:21 157:16
161:8,13 162:4
163:22 174:11
174:20 180:7
181:1
**occasions** 46:5
**occur** 84:11,22
145:19 161:21
171:7
**occurred** 25:7
39:3 40:18 71:6
72:8 77:16
143:1 146:4,5
167:11 168:19
172:15
**occurring** 72:7
**offer** 119:1,9
**offered** 22:16
23:19
**offhand** 24:11
48:19 102:19
147:11
**office** 16:18 22:2
22:14 114:3
218:7 219:19
**officer** 22:19
23:2 150:12,22
153:15 154:2
154:11 156:14
162:7 172:17
172:21 173:20
174:11,11
177:5 181:7
182:1,1 187:13
187:18 188:2,9
189:3 193:2,8,9
194:2 195:8,10

195:18,22
196:7 197:16
235:10 240:3
240:11,13
243:12,14,15
243:18 244:3
**officers** 22:11
23:1 69:4 155:7
183:18 184:2,4
192:3,13,14,19
193:12,20
197:3,22 207:5
207:11,13,18
232:1 244:1
248:8
**oh** 11:10 69:20
105:15 115:1
121:14 182:9
182:13
**okay** 13:5,18
15:6 17:4,10,14
20:6,11,15
21:20 22:13,22
24:12 25:6,17
27:4,20 28:12
31:1 34:14,19
35:10 37:6,9
38:8,13,18 40:3
40:9,15 42:15
43:12,21 44:8
45:2,14,21 48:4
48:12,20 49:7
50:1 53:16
54:20 55:11
56:1 57:5 58:7
58:22 59:18
60:3,19 61:10
64:6 66:4,14
67:2,16 69:6
70:19 73:4
74:18 75:6
76:21 77:10
78:6 79:19 81:3
82:11,21 83:19
84:6 86:10
87:15 88:6,12



91:18 93:20
96:1,7,11 100:1
100:14 101:7,9
101:17 102:20
104:2 105:15
105:16 108:7
108:18 109:7
109:22 110:17
111:9,20
112:21 113:10
115:10,15,18
118:3,15 120:9
122:10 123:11
123:12 124:11
125:16 126:10
128:12,21
129:5,10
133:17 134:13
136:8 137:3,19
138:18 139:8
141:4,22
142:19 143:17
144:10 146:1
146:15 148:18
148:19 149:10
150:2,17 155:9
157:11 159:1
160:7,13
161:12 163:20
165:11,21
166:11 167:3
167:17 168:1
169:19 170:7
170:14,18,20
172:21,22
173:3,9,15
175:14 176:15
177:6 178:8,17
179:1,5,19
180:3 181:9
182:13,14,17
182:18 184:15
185:16 189:12
196:5 198:14
199:13 202:18
203:7 204:7,20

206:10 208:6
211:3 212:4
214:3,11 215:9
216:2 217:2
218:2 219:6
220:11 222:10
222:13 223:4,7
223:12,16
224:2 225:18
225:22 226:6
226:21 227:7
229:18 231:19
233:19 234:3
234:18 235:3,9
235:19 236:2
238:3,15
239:21 240:10
241:8 243:21
244:4 245:13
247:2 250:22
**once** 166:2,3
194:10
**ones** 29:3 52:5
113:7 115:8
123:4
**one's** 178:8 181:6
**one-day** 31:22
32:2 229:19
**one-time** 219:8
**online** 33:8 103:5
104:10,18
120:22 144:14
144:17 215:8,9
217:9,15
**open** 18:8 23:14
30:12 149:4
161:6,6,10
**opening** 173:12
**operandi** 56:3
**opinion** 118:16
171:3 172:4
179:22
**opportunity**
238:17 250:17
**opposed** 57:17

**opted** 229:18
**option** 227:4
**order** 92:21 94:8
106:18 118:20
127:2 194:18
196:19 242:9
**organization**
18:11
**organizations**
223:21
**organizers**
136:12
**original** 5:11
253:12
**outcome** 154:9
156:3,8,10,13
156:16,17
203:18 252:17
**outcomes** 203:16
**outdoor** 18:14
**output** 91:5
**outset** 143:11
**outside** 46:12
76:4 120:5
159:7 161:14
162:1 164:7,10
164:16 165:1,3
166:5 169:15
170:7,20
179:21 180:9
180:13 181:1,4
184:1 208:12
208:15 233:8
238:13
**overall** 76:12
**overheated** 177:3
**oversee** 230:2
**overseeing**
230:13 244:10
245:9,12 246:1
**owned** 200:5
**owner** 23:5

―――――――――
**P**
**P** 3:1,1 4:1,1 10:1
11:1

**packages** 218:16
**packaging**
217:13
**page** 5:4,12 6:4
7:4 8:4 9:4
78:21 102:21
103:9 106:14
108:7 224:11
249:20 254:5,7
254:9,11,13,15
254:17,19,21
255:4,6,8,10,12
255:14,16,18
255:20
**pages** 29:3 80:4
256:5
**paid** 128:19
136:11,11,14
138:1,5 142:3
222:9
**pair** 171:21
**paper** 29:18
215:7
**papers** 22:11
**paperwork** 111:5
**paragraph**
132:15 133:18
134:17 223:18
226:6 248:14
**parking** 134:1
**part** 7:8 18:14
23:5 34:18
47:19 48:3 49:2
57:19 74:13
76:14 90:12
106:20 116:19
125:5 152:22
159:9 161:1,2
171:14 177:2
188:5 203:4
208:1 226:15
242:22 246:7,9
250:11
**participants**
244:9
**participate**

165:18
**participating**
204:22 247:5
**particular** 42:19
46:18 47:1
56:18 71:19
72:11,12 73:7
80:8 96:17
117:22 136:15
141:7 149:2,2
158:11,17
191:4 192:14
193:9,12 194:2
195:11,18
205:7 215:12
231:15 232:10
233:18 241:12
243:11,15,19
246:2
**parties** 2:12
10:20 226:7
**partner** 226:12
**partnership**
22:17
**parts** 44:18 232:6
**party** 10:4 70:10
132:18 155:11
229:2 252:16
**part-time** 19:2
23:11 24:1,6
55:4,13 57:9,13
57:18,22 130:4
130:4,20 221:2
221:8 222:4
**pass** 92:21 94:9
94:13 107:22
235:16 237:17
238:9
**passed** 34:20
239:1
**passes** 235:11
236:9
**passing** 237:20
**patrol** 18:6 21:22
22:10
**Patrolman** 21:19



**Pause** 60:15
  62:19 78:1,7
  101:22 123:8
  124:9 183:13
  215:21 235:21
**pay** 24:18 26:22
  129:14,15
  136:17 224:14
  228:20
**paying** 24:13
  249:2,7,9,11,12
**payment** 58:17
  224:12 227:14
**payments** 58:11
  224:16
**payroll** 222:8
**PC** 4:4
**PDF** 113:19
  122:14
**penalty** 10:12
  256:8
**people** 14:10
  31:19 37:14
  43:6,7,10 44:1
  56:1 68:3 73:2
  119:1,12,12
  125:18 137:12
  137:16 162:16
  170:13,18
  171:9,15
  179:14 185:5
  188:19 194:9
  198:15,20
  199:21 204:21
  219:14 244:11
  244:15 245:4,4
**people's** 151:10
**pepper** 150:15
  210:18
**percent** 94:5,8,12
  94:17 107:19
  137:9 142:14
  142:14,15
  186:16 237:10
**percentage** 142:6
  142:9 187:11

**perform** 34:5
  75:19 76:22
  159:11 211:13
  241:10
**performance**
  224:13
**performed** 71:6
  76:3 91:11
  100:7 107:3
  136:10,18
  142:2 158:10
**performing**
  128:13 138:11
  174:6 228:15
**period** 77:18
**perjury** 10:12
  256:8
**permits** 228:14
**person** 10:10
  37:19 41:7
  73:13,16 109:3
  141:12 150:10
  178:14 187:11
  187:17,17
  188:10 189:4
  210:15 218:21
  243:18 244:10
  245:12
**personal** 69:14
  69:16 123:2
**personally** 67:21
  68:17
**persons** 216:13
**person's** 154:7
**perspective** 83:2
**pertaining** 97:7
**pertinent** 242:22
**Pete** 143:12,16
  148:17,18
  150:11 178:20
  178:22 211:14
  211:21
**Peter** 3:16
  129:10 211:8
  212:6,8,14,18
  213:4

