NO. 21-2151

# United States Court of Appeals
*for the*
# Fourth Circuit

SHAWN CURRAN,

*Plaintiff-Appellant,*

– v. –

AXON ENTERPRISE, INC.; RICHARD NELSON,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA AT NORFOLK IN CASE NO. 2:19-CV-00617-RGD-LRL, HONORABLE ROBERT G. DOUMAR, SENIOR U.S. DISTRICT COURT JUDGE

**JOINT APPENDIX – MEDIA VOLUME**

BRIAN N. CASEY
TAYLORWALKER P.C.
1206 Laskin Road, Suite 100
Virginia Beach, Virginia 23451
(757) 625-7300

*Attorneys for Defendant-Appellee
  Richard Nelson*

M. SCOTT BUCCI
ELLIOTT M. BUCKNER
JEFFREY N. STEDMAN
BREIT CANTOR GRANA BUCKNER
7130 Glen Forest Drive, Suite 400
Richmond, Virginia 23226
(804) 644-1400

*Attorneys for Plaintiff-Appellant*

JAMES A. CALES III
FURNISS, DAVIS, RASHKIND
   AND SAUNDERS, P.C.
6160 Kempsville Circle, Suite 341B
P.O. Box 1252
Norfolk, Virginia 23541
(757) 461-7100

       – and –

PAMELA B. PETERSEN
AXON ENTERPRISE, INC.
17800 North 85th Street
Scottsdale, Arizona 85255
(623) 326-6016

*Attorneys for Defendant-Appellee Axon
   Enterprise, Inc.*

i

**DIGITAL MEDIA VOLUME TABLE OF CONTENTS**

**Page**

**Volume IV**

Exhibit 4 to Plaintiff's Response - [1]
   Surveillance Video and Clips
   [Available Upon the Court's Request]................... JA-1574

---

[1] I certify that the media file contained in exhibit 4 to Plaintiff's Response is confirmed to be virus-free through virus scan and will be available upon the Court's request.

**EXHIBIT 4 TO PLAINTIFF'S RESPONSE -
SURVEILLANCE VIDEO AND CLIPS
[AVAILABLE UPON THE COURT'S REQUEST]**