**peterbrown@a...**
  3:21
**Pgs** 1:17
**phone** 190:7
**photographs**
  8:19 147:21
  148:9
**phrase** 57:22
**physical** 217:21
**physically** 10:15
  163:5
**pick** 88:5,15 89:8
**picture** 172:16
  172:19 178:14
  179:2 181:18
  182:7
**place** 190:17
  199:10 216:19
  245:6 247:14
  252:7
**placed** 157:6,8,10
  157:13 158:19
  208:6 237:5
  247:5
**placement** 157:3
**places** 107:2
  232:1
**Plaintiff** 1:4 2:3
  3:3 12:15 241:2
**plans** 15:10
**play** 81:7 86:20
  91:14 96:20
  124:1,2 243:20
**played** 98:12
**player** 147:10
  154:4 157:18
  157:22 159:2,3
  159:16,19
  160:8 167:6,12
  174:11 175:18
  176:4,18 177:1
  178:11 179:14
  179:20 180:22
  183:10 209:6
  209:13 244:9
  245:6,8 247:17

**players** 128:5
  147:6 150:5
  157:16 158:10
  159:8 160:18
  163:1 164:15
  183:5 204:22
  205:8,14 206:7
  206:15,21
  244:18,20
  247:4,12
**player's** 73:6
**playing** 181:6
  182:1
**please** 12:4 14:9
  14:13,16 114:3
  152:14 253:2,6
**plug** 144:8
**point** 17:12 26:22
  44:15 47:15
  48:2 103:22
  104:6 113:21
  117:3 118:3
  125:4 146:4
  147:1 153:8
  167:6,17
  168:17 169:16
  169:19 172:11
  175:4,13 207:7
  213:19 218:20
  239:4
**pointing** 181:12
**Points** 15:5
**police** 17:17 18:5
  19:1 20:19 21:3
  21:10 23:9,12
  195:11,22
**policemen** 18:14
**policies** 135:5
  201:10 232:22
  234:15
**policy** 235:6
**popular** 47:18,21
**portion** 191:16
  239:6
**position** 21:17
  23:14,21

  174:13 192:21
  221:8 247:6
**positioned**
  150:10
**positioning** 100:1
  236:6
**positions** 21:6
  236:6
**possible** 100:17
  101:20 164:3
  166:9 186:12
  205:20 207:4
**Pots** 15:5
**power** 111:16
**PowerPoint** 6:11
  32:6,22 33:20
  39:7,11 40:22
  47:7 49:13 50:5
  78:18 79:10,20
  80:6,11,22 81:2
  81:3,4,8,10,16
  82:13,20 83:4,9
  85:4,8,13 86:12
  87:12,19 88:22
  89:5,9 104:18
  110:8 116:12
  116:19 117:18
  140:8 145:12
  200:3,4,15,18
  213:15 230:19
  232:17
**PowerPoints**
  33:19 49:1
**practical** 191:17
  192:9 235:14
  239:5
**preexisting**
  216:17
**preferred** 237:6
**preparation**
  16:19 17:1
**prepare** 146:18
**presence** 156:14
**present** 2:11 4:11
  10:16 49:11,21
  50:11 51:14,22
  52:10,19 61:15



61:17 62:21
64:14 66:9
69:12 70:2
72:21 81:4 85:9
117:16 238:4
**presentation**
6:11 33:21
40:22 47:7
49:14 50:5
78:18 79:10
81:8,11,16
82:13,20 83:4,9
85:5,8,14 87:19
89:5,10 104:19
110:8 116:13
116:20 117:18
140:9 145:12
213:15
**presented** 149:7
**presenting** 87:2
**president** 34:3
**pressure** 175:8
**pretty** 17:21 18:2
25:21 36:17
45:19 47:6
65:19 70:22
77:12,13 80:6
80:21 81:1,2
87:8 239:3
**prevent** 80:16
163:4
**preventing**
200:22
**previous** 116:13
143:21 242:5
**previously** 110:4
129:2 145:13
163:22 169:1
178:6 222:20
**primarily** 39:11
**PRINCE** 252:3
**print** 214:6
**printed** 113:19
**prior** 20:18 26:9
27:20 74:19
75:5 123:20

167:4 173:18
175:15 176:2
210:9 217:12
219:14
**privilege** 26:12
**probably** 13:7,19
23:17 25:4
28:20 31:21
39:8 45:7 48:11
48:12 55:9 66:2
67:6 71:20 87:4
87:10 103:22
131:2 178:22
181:20 205:15
226:19
**probe** 174:13
240:4
**probes** 237:6
**problem** 239:2
**problems** 220:6
**process** 30:5 31:7
39:2 47:6
**produce** 127:11
**produced** 102:16
113:17
**producing** 31:16
**product** 62:5,15
**products** 130:11
130:12
**Professional** 2:5
**profitable** 139:7
**program** 108:11
108:16 109:10
109:17 118:20
120:13 121:20
122:7,8,20
200:21
**programs** 120:6
**promise** 241:6
248:11
**proper** 20:13
236:5
**propounded**
256:7
**props** 207:22
**Protect** 6:12

**protected** 183:11
**protection**
185:13 240:14
**protective** 168:13
171:11 176:5
185:7 210:13
**protocol** 168:8
**protocols** 190:16
190:22 191:11
191:20,22
**provide** 82:14
104:8 116:9
117:9,12 141:2
141:4,9,18,19
190:18,22
191:7 204:21
213:16 214:16
214:21 217:6
224:21 225:5
234:19,20
235:4
**provided** 35:11
49:8,19 51:10
51:11,12,14
73:14 74:2 81:4
81:11,17 82:18
83:10 86:14,15
87:19 91:10,19
92:3,8 103:1
104:6,8 106:4,9
107:14 115:21
117:10 126:3
140:11,12
193:6 199:3,5
213:12 215:3
217:20 218:5
**providers** 223:21
**provides** 112:16
140:22 216:16
223:19
**providing** 225:4
228:12
**Public** 2:10 252:4
252:21
**pull** 60:9 122:12
215:16,20

219:21 220:2
222:18
**pulled** 109:2
**purchase** 198:3
**pure** 142:17
**purpose** 34:11
119:6 120:3
149:9 160:7
185:12 206:11
**purposes** 103:7
**pursuant** 252:7
**pushed** 30:11
**put** 56:5,12 57:3
59:9,9 62:8
63:2 64:8 75:22
113:7 131:4
138:7 142:10
151:6 155:17
156:9 165:4,7
168:14,15
172:9 176:14
190:16 196:14
202:16,16
205:4,21,21,22
209:18 210:8
225:9 233:13
247:13
**puts** 199:14
**putting** 209:14
**PW** 53:19
**p.m** 1:13 2:10
11:4,17 101:10
101:13,13,16
184:16,19,19
184:22 220:12
220:15,15,18
251:10,12

_____
**Q**
**qualification**
33:4 34:11
39:16,22 107:6
**qualified** 34:22
**quarter** 178:10
**quarters** 207:12
**question** 13:21

14:1,4,15,16
16:12 30:13
107:19 108:6
116:15 118:9
139:11,21
171:4 180:19
186:4 195:15
217:4 230:8,12
**questioning**
218:12 237:14
242:13
**questions** 12:21
13:20 54:9
62:14 86:11
88:22 91:7,19
92:12,17 98:6
127:16 136:1
174:2,3 184:9
185:3 189:13
239:12,12,20
240:18 243:9
250:16 256:7
**quick** 60:10
114:12 137:20
154:12 166:9
220:6 239:20
241:9 243:7
**quickly** 12:22
100:17 101:20
143:8 162:5,7
164:2,5
**quite** 17:9 24:17
26:3 131:5
167:16 180:11
195:2 196:15
218:6 219:8
246:22
**quote** 208:20
**quote/unquote**
161:19

_____
**R**
**R** 3:1 4:1 11:1
252:1 254:1,1
**ran** 174:22
**random** 236:16



range 66:1 70:18
rarity 59:13
reach 56:3,4,5
reached 57:2
    58:18 59:2,20
reaching 61:16
    61:18,19
react 245:7
read 8:6 33:8
    94:2 102:9,17
    103:20 117:5
    132:21 134:2
    135:1,11
    151:11 216:13
    216:14 242:21
    250:18 253:2
    256:4
reading 64:2
    103:10 118:13
    192:19 193:5
reads 132:22
ready 114:13
real 60:9 86:6,14
    154:12 207:4
    241:9 243:7
realism 149:8
    206:22
realistic 207:1
really 43:18
    63:19 68:10
    72:19,21 77:12
    133:16 142:12
    174:18 199:21
    223:11 244:8
Real-Time 2:4,7
reason 76:16,17
    122:17 132:19
    133:2 150:7
    157:9 208:12
    208:15 253:4
    254:5,7,9,11,13
    254:15,17,19
    254:21 255:4,6
    255:8,10,12,14
    255:16,18,20
reasonable

133:20
recall 36:15
    40:13 49:19,22
    50:3 99:8
    137:18 168:21
    173:11 175:17
    175:21 176:3
    176:15 192:7
    218:11,12,19
    219:11 223:12
    237:13 238:21
    244:21
receipt 224:17
    253:13
receive 35:15
    50:9 57:9 62:7
    104:13 113:22
    197:16 213:18
    218:16 219:9
    222:15 233:10
received 27:21
    27:22 31:10
    40:22 52:18
    54:15 82:13
    103:13
receives 56:14
receiving 227:17
recert 96:3
    137:10
recertification
    34:16 43:5,13
    44:9 46:4,22
    48:18 49:2,10
    63:20 71:8
    73:15 74:14
    75:14 96:3
    103:12 104:4
    137:20 155:14
    155:22 159:13
recertifications
    42:22 47:5
    49:20 52:2
recertified 30:18
    36:21 37:10
    43:14 45:4,15
    48:22 50:10,14

51:3 52:12,21
    72:3,18 74:11
    74:15 75:9
    137:7 149:21
    172:7 247:7,21
    250:8
recertifying 65:4
    137:2
recess 101:12
    184:18 220:14
recognize 78:17
    102:18 132:6,6
recognized
    106:19
recollection 36:8
    137:16 172:14
    193:11,18
    209:9 211:12
    219:7
recommend
    196:9 198:8
recommendati...
    196:6,12,19
    197:11,18
    199:14 201:15
    242:5,6
recommends
    198:5
record 11:7 12:3
    61:5 78:3
    101:10,16
    179:7 184:12
    184:16,22
    216:9 220:12
    220:12,18
    242:22 251:7
    251:10 252:14
recorded 252:11
recovery 99:16
    158:6 167:7,13
red 216:11
refer 20:3 29:19
    114:21 210:1
reference 29:1
referred 25:15
    134:14 209:20

210:3 221:2
referring 20:5
    60:9,11 61:11
    109:5 121:11
    230:5 234:12
    236:3
refers 224:5
reflect 232:21
regard 53:6
    200:14 201:10
    213:10
regarding 25:11
    86:11 103:14
regardless 213:9
register 144:16
registered 2:3,5
    132:20 144:1
registration
    138:1
regular 200:17
    222:8
reholstered
    153:21
reimburse
    133:20 134:4
    226:1
reinstall 237:1
reissue 146:8
relationship
    133:3 226:7
relayed 212:13
release 214:15,17
    214:20 215:3
    215:11,13
    216:3,18
relevant 17:6
relief 22:6,6
relieved 246:14
reload 95:20
reloading 107:4
remain 199:10
    199:11 243:22
remaining 243:8
remediation
    237:18 238:1,5
    238:17

remember 39:3
    40:10 41:8
    48:15 145:20
    147:9,11
    173:17 250:4
remote 1:11,19
    2:1,8 10:5 11:3
    11:19
remotely 10:17
    12:8,10 252:7,9
    252:11 256:7
remove 167:6,12
    175:10,18
    176:4 237:1
removing 107:4
rendered 67:16
rental 133:22
rep 79:2
repeat 30:13 84:8
    111:14 119:22
    135:7 139:11
    154:10 186:4,4
    192:16 230:8
    235:1 242:16
    242:18
rephrase 14:1
report 228:18
Reported 1:18
reporter 1:19,20
    2:4,5,5,6,7,7,8
    2:9 11:22 12:4
    242:17 252:21
    252:21
reporting 10:17
    10:22
represent 12:19
    171:8 177:10
    178:9 183:3
    190:9
representation
    124:15
representative
    226:13
represents 50:8
request 11:19
    62:7 66:20



225:6
**requested** 55:17
114:9
**requesting** 225:4
**require** 229:8
**required** 42:8
106:16 168:11
185:13 242:8
**requirement**
110:13 196:22
236:10
**requirements**
103:15,19
105:8,18 106:3
106:8,17
107:12,14,21
108:11,19
109:10,17
110:3,9,11
118:8,12,21
119:2 120:14
143:22 194:15
198:11,17
201:16 210:12
215:2 235:16
241:16 242:1,8
**requires** 121:20
122:8,8,21
**residence** 15:21
16:3
**resolved** 164:2
**resorted** 155:4
**Resource** 17:17
18:5 19:1 20:19
21:10 23:9,12
**respective** 2:11
**respond** 225:13
225:16
**response** 185:18
189:2
**responses** 14:14
**responsibilities**
188:20
**responsibility**
188:15 191:6
191:11,22

230:1 245:19
246:4,14
**responsible**
185:18 186:9
186:15 187:3
188:8 228:12
**rest** 150:5 157:20
159:2 179:3
**result** 76:12
127:11 226:2
**resulted** 13:15
**results** 108:11
**retain** 246:3
**retake** 238:6
**return** 66:16,21
111:5 253:11
**returned** 146:8
**revert** 19:16
**review** 17:9 77:4
110:7 213:15
215:13 217:7
226:17 241:17
241:18
**reviewed** 16:22
17:5 35:11
49:16 79:21
83:8 145:14
214:22 217:15
241:17 248:13
**reviewing** 80:22
**reviews** 80:8
**Richard** 1:12 2:2
4:3 5:3 11:9
12:7 239:16
254:2 255:1
**Richmond** 3:8
**Rick** 34:2,14
**right** 11:11 13:12
20:7,16 27:14
27:16 28:15,17
31:6 32:16
33:16 35:9
37:16,22 38:21
39:5 43:9 44:13
45:11 48:15
50:4 52:2,9

54:18 55:8
56:22 60:16
63:20 64:2 67:7
67:14 70:16
71:11 72:1
73:10 75:17,21
76:8 77:4,19
78:8,12 79:16
83:1,13 84:4
85:3 86:7 88:21
89:1,3,12 90:1
90:7 92:12,20
92:20 93:4,21
94:2,6,8,11,12
94:17 97:19,21
98:3 99:10
100:15 101:7
106:2 107:20
107:21 108:2,9
110:22 111:11
111:12,15
113:8,9 114:7
114:11,13,16
114:19 117:17
118:22 121:8
121:14 123:16
125:9,17 126:9
126:11 128:19
129:1 130:5
131:1,6,9
132:14 133:9
134:10 135:3,6
135:13 136:15
137:13,15
140:20 142:20
145:8 146:2,22
148:5,10,20
152:17,21
153:5,7 157:12
158:16,22
159:6,7,17,22
160:15,17
162:13,22
163:3,12,21
164:3,9,10
165:1 166:14

166:22 168:12
173:6,16
180:21 183:2,4
186:20 188:21
192:5 194:3,20
194:21 195:4
196:21 197:9
197:19 198:12
198:17,18,22
199:6,17,18
200:6,8,18
201:3 202:6,7
202:21 203:3
203:12,21
204:16 205:1,2
207:6,16,17,19
208:11 214:19
215:10 221:10
222:18 223:2
227:21 229:14
229:21 231:7
231:21 232:18
233:7,20 234:6
237:2 241:14
241:16 243:7
245:17 246:10
247:15 248:15
249:21
**ring** 103:2
**rip** 161:5
**risk** 190:19
216:17
**risks** 216:3 234:8
**rivers** 18:6
**RMR** 1:18
252:20
**road** 4:6 15:7
30:19
**role** 73:6 81:7
86:20 91:14
95:21 96:20
98:12 124:1,2
128:5 147:6,9
150:5 151:5
154:3 157:16
157:18,22

158:9 159:2,3,8
159:16,19
160:8,18 163:1
164:15 167:5
167:12 174:11
175:17 176:3
176:17 177:1
178:11 179:14
179:20 180:22
183:5,10
204:22 205:8
205:14 206:6
206:15,20
209:5,13
243:20 244:9
244:18,20
245:6,8 246:8,8
246:10,11
247:4,12,17,18
**roles** 245:11
**rolling** 143:14
**room** 10:16
146:17 150:6,7
162:3 164:15
165:8,9,10,13
165:16,17
168:4,5 169:6
170:9,12,14,16
171:6,7,10,14
171:17,18,20
176:9 180:8
209:11 210:4
211:2 212:2
213:2 245:1,4
250:11
**rooms** 180:9,11
**roster** 8:10 112:3
112:12,15,16
115:19
**rotate** 151:13
**rotation** 65:1
**roughly** 37:7
**rounds** 33:2
71:20 72:17
74:13 75:13
95:17



**route** 175:6
**Routine** 21:22
**RPR** 1:18 252:20
**RSA** 1:19 252:20
**rubber** 149:18
**rule** 189:1
**run** 101:18
  150:22 153:3
  180:10 203:9
  219:18 228:7
  230:2 231:6
  243:8
**running** 33:13
  166:8,11 177:4
  181:21 218:6
  230:14 245:16

**S**

**S** 3:1 4:1 10:1,1
  11:1
**safe** 165:14
  179:22 180:1
  181:2 185:8,12
  185:19 186:9
  186:12,15
  188:11 189:6
  236:4,6,15
  241:20,20
  245:19 246:5,7
  246:15
**safely** 236:14,19
**safety** 150:12
  158:6 168:8
  170:17 186:18
  187:3,13,17,19
  188:1,3,9,9
  189:3 190:16
  190:17,21,22
  191:11,20,22
  192:3,13,18
  193:2,8,12
  194:2 208:13
  208:21 209:1,5
  209:7 213:1
  243:11,14,15
  243:22 244:2

**saw** 34:19 64:10
  129:2 166:18
  166:18 167:1
  167:20 168:12
  173:17 176:12
  183:16,17
  214:5 234:13
  235:12
**saying** 23:4 34:22
  84:12 108:1
  114:20 118:17
  176:15 188:14
  188:16,18,22
  194:17 198:20
  203:9 225:11
**says** 56:19 58:14
  61:12 63:17
  68:11 84:1
  93:15 94:3
  103:9 108:10
  108:15 109:8
  110:7,19
  116:18 117:1
  118:3 119:4,15
  119:21 120:1
  121:7 122:20
  124:6,11 125:3
  129:11 132:15
  132:18 133:19
  133:19 134:16
  134:17 135:3
  180:22 182:11
  198:8 216:11
  225:19,22
  236:4 248:15
**sbucci@breitc...**
  3:10
**scenario** 34:13
  72:21 73:1,5
  86:15 99:15
  150:3,4,8 153:3
  153:3,17,18
  154:20 156:12
  156:16 159:3
  159:20 164:2
  165:13 166:19

169:3,18 170:5
174:8 177:3
181:6,21 183:6
185:8,17 186:8
187:20 188:19
188:21 189:5
193:9,16 194:3
203:4,9,17
205:8 208:2,8
208:12,14
243:12,16,19
244:8,12,17
245:5,12,15,16
246:1,2 247:17
250:10
**scenarios** 52:22
  86:6 146:19
  151:1,7,17
  153:10,13,13
  155:9,10,16,19
  156:8,18
  173:20 175:16
  175:19 177:4
  192:14 193:2
  193:13 194:7
  203:8,13
  204:15,17
  231:6,8,8,9,16
  232:8 233:18
  244:19 245:20
  246:5,15
**scenario-based**
  32:15 33:5 40:4
  40:13 42:5,13
  47:17 48:8,16
  50:7 51:17,19
  52:13 70:15,21
  71:4,7,17 72:5
  72:7,12 73:16
  77:14 206:19
  207:3 230:3,14
  231:3,16
  247:21
**scene** 175:11
  185:8
**school** 71:21 75:5

103:14 155:17
172:9 231:12
238:8,16,19
250:10
**schools** 202:9
  204:10
**score** 237:20
  238:10
**Scott** 3:5 12:18
  26:7 53:3 121:9
  152:3
**Scottsdale** 3:18
**screen** 29:18
  78:15 121:12
  121:19 122:18
  152:12 172:17
  221:19
**scrolling** 79:3
**seat** 204:21 205:4
  247:3
**Sebo** 1:18 2:3
  11:22 252:4,20
**second** 28:22
  29:22 39:12
  58:13 60:14
  62:18 65:6
  77:19,21 93:4
  101:21 107:10
  108:6 146:14
  151:18 173:3
  174:10 183:12
  241:5
**section** 110:5
  132:14
**secure** 175:11
**security** 16:13
  223:20 227:14
**see** 28:15,18 45:6
  56:7 58:16
  61:12,19 62:9
  78:8,15,16 87:4
  87:10 88:3,7,10
  93:22 105:11
  105:13 106:20
  110:5 113:12
  113:15 115:20

121:19 122:3,6
122:7 132:16
136:2,5,21
143:21 149:13
149:14 150:8
153:15 157:4
157:15 167:5
172:17,22
174:15 178:11
178:11 179:1
179:13,19,20
180:22 181:11
182:6,7,12,14
182:14,15
187:15 192:4
206:2,5,20
207:14,19
216:7 218:22
219:18 223:22
235:13 237:10
240:3,15 245:7
**seeing** 112:22
  121:13,20
  122:2 175:17
**seeking** 26:10
**seen** 17:12 71:12
  87:12 167:18
  177:7 178:5
  209:16 216:21
  217:1 238:8
  239:6,9 249:19
**sees** 201:21
**selected** 29:3
**self-employment**
  228:20
**sell** 130:11
**send** 55:15 56:6
  114:9 144:8,18
  145:3
**senior** 38:7,10,10
  39:14 41:16,16
  73:19 74:2,6,22
  75:20 96:9,9
  98:1,8 155:12
  155:22 230:21
  238:17



**sense** 64:18
**sent** 59:3 69:3
  123:6 141:11
**sentence** 105:7
**separate** 25:4
  46:6 228:5
**separately**
  217:19 228:20
**sergeant** 22:8
**seriously** 14:13
**serve** 22:11
**served** 25:7
**service** 141:21
**services** 1:21
  12:1 119:10
  133:21 223:20
  224:14,16
  228:7,15,19
**session** 128:3,13
  141:8 143:10
  143:10 158:11
**sessions** 51:13
  98:20
**set** 56:13 95:15
  99:18,22
  118:20 124:20
  144:15 146:18
  147:1,4,5
  148:22 149:1,3
  149:19 150:6
  154:1 156:21
  165:8 180:8
  195:4,20 201:4
  202:13,15
  203:6,10,20
  204:5,17 228:4
  229:9,9 230:2,4
**sets** 195:17,19
  201:16
**setting** 204:3
  205:12,16,18
  230:13
**setup** 71:13
  72:11 76:2
  99:17 148:10
  148:21 159:6

**seven** 51:1
  241:22
**Shawn** 1:3 11:10
  11:12 12:19
  174:15 175:1
  175:17 176:3
  176:18
**sheet** 116:2 253:4
  253:6,9,12
  256:10
**Shepherd** 24:5
**Shepherdstown**
  21:2,9,13,15,18
  22:14,16,19,22
  23:7,11 24:6
**Sheriff** 21:1
**sheriff's** 22:2,14
  39:5
**shift** 22:6
**shirt** 178:19
**shoot** 140:11
  153:14 154:3
  154:13,17,18
**shooting** 13:15
  33:10 39:21
  40:1
**shorthand** 2:6
  252:12
**shortly** 66:11
**shot** 43:20 95:19
  95:19
**shots** 178:2
**show** 62:13 68:14
  87:20 88:12,13
  89:9 117:21
  118:1,2 123:17
  140:8 182:4
  235:20
**showed** 87:22
  88:22 112:13
  116:10,20
  217:13
**showing** 35:5
  123:18
**shown** 31:16

  159:10 247:2
**seven** 51:1

**shows** 17:11
  171:9 182:19
**shut** 30:9
**sic** 61:7
**side** 84:12 130:5
  173:1,1 228:8
**sight** 160:11
  177:2 205:8
  206:17
**sign** 112:13
  123:13 215:13
  216:14,20
  217:7 227:2,3
  250:18 253:6
**SIGNATURE**
  256:13
**signed** 132:10,11
  226:18 249:17
  249:18
**significant**
  210:20
**signing** 253:8
**sign-in** 116:2
**similar** 13:19
  32:5 33:20
  39:20 40:17
  47:6 72:6 77:13
  156:19
**simply** 196:6
**single** 51:5 73:13
  107:14 117:9
  187:16,17
  202:4
**sir** 16:7,10,21
  17:13 20:1 21:7
  24:14
**sit** 157:19 159:16
  159:22 247:14
**site** 157:17 206:8
**sitting** 183:6,9,10
**situation** 24:21
  25:16 68:16
  153:20 154:13
  154:14 155:8

  88:16 89:4
  236:2

**164**:13 166:8
  166:12 183:8
  247:11
**situation's** 149:6
**six** 45:7,16,20
  47:4 48:21
  49:11 51:1 52:1
  52:11,21 72:3
  107:12 241:22
  244:15
**size** 180:8
**skill** 127:5
  231:20
**skip** 126:8
**slide** 83:12,18
  117:10 120:16
  123:17 177:11
  179:7,12,13,20
  180:21 182:19
**slides** 80:14
  81:16 83:13
  84:7,13,14
  117:19,20
  118:1 145:12
  145:14 186:20
  187:1 201:4
  214:4 234:13
**slots** 144:5
**Slovinsky** 57:2
  129:7 143:12
  148:18 150:11
  178:20 211:8
  211:14
**slow** 65:17
**small** 170:4
  180:9
**smaller** 39:12
**Smith** 34:2,14
  195:11
**Social** 16:13
  227:14
**sole** 188:13 189:4
**solely** 134:20
  226:9 228:12
  229:10
**somebody** 16:18

**41**:15 67:18
  68:11,17 84:12
  94:11 107:20
  114:3 118:10
  128:2,6 132:10
  142:11 150:16
  151:11 165:11
  166:17,18
  168:12 181:13
  181:14 194:16
  245:9 246:1,16
  249:18
**somebody's**
  185:7
**soon** 115:13
**soon-to-be** 121:4
**sorry** 11:10 15:5
  30:11 45:14
  60:8 63:7 82:1
  87:6 89:21
  105:11 112:20
  115:11 163:13
  182:9 203:1
  221:19 235:1
  242:16 248:6
**sort** 145:7
**Sotto** 121:16
  151:22
**sound** 20:11
  45:11 67:14
  84:4 128:22
  218:9
**sounds** 47:16
  65:20 131:2
**space** 216:16
  253:4
**spaces** 207:13
**spark** 236:15
**speak** 25:10,15
  176:13 186:19
  187:15
**speaking** 16:17
  26:5 53:9 176:3
  197:7 215:15
  215:17 238:5
**special** 212:1



specific 100:16
  156:13 157:8,9
  187:18 192:13
  193:16 195:6
  231:5,8 247:11
specifically
  103:17 124:16
  125:6 153:19
  154:2 193:19
  202:13 204:12
  230:17
specifying 53:5
speculation
  84:17
speed 170:4
spill 162:1
spoke 24:20
  25:12,13 190:7
  218:2
spoken 16:19
spokesperson
  226:13
spot 205:11
spray 210:18
sprays 150:15
squat 158:1
Stacy 25:14
stamped 5:15,20
  6:8,13 7:10,15
  8:7,10,16,19
  29:11 61:1
  63:11 79:11
  90:14 93:10
  102:9 112:3
  131:20 147:21
standard 134:22
  241:12
standards 107:8
  124:19 127:8
  195:17,19,21
  197:12 199:9
  201:5,6 232:21
  233:14 234:10
  234:14
standing 40:1
  58:3 170:19,22

171:10,16,21
  173:2 174:13
  181:13 240:2
start 27:4 30:19
  55:12 66:12
  76:9 119:9
  120:7 170:3
  172:12
started 29:22
  47:17 48:8 50:6
  55:10 67:4
  70:15 143:13
  146:6 214:10
starting 50:6
  206:13 235:2
starts 182:5
state 183:21
  203:14 226:7
  227:7,15
  228:11 232:2
  233:18 252:2
  253:3
stated 194:12
  218:3
statement 18:15
  27:2 28:8 35:1
  38:6 40:19 47:2
  50:12 52:15
  53:2 58:20 59:6
  61:21 66:10
  69:6 70:5,11
  74:19 75:1
  87:17 88:19
  94:7 98:14 99:4
  100:4 107:10
  117:15 125:21
  131:7 133:1
  134:6 158:21
  160:9 162:17
  169:8 175:20
  187:21 188:12
  189:7 190:15
  193:5
statements
  183:16,19
  192:20 207:22

states 1:1 11:13
  193:8 223:16
  224:12 229:1
static 32:13,14
  33:14 39:15,18
  40:4 47:8 50:5
  51:19 52:6,6,22
  73:15 77:14
  95:10,12,14
  96:17,21 97:1,7
  97:13 146:18
static-based 33:8
status 226:9
stay 78:3 157:16
  161:11 165:16
  165:17 171:18
  177:1 184:12
stayed 64:16
stays 171:17
stealing 16:9
stenographer
  10:6,15 12:9,12
  28:19 29:7
  60:18 63:6
  79:17 102:3
  147:16 152:9
  163:11,17
  177:15 242:21
  250:20 251:6
stenographic
  12:3
step 166:21
steps 95:17
stills 9:6 177:20
  178:2
STIPULATED
  10:3,9,14,19
stood 99:9 240:9
stop 122:8,21
  123:12 152:14
  164:9 166:6,6
  166:10,20,21
  166:21 168:19
  168:20 192:5,8
  239:8
stopped 208:16

storm 87:8 152:5
  152:17
straight 147:13
  213:11
street 3:17
  154:19
stress 149:8
  170:4 207:1,11
  207:15 236:20
  245:7
student 95:17
  111:8 141:6
  144:19,22
  150:12 168:3,5
  173:19 174:5
  176:13 186:17
  187:12 191:21
  192:2 193:1
  203:15 216:16
  216:19 236:9
  236:13,18,22
  237:4,16,18
  238:6
students 32:8
  39:9 44:21
  76:18 100:10
  104:8 112:13
  144:16 145:2
  146:7 147:7
  150:6 151:5
  168:11 174:3
  175:9 176:11
  188:2 191:12
  194:9 206:20
  213:16,20
  214:16 215:4
  217:6 219:5
  232:10
stuff 66:15 69:21
  145:7 218:14
subject 186:6,13
  233:19,20
  253:8
subleasing
  129:18
sublet 128:14

subletting 128:12
  129:18
submit 129:17
  222:10
Subscribed
  256:15
subsequent
  223:13
substance 256:9
substitute 84:7
  84:13 134:11
subtractions
  82:19
sudden 169:21
sufficient 134:21
suggest 125:11
suit 154:4,14
  157:21 160:19
  171:11 174:14
  174:21
Suite 3:7 4:6
summarize 26:15
  120:15
summary 50:9
supervise 22:8
supervision
  252:13
supervisor 22:6
supplied 140:15
  176:9 214:1
supplies 140:17
supply 141:5
supplying 219:4
supposed 95:21
  146:9 150:3
  161:21 166:20
sure 25:12 30:10
  30:14 33:22
  36:17 37:1
  42:12 43:3,4
  45:19 54:7,10
  68:9 70:17 84:9
  93:20 103:4,22
  115:16 120:1
  120:22 121:10
  123:20 136:5



137:9 144:15
144:18 146:7
146:10,11
150:13 164:21
168:2,9 171:5
176:1 186:5
188:5,11
194:13 195:9
195:16 196:17
198:15 199:9
199:15,20
206:19 208:8
211:19 212:1,4
212:9 215:14
215:16 218:16
221:1 229:7
230:9 246:4
251:8
**surprised** 115:3
**surveillance**
17:10 177:7
**swear** 10:7 12:5
233:3
**sworn** 12:8,13
252:8 256:15
**Systems** 2:8

_____
T
**T** 10:1,1 252:1,1
254:1
**Tactical** 228:5
**tailor** 232:9
**take** 14:21,22
31:6 35:20
36:12 39:1 78:4
95:8 96:16
100:19,21,21
101:2,8 111:5
114:12 134:8
148:20 160:14
160:20 172:10
173:16 175:12
209:6,13,16
215:18 220:1,6
237:19 250:17
**taken** 2:2 11:19

101:12 167:19
184:18 220:14
252:6
**takes** 80:7 161:9
**talk** 31:3 38:18
49:15 95:9
**talked** 77:11 96:8
104:16 109:14
110:3 115:8
145:11
**talking** 14:18
19:19 36:8
53:12 57:16
61:14 68:20
69:22 76:9
128:5,6 144:10
145:5 170:16
230:7 244:16
**talks** 120:13
**tall** 148:16
**taller** 148:15
**Tammy** 15:16,18
178:18
**target** 33:11
39:21 40:2
237:6
**targets** 95:16
104:14 146:18
171:1
**TASER** 6:6,11
7:6,14 8:6,10
8:14 19:6,9,10
19:13,16 20:3
27:5,7,11,22
28:3,7 30:6,21
30:22 31:2,2,4
31:8,15,16 32:7
32:7,9 33:14,17
34:7,10 35:4,6
35:6,12,16,21
36:1,16 37:5,15
37:16,21 38:4
41:5 42:3,7,20
43:7,19 44:16
44:19 45:5,16

46:12,17,18
50:15,16,17,19
51:8 52:12 53:6
53:17,19 54:17
55:2 56:2 59:21
61:18 62:5,8,22
63:9,17 64:19
66:20 67:11,12
67:17,19 68:6,6
68:7,8,12,19
69:8,15 70:3
76:20 77:1
78:19,20 79:22
80:13,15 83:2
84:21 86:16
90:2,11 91:2,4
91:11,21 93:8
93:15 94:14,21
95:10 102:8
103:10,16
104:3 105:4
106:5,10,19
107:16 109:9
109:11 110:1
111:6,12 112:2
112:17 115:19
115:19 117:1
117:22 118:8
118:11,18,19
119:5,14
124:12,20
125:5,8,13,18
125:20 126:14
126:20 127:3,6
127:8,12 128:7
129:6,21
131:18 132:10
133:20 134:9
134:20,21
135:15,17,19
137:6 140:17
140:22 141:2,4
141:10,20
142:2 144:9,14
146:9 153:21
154:3 155:4

156:13,14
161:18,20
169:3 174:12
174:21 194:15
194:16,17,22
195:2,7,8,10,12
195:20,20
197:16,18
198:5,8,11,14
198:16,20
199:3,5,14,19
200:5,15,21
201:4,16 211:1
216:12,14
223:18 224:7,8
224:14,21
225:20 226:1,9
226:13 227:8
233:9,10
234:20 236:14
236:20 237:1
237:10 238:10
241:14 242:2,9
247:8 248:8,9
248:17,20
249:18
**TASERs** 34:7
62:13 68:3 80:9
104:13 140:17
141:5,10,11
145:6 146:8
**TASER's** 69:1,9
108:10 109:17
118:12 124:13
124:22 196:5
196:18 227:10
227:12
**TASER-certified**
37:13 68:5
111:17 118:5
124:12
**TASER-hosted**
103:18 105:8
105:18 106:15
**TASER-specific**
91:3

**TASER-spons...**
53:13 54:3
**TASER/Axon**
108:3
**task** 211:13
**tasks** 107:3
**taught** 34:1
44:16 51:5
52:14 56:2 63:1
64:9 66:18 68:3
73:12 81:12,17
83:5 92:3 95:10
95:12 96:18
97:2,3,8,9,14
118:7 142:7
155:21 186:21
229:13
**taxes** 222:14
227:15 228:2
228:21
**TAYLORWA...**
4:4
**teach** 37:18,20
44:1 46:17
55:20,21 59:4
59:15 67:21
69:4 105:19
106:4,10
166:17 199:17
227:1 229:14
238:10,13
241:12,13
**teacher** 37:19
**teaching** 34:18
44:1,20 46:11
46:12 52:6
55:14,19 56:8
61:20 103:15
120:19 134:5
227:5
**teach-back** 44:19
**tell** 14:10,10
25:17 30:5
32:18 42:17
55:11 58:10
77:20 85:17



89:18 106:1
111:2 129:12
143:17 146:3
151:10 161:3
166:4,10
168:14 169:6
172:4 176:13
179:3 194:8
203:12 209:12
212:14 217:14
219:9 230:17
230:22 252:9
**telling** 120:18
124:18 176:17
249:1
**tells** 214:5 230:18
**Ten** 165:6
**term** 20:13 33:7
53:19 57:21
82:7,21 206:16
225:14
**terminate** 132:18
133:3 134:11
229:2
**terminated**
108:17,20
**terminating**
133:6
**Termination**
132:15 229:1
**terminology**
32:11 176:22
**terms** 32:16
245:2,4 247:2
**terse** 34:6
**test** 7:9 89:20
90:3,14,21,22
91:18 92:13,21
93:3 95:8 239:1
**tested** 39:13
**testified** 12:10
67:4 203:14
205:17 208:18
211:6 250:1
**testimony** 10:11
51:4,9 171:13

187:6 211:9
250:4 252:10
252:14
**testing** 23:20
91:16 92:17
95:4 145:19
237:10,11
**tests** 91:2,9,15
92:2,6,7
**Thank** 239:13
240:17 250:12
**Thanks** 115:15
**theirs** 160:6
249:11
**themself** 186:18
188:3
**thereof** 252:17
**thing** 14:19 19:5
42:13 43:18
62:12 130:11
151:10 177:13
238:8
**things** 19:3 22:11
25:22 26:1 33:4
34:13 37:13
38:16 42:16
44:20 69:18
91:5 104:14
135:5 157:1
194:18 207:18
210:21 215:1
246:7
**think** 14:19
16:11 19:10
23:22,22 24:7
24:11 26:8 27:7
33:8 34:19 35:2
38:2 47:5,16
51:20 55:5 57:2
57:15 58:4
64:10 70:13
78:12,14 84:1
88:10 96:7
97:21 99:6
100:13,14
107:11 109:14

113:14 115:6
116:14 118:13
128:3 131:9,14
135:8 139:22
141:22 143:11
145:10 148:6
152:22 163:7
168:22 169:1
175:14 176:16
178:17 180:19
187:22 202:19
202:22 206:16
217:16 218:19
225:14 229:15
230:8 233:12
248:1 250:1
**thinking** 42:16
42:18 137:8
**third** 70:10
155:11 223:17
**thirty** 63:6 165:6
253:13
**Thirty-eight**
147:17 177:14
**Thirty-five** 102:4
**Thirty-nine**
177:16,17
**thought** 163:21
222:4
**three** 27:10 45:10
45:13 64:17
71:20 72:4,16
74:12,19 75:12
75:17 98:1,19
98:20 241:21
244:11 245:13
**three-day** 32:1
**three-ring** 104:7
213:18
**throw** 155:1
**thumbing** 83:20
**till** 211:2
**time** 11:17 13:21
16:1 22:4,20
23:15,15 24:4
31:14,17 32:9

36:8 38:19 41:5
41:6,19 42:9
43:2 44:7 45:1
46:6,20 52:11
55:9 59:18
61:16 69:11
70:2 77:9 80:10
95:13 99:20
104:6,9 121:3
133:2 137:2
144:12,16,17
151:6,15
161:10 162:10
165:22,22
174:8 175:22
176:7,8 180:6
190:11 192:4
195:3 210:5
213:19 214:12
218:20 219:16
223:8 229:3
230:11 240:14
243:18 244:3
244:12,13
245:14 250:9
251:5 252:7
**timeline** 36:6
**times** 20:2 34:14
44:15 45:3,8,17
45:20,22 48:21
49:11 52:11,21
72:3,10 74:19
75:18 98:2,20
143:20 144:16
161:16 168:11
188:9 194:7
210:13 225:6
244:6,14
**tips** 134:1
**title** 103:10
**titled** 89:14
102:16 216:2
223:1
**titles** 74:7
**today** 11:16,18
12:22 14:12

17:3,5 31:3
48:5 49:15
205:18 218:3
**today's** 16:20
17:1
**told** 23:13 25:22
84:6 144:2
162:2 186:17
192:2 204:12
204:14,20
205:3 208:19
208:22 209:10
212:16 215:6
237:21,22
238:9,16
**tolls** 134:1
**top** 39:5 83:22
116:17 122:20
122:20 124:7
135:9 157:15
216:11 222:22
**total** 245:13
**track** 122:16
**tracking** 122:14
**traffic** 21:22
**train** 43:7 46:6
51:17 68:16
69:14 119:1,11
119:12 127:19
129:11,16
130:12 153:4
**trained** 20:9 41:7
47:1 80:9 98:18
98:21 99:3
105:4 109:4
125:18 155:12
172:5 180:4,15
247:6 250:7
**trainee** 92:19
94:7 107:13
161:17 163:2
165:22 166:5
166:18,19
169:2,17
178:11 179:21
181:1,11



JA-440

182:15,16,21
242:7 244:9
245:6,9
**trainees** 20:10
58:18 83:5
106:4 111:16
117:13 153:2
164:6 165:2,13
179:15 187:2
191:1
**trainer** 153:4
166:20 187:3
**training** 25:13,15
27:22 28:13
30:17 31:13,14
32:4,5,14,15
33:5,9 34:5,13
35:17 38:16
39:1 40:5,13,21
41:20,21 42:5,7
42:13,20 43:6
43:10 47:8,17
47:19,22 48:3,8
48:9,16 49:8
50:7,9 51:11,13
51:20 52:7,13
52:18 53:6,9,14
54:1,4,16,21
55:15 58:14,15
58:16,22 60:2
61:11,13 62:2
67:17 68:7,8,17
68:19 69:7,8,9
69:13 70:1,5,6
70:8,14,16,21
71:5,7,8,18,19
72:5,7,12 73:16
76:10,11 77:11
77:15,16,17
81:5 84:11 86:5
86:9,13,14,21
87:2 88:17
91:11,21 95:6
97:14 100:7,8
103:1,5,18
105:8,18

108:11 109:10
109:17 115:19
117:2,10 118:5
118:8,12,20
119:13 120:5
121:6 123:21
124:14,20,21
124:22 125:5
126:13 127:2
128:3,13 130:8
135:15,19
139:1,6,13,18
139:19 141:8
143:3,4,10
144:13,14
145:10,16
146:3,5,17
150:19 171:7
171:14 172:1
185:12,17,19
186:8,10,15
187:14,19,20
189:5 191:4,7
191:15,17
192:9 194:14
195:1,3,17,19
195:20 196:5
196:18,20
197:11 198:9
198:10,22
199:3,4,9,9
200:21 201:19
201:20,21
205:7 206:19
207:3 209:22
210:2,7 213:11
213:14 214:12
216:12 217:5
217:10 223:8
223:19 224:3,7
228:6,8,19
230:3,15 231:2
231:4,16
233:14 234:5
234:21 235:5
236:8,12 239:4

241:11 245:20
246:4 247:21
248:2 250:3
**trainings** 202:21
238:4,7
**training-based**
77:13
**transcribed**
250:19 252:12
**transcript** 5:11
253:14,15
**transcription**
252:13 256:6
**travel** 133:20
**tried** 98:16
155:20 163:7
231:12 248:1
**tries** 199:3
**true** 196:13
198:2 201:16
203:18 223:5
225:1,7 227:18
228:16 252:14
**truth** 249:1 252:9
252:9,10
**try** 12:22 46:3
86:5 88:8
101:19 147:12
154:10 155:18
164:21 188:20
190:11 202:19
203:2 207:3
237:19
**trying** 36:6 37:12
100:3 114:4
153:1,4 154:6
156:2,7,17
166:16 174:3
217:19 218:7
231:14 234:4
245:6 246:6
**turn** 55:4 76:8
85:12 97:3,9,17
100:15 116:12
127:16 131:12
134:15 141:14

142:20 235:2
**turnaround** 65:5
251:5
**turned** 174:7
**Twenty** 29:6
165:6
**Twenty-five**
137:14,18
**two** 20:21 21:5
37:7 43:22
45:12 64:17
77:8 80:20
95:15 124:4
145:20 146:2
150:5,22 151:2
154:15 184:9
196:21 197:4
215:1 237:5
241:21 244:8
244:17,20
245:8
**two-day** 31:22
77:18
**two-year** 64:22
65:5
**type** 42:19 44:3,3
47:7 68:6 71:17
111:10
**typically** 39:21
64:16 65:1,22
66:15 84:21
136:11 146:12
153:12 160:21
161:1 164:20
165:15 212:21
**typing** 251:5

— — — — — — —
    **U**
— — — — — — —
**U** 10:1
**uh-huhs** 14:11,11
**ultimate** 185:18
**ultimately**
185:18 186:9
186:14 196:10
197:9 206:2
**um-hum** 94:1

100:12 140:16
167:21 172:20
**unable** 194:9
**unauthorized**
125:4,11
**undergone** 51:1
**understand**
13:22 14:2
19:21 85:13
108:21 168:7
195:3 212:5
231:13
**understanding**
19:22 24:12
27:10 28:5
32:12 37:12
53:22 54:14
77:7 85:3 87:15
119:20 130:10
131:10 135:20
138:2 140:8
192:11,19
194:13 201:7
220:20 224:9
224:18 226:4
226:14,22
234:4
**understands**
226:8 227:9
**understood** 14:6
**underwent** 48:16
49:10
**undress** 161:9
**United** 1:1 11:13
**unknowingly**
19:17
**unload** 236:20
**unofficial** 125:3
125:4,7
**unsafe** 179:22
181:3,5,8
187:15 188:4,7
192:4 239:7,10
**upcoming** 120:20
123:19
**updates** 124:2



**updating** 122:17
**upped** 36:2
**upper** 178:10
   182:9
**up-to-date** 121:6
   123:21
**use** 37:15 42:6
   43:7,19 44:2,17
   46:10 58:1
   67:19 68:3,6,12
   69:20 80:13
   86:16 88:6,7
   93:20 103:18
   104:2 105:2
   106:7 120:4
   126:2 127:8
   130:12 141:6
   144:3 146:17
   155:18 156:13
   156:14 170:9
   170:12 199:22
   200:10 201:5
   201:10,13
   203:13 209:6
   211:22 213:5
   224:7 231:12
   231:15,19
   233:14,19
   234:6,9,15,15
   234:21 235:5,9
   236:7 248:8
**user** 27:12,17
   28:1 29:22 64:1
   64:1 69:8
   201:19 216:3
**users** 37:16,21
   68:18,20,21
   69:1 199:5
**use-of-force**
   135:5,9
**usual** 228:14
**usually** 38:14
   161:3
**utilize** 154:3
   162:3 170:16
**utilized** 69:13

153:22 165:9
   170:2,3
**utilizing** 164:15
   210:4

___

**V**

**v** 1:5 254:4 255:3
**value** 140:19
   199:8
**variety** 42:2
   99:15
**various** 36:9,13
   52:1 110:11
   134:5 175:16
   204:9 234:8
**Velcro** 161:6
**Velcros** 161:3
**verbal** 153:15
**verbalize** 14:13
**version** 7:6 85:1
   90:11 110:7
   121:1,1,2
   123:21 214:5,9
   214:11 241:19
**versus** 11:12
   142:8
**vicinity** 181:15
**video** 3:2 9:6
   14:10 17:11
   71:12 87:11,18
   171:9 177:7,19
   178:3,6 251:2
**videographer**
   4:12 11:6,21
   78:2,6 101:9,15
   184:11,15,21
   220:11,17
   251:1,9
**videos** 6:17 85:14
   85:16,22 86:4,6
   86:9,13,14,15
   86:21 87:2,5,16
   88:3,16 89:4,9
   145:15
**Videotaped** 1:11
   2:1

**view** 240:7,10
**violation** 168:6
**Virginia** 1:1 3:8
   4:7,7 11:15
   15:5 17:16 18:4
   19:1 20:19 21:2
   21:4 23:8 76:10
   77:17 80:1 81:5
   81:12,18 82:15
   83:6,11 85:10
   86:18 87:3,21
   88:18 90:4
   91:12,21 92:4,9
   95:7,11 97:4,10
   98:17 100:8
   116:21 117:13
   126:15,20
   127:4 136:19
   140:12 141:9
   143:2 144:3
   145:15 241:10
   250:21
**voce** 121:16
   151:22
**voidance** 108:13
**voided** 109:12
**voluntarily**
   215:18

___

**W**

**wait** 95:22
**waited** 218:20
**waiting** 158:14
   219:17 221:15
**waive** 10:21
**walk** 150:2 153:7
**walking** 154:19
   182:20
**wall** 73:2 158:18
   160:1 180:10
   240:9 247:16
**walls** 99:21
   157:10,13,14
   158:19 160:1
   207:14 247:13
   247:19

**want** 14:18 26:18
   40:9 46:10,14
   54:6 55:4 60:12
   62:15 67:18
   68:12,13 76:8
   77:4 78:2 85:12
   88:7,12,13 95:9
   97:17 100:15
   100:21 101:1,2
   109:22,22
   114:17,21
   116:12 117:20
   118:1 120:10
   120:15 129:11
   129:11 131:12
   132:13 133:6
   134:15,16
   142:20 143:7
   154:17 161:9
   164:1 168:22
   169:4 172:11
   182:4,10
   188:20 194:13
   196:7,11 197:3
   197:12 198:20
   199:15 201:14
   201:18 203:14
   206:10 213:11
   227:3 229:7
   232:9 234:19
   234:19 248:14
   251:7
**wanted** 26:12
   56:1 105:20,21
   144:2 200:20
   213:1 232:20
   235:4
**wants** 59:4 68:11
   194:16 197:15
   237:10
**warning** 124:14
   125:1,5
**warnings** 214:15
   214:20 215:2,9
   216:3,14,15
**wasn't** 22:20

31:18 54:22
   59:10 112:22
   221:1
**watch** 188:3,7
   194:6,9 244:5
**way** 14:19 28:2
   43:21 46:8
   64:13 66:8,22
   72:22 77:15
   97:2 99:18
   105:19 118:19
   122:16 132:12
   132:22 149:2
   150:4 151:12
   151:14,14
   155:3 156:21
   160:5 167:15
   169:5,5 181:1
   186:11 196:15
   201:21 203:10
   204:6,8 206:3
   217:10 227:1
   233:3 247:6
   248:18
**ways** 51:18 56:9
**weapon** 19:21
   73:7 88:14
   135:10 155:5
**weapons** 7:7
   90:12 99:15
   149:18 157:6
   210:16
**wear** 168:11
   176:5,10
   185:15 190:22
   210:11,13
**wearing** 160:19
   171:11 178:18
   185:7 240:14
**week** 17:6 22:7
   22:10,20
   114:10 115:3
   222:9
**went** 21:11 23:16
   36:18 42:9 46:9
   46:18 47:12



71:21 77:5
80:12 83:14,18
84:3 100:10
156:4 174:9
213:20 218:21
250:9
**weren't** 162:2
205:3 238:16
242:6 247:4
**West** 15:4,5
17:16 18:4 19:1
20:19 21:2,4
23:8
**we'll** 12:22 14:22
58:2 59:16 79:2
**we're** 14:9 18:10
19:8,18,19,20
21:12 49:15
54:7,9 57:15,15
60:5,5 61:14
87:7 94:20
101:9,15
116:16 120:11
127:16 133:5
152:5 154:5
171:1 184:15
197:10 220:17
234:4 244:16
251:9
**we've** 77:10
100:19 152:5
180:8,10
206:13
**Whoa** 166:6
**wife** 15:14 16:3
**wildlife** 18:7
**WILLIAM** 1:12
2:2 5:3 12:7
239:16 254:2
255:1
**withheld** 227:14
**withhold** 228:1
**witness** 10:7,11
12:5,13 13:10
58:6 100:22
101:4 138:16

139:5,17 140:5
163:10,16
170:1 189:9
192:20 207:21
221:15 222:3
243:2 250:13
251:11 252:15
253:1 254:2
255:1
**witnesses** 193:6
**wondering**
178:13 214:4
**word** 156:22
176:16 202:20
248:2
**worded** 156:20
**words** 67:18 68:2
129:18 197:21
**work** 14:20 19:5
20:17,20 22:20
23:1,3 28:16
44:16 46:8
62:13 76:21
77:6 80:13,15
88:8 91:4,5
126:13 128:12
128:14 129:18
150:3,4 224:22
229:8 237:18
241:9
**worked** 20:21,22
21:2,7 22:19
23:11,12 24:9
**worker** 227:21
**workers** 227:12
228:13
**working** 20:18
21:5 80:16
130:19
**workload** 67:4
**works** 62:6 80:15
**world** 39:10
**wouldn't** 33:12
46:17 87:12
101:4 153:21
162:18 185:19

195:18 244:13
**wrestling** 99:9
**written** 49:18
94:4 132:20
183:19,21
**wrong** 27:14
32:11 36:16
42:17,22 44:5
57:2 87:17
106:2 118:14
175:15 206:3,5
**wrote** 34:21
**www.MagnaL...**
1:22
**www.TASER**
121:7 122:9
**www.TASER.c...**
120:22 121:21
**W-4** 222:15

**X**
**X** 1:3,8 46:2
169:21
**X2** 37:4,4 42:2,20
43:16 46:3,7
80:10
**X26** 31:3 36:19
36:21 38:20
42:20 44:12
80:10
**X26P** 31:3 37:4
42:2 46:3 80:10
**X3** 36:22 37:3
42:2,19 43:17
46:2

**Y**
**yeah** 19:3,15
28:21 33:12,22
34:19 35:2
36:11 40:11
45:9,18 53:15
59:14 60:12
64:10 65:17
66:2,3 67:6,10
68:2 69:22

76:21 78:4 81:1
82:5 100:12,18
101:4,6 113:11
116:5 119:11
129:3 140:16
148:16 152:15
158:12 160:11
163:12 184:13
187:16 189:16
196:3 221:18
244:2 245:3,11
250:9 251:9
**year** 42:12 64:17
64:17,18,20
65:1,3,6,9,10
65:17 66:4,6,8
66:9,17 67:9
70:17 225:1,3
**years** 15:9,19
17:20,22 18:20
18:21 19:4 21:8
35:19 37:7 42:8
45:10,12,12
47:12 58:13
65:10,11,12,14
65:15 67:12
70:21 71:3
72:16 116:7
130:20 136:22
213:17
**yell** 174:17
**yep** 11:10 123:14
167:9 250:5
**you-all** 163:14

**Z**
**zone** 208:21
209:1,5,21,22
210:2,2,7
**zones** 237:6
**Zoom** 3:2 14:19
25:19

**$**
**$200** 56:19 138:6
**$350** 224:15

**$6,375** 137:21
**$600** 129:16
**$700** 138:5
**$900** 128:19
129:17

**0**
**05** 113:4 115:20

**1**
**1** 1:17 7:8 11:8
90:12 256:5
**1.2** 134:17
**10** 17:6 21:8
64:18 65:10,18
65:20 66:1,5
67:9,12 84:7
142:14,14
169:14 248:14
**100** 4:6 137:9
186:16
**102** 8:8
**107** 132:4
**11** 15:9 17:22
18:20,21 19:4
**112** 8:12
**12** 5:5
**1206** 4:6
**13th** 223:14
**131** 8:17
**147** 8:21
**15** 5:20
**154** 157:7
**155** 157:7
**156** 157:7
**157** 148:8
**177** 9:6
**17800** 3:17
**190** 5:6
**1970** 16:16
**1990** 35:16
**1998** 27:8,20 30:2
30:7,20 33:18
34:6 35:11,16
35:22
**1999** 35:8



**2**

**2** 169:19
**2nd** 63:22
**2:19-cv-617** 1:5
**20** 7:6 15:19
 31:21 60:17
 65:11,20 84:13
 84:14 90:11
 110:7 117:13
 121:1,1 130:20
 169:15 170:20
 214:5,9,10,11
 216:9 241:19
 256:16
**2000** 36:17,20
 38:18 40:10
 41:8 45:2 47:4
 48:5,11,12,22
 49:11,21 50:21
 51:13,21 52:10
 52:18,18 55:7,9
 62:21 64:14
 66:9,11 70:2,14
 72:4 129:22
**2002** 48:13 50:11
 69:11
**2002-2003** 48:17
 50:6
**2003** 48:13 67:2
 70:14
**2003-2004** 67:8
**2004** 67:2
**2015** 216:5 217:3
**2016** 8:14 131:17
 223:5,14
**2017** 5:20 19:10
 49:17 74:16
 75:4,10 76:10
 77:16,17 79:22
 81:5,13,18
 82:14 83:6,11
 83:16 85:9
 86:17 87:3,21
 88:17 90:4
 91:12,20 92:4,9

95:6,11 97:4,10
 98:2,17,21
 100:8 116:21
 117:14 126:15
 126:21 127:4
 136:20 137:4
 141:8,19 143:2
 214:13 217:5
 223:9,14 240:1
 241:11
**2020** 1:13 11:4,16
 48:4 254:3
 255:2
**22** 1:13 11:4
 254:3 255:2
**22nd** 11:16
**225** 137:8,9
**23rd** 216:4 217:3
**23:41** 179:13,20
**23226** 3:8
**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**
 16:14
**23451** 4:7
**239** 5:7
**241** 5:5
**25** 66:1 67:9
 137:12 194:9
**251** 256:5
**256** 1:17
**26:10** 180:22
**28** 5:14 29:6,9
**28:34** 181:10
**29** 5:16,18 60:21
 63:5

**3**

**3** 50:11 69:12
 80:11 169:20
**30** 6:6 63:7,9
 84:13,14 113:3
 123:3 132:19
 224:16 253:13
**31** 6:11 79:7,9,20
 116:14,16
**31:19** 182:5,11
**32** 6:17 85:19,21

**33** 7:6 90:1,8,10
 92:22 95:3
**34** 7:14 93:6,8
 177:11
**34:08** 178:8
 179:8
**35** 8:6 102:2,6,8
**36** 8:10 111:22
 112:2 113:1,2,5
 120:12
**37** 8:14 89:15
 90:2 131:15,17
 222:20
**375** 80:4 83:13
 84:1 117:19,19
**38** 8:19 147:18,20
 148:5,8
**39** 9:6 123:3
 177:19 178:2
**395** 137:8,10

**4**

**4** 133:18 169:20
**4:13** 1:13 2:10
 11:4,17
**40** 22:20
**400** 3:7
**4376** 15:7

**5**

**5** 112:9 169:14,20
 226:6
**5th** 223:5,14
**5:39** 101:10,13
**5:48** 101:13,16
**50** 64:1 117:20
**50/50** 142:13
**500** 131:3
**593253** 1:16
**596** 120:10
**598** 124:5

**6**

**6** 169:20
**6th** 16:16
**6.2** 132:15

**60** 5:22
**623.326.6016**
 3:19
**624-6221** 1:21
**63** 6:9
**649** 29:2
**651** 61:8

**7**

**7** 37:5 42:3,20
**7:11** 184:16,19
**7:15** 184:19,22
**7:53** 220:12,15
**7:58** 220:15,18
**7130** 3:7
**72** 120:20 121:21
 123:19
**757.625.7300** 4:8
**79** 6:15

**8**

**8:29** 251:10,12
**804.888.9501** 3:9
**85** 6:17 94:12
**85th** 3:17
**85255** 3:18
**866** 1:21
**87** 193:7
**89** 94:17 107:19

**9**

**9** 60:19 61:7
**90** 7:12 94:5,5,8
 142:15 144:14
 237:10
**911** 175:5
**93** 7:16
**966** 78:14
**98** 36:11,11,16
**99** 36:11,16